UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC. )
6720 N. Scottsdale Road, Suite 300 )
Scottsdale, Arizona 85008 )
)
)
)
)
            Plaintiff, )
) Civil Action No.: _____
       v. )
)
THE POOLE AND KENT CORPORATION )
4530 Hollins Ferry Road )
Baltimore, Maryland 21227 )
)
            Defendant. )
)

## COMPLAINT

Plaintiff, Hunt Construction Group, Inc. ("Hunt"), by its undersigned counsel, files this Complaint against Defendant, The Poole and Kent Corporation ("Poole & Kent"), seeking money damages for breach of contract and other relief. Hunt alleges with knowledge with respect to itself and its own actions, and upon information and belief with respect to all other matters as follows:

### INTRODUCTION

1.   This is an action by Hunt for breach of contract, indemnification and declaratory relief.

2.   Hunt entered into a subcontract with Poole & Kent dated November 19, 2003 (the "Subcontract") for mechanical systems and related services (the "Work") in connection with the construction of an Embassy Suites Hotel in Washington, D.C. (the "Project").

3. Poole & Kent has breached its obligations under the Subcontract. Those breaches have caused Hunt to incur damages, and exposed Hunt to third-party claims, including delay claims by the Project owner.

4. In this action, Hunt seeks to recover those damages, and to enforce its indemnification and other rights against Poole & Kent.

## PARTIES, JURISDICTION AND VENUE

5. Plaintiff Hunt is an Indiana corporation with its principal place of business in Scottsdale, Arizona.

6. Upon information and belief, defendant Poole & Kent is a Maryland corporation with its principal place of business in Baltimore, Maryland.

7. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1332(a)(2), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

8. This Court has personal jurisdiction in this action because Poole & Kent is a U.S. corporation doing business in the District of Columbia, and this action arises, in whole or in substantial part, out of its activities in the District of Columbia.

9. Venue is properly placed in this District because Poole & Kent does business in the District of Columbia and the Project is located in the District of Columbia.

## BACKGROUND

10. Hunt serves as the general contractor on the Project.

11. Hunt entered into the Subcontract with Poole & Kent to perform the Work required as part of the Project, including, but not limited to, the mechanical work. In the

Subcontract, Poole & Kent agreed to perform its Work as directed by Hunt and in accordance with project schedules.

12. During the performance of its Work on the Project, Poole & Kent performed defective work, failed to meet work deadlines, and failed to perform as directed by Hunt or in accordance with project schedules. As a consequence, Hunt incurred additional expenses, exceeding $75,000. In addition, Poole & Kent's failure to perform as directed by Hunt or in accordance with project schedules has exposed Hunt to delay claims by the Project's owner, including liquidated damages claims.

### COUNT I—Breach of Contract

14. Hunt incorporates its prior allegations by reference as if fully set forth herein.

15. In the Subcontract, Poole & Kent agreed to perform its Work as directed by Hunt and in accordance with project schedules. Poole & Kent failed to do so, and delayed the Project as a result.

16. Hunt performed all of its material obligations under the Subcontract.

17. Poole & Kent breached the Subcontract by, among other things, failing to perform its work as directed by Hunt or in accordance with project schedules.

18. As a direct, proximate and foreseeable consequence of said breaches, Hunt was damaged and is exposed to third-party claims. Hunt requests an award in its favor of all damages flowing from said breach, which exceed $75,000 and all costs and expenses, including attorney's fees, incurred litigating this action, provided for in the Subcontract. Further, Hunt seeks an order awarding it all costs and damages suffered by reason of third-party claims arising from Poole & Kent's breaches.

### COUNT II—Breach of Implied Duty of Good Faith and Fair Dealing

19. Hunt incorporates its prior allegations by reference as if fully set forth herein.

20. Poole & Kent had a duty of good faith and fair dealing with respect to the Subcontract.

21. Poole & Kent breached its duty of good faith and fair dealing by, among other things, failing to perform its work as directed by Hunt or in accordance with project schedules.

22. As a direct, proximate and foreseeable consequence of said breaches, Hunt was damaged, and is exposed to third-party claims. Hunt requests an award in its favor of all damages flowing from said breach, which exceed $75,000 and all costs and expenses, including attorneys' fees, incurred litigating this action, as provided for in the Subcontract. Further, Hunt seeks an order awarding it all damages suffered by reason of third-party claims arising from Poole & Kent's breaches.

### COUNT III—Contractual Indemnity

23. Hunt incorporates its prior allegations by reference as if fully set forth herein.

24. Poole & Kent agreed, in the Subcontract, to defend, indemnify and hold Hunt harmless from claims, demands and causes of action arising from the Work. As a result of Poole & Kent's failure to perform the Work in accordance with project schedules, as directed by Hunt, Hunt was exposed to liability to the Project owner and other parties. Poole & Kent is obligated to indemnify Hunt for all previously incurred costs and to defend, indemnify and hold Hunt harmless from and against all claims, demands and causes of action arising from the Work. Poole & Kent breached these obligations.

25. As a direct, proximate and foreseeable consequence of said breaches, Hunt was damaged, and is exposed to third-party claims. Hunt requests an award in its favor of all damages flowing from said breaches, which exceed $75,000 and all costs and expenses, including attorneys' fees, incurred litigating this action. Further, Hunt seeks entry of an order

awarding it all damages suffered by reason of third-party claims arising from Poole & Kent's Work, including defense costs.

### COUNT IV—Declaratory Judgment

26. Hunt incorporates its prior allegations by reference as if fully set forth herein.

27. Upon information and belief, Poole & Kent disputes one or more of Hunt's allegations, as set forth above.

28. Hunt performed its duties under the Subcontract, and has paid all amounts due and owing to Poole & Kent under the Subcontract. Poole & Kent has breached obligations owing under the Subcontract, as set forth above.

29. An actual, present and bona fide controversy exists between Hunt and Poole & Kent concerning their respective rights and obligations under the Subcontract. Entry of declaratory relief will terminate all or some of the disputes between the parties.

30. Hunt is entitled to declaratory judgment finding that (a) Poole & Kent has materially breached the Subcontract, (b) Hunt has not materially breached the Subcontract, (c) Hunt is entitled to recover all costs and expenses incurred to date by reason of Poole & Kent's breaches of the Subcontract, together with costs and expenses, including attorneys' fees, incurred in this action, as provided for in the Subcontract.

WHEREFORE, Hunt requests entry of judgment in its favor and against Poole & Kent as follows:

(i) on Count I for breach of contract, for all damages flowing from said breach, and all costs and damages suffered by reason of third-party claims arising from Poole & Kent's work, and all costs and expenses, including attorneys' fees, incurred litigating this action;

(ii) on Count II for breach of the duty of good faith and fair dealing, for all damages flowing from said breach, including without limitation, all costs and damages suffered by reason

of third-party claims arising from Poole & Kent's work, and all costs and expenses, including attorneys' fees, incurred litigating this action;

(iii) on Count III, for breach of contractual indemnity, for all damages flowing from said breach, including without limitation, all costs and damages suffered by reason of third-party claims arising from Poole & Kent's work, and all costs and expenses, including attorneys' fees, incurred litigating this action;

(iv) on Count IV, for declaratory judgment, a finding that (a) Poole & Kent has materially breached the Subcontract, and is liable for all damages flowing from said breach; (b) Hunt has not materially breached the Subcontract; (c) Poole & Kent must indemnify and hold Hunt harmless from all claims, demands and causes of action arising from the Work; and (d) Hunt is entitled to recover all costs and expenses incurred to date by reason of Poole & Kent's breaches of the Subcontract, together with all costs and expenses, including attorneys' fees, incurred in this action; and

(v) for such other and further relief as the Court deems just and proper.

Dated: October 30, 2006

Respectfully submitted,

*[signature]*

David T. Dekker
Jeffrey R. Gans
Michael S. McNamara
THELEN REID & PRIEST, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone:    (202) 508-4000
Facsimile:    (202) 508-4321

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

HUNT CONSTRUCTION GROUP, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
(202) 508-4000

## DEFENDANTS

THE POOLE AND KENT CORPORATION

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Baltimore County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

ATTORNEYS (IF KNOWN)

Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202-1626
(410) 347-8726

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ⦿ 5 | ⦿ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- [ ] 410 Antitrust

### ○ B. Personal Injury/Malpractice
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ⦿ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**Personal Property**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**Bankruptcy**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**Property Rights**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**Federal Tax Suits**
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**Other Statutes**
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. § 1332 Breach of contract and related claims arising out of construction subcontract.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:  YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐   NO ☒   If yes, please complete related case form.

DATE 10/30/2006    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.