CO-386-online
10/03

# United States District Court
# For the District of Columbia

HUNT CONSTRUCTION GROUP, )
INC. )
 )
 )
        Plaintiff )    Civil Action No._____
   vs )
 )
THE POOLE AND KENT )
CORPORATION )
 )
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Hunt Construction Group, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Hunt Construction Group, Inc.  which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

493773
BAR IDENTIFICATION NO.

Michael S. McNamara
Print Name

701 Eighth Street, N.W.
Address

Washington, D.C.     20001-3721
City         State        Zip Code

(202) 508-4000
Phone Number