U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Hunt Construction Group, Inc.

vs.

The Poole and Kent Corporation

No. 1:06CV01850

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:45 pm on October 31, 2006, I served The Poole and Kent Corporation c/o CSC Lawyers Incorporating Service Company, Resident Agent at 11 East Chase Street, Baltimore, Maryland 21202 by serving Eli Renner, Paralegal, authorized to accept. Described herein:

```
   SEX-   MALE
   AGE-   31
HEIGHT-   6'3"
  HAIR-   BLACK
WEIGHT-   185
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___11/1/06___
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179061

# UNITED STATES DISTRICT COURT
## District of Columbia

HUNT CONSTRUCTION GROUP, INC.
6720 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85008

**SUMMONS IN A CIVIL CASE**

V.

THE POOLE AND KENT CORPORATION
4530 Hollins Ferry Road
Baltimore, Maryland 21227

CASE NUI

CASE NUMBER   1:06CV01850

JUDGE: James Robertson

DECK TYPE: Contract

DATE STAMP: 10/30/2006

TO: (Name and address of Defendant)

The Poole and Kent Corporation
4530 Hollins Ferry Road
Baltimore, Maryland 21227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. McNamara, Esq.
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001-3721

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 3 0 2006
CLERK                                          DATE

(BY) DEPUTY CLERK