CO-386-online
10/03

# United States District Court
# For the District of Columbia

Hunt Construction Group, Inc().

             Plaintiff

vs

The Poole and Kent Corporation

             Defendant

Civil Action No. 1:06CV01850

Judge James Robertson

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **The Poole and Kent Corporation** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **The Poole and Kent Corporation** which have any outstanding securities in the hands of the public:

EMCOR Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

436999
BAR IDENTIFICATION NO.

Robert F. Carney
Print Name

7 St. Paul Street
Address

Baltimore     MD     21202
City           State      Zip Code

410-347-8726
Phone Number