IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/ Third Party Defendant | * | |
| v. | * | Civil Court Action No: 1:06CV01850 |
| | | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| | * | |
| Defendant/ Third Party Plaintiff | * | |
| v. | * | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | * | |
| And | * | |
| FEDERAL INSURANCE COMPANY | * | |
| Third Party Defendants | * | |

*   *   *   *   *   *   *   *   *   *        *   *   *   *   *   *   *   *   *   *   *   *

## RETURN OF SERVICE

I, Nichole M. Velasquez, being over the age of 18 years and not a party to this action, hereby certify on this 13th day of December, 2006, that the Summons and The Poole & Kent Corporation's Third-Party Complaint were served upon the defendant United States Fidelity and Guaranty Company ("USF&G") by hand delivery to USF&G's resident agent, Corporation Services Company, located at 1090 Vermont Avenue, N.W., Washington, D.C. 20005, as evidenced by the attached return of service (Exhibit A).

/s/ Robert F. Carney
Bar No. 436999

/s/ Nichole M. Velasquez
Bar No. 495315
Whiteford, Taylor & Preston
L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-
1626
(410) 347-8700

Attorneys for Defendant and
Third Party Plaintiff,
THE POOLE AND KENT
CORPORATION


Of Counsel:
Michael A. Stover
Whiteford, Taylor & Preston
L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-
1626
(410) 347-8700

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of December, 2006, a

copy of the foregoing Return of Service was served by electronic mail pursuant

to the Court's Standing Order regarding electronic filing to:

> David T. Dekker, Esquire
> Jeffrey R. Gans, Esquire
> Michael S. McNamara, Esquire
> Thelen Reid & Priest, LLP
> 701 Eighth Street, N.W.
> Washington, D.C. 20001
> *Attorneys for Hunt Construction Group*

/s/ Nichole M. Velasquez

*1712822v1*

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-13-06 |

| NAME OF SERVER | TITLE |
|---|---|
| Ernest Smith | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the third-party defendant.  Place where served: _____

G   Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): _____

**CSC**

CORPORATION SERVICE COMPANY

**Renee Rios**
Team Leader
rrios@cscinfo.com

1090 Vermont Avenue, N.W.
Suite 430
Washington, DC 20005
202-408-3121 ext. 12
fax 202-408-3141
www.incspot.com

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10-13-06
                    Date

_____
Signature of Server

808 N Calvert St Balt MD 21201
Address of Server

**EXHIBIT**
**A**
ALL-STATE LEGAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.