IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * |
| Plaintiff/ Third Party Defendant | * |
| v. | * Civil Court Action No: 1:06CV01850 |
| | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * |
| | * |
| Defendant/ Third Party Plaintiff | * |
| v. | * |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | * |
| And | * |
| FEDERAL INSURANCE COMPANY | * |
| Third Party Defendants | * |

\* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \*

## RETURN OF SERVICE

I, Nichole M. Velasquez, being over the age of 18 years and not a party to this action, hereby certify on the 14th day of December, 2006, the Summons and The Poole & Kent Corporation's Third-Party Complaint were served upon the defendant Federal Insurance Company ("Federal") by hand delivery to the Insurance Commissioner of the District of Columbia, located at 810 First Street, N.E., Washington D.C. 20002, as evidenced by the attached return of service (**Exhibit A**).

Pursuant to § 31-202(b) of the D.C. Code, an insurance company is required to register an agent for service of process purposes. If a company does not appoint such an agent, or after reasonable attempts to locate the agent, a claimant is unable to serve such agent, the process may be served upon the Insurance Commissioner. DC ST § 31-202(c). Federal's resident agent is Jill Bloom, 1133 Connecticut Avenue, N.W., Washington, D.C. 20036. An attempt was made to personally serve Ms. Bloom, as evidenced by the attached return of service (**Exhibit B**). However, service could not be made with only the information provided because the address listed for Ms. Bloom is a large office building with many companies in residence. Several phone calls and searches did not lead to the discovery of Ms. Bloom's whereabouts. After these reasonable attempts to locate Ms. Bloom failed, P&K effectuated service upon the Insurance Commissioner of the District of Columbia.

/s/ Robert F. Carney
Bar No. 436999
/s/ Nichole M. Velasquez
Bar No. 495315
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Defendant and Third Party Plaintiff,
THE POOLE AND KENT CORPORATION

        Of Counsel:
        Michael A. Stover
        Whiteford, Taylor & Preston L.L.P.
        Seven Saint Paul Street
        Baltimore, Maryland 21202-1626
        (410) 347-8700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2006, a copy of the foregoing Return of Service was served by electronic mail pursuant to the Court's Standing Order regarding electronic filing to:

        David T. Dekker, Esquire
        Jeffrey R. Gans, Esquire
        Michael S. McNamara, Esquire
        Thelen Reid & Priest, LLP
        701 Eighth Street, N.W.
        Washington, D.C. 20001
        *Attorneys for Hunt Construction Group*

        /s/ Nichole M. Velasquez

*1712822v2*

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**Hunt Construction Group, Inc.**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**The Poole and Kent Corporation**

THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 1:06cv01850 JR

V. THIRD PARTY DEFENDANT

**Federal Insurance Company**

To: Name and address of Third Party Defendant

```
Federal Insurance Company
233 S. Wacker Drive
Chicago, IL 60606
```

YOU ARE HEREBY SUMMONED and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| David T. Dekker<br>Jeffrey R. Gans<br>Michael S. McNamara<br>Thelen Reid & Priest, LLP<br>701 Eighth Street, N.W.<br>Washington, D.C. 20001 | Robert F. Carney<br>Nichole M. Velasquez<br>Whiteford, Taylor & Preston LLP<br>Seven Saint Paul Street<br>Baltimore, Maryland 21202-1626 |

an answer to the third-party complaint which is served on you with this summons, within __twenty (20)__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nancy Mayer-Whittington

CLERK *[signature]*

(By) DEPUTY CLERK

DATE: DEC 7 2006

EXHIBIT A

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-14-06 at 3:10 p.m. |
| NAME OF SERVER | TITLE |
| Daniel F. Portnoy | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Vera Coto, Receptionist to Michelle Mathis, authorized to accept. Service was completed at 810 First Street, NE, Suite 701, Washington, DC 20002.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-15-06
               Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-11-06 |
| NAME OF SERVER Ernest Smith | TITLE 17 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Not Deliverable to Address 1133 Conn.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-11-06
              Date            Signature of Server

              808 N Athert St
              Address of Server

EXHIBIT B

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<div style="columns:3">

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

20 COLUMBIA CORPORATE CENTER
10420 LITTLE PATUXENT PARKWAY
SUITE 495
COLUMBIA, MARYLAND 21044-3528
TELEPHONE 410 884-0700
FAX 410 884-0719

NICHOLE M. VELASQUEZ
DIRECT NUMBER
410 347-9426
NVelasquez@wtplaw.com

# WHITEFORD, TAYLOR & PRESTON L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
DIRECT FAX 410 234-2362
www.wtplaw.com

1025 CONNECTICUT AVENUE, NW
SUITE 400
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

115 ORONOCO STREET
ALEXANDRIA, VIRGINIA 22314-1685
TELEPHONE 703 836-5742
FAX 703 836-3558

</div>

December 11, 2006

Federal Insurance Company
233 S. Wacker Drive
Chicago, IL 60606
**SERVE ON (VIA HAND DELIVERY):**
Resident Agent
Jill Bloom
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036

   Re: Third-Party Complaint
     Hunt Construction Group, Inc. v. The Poole and Kent
     Corporation
     Case no. 1:06cv1850
     In the United States District Court for the District of Columbia

To Ms. Bloom:

  Enclosed please find a summons and Third-Party Complaint in the above-referenced case. I have also included a copy of every pleading filed in the case as of December 11, 2006. As per the summons, your response to the Third-Party Complaint is due within twenty (20) days.

            Very truly yours,

            Nichole M. Velasquez

NMV:nv
Enclosures

1712259