# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hunt Construction Group, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>The Poole and Kent Corp.<br><br>    Defendants. | Case No.: 1:06cv01850<br><br>**NOTICE OF LAW FIRM<br>NAME CHANGE** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that effective December 1, 2006, the law firm of Thelen Reid & Priest LLP, counsel for Hunt Construction Group, Inc., in the above-entitled action, changed its name to Thelen Reid Brown Raysman & Steiner LLP.  The firm's address and telephone and fax numbers remain the same.

Dated:  January 2, 2007

                   THELEN REID BROWN RAYSMAN & STEINER LLP


                   By    /s/      
                     David T. Dekker
                     Jeffrey R. Gans
                     Michael S. McNamara
                     701 Eighth St., N.W.
                     Washington, D.C. 20001
                     (202) 508-4000 (phone)
                     (202) 508-4321 (fax)

                     *Attorneys for Hunt Construction Group, Inc.*