UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC., | :: | |
| Plaintiff, | :: | |
| v. | :: | Civil Action No. 1:06cv01850 |
| | :: | Hon. James Robertson, U.S.D.J. |
| THE POOLE AND KENT CORPORATION, | :: | |
| Defendant/Third Party Plaintiff, | | **STIPULATION AND ORDER TO EXTEND ANSWER DEADLINE AND DEFER MEET-AND-CONFER CONFERENCE** |
| v. | | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | | |
| and | | |
| FEDERAL INSURANCE COMPANY | | |
| Third Party Defendants. | | |

**STIPULATION AND ORDER TO EXTEND HUNT'S SURETIES' ANSWER DEADLINE TO POOLE AND KENT'S THIRD PARTY COMPLAINT**

Plaintiff/Counterclaim-Defendant, Hunt Construction Group, Inc. ("Hunt"), and Defendant/Counterclaim-Plaintiff/Third Party Plaintiff, The Poole and Kent Corporation ("Poole & Kent"), do hereby hereby stipulate:

1. The deadline for United States Fidelity and Guaranty Company's answer to Poole & Kent's Third Party complaint is currently January 2, 2007. The deadline for Federal Insurance Company's answer to Defendant/Counterclaim-Plaintiff/Third Party Plaintiff Poole & Kent's Third Party complaint is currently January 3, 2007.

2. This case arises out of a construction project in Washington, DC. Hunt served as the prime contractor and Poole & Kent was a subcontractor to Hunt. Third Party Defendants

United States Fidelity & Guaranty Corporation and Federal Insurance Company are Hunt's sureties. Based upon the date Poole & Kent served United States Fidelity & Guaranty Corporation and Federal Insurance Company with the Third Party Complaint, the holidays fell during the period between the service date and the answer deadline.

      3.      Therefore, the parties jointly request and consent to an amendment to extend the deadline for United States Fidelity & Guaranty Corporation and Federal Insurance Company to answer Poole & Kent's Third Party Complaint until January 17, 2007.

| | |
|---|---|
| /s/ | /s/ |
| Robert F. Carney (Bar No. 436999) | David T. Dekker, Esq. |
| Nichole M. Velasquez (Bar No. 495315) | Jeffrey R. Gans, Esq. |
| Whiteford, Taylor & Preston LLP | Michael S. McNamara, Esq. |
| Seven Saint Paul Street, Suite 1500 | Thelen Reid Brown Raysman & Steiner LLP |
| Baltimore, Maryland 21202 | 701 Eighth Street, NW |
| (410) 347-8700 | Washington, DC 20001 |
| (410) 347-9412 (fax) | (202) 508-4155 |
| | (202) 654-1835 (fax) |
| Counsel for Defendant, | Counsel for Plaintiff, |
| The Poole and Kent Corporation | Hunt Construction Group, Inc. |

**IT IS SO ORDERED**
**Dated: January \_\_\_, 2007**

                                            Hon. James Robertson
                                                    U.S.D.J.