# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., | :: |
| Plaintiff/Counterclaim-Defendant | :: |
| v. | :: Civil Action No. 1:06cv01850 |
| | :: Hon. James Robertson, U.S.D.J. |
| THE POOLE AND KENT CORPORATION, | :: |
| Defendant/Counterclaimant/Third Party Plaintiff, | :: **MOTION FOR ADMISSION PRO HAC VICE** |
| v. | :: |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | :: |
| 9001 Wesleyan Road, Suite 101 | :: |
| Indianapolis, IN 46268 | :: |
| And | :: |
| FEDERAL INSURANCE COMPANY | :: |
| 233 S. Wacker Drive, #4700 | :: |
| Chicago, IL 60606 | :: |
| Third Party Defendants | :: |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, Robert J. Symon moves this Court to allow the admission of Donna M. Crowe, an attorney with the firm of Bradley Arant Rose and White LLP, whose declaration in support of this motion is annexed hereto, to appear *pro hac vice* in the captioned proceeding as co-counsel, along with the undersigned, for United States Fidelity and Guaranty Company, and Federal Insurance Company.

5/5912.1

Dated: January 29, 2007

        Respectfully submitted,

        __/s/ Robert J. Symon_____
        Robert J. Symon (D.C. Bar No. 436245)
        Bradley Arant Rose & White, LLP
        1133 Connecticut Avenue, N.W., 12th Floor
        Washington, D.C. 20036
        Telephone:   202-393-7150
        Facsimile:    202-347-1694

        *Attorney for United States Fidelity and Guaranty Company and Federal Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2007, a copy of the foregoing was served by electronic mail pursuant to the Court's Standing Order regarding electronic filing to:

>Robert F. Carney, Esq.
>Nichole M. Velasquez, Esq.
>Whiteford, Taylor & Preston L.L.P.
>Seven Saint Paul Street
>Baltimore, MD  21202-1626
>*Attorneys for The Poole and Kent Corporation*
>
>David T. Dekker, Esq.
>Jeffrey R. Gans, Esq.
>Michael S. McNamara, Esq.
>Thelen Reid & Priest, LLP
>701 Eighth Street, N.W.
>Washington, D.C.  20001
>*Attorneys for Hunt Construction Group*

>        /s/ Robert J. Symon
>                Robert J. Symon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC., | :: | |
| | :: | |
| Plaintiff/Counterclaim-Defendant | :: | |
| | :: | |
| v. | :: | Civil Action No. 1:06cv01850 |
| | :: | Hon. James Robertson, U.S.D.J. |
| THE POOLE AND KENT CORPORATION, | :: | |
| | :: | |
| Defendant/Counterclaimant/Third Party Plaintiff, | :: | |
| | :: | |
| v. | :: | |
| | :: | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | :: | |
| 9001 Wesleyan Road, Suite 101 | :: | |
| Indianapolis, IN  46268 | :: | |
| | :: | |
| And | :: | |
| | :: | |
| FEDERAL INSURANCE COMPANY | :: | |
| 233 S. Wacker Drive, #4700 | :: | |
| Chicago, IL  60606 | :: | |
| | :: | |
| Third Party Defendants | :: | |

## **ORDER**

UPON CONSIDERATION of Robert J. Symon's Motion for Admission Pro Hac Vice of Donna M. Crowe, and the attachment thereto, it is hereby

ORDERED that the Motion is GRANTED and that Donna M. Crowe is admitted in this Court to appear *pro hac vice* as co-counsel for United States Fidelity and Guaranty Company, and Federal Insurance Company.

IT IS SO ORDERED.

This ____ day of January, 2007.

_____
Hon. James Robertson, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., :: <br> :: <br> Plaintiff/Counterclaim-Defendant :: <br> :: <br> v. :: <br> :: <br> THE POOLE AND KENT CORPORATION, :: <br> :: <br> Defendant/Counterclaimant/Third Party :: <br> Plaintiff, :: <br> :: <br> v. :: <br> :: <br> UNITED STATES FIDELITY AND :: <br> GUARANTY COMPANY :: <br> 9001 Wesleyan Road, Suite 101 :: <br> Indianapolis, IN 46268 :: <br> :: <br> And :: <br> :: <br> FEDERAL INSURANCE COMPANY :: <br> 233 S. Wacker Drive, #4700 :: <br> Chicago, IL 60606 :: <br> :: <br> Third Party Defendants :: | Civil Action No. 1:06cv01850 <br> Hon. James Robertson, U.S.D.J. <br><br> **DECLARATION OF DONNA M. CROWE** |

## **DECLARATION OF DONNA M. CROWE**

Donna M. Crowe declares as follows:

1. I am Donna M. Crowe, and I am over the age of 18 and fully competent to make this Declaration.

2. I submit this declaration in support of the motion for my admission *pro hac vice* in the above-captioned matter.

3. I am a partner with the law firm Bradley Arant Rose & White, LLP. My office is located at 1133 Connecticut Avenue, N.W., 12th Floor, Washington, D.C. 20036. My telephone number is (202) 719-8212.

4. I have been admitted to the following bars: the Bar of the State of Alabama, the Bar of the Commonwealth of Virginia, and the Bar of the District of Columbia.

5/5915.1

5. I am presently in good standing in all the bars to which I have been admitted, and no disciplinary action has been filed against me.

6. Within the last two years, I have not applied to be admitted *pro hac vice* in this Court.

7. My office is located in the District of Columbia, and I am a member of the District of Columbia Bar.

8. I have filed an application for regular admission to this Court. However, according to the Court's calendar, the earliest I may be admitted to this Court, assuming such application is approved, is March 5, 2007. I respectfully request admission *pro hac vice* pending regular admission.

9. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2007

Donna M. Crowe (D.C. Bar No. 481946)
Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Telephone:   202-719-8212
Facsimile:   202-719-8312