UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC.,   :
:
     Plaintiff,   :
:
 v.   : Civil Action No. 06-1850 (JR)
:
THE POOLE AND KENT CORPORATION,   :
:
     Defendant.   :

### ORDER

Upon consideration of third party defendants' motion for the *pro hac vice* appearance of Donna M. Crowe [13], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                                  JAMES ROBERTSON
                                      United States District Judge