UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., :: <br> :: <br> Plaintiff/Counterclaim Defendant, :: <br> :: <br> v. :: <br> :: <br> THE POOLE AND KENT :: <br> CORPORATION, <br><br> Defendant/Counterclaim Plaintiff/ <br> Third Party Plaintiff, <br><br> v. <br><br> UNITED STATES FIDELITY AND <br> GUARANTY COMPANY <br><br> and <br><br> FEDERAL INSURANCE COMPANY <br> Third Party Defendants. | Civil Action No. 1:06cv01850 <br> Hon. James Robertson, U.S.D.J. <br><br> **JOINT MOTION FOR SCHEDULING ORDER** |

JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Plaintiff/Counterclaim Defendant Hunt Construction Group, Inc. ("Hunt"), Defendant/Counterclaim Plaintiff/Third Party Plaintiff The Poole and Kent Corporation ("Poole & Kent"), and Third Party Defendants United Fidelity and Guaranty Company ("USF&G") and Federal Insurance Company ("Federal"), by their undersigned counsels, respectfully submit this Joint Motion for Scheduling Order and for grounds states as follows:

(1)     Plaintiff/Counterclaim Defendant Hunt filed this claim against Defendant/Counterclaim Plaintiff/Third Party Plaintiff Poole & Kent on October 30, 2006.

(2)     Defendant/Counterclaim Plaintiff/Third Party Plaintiff Poole & Kent filed its Answer and Counterclaim on November 22, 2006.

(3) On November 30, 2006, Defendant/Counterclaim Plaintiff/Third Party Plaintiff Poole & Kent filed a Third-Party Complaint against Third-Party Defendants USF&G and Federal.

(4) Plaintiff/Counterclaim Defendant Hunt filed its Answer to the Counterclaim on December 11, 2006.

(5) Third-Party Defendants USF&G and Federal filed their Answer to the Third-Party Complaint on January 16, 2007.

(6) This Court scheduled an Initial Scheduling Conference for February 2, 2007.

(7) Pursuant to the Federal Rules of Civil Procedure and the Local Rules for The District Court for the District of Columbia, the parties have prepared an Initial Scheduling Report and a Proposed Scheduling Order.

(8) The parties have negotiated a schedule for discovery in this case.

(9) The parties would request that this Court set a pretrial conference date and a trial date in conformance with the Proposed Scheduling Order.

WHEREFORE, Plaintiff/Counterclaim Defendant Hunt Construction Group, Inc. ("Hunt"), Defendant/Counterclaim Plaintiff/Third Party Plaintiff The Poole and Kent Corporation ("Poole & Kent"), and Third Party Defendants United Fidelity and Guaranty Company ("USF&G") and Federal Insurance Company ("Federal") respectfully request this Court to GRANT its Motion for Entry of Scheduling Order, sign the proposed order, and schedule pretrial conference and trial dates, all in lieu of an Initial Scheduling Conference.

Respectfully submitted,

David T. Dekker  [D.C. Bar # 358173]        /s/ Robert F. Carney [D.C. Bar # 436999]

| | |
|---|---|
| Jeffrey R. Gans [D.C. Bar # 452332]<br>/s/ Michael S. McNamara [D.C. Bar # 493773]<br>THELEN REID BROWN RAYSMAN & STEINER, LLP<br>701 Eight Street, N.W.<br>Washington, D.C.  20001-3721<br>Telephone:     (202) 508-4000<br>Facsimile:      (202) 508-4321 | /s/ Nichole M. Velasquez [D.C. Bar # 495315]<br>WHITEFORD, TAYLOR & PRESTON L.L.P.<br>Seven Saint Paul Street<br>Baltimore, Maryland 21202-1626<br>Telephone:     (410) 347-8700 |
| /s/ Donna M. Crowe [D.C. Bar # 481946]<br>[*pro hac vice*]<br>Robert J. Symon [D.C. Bar # 436245]<br>BRADLEY ARANT ROSE & WHITE, LLP<br>1133 Connecticut Ave., N.W., 12th Floor<br>Washington, D.C.  20036<br>Telephone:  (202) 719-8212<br>Facsimile:  (202) 347-1684 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC., | :: | |
| | :: | |
| Plaintiff/Counterclaim-Defendant | :: | |
| | :: | |
| v. | :: | Civil Action No. 1:06cv01850 |
| | :: | Hon. James Robertson, U.S.D.J. |
| THE POOLE AND KENT CORPORATION, | :: | |
| | | **PROPOSED SCHEDULING ORDER** |
| Defendant/Counterclaimant/Third Party Plaintiff, | | |
| | | |
| v. | | |
| | | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY | | |
| | | |
| And | | |
| | | |
| FEDERAL INSURANCE COMPANY | | |
| | | |
| Third Party Defendants | | |

Upon consideration of the motion for entry of a Scheduling Order to manage discovery that was submitted by Plaintiff/Counter-Defendant Hunt Construction Group, Inc. ("Hunt"), Defendant/Third-Party Plaintiff The Poole and Kent Corporation ("Poole & Kent"), United States Fidelity and Guaranty Company ("USF&G"), and Federal Insurance Company ("Federal"), by their undersigned counsels, and pursuant to the provisions of LCvR 16.3 and Fed. R. Civ. P. 26 (F), it is hereby,

**ORDERED**, that the parties shall abide by the discovery procedures as set forth in the Federal Rules of Civil Procedure and the Local Rules of The United States District Court for the District of Columbia, with the exception of Rule 30(b)(6) depositions noted below; and

**ORDERED**, that each party may use up to fourteen (14) hours for depositions noted pursuant to Federal Rule of Civil Procedure 30(b)(6); and

**FURTHER ORDERED,** that the following schedule shall control the conduct of this case:

| Event | Deadline |
|---|---|
| Initial Scheduling Conference | February 2, 2007 |
| Fact Witness Depositions May Commence | March 5, 2007 |
| Deadline for Joinder of Parties/ Amendment of Pleadings Deadline | May 2, 2007 |
| Close of fact discovery | August 10, 2007 |
| Expert Witness Disclosures (per Fed.R.Civ.Pro. 26(a)(2) and LCvR 16.3) | September 7, 2007 |
| Opposition Expert Witness Disclosures | September 28, 2007 |
| Reply Expert Witness Disclosures | October 12, 2007 |
| Expert Witness Depositions Commence | October 22, 2007 |
| Close of Expert Discovery | November 9, 2007 |
| Deadline for Dispositive Motions | November 19, 2007 |
| Response to Dispositive Motions | December 3, 2007 |
| Reply to Dispositive Motions | December 10, 2007 |
| Joint Final Pretrial Order | December 17, 2007 |
| Pretrial Conference Requested by the Parties on or after | December 17, 2007 |
| Trial Date Requested by the Parties on or after | January 14, 2008 |

**SO ORDERED.**

Dated: _____, 2007

_____
Judge: James Robertson