```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
```

HUNT CONSTRUCTION GROUP, INC.,   :
        Plaintiff,   :
    v.   :   Civil Action No. 06-1850 (JR)
THE POOLE AND KENT CORPORATION,   :
        Defendant.   :

### ORDER

The scheduling order proposed by the parties [16] is **approved and so ordered**, and the scheduling conference set for February 2, 2007, is **off the calendar.**

                                JAMES ROBERTSON
                    United States District Judge