IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:    1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**<u>MOTION FOR PRO HAC VICE ADMISSION OF MICHAEL A. STOVER</u>**

Pursuant to Local Rule 83.2 of the United States District Court for the District of Columbia, The Poole and Kent Corporation, by and through its attorneys Robert F. Carney (Attorney No. 436999), and Nichole M. Velasquez (Attorney No. 495315), hereby moves this Court, for the entry of an Order allowing for the pro hac vice admission of Michael A. Stover. Such admission is sought for the limited purpose of appearing and participating in this case as co-counsel for the Defendants/Third-Party Plaintiffs, The Poole and Kent Corporation.

Attorney Stover is a member in good standing of the Bar of the State of Maryland. Attorney Stover has been admitted to practice in the Court of Appeals of Maryland, the United States District Court for the District of Maryland, the United States Court of Federal Claims, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Third Circuit. As reflected in the attached certification, Attorney Stover has never been disciplined by the Bar of any

jurisdiction. Attorney Stover has not been admittted pro hac vice in this Court at any time within the previous two (2) years nor does he engage in the practice of law from an office located within the District of Columbia.

WHEREFORE, this Honorable Court is respectfully requested to enter the attached Order admitting Michael A. Stover as co-counsel for the Defendants in the above-captioned case.

        /s/ Robert F. Carney
        Bar No. 436999
        /s/ Nichole M. Velasquez
        Bar No. 495315
        Whiteford, Taylor & Preston L.L.P.
        Seven Saint Paul Street
        Baltimore, Maryland 21202-1626
        (410) 347-8700

        Attorneys for Defendant and Third Party Plaintiff,
        THE POOLE AND KENT CORPORATION

- 3 -

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2007, a copy of the foregoing Motion for Pro Hac Vice Admission of Michael A. Stover, Certification, and Proposed Order was served by electronic mail pursuant to the Court's Standing Order regarding electronic filing to:

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Michael S. McNamara, Esquire
Thelen Reid Brown Raysman Steiner LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
*Attorneys for Hunt Construction Group*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington D.C. 20036
Phone:  202-719-8212
Fax:  202-719-8312
*Attorney for Federal Insurance Company and United States Fidelity and Guaranty Company*

/s/ Nichole M. Velasquez

*1718840*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:    1:06CV1850 |
| | | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\*    \*    \*    \*    \*    \*            \*    \*    \*    \*    \*

## CERTIFICATION OF MICHAEL A. STOVER

I, Michael A. Stover, Esquire, hereby certify and affirm:

1.    I am over the age of eighteen (18) and fully competent to testify to the matters set forth herein.

2.    I am a member of good standing of the Bar of the State of Maryland;

3.    I have been admitted to practice in the Maryland Court of Appeals, the United States District Court for the District of Maryland, the United States Court of Federal Claims, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Third Circuit;

4.    I am a partner with the law office of Whiteford, Taylor & Preston, LLP. My office is located at Seven Saint Paul Street, Baltimore, Maryland 21202;

5.    I have never been disciplined by any Bar;

6.    I have not been admitted Pro Hac Vice before this Court at any time within the previous two (2) years;

7.     I do not engage in the practice of law from the office located within the District of Columbia;

**I DO SOLEMNLY AFFIRM AND DECLARE UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE ABOVE CERTIFICATION ARE TRUE AND CORRECT.**

_____
Michael A. Stover

*1718846*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:    1:06CV1850 |
| | | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*

## ORDER FOR PRO HAC VICE ADMISSION OF MICHAEL A. STOVER

Having read and considered The Poole and Kent Corporation's Motion for Pro Hac Vice Admission of Michael A. Stover, it is this ____ day of June 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Motion is hereby GRANTED and;

FURTHER ORDERED, that Michael A. Stover is hereby admitted Pro Hac Vice as co-counsel for the purposes of appearing and participating as co-counsel for The Poole and Kent Corporation in the above-captioned case.

 

_____
Judge,
United States District Court for the
District of Columbia

*1718849*