## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC.,  :
　　　　　　　　　　　　　　　　:
　　　　Plaintiff,　　　　　　　 :
　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　 : Civil Action No. 06-1850 (JR)
　　　　　　　　　　　　　　　　:
THE POOLE AND KENT CORPORATION, :
　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　 :

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of Michael A. Stover [18], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　United States District Judge