### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC.,    :
                              :
        Plaintiff,    :
                              :
    v.    :    Civil Action No. 06-1850 (JR)
                              :
THE POOLE AND KENT CORPORATION,    :
                              :
        Defendant.    :

### ORDER

        In my order of 2/2/07 [17] approving the parties' proposed scheduling order, I neglected to include a boilerplate provision injected in all of my self-generated scheduling orders. That provision, which is hereby made applicable to this action, is that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.

        Defendant's motion to compel [20] is **denied, without prejudice** to its renewal after compliance with LCvR 7(m) and the above.

        It is **SO ORDERED**.


                                      JAMES ROBERTSON
                        United States District Judge