UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE POOLE AND KENT CORPORATION )<br>)<br>)<br>Defendant. )<br>) | Civil Action No.: 1:06cv1850<br>Judge: James Robertson |

## CONSENT MOTION TO AMEND SCHEDULE

Plaintiff/Counter-Defendant Hunt Construction Group, Inc. ("Hunt"), by their undersigned counsel, hereby move the Court to amend the Joint Scheduling Order to facilitate the completion of all necessary discovery in the case. All parties have consented to the entry of a Stipulated Order extending the close of fact discovery from August 10, 2007 to August 24, 2007. The date for the close of all discovery remains unchanged, as do all other deadlines.

In support of this Motion, we state the following:

1. The Parties consent and agree to the extension of time and proposed modification of the schedule.

2. The Parties have not previously requested an extension of the schedule.

3. The only requested modification is a two-week extension of the time to complete fact discovery. The remaining schedule dates remain unchanged.

4. The Parties are and have been engaged in discovery since the case began. The Parties have served and responded to written discovery, produced and reviewed a large volume

of documents, and participated in several depositions. The Parties have also participated in a mediation.

5.    There are several fact witnesses that remain to be deposed. Due to the number of depositions left and the schedules of counsel and witnesses, additional time is necessary to facilitate the orderly completion of fact discovery. Difficulties in scheduling have been exacerbated by the non-availability of certain counsel and witnesses due to trials out of state and long-scheduled conflicts.

6.    This request does not prejudice any Party in this case, nor does it hinder the effective administration of this matter.

7.    A proposed Order is attached.

Dated: July 26, 2007

Respectfully submitted,

_____/s/ Michael S. McNamara_____
David T. Dekker (#358173)
Jeffrey R. Gans (#452332)
Michael S. McNamara (#493773)
THELEN REID BROWN RAYSMAN & STEINER, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone:  (202) 508-4000
Facsimile:  (202) 508-4321

OF COUNSEL:
José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road
Suite 300
Scottsdale, Arizona 85008
Telephone: (480) 368-4740
Facsimile: (480) 368-4745
*Counsel for Hunt Construction Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2007, a copy of the forgoing was served via first-class mail to:

Robert F. Carney
Nichole M. Velasquez
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

Of Counsel:
Michael A. Stover
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

*Counsel for The Poole and Kent Corporation*


Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Telephone: (202) 719-8212
Facsimile:  (202) 719-8312

*Counsel for Federal Insurance Company and
United States Fidelity and Guarantee Company*


                                                /s/ Michael S. McNamara
                                                Michael S. McNamara

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE POOLE AND KENT CORPORATION )<br>)<br>)<br>Defendant. )<br>) | Civil Action No.: 1:06cv1850<br>Judge: James Robertson |

### STIPULATED ORDER TO AMEND SCHEDULE

THIS MATTER came before the Court on the parties' Consent Motion to Amend Schedule.

IT IS HEREBY ADJUDGED, ORDERED and DECREED that the Motion is GRANTED, and it is further

ORDERED, that the deadline for the Close of Fact Discovery shall be extended from August 10, 2007 to August 24, 2007.

**SO ORDERED.**

Dated: _____, 2007

_____
United States District Court

DC #330780 v2