**FILED**

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE POOLE AND KENT CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No.: 1:06cv1850 (JR) |

## STIPULATED ORDER TO AMEND SCHEDULE

THIS MATTER came before the Court on the parties' Consent Motion to Amend Schedule.

IT IS HEREBY ADJUDGED, ORDERED and DECREED that the Motion is GRANTED, and it is further

ORDERED, that the deadline for the Close of Fact Discovery shall be extended from August 10, 2007 to August 24, 2007.

**SO ORDERED.**

Dated: _____, 2007

_____
JAMES ROBERTSON
United States District Judge

DC #330780 v2