IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC.     *

    Plaintiff/Counter Defendant     *

v.                               * Civil Court Action No:    1:06CV1850
                                       Judge James Robertson

THE POOLE AND KENT CORPORATION   *

    Defendant/Counter Plaintiff     *

*    *    *    *    *    *      *    *    *    *    *

**THE POOLE AND KENT CORPORATION'S
DESIGNATION OF EXPERT WITNESSES
AND RULE 26(a)(2) DISCLOSURES**

The Poole and Kent Corporation ("P&K"), by its undersigned counsel, hereby submits this Designation of Expert Witnesses and Rule 26(a)(2) Disclosures in accordance with the Federal Rules of Civil Procedure, applicable Local Rules and the Scheduling Order issued in this case.

P&K intends to call the following expert witness(es) who will testify and offer expert opinions regarding the issues in this case as set forth below:

      (a)    Thomas A. MacPhee
             The Poole & Kent Corporation
             4530 Hollins Ferry Road
             Baltimore, Maryland 21227

Mr. MacPhee has over 27 years of experience in the construction industry with specific emphasis on scheduling, delay and impact analysis.  He holds a Bachelor of Science degree in Civil Engineering from the New Jersey Institute of Technology, 1983. Mr. MacPhee has also performed course work on a Masters Degree at George

Washington University from 1984 - 1987 in Engineering/Construction Administration. A copy of Mr. MacPhee's Curriculum Vitae is attached hereto as **Exhibit A**. Mr. MacPhee is currently the Director of Project Controls, Dispute Avoidance & Resolution for P&K. Mr. MacPhee has testified as an expert witness on several occasions in the past four years. *See* Exhibit A - List of Testimony Experience. Mr. MacPhee has not published any books, articles, papers or treatises. Mr. MacPhee is not specially compensated above his normal salary for providing expert testimony on behalf of P&K.

On behalf of P&K, Mr. MacPhee was directly and personally involved with the Embassy Suites Hotel project which is the subject of this litigation (the "Project"). He visited the Project on numerous occasions periodically from May 2004 through September 2005. In addition, Mr. MacPhee was in regular contact with the P&K Project Management team for the Project throughout the duration of the Project, including the Project Executive, Project Manager and Project foremen through correspondence, meetings and conferences. Mr. MacPhee has reviewed the P&K project files, cost and accounting records, the documents attached as exhibits to each volume of the Expert Report, as well as select documents which were obtained in discovery from Hunt, the Owner and various subcontractors. Mr. MacPhee has also reviewed the deposition transcripts of Thomas Page, David Langhoff, Art Sheppard, Jeff Lynch, Jerry Kerr, Tim Vaughn and Larry Weisman. Mr. MacPhee has reviewed the Complaint, Answer, Counter-Complaint, Responses to Requests for Admission, P&K Answers to Interrogatories and Hunt's Answers to Interrogatories.

2

Mr. MacPhee will testify based upon his personal knowledge, skill, training, education and experience, as well as the work he performed, documents reviewed, observations made, discussions with P&K personnel, information he reviewed and/or considered and applicable industry standards.  Mr. MacPhee will testify as an expert regarding the mechanical and plumbing industry practice and standards in general with respect to planning, scheduling, sequencing and analysis of labor productivity, impact and costs.  Mr. MacPhee will also testify regarding the general industry practice and standards for general contracting, project scheduling, project management, control, sequencing and coordination.  Mr. MacPhee will also testify regarding project delay and the impact and causes of delay and impact on the Project as well as the effect and cost of impacts on productivity of labor caused by inefficient, improperly scheduled work, improperly sequenced work and work performed without coordination or control in relationship to preceding and adjacent work.   Finally, Mr. MacPhee will testify regarding the fairness and reasonableness of the costs and expenses identified in P&K's proposed change orders, claims and requests for equitable adjustment.

It is Mr. MacPhee's expert opinion, to a reasonable degree of certainty, that: (1) Hunt failed to properly manage, supervise, coordinate, schedule and sequence the work on the Project in accordance with the requirements of the Prime Contract, Subcontract with P&K and applicable industry standards and practices; (2) Hunt failed to properly consider, incorporate and respond to scheduling input, analysis, data and recommendations provided by P&K throughout the duration of the Project; (3)  Hunt failed to respond and correct work performed by its other subcontractors which

3

negatively impacted P&K and P&K's ability to perform its work on the Project despite repeated notice and actual knowledge of such working conditions and its impact on P&K; (4) Hunt's subcontractors failed and refused to perform work in accordance with the schedule or agreed upon coordinated time frames, failed to allow P&K sufficient durations for P&K to perform its work, performed their work in a hopscotch, uncoordinated, out of sequence, disjointed and haphazard manner leaving areas of incomplete work on every level forcing P&K to perform inefficient jump-back work; (5) Hunt's subcontractors failed to perform and install work and materials in a timely manner which prevented and prohibited P&K from being able to perform its work; (6) Hunt's subcontractors performed defective work which caused damage and additional work for P&K; (7) Hunt and the Owner's failure to properly identify the location of existing sewer line connections impacted and delayed the availability of domestic water, sewer hook-up and storm water hook-up which impacted and delayed P&K's ability to complete, hook-up, start-up, test and inspect the plumbing and mechanical systems; (8) Hunt's failure to provide permanent power and gas to the Project impacted and delayed P&K's ability to complete, hook-up, start-up, test and inspect certain plumbing and mechanical systems.  Further, it is Mr. MacPhee's expert opinion, to a reasonable degree of certainty, that as a direct and proximate result of the failures, acts and/or omissions noted above in items (1) through (8), P&K sustained and incurred damages in the form of Extended Overhead, Lost Labor Productivity, Acceleration Costs in the Penthouse and other damages and impacts as more specifically detailed in the the three volumes of the Expert Report which is incorporated herein by reference as

if fully set forth herein and constituting a part hereof.  Further, it is Mr. MacPhee's

expert opinion, to a reasonable degree of certainty, that P&K is entitled to recover the

amounts identified on its proposed change orders, including PCO No. 81 as modified

and restated and that P&K is entitled to payment of the remaining balance of its

Subcontract as identified in the Expert Report and documents referenced therein.

> (b)   Thomas Kessler
>        The Poole & Kent Corporation
>        4530 Hollins Ferry Road
>        Baltimore, Maryland 21227

Mr. Kessler is a licensed Master Plumber and Gas Fitter in Washington, D.C. and

Virginia with over 29 years of experience in the plumbing industry.  He is currently the

Labor Manager for P&K responsible for supervising all plumbing and HVAC foremen

on numerous P&K projects.  Mr. Kessler may testify as an expert based upon his

experience, knowledge, skill and training regarding the planning, supervising,

sequencing and coordinating of plumbing labor; the installation, testing, inspecting,

maintenance and repair of plumbing systems and the fairness and reasonableness of the

costs and expenses associated with plumbing related change orders, claims and

requests for equitable adjustment.  Because Mr. Kessler was not retained specifically for

the purpose of providing expert testimony no expert report is required under the

Federal Rules.

The areas of testimony listed above for the witnesses is provided as a guide to

the opinions and testimony that will likely be elicited; the description is not intended to

be a limitation on the scope or subject matter of the testimony.  P&K reserves the right

to supplement this disclosure, expand the areas of testimony and/or designate new expert witnesses as information becomes available. Further, P&K reserves the right to designate opposition and rebuttal expert witnesses if necessary in accordance with the Scheduling Order issued in this matter. Finally, P&K reserves its right to call any expert witness identified by any other party to elicit expert and/or factual information.

Respectfully submitted,

/s/_____
Robert F. Carney (Bar No. 436999)
Michael A. Stover (Pro Hac Vice)
Nichole M. Velasquez (Bar No. 495315)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for The Poole and Kent Corporation

6

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of September, 2007, a copy of the

foregoing Expert Witness Disclosure was served electronically to counsel of record.

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Michael S. McNamara, Esquire
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036


/s/ _____
Nichole M. Velasquez


*1752949*

# THOMAS A. MACPHEE
# DIRECTOR,
# PROJECT CONTROLS, DISPUTE AVOIDANCE & RESOLUTION SERVICES
# THE POOLE AND KENT CORPORATION

## EDUCATION
- 1983 – New Jersey Institute of Technology - Bachelor of Science Degree
- 1984 thru 1987 – George Washington University – Masters in Engineering Administration Program, (7 courses Completed)

## CERTIFICATIONS
- 1983 – Engineering in Training (EIT) Certification.

## WORK EXPERIEINCE

- October 2005 to Present                          Director, Dispute Avoidance & Resolution Services
  The Poole and Kent Corporation                                                    Baltimore, Maryland

  ► Manages and oversees schedule preparation, monitoring, updating and modifications on all major projects
  ► Provides guidance and assistance with labor breakdown distribution and cost distribution for project schedules as required (Project Controls)
  ► Prepares/develops bid schedules and bid planned manpower charts
  ► Leads the development of detail construction schedule and labor plans on high profile projects as required. Also leads development of Commissioning Schedules
  ► Directly interfaces with many General Contractors to assist in the development of logical, orderly and productive construction schedules for mutual benefit of all parties
  ► Reviews and provides analysis of General Contractor and/or owner schedules.
  ► Provides guidance and direction for project recovery and prepares recovery schedules and plans.
  ► Monitors and Reports on distressed and/or high risk projects
  ► Performs evaluations and provides schedule and documentation guidance for construction projects in distress.
  ► Prepares time, schedule and/or cost proposals for Change Order Requests
  ► Prepares discrete labor and labor productivity analysis for field labor on select projects.
  ► Provides technical, schedule and cost consultations and presentations to project and executive management as required.
  ► Provides technical, schedule, labor and cost consultations and presentations to critical customer personnel in order to resolve issues and avoid disputes.
  ► Prepares Time, Schedule and/or Cost Impact Analysis on delayed and/or impacted projects.
  ► If necessary, provides expert testimony in litigation on the subjects of time/schedule impact analysis along with Labor and cost impacts.
  -------------------------------------------------------------------------------------------------------------



# THOMAS A. MACPHEE
## DIRECTOR,
## PROJECT CONTROLS, DISPUTE AVOIDANCE & RESOLUTION SERVICES
## THE POOLE AND KENT CORPORATION

- <u>2001 to 2005</u>                                    <u>Senior Engineer / Project Controls Engineer</u>
  <u>The Poole and Kent Corporation</u>                                            <u>Baltimore, Maryland</u>

  - ► Performed evaluations of construction projects in distress.
  - ► Provided guidance and direction for project recovery.
  - ► Analyzed delayed, re-sequenced, compressed and/or accelerated construction projects.
  - ► Prepared time impact/schedule analysis along with cost analyzes for construction change orders, proposal and claims on both general contracting and mechanical/plumbing subcontracting work.
  - ► Provided technical, schedule and cost presentations. Provided support to senior management and attorneys for negotiations and litigation.
  - ► Assignments included a large cross-section of projects such as industrial plants, hospitals, science labs, schools, prisons, mechanical plants, hotels and commercial facilities.

  ------------------------------------------------------------------------------------------------------------

- <u>June 1995 – July 2001</u>                                                          <u>Senior Engineer</u>
  <u>GACC Inc, (Construction Consultants)</u>                                       <u>Frederick Maryland</u>

  - ► Key and integral part of team, responsible for complete development and preparation of over 50 construction schedules and analysis of construction delay claims. Provided direct client/attorney support for successful resolution of construction claims. Assignments included bridges, roads, prisons, water and sewage facilities, schools, hospitals, office buildings, infrastructure plants, airports, research and high tech facilities, and communications facilities.

  ------------------------------------------------------------------------------------------------------------

- <u>August 1985 – Jan 1997</u>                                        <u>Senior Project/Program Manager</u>
  <u>Department of Defense</u>                                                     <u>Fort Meade, Maryland</u>

  - ► 1985-1988: As Project Engineer & Project Manager, performed civil and structural design, design reviews, quality assurance and project management for major projects such as roadways, intersections, bridges, office buildings and microelectronic facilities. Included schedule preparation and analysis of contractor schedules. Performed project management, schedule and cost control for major construction projects worldwide.
  - ► 1988-1991: Advanced to chief of design and construction at an overseas facility with a staff of 6 to 8 personnel. Responsibilities included budgeting, planning, management, control and coordination of all master planning, design, construction, renovation and turnover/occupancy of a $20M to $30M annual construction program. Projects included high security SCIF communications, research and office facilities, along with community facilities such as commercial, food service, housing, office, education, daycare, healthcare and indoor/outdoor sports facilities. Infrastructure projects included replacement and expansion of: mechanical, water, sanitary, security, power and emergency power systems. Personally oversaw all construction and fit-up scheduling requirements.
  - ► 1991-1995: Chief of design and construction of leased facilities with a $40 million annual budget. Supervised and directed about 40 design and project management personnel.

------------------------------------------------------------------------------------------------------------



# THOMAS A. MACPHEE
## DIRECTOR,
## PROJECT CONTROLS, DISPUTE AVOIDANCE & RESOLUTION SERVICES
## THE POOLE AND KENT CORPORATION

Prepared and maintained schedules and cost controls on most major construction and renovation projects. Projects included chiller plants, educational facilities, along with office, microelectronics and research and special communications facilities.

► 1995-1997: Program Manager - plan, develop, control and manage a $160 million program to reconstruct and renovate a 1.4 million square foot computer, research and office multiuse facility. Directly responsible for the conceptualization, development and implementation of the design, construction and re-occupancy of the facility. Prepared highly complex program, development and occupancy schedules to meet occupant's needs while estimating and controlling costs. Developed, managed and implemented approximately $25 million of value engineering improvements for mechanical, electrical and communications systems. Work was accomplished without removing personnel form the facility and maintaining operational capability. Communications and teamwork were paramount for success. Personally responsible for review and approval of all renovation schedules as well as all major change order work requiring schedule analysis.

-------------------------------------------------------------------------------------------------------------

▪ <u>Jan 1985 – Aug 1985</u>                                                                       <u>Supervising Field Engineer</u>
   <u>Miller & Long Concrete Construction</u>                                                              <u>Bethesda, Maryland</u>

► Directed field-engineering crews of up to 4 personnel in the performance of all coordination, survey, layout and quality control work for new reinforced concrete structures such as high-rise office facilities and parking garages.

-------------------------------------------------------------------------------------------------------------

▪ <u>June 1983 – Jan 1985</u>                                                                                   <u>Engineer</u>
   <u>Brower & Associates, Inc</u>                                                                       <u>Rockville, Maryland</u>

► Researched delay issues, schedules, cost and technical details for a variety of multi-discipline projects ranging from major earthwork and highway projects to high tech research facilities in order to assign responsibility of those issues. Directly involved in development of construction claims for medical research facilities, hospitals, sewage treatment plants, municipal roads, power plants as well as privately owned office buildings. Assisted in developing schedules for office, hotel and parking garage structures.

-------------------------------------------------------------------------------------------------------------

▪ <u>Sept 1980 – May 1983</u>                                                                        <u>Civil Engineer Trainee</u>
   <u>Naval Air Engineering Center</u>                                                                 <u>Lakehurst, New Jersey</u>

► Executed field survey work as a junior member of the team to support designers and engineers. Performed storm water surveys and analysis, designed parking lots and roadway, preliminary designs for aircraft runway extensions, basic structural and hydrological designs, estimates and specifications for various projects. Earned position as supervisor for survey crews

---

3



**THOMAS A. MACPHEE
DIRECTOR,
PROJECT CONTROLS, DISPUTE AVOIDANCE & RESOLUTION SERVICES
THE POOLE AND KENT CORPORATION**

## TEACHING:

- Scheduling for 2 ACM Personnel - 1999
- Project Managers Scheduling Training 4 Hrs – 2004
- Superintendent Scheduling, Cost Controls and Daily Records, 4 Hrs – 2006
- Baltimore Small Business Resource Center – Project Management Seminar, 3 Hrs: – Fall 2006
- Baltimore Small Business Resource Center – Documentation, Communications & Scheduling, 3 Hrs: – Fall 2006
- COUNT/Local 486 Foreman Training - Introduction to Management, 16 Hrs – 2007



# THOMAS A. MACPHEE
## DIRECTOR,
## PROJECT CONTROLS, DISPUTE AVOIDANCE & RESOLUTION SERVICES
## THE POOLE AND KENT CORPORATION

**Poole & Kent**

## TESTIMONY EXPERIENCE (PAST 4 YEARS):

Maryland – Arbitration
In the Matter of Baltimore County Juvenile Justice Center – Baltimore, MD.
GS Company vs. Poole and Kent Corporation
August 2005 for Poole and Kent
Expert Testimony for Cost, Schedule and Labor Impacts

South Carolina – Deposition
Mary Wright Elementary and Carver Middle Schools
Atlantic Coast Mechanical vs. New Carolina Construction Inc.
May 2006 for Atlantic Coast Mechanical
Expert Testimony for Cost, Schedule and Labor Impacts

South Carolina – Deposition
Charleston Judicial Center & USDA Vegetable Laboratory – Charleston, SC
Thermal Air Balance Inc vs. Atlantic Coast Mechanical
June 2006 for Atlantic Coast Mechanical
Expert Testimony for Cost Impacts

District of Columbia – Deposition
Embassy Suites Hotel
Hunt Construction Company vs. Poole and Kent Corporation
August 2007 for Poole and Kent
30B-6 Corporate Designee

*1752895*

**Poole & Kent**
*An EMCOR Company*