UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:06cv1850 |
| v. | ) | Judge: James Robertson |
| | ) | |
| THE POOLE AND KENT CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Laura A. Kamas, Esq. (Bar No. 499837) as attorney for

Hunt Construction Group, Inc. in this action.  Ms. Kamas is a member of the Bar of the United

States District Court for the District of Columbia and an attorney with Thelen Reid Brown

Raysman & Steiner, LLP, 701 Eighth Street, NW, Washington DC, 20001.  Ms. Kamas's

telephone number is (202) 508-4296 and her fax number is (202) 654-3330.


September 13, 2007                          Respectfully submitted,


                                           /s/ Laura A. Kamas
                                           Laura A. Kamas
                                           Bar No. 499837
                                           Thelen Reid Brown Raysman & Steiner, LLP
                                           701 Eighth Street, N.W.
                                           Washington, DC 20001
                                           T:  (202) 508-4296
                                           F:  (202) 654-3330
                                           lkamas@thelen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2007, a copy of the forgoing was served to electronically via the CM-ECF System and via first-class mail to:

Robert F. Carney
Nichole M. Velasquez
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone:  (410) 347-8700

Of Counsel:
Michael A. Stover
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone:  (410) 347-8700

*Counsel  for The Poole and Kent Corporation*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Telephone:  (202) 719-8212
Facsimile:   (202) 719-8312

*Counsel for Federal Insurance Company and
United States Fidelity and Guarantee Company*

_____/s/ Laura A. Kamas____
Laura A. Kamas

DC #345209 v1