IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No:   1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Counter Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**THE POOLE AND KENT CORPORATION'S
DESIGNATION OF OPPOSITION EXPERT WITNESSES
AND RULE 26(a)(2) DISCLOSURES**

The Poole and Kent Corporation ("Poole and Kent"), by its undersigned counsel, hereby submits this Designation of Opposition Expert Witnesses and Rule 26(a)(2) Disclosures in accordance with the Federal Rules of Civil Procedure, applicable Local Rules and the Scheduling Order issued in this case.

Poole and Kent intends to call the following opposition expert witness(es) who may testify and offer expert opinions regarding the issues in this case as set forth below:

(a)  Thomas A. MacPhee
     The Poole and Kent Corporation
     4530 Hollins Ferry Road
     Baltimore, Maryland 21227

Mr. MacPhee has over 27 years of experience in the construction industry with specific emphasis on scheduling, delay and impact analysis. He holds a Bachelor of Science degree in Civil Engineering from the New Jersey Institute of Technology, 1983. Mr. MacPhee has also performed course work on a Masters Degree at George

Washington University from 1984 - 1987 in Engineering/Construction Administration. A copy of Mr. MacPhee's Curriculum Vitae was previously submitted as Exhibit A to Poole and Kent's Designation of Expert Witnesses. Mr. MacPhee is currently the Director of Project Controls, Dispute Avoidance & Resolution for Poole and Kent. Mr. MacPhee has testified as an expert witness on several occasions in the past four years, as previously disclosed. Mr. MacPhee has not published any books, articles, papers or treatises. Mr. MacPhee is not specially compensated above his normal salary for providing expert testimony on behalf of Poole and Kent.

On behalf of Poole and Kent, Mr. MacPhee was directly and personally involved with the Embassy Suites Hotel project which is the subject of this litigation (the "Project"). He visited the Project on numerous occasions periodically from May 2004 through September 2005. In addition, Mr. MacPhee was in regular contact with the Poole and Kent Project Management team throughout the duration of the Project, including the Project Executive, Project Manager and Project Foremen through correspondence, meetings and conferences. Mr. MacPhee has reviewed the Poole and Kent project files, cost and accounting records, as well as select documents which were obtained in discovery from Hunt, the Owner and various subcontractors. Mr. MacPhee has also reviewed the deposition transcripts of Thomas Page, David Langhoff, Art Sheppard, Jeff Lynch, Jerry Kerr, Tim Vaughn and Larry Weisman. Mr. MacPhee has reviewed the Complaint, Answer, Counter-Complaint, Responses to Requests for Admission, Poole and Kent's Answers to Interrogatories, and Hunt's Answers to

Interrogatories. Mr. MacPhee has also reviewed the alleged back-charges asserted by Hunt and the supporting documentation provided by Hunt.

Mr. MacPhee will testify based upon his personal knowledge, skill, training, education and experience, as well as the work he performed, documents reviewed, observations made, discussions with Poole and Kent personnel, information he reviewed and/or considered and applicable industry standards. Mr. MacPhee will testify as an expert regarding the mechanical and plumbing industry practice and standards in general with respect to planning, scheduling, sequencing and analysis of labor productivity, impact and costs. Mr. MacPhee will also testify regarding the general industry practice and standards for general contracting, project scheduling, project management, documentation of claims and costs, control, sequencing and coordination. Mr. MacPhee will testify regarding the fairness and reasonableness of the costs and expenses identified Hunt's alleged back-charges.

It is Mr. MacPhee's expert opinion, to a reasonable degree of certainty, that: (1) Hunt's alleged back-charges lack substantive supporting documentation such as proof of payment by Hunt, proof of Poole and Kent's liability for the alleged costs, and basic information as to the nature of the alleged back-charges; (2) Hunt's alleged back-charges are significantly overstated in amounts; (3) Hunt improperly adds non-contractual mark-ups to its alleged back-charges; (4) Hunt improperly attributes back-charges to Poole and Kent for alleged costs that are not Poole and Kent's responsibility; (5) Hunt failed to provide contemporaneous notice of its alleged back-charges and as a result failed to mitigate its alleged damages; (6) Hunt's alleged back-charges are caused

3

not by any alleged breach of contract by Poole and Kent but rather by Hunt's acceleration of the Project and/or Hunt's poor management and scheduling of the Project; and (7) Hunt's alleged back-charges include duplication of items and are improperly inflated.  It is Mr. MacPhee's expert opinion, to a reasonable degree of certainty, that Hunt is not entitled to recover the amounts claimed by Hunt for its alleged back-charges.

      (b)    Thomas Kessler
The Poole and Kent Corporation
4530 Hollins Ferry Road
Baltimore, Maryland 21227

Mr. Kessler is a licensed Master Plumber and Gas Fitter in Washington, D.C. and Virginia with over 29 years of experience in the plumbing industry.  He is currently the Labor Manager for Poole and Kent responsible for supervising all plumbing and HVAC foremen on numerous Poole and Kent projects.  Mr. Kessler may provide opinion testimony based upon his experience, knowledge, skill and training regarding the planning, supervising, sequencing and coordinating of plumbing labor; the installation, testing, inspecting, maintenance and repair of plumbing systems and the fairness and reasonableness of the costs and expenses associated with Hunt's alleged back-charges.  Because Mr. Kessler was not retained specifically for the purpose of providing expert testimony no expert report is required under the Federal Rules.  He is not compensated above his normal rate of pay for his testimony.

  (c)  Donald Campbell
     The Poole and Kent Corporation
     4530 Hollins Ferry Road
     Baltimore, Maryland 21227

  Mr. Campbell is a Vice President of Poole and Kent with over 26 years of experience in the construction industry. Mr. Campbell served as Project Executive on the Project commencing in August 2005. Mr. Campbell has significant experience in project management, particularly for the general contractor on a construction project. Mr. Campbell may provide opinion testimony based upon his experience, knowledge, skill, and training about the fairness and reasonableness of Hunt's alleged back-charges. It is expected that he will testify that Hunt failed to provide timely notice of its alleged back-charges, failed to properly mitigate the alleged back-charges, has substantially over-stated the alleged back-charges, has not properly documented the alleged back-charges, and has not established Poole and Kent's liability for the back-charges. Because Mr. Campbell is not retained specifically for the purpose of providing expert testimony no expert report is required under the Federal Rules. Mr. Campbell is not compensated beyond his normal salary for his testimony.

  The areas of testimony listed above for the witnesses are provided as a guide to the opinions and testimony that will likely be elicited; the description is not intended to be a limitation on the scope or subject matter of the testimony. Poole and Kent reserves the right to supplement this disclosure, expand the areas of testimony and/or designate new expert witnesses as information becomes available. Further, Poole and Kent reserves the right to designate opposition and rebuttal expert witnesses if necessary in

accordance with the Scheduling Order issued in this matter.  Finally, Poole and Kent reserves its right to call any expert witness identified by any other party to elicit expert and/or factual information.

Respectfully submitted,

/s/ _____
Robert F. Carney (Bar No. 436999)
Michael A. Stover (Pro Hac Vice)
Nichole M. Velasquez (Bar No. 495315)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for The Poole and Kent Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2007, a copy of the foregoing Expert Witness Disclosure was served electronically to counsel of record.

>David T. Dekker, Esquire
>Jeffrey R. Gans, Esquire
>Michael S. McNamara, Esquire
>Thelen Reid & Priest, LLP
>701 Eighth Street, N.W.
>Washington, D.C. 20001
>
>Donna M. Crowe
>Bradley Arant Rose & White LLP
>1133 Connecticut Avenue, N.W., 12th Floor
>Washington, D.C. 20036

>/s/
>Nichole M. Velasquez

*1752949v5*