IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   1:06CV1850 |
| | | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*

## NOTICE OF WITHDRAWL OF APPEARANCE OF COUNSEL FOR DEFENDANT/THIRD-PARTY PLAINTIFF THE POOLE AND KENT CORPORATION

Please take notice that Nichole M. Velasquez, Esquire, hereby withdraws her appearance in the above-captioned proceeding as counsel for The Poole and Kent Corporation. Robert F. Carney, Michael A. Stover, and Whiteford, Taylor & Preston, LLP remain counsel for The Poole and Kent Corporation.

/s/ Nichole M. Velasquez
Bar No. 495315
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October 2007, a copy of the foregoing Notice of Withdrawl was served by electronic mail pursuant to the Court's Standing Order regarding electronic filing to:

Robert F. Carney
Michael A. Stover
William P. Pearce
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202
*Attorneys for The Poole and Kent Corporation*

David T. Dekker
Jeffrey R. Gans
Michael S. McNamara
Laura Kamas
Thelen Reid Brown Raysman Steiner LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
*Attorneys for Hunt Construction Group*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington D.C. 20036
Phone: 202-719-8212
Fax: 202-719-8312
*Attorney for Federal Insurance Company and United States Fidelity and Guaranty Company*

/s/ Nichole M. Velasquez

*1757211*

- 2 -