IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:    1:06CV1850 |
| | | Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR PRO HAC VICE ADMISSION OF WILLIAM P. PEARCE**

Pursuant to Local Rule 83.2 of the United States District Court for the District of Columbia, The Poole and Kent Corporation, by and through its attorney Robert F. Carney (Attorney No. 436999), hereby moves this Court, for the entry of an Order allowing for the pro hac vice admission of William P. Pearce. Such admission is sought for the limited purpose of appearing and participating in this case as co-counsel for the Defendants/Third-Party Plaintiffs, The Poole and Kent Corporation.

William P. Pearce is a member in good standing of the Bar of the State of Maryland. He has been admitted to practice in the Court of Appeals of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit. As reflected in the attached certification, he has never been disciplined by the Bar of any jurisdiction. Mr. Pearce has not been admitted pro hac vice in this Court at any time within the previous two (2) years nor does he engage in the practice of law from an office located within the District of Columbia.

- 2 -

WHEREFORE, this Honorable Court is respectfully requested to enter the attached Order admitting William P. Pearce as co-counsel for the The Poole and Kent Corporation in the above-captioned case.

/s/ Robert F. Carney
Bar No. 436999
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant and Third Party Plaintiff,
THE POOLE AND KENT CORPORATION

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October 2007, a copy of the foregoing Motion for Pro Hac Vice Admission of William P. Pearce, Certification, and Proposed Order was served by electronic mail pursuant to the Court's Standing Order regarding electronic filing to:

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Michael S. McNamara, Esquire
Thelen Reid Brown Raysman Steiner LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
*Attorneys for Hunt Construction Group*

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington D.C. 20036
Phone: 202-719-8212
Fax: 202-719-8312
*Attorney for Federal Insurance Company and United States Fidelity and Guaranty Company*

/s/ Robert F. Carney

1757215

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**<u>CERTIFICATION OF WILLIAM P. PEARCE</u>**

I, William P. Pearce, Esquire, hereby certify and affirm:

1. I am over the age of eighteen (18) and fully competent to testify to the matters set forth herein.

2. I am a member of good standing of the Bar of the State of Maryland;

3. I have been admitted to practice in the Court of Appeals of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit;

4. I am an attorney with the law office of Whiteford, Taylor & Preston, LLP. My office is located at Seven Saint Paul Street, Baltimore, Maryland 21202;

5. I have never been disciplined by any Bar;

6. I have not been admitted Pro Hac Vice before this Court at any time within the previous two (2) years;

1

2

7.      I do not engage in the practice of law from the office located within the District of

Columbia;

**I DO SOLEMNLY AFFIRM AND DECLARE UNDER THE PENALTIES OF
PERJURY THAT THE CONTENTS OF THE ABOVE CERTIFICATION ARE TRUE
AND CORRECT.**


                                                          /s/ William P. Pearce

*1757217*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Third Party Plaintiff | * | |

\* \* \* \* \* \*       \* \* \* \* \*

## ORDER FOR PRO HAC VICE ADMISSION OF WILLIAM P. PEARCE

Having read and considered The Poole and Kent Corporation's Motion for Pro Hac Vice Admission of William P. Pearce, it is this ____ day of October 2007, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Motion is hereby GRANTED and;

FURTHER ORDERED, that William P. Pearce is hereby admitted Pro Hac Vice as co-counsel for the purposes of appearing and participating as co-counsel for The Poole and Kent Corporation in the above-captioned case.

_____
Judge,
United States District Court for the
District of Columbia

1757220