UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 06-1850 (JR)
:
THE POOLE AND KENT CORPORATION, :
:
    Defendant. :

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of William P. Pearce [31], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                        JAMES ROBERTSON
                            United States District Judge