IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Civil Court Action No: 1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/ Third-Party Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**UNITED STATES FIDELITY AND GUARANTEE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1, Third-Party Defendants United States Fidelity and Guarantee Company and Federal Insurance Company (collectively the "Sureties"), by counsel, respectfully submit this Motion for Summary Judgment against Third-Party Plaintiff The Poole and Kent Corporation ("P&K"). This Motion joins in and incorporates by reference the Motion for Summary Judgment, Statement of Material Facts and Memorandum of Points and Authorities in Support ("Hunt Motion") filed by Hunt Construction Group, Inc. on or about November 19, 2007.

For the reasons stated in the Hunt Motion, the Sureties respectfully request that this Court enter summary judgment in their favor as to all counts in P&K's Counterclaim and for such further and different relief as the Court deems appropriate.

Dated:  November 19, 2007

    __/S Donna M. Crowe_____
Donna M. Crowe (#481946)
Robert J. Symon (#436245)
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036
Phone:  202-719-8212
Fax:  202-719-8312
*Attorneys for Federal Insurance Company and United States Fidelity and Guaranty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2007, a copy of the foregoing was served electronically via the CM-ECF system to:

>David T. Dekker, Esquire
>Jeffrey R. Gans, Esquire
>Michael S. McNamara, Esquire
>Theilen Reid Brown Raysman Steiner LLP
>701 Eighth Street, N.W.
>Washington, D.C. 20001
>*Attorneys for HUNT CONSTRUCTION GROUP*
>
>Robert F. Carney (#436999)
>Nichole M. Velasquez (#495315)
>Whiteford, Taylor & Preston L.L.P.
>Seven Saint Paul Street
>Baltimore, Maryland 21202-1626
>(410) 347-8700
>
>Michael A. Stover
>Whiteford, Taylor & Preston L.L.P.
>Seven Saint Paul Street
>Baltimore, Maryland 21202-1626
>(410) 347-8700
>
>*Attorneys for Defendant and Third Party Plaintiff,*
>*THE POOLE AND KENT CORPORATION*

　　　　　　　　　　　　/S/ Donna M. Crowe
　　　　　　　　　　　　　　Donna M. Crowe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Civil Court Action No:   1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/ Third-Party Plaintiff | * | |

\*   \*   \*   \*   \*   \*       \*   \*   \*   \*   \*

**<u>PROPOSED ORDER</u>**

UPON CONSIDERATION of Plaintiff/Counterclaim Defendant Hunt Construction Group, Inc. and Third-Party Defendants Federal Insurance Company and United States Fidelity and Guarantee Company's Motions for Summary Judgment and the pleadings and papers related thereto, it is hereby

ORDERED that Federal Insurance Company and United States Fidelity and Guaranty Company's Motion for Summary Judgment is GRANTED and summary judgment is hereby entered in favor of Federal Insurance Company and United States Fidelity and Guarantee Company as to all the counts of The Poole and Kent Corporation's Counterclaim;

IT IS SO ORDERED.

This ___ day of _____, 2007.

_____
Judge James Robertson
U.S. District Court for the District of Columbia