IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No: 1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Counter Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE OF COUNSEL**

Please enter the appearance of Cynthia E. Rodgers-Waire, Whiteford, Taylor & Preston, LLP, as counsel for Defendant/Counter-Plaintiff/Third Party Plaintiff The Poole and Kent Corporation.

Respectfully submitted,

/s/Cynthia E. Rodgers-Waire
Robert F. Carney (Bar No. 436999)
Cynthia E. Rodgers-Waire (Bar No. 444095)
Michael A. Stover (Pro Hac Vice)
William P. Pearce (Pro Hac Vice)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for The Poole and Kent Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2007, a copy of the foregoing Entry of Appearance was served electronically to counsel of record.

> David T. Dekker, Esquire
> Jeffrey R. Gans, Esquire
> Laura Kamas, Esquire
> Thelen Reid & Priest, LLP
> 701 Eighth Street, N.W.
> Washington, D.C. 20001
>
> Donna M. Crowe
> Bradley Arant Rose & White LLP
> 1133 Connecticut Avenue, N.W., 12th Floor
> Washington, D.C. 20036

>                /s/  Cynthia E. Rodgers-Waire
>                Cynthia E. Rodgers-Waire

*1765217*