IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No:   1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Counter Plaintiff/ Third Party Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT
OF COUNTER-DEFENDANT HUNT CONSTRUCTION GROUP, INC.**

Upon consideration of the Motion for Summary Judgment filed by Counter-Defendant Hunt Construction Group, Inc.; the Opposition of Counter-Plaintiff, The Poole and Kent Corporation; and oral arguments of the parties, if any, it is this ___ day of _____ 200_, in the United States District Court for the District of Columbia, hereby ORDERED that the Motion be and it is hereby DENIED.

_____
James Robertson
United States District Court Judge

Copies to:
Robert F. Carney (Bar No. 436999)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202-1636

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Laura Kamas, Esquire
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036

*1767242*