UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC., | :: |
| Plaintiff/Counterclaim Defendant, | :: |
| v. | :: Civil Action No. 1:06cv01850 |
| | :: Hon. James Robertson, U.S.D.J. |
| THE POOLE AND KENT CORPORATION, | :: |
| Defendant/Counterclaim Plaintiff/ Third Party Plaintiff | :: |

### AFFIDAVIT OF THOMAS MACPHEE IN SUPPORT OF POOLE & KENT'S OPPOSITION TO HUNT CONSTRUCTION GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Thomas MacPhee, am over 18 years of age and am competent to testify to all matters contained herein. Upon personal knowledge and under penalty of perjury, I state:

1. I am Director of Project Controls, Dispute Avoidance & Resolution for Poole and Kent.

2. Poole and Kent and Hunt entered into a subcontract dated June 16, 2004 (the Subcontract") for construction services related to the installation of the heating, ventilating, air conditioning, and plumbing systems for the Project for approximately $9,400,000.00. A copy of the Subcontract is attached to the Opposition as Exhibit 3.

3. Work began on the Project in September, 2003 when Hunt mobilized to the site. Excavation activities began in early October, 2003. Due to the nature of Poole and Kent's work, Poole and Kent did not mobilize to the Project until February, 2004, which was prior to executing the Subcontract. Poole and Kent performed some of the under-slab and layout

Subcontract work as it became available. Poole and Kent achieved substantial completion of its scope of work on or about October 31, 2005.

*(signature)*
Thomas MacPhee

*1766691*