Embassy Suites  
1000 K Street, N.W.; Washington, DC

BBGM project no. 9302.00  
January 27, 2003 - Construction Set

SECTION 01040 - COORDINATION

PART 1 - GENERAL

1.1  RELATED DOCUMENTS

  A.  Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

1.2  SUMMARY

  A.  This Section includes administrative and supervisory requirements necessary for coordinating construction operations including, but not necessarily limited to, the following:

  1. General project coordination procedures.
  2. Coordination Drawings.
  3. Administrative and supervisory personnel.
  4. Cleaning and protection.

  B.  Related Sections: The following Sections contain requirements that relate to this Section:

  1. Division 1 Section "Field Engineering" specifies procedures for field engineering services, including establishment of benchmarks and control points.
  2. Division 1 Section "Project Meetings" for progress meetings, coordination meetings, and preinstallation conferences.
  3. Division 1 Section "Submittals" for preparing and submitting the Contractor's Construction Schedule.
  4. Division 1 Section "Materials and Equipment" for coordinating general installation.
  5. Division 1 Section "Contract Closeout" for coordinating contract closeout.

1.3  COORDINATION

  A.  Coordinate construction operations included in various Sections of these Specifications to assure efficient and orderly installation of each part of the Work. Coordinate construction operations included under different Sections that depend on each other for proper installation, connection, and operation.

  1. Schedule construction operations in the sequence required to obtain the best results where installation of one part of the Work depends on installation of other components, before or after its own installation.
  2. Coordinate installation of different components to assure maximum accessibility for required maintenance, service, and repair.
  3. Make provisions to accommodate items scheduled for later installation.

  B.  Where necessary, prepare memoranda for distribution to each party involved, outlining special procedures required for coordination. Include such items as required notices, reports, and attendance at meetings.

  1. Prepare similar memoranda for the Owner and separate contractors where coordination of their work is required.