# NATIONAL WRECKING CORPORATION

Hunt Construction Group, Inc.
1000 K Street N.W.
Washington, D.C. 20091

Attn: Thomas G. Page                                    February 19, 2004
      Project Manager

Ref: Embassy Suites Hotel (Hunt Job # 5003)              NWC# 02-08-084
      Lost Production & Time: October              PCO # 19

Mr. Page:

    In response to your letters regarding "Remaining Days to Contract Completion" is wish to bring forward several delays or firm suffered in the month of October.

- 10/01/03 National Wrecking Corporation directed to start work.

- 10/02/03 Equipment Mobilized, Started site demo and uncovering existing Piles.

- NWC was told today that the west side of site was off limits until existing utilities had been disconnected and abandoned. Did not have total area until second week of November (see minutes 11/11/03 NB 1-9) See attached plan #1 for area.

- 10/02/03 NWC's subcontractor (Long Fence) onsite as directed to install perimeter safety fence. This had to be installed Six Feet inside of the sidewalk because there had been no public space permit issued to date. This was a requirement prior to the fence being installed. 10/14/03 the fence could be moved to the limits of disturbance as shown on bid documents. See attached plan #2 for area.

- 10/02/03 Hunt notified NWC that they have no lane closure permit for Tenth Street and would take a couple weeks to resolve. 10/14/03 10th street closed. This holds up sheeting & shoring crane from delivery. See attached plan #3 for area.

- 10/06/03 NWC started excavating for first tier of lagging and asked Hunt for the as-built drawings indicating the exact locations of the existing soldier piles, we also asked for the survey controls and benchmark locations with existing elevations. These are to be supplied by Hunt prior to beginning work. Hunt had not even contracted a surveyor at this time. Accurate information not supplied until 11/19/03. See attached plan # 4 for area.

1000K_005522

EXHIBIT
Page 8
7/10/07
SB

- No dewatering system at this time. Ground water seeping into cut creating mud. This making excavation more difficult for equipment and man power to get around.

- 10/06/03 NWC told they could not excavate in the North half of the site until after 10/10/03 because of the owners Ground Breaking Service, and on 10/10/03 site would be shut down for groundbreaking. See attached plan #5 for area.

- 10/09/03 contaminated soils encountered, problem till 10/17/03. See attached plan #6 for area.

- 10/09/03 Existing Foundation Discovered underground, 2 floors below ground surface. Standing and running water. This was prior to the start of any dewatering by Hunt. This condition covered 1/3 of the North side of site from west to east. See attached plan #7.

- 10/15/03 Alley at west side un-available due to electric line location and telephone lines and manholes. See attached plan # 8.

- 10/22/03 Hunt started installing dewatering system. As of meeting, 11/04/03 pump had just started and by meeting 11/11/03, (Meeting Minutes) Hunt cut back pumps.

- 10/23/03 NWC started hoe-ramming underground foundation when we could keep running ground water out of foundation. See attached plan # 7

- 10/23/03 First tier lagging ready for lagging but do not know if piles are correct so can not start, had to cut excavation operations back. Did not know proper location of piles until 11/19/03 ( see meeting minutes ) See plan # 4

Please refer to plan # 9 which is a compilation of all the areas that where effected with issues and made the un-available to NWC to perform their contract work. The records will reflect all the statements above and Hunts notification of them. Certified payrolls will verify manpower. Daily reports will verify equipment and production.

Refer to our production graph and chart (supplied under previous cover). These show that to meet the 89 day contract schedule NWC would have to move 1,840 loads of material. The chart shows NWC only moved 489 leaving NWC 1,351 loads, equaling 13,510 cubic yards short of their production schedule. This equates to a 73.4% loss of production.

The records will reflect that NWC had the equipment and manpower to perform and achieve its daily and monthly scheduled quota if the full site had been at our disposal. The records reflect that NWC's access and egress to its work area has greatly diminished by others.

We therefore submit our additional costs for this reduction of production as follows:

| | |
|---|---|
| Equipment | $ 47,140.00 |
| Laborers | $ 5,584.20 |

1000K_005523

| | |
|---|---|
| Overtime | $ 1,338.29 |
| Foreman | $ 7,602.15 |
| General Conditions | $30,000.00 |
| | |
| TOTAL | $91,664.64 |
| | |
| **73.4% LOST PRODUCTION** | **$67,281.85** |

Please issue a change order in this amount for the excavation portion of lost production. Sheeting and shoring will follow under a separate cover.

Sincerely,
National Wrecking Corporation

Edward A. Williams, Jr.
Vice President

Cc; William B. Finagin Jr. /NWC
      File / Acct.

8001 BELLEFONTE LANE * CLINTON, MARYLAND 20735
PHONE: 301-877-0900 * FAX: 301-877-1900

1000K_005524

FEB-19-2004 20:58  FROM:                                    TO:20273736.0          P.4



PLAN #1

UTILITIES

N.

FEB-19-2004 20:58 FROM:



Private Parking lot

Private Parking lot

West Side Alley

Hertz Building

New York Ave.

4th Street

N.

PLAN #2

FENCE

1000K_005526

FEB-19-2004 20:58    FROM:

TO:20273738&0    P.6



K. Street

Private Parking lot

Private Parking lot

West Side Alley

Hertz Building

N.

PLAN #3

LANE Closure

New York Ave.

1000K_005527

Ext. K. Street

N.

Private Parking lot

10th Street

Private Parking lot

West Side Alley

Hertz Building

New York Ave.

PLAN #4
Pile Survey

1000K_005528

Cover
Ent.

K. Street

Private Parking lot

10th Street

N.

PLAN #5

Ground
Breaking

Private Parking lot

West Side Alley

Hertz
Building

New York Ave.

1000K_005529

FEB-19-2004 21:00 FROM:



PLAN #6

Contaminated
soil

N.

K. Street

10 th Street

Private Parking lot

Private Parking lot

West Side Alley

Hertz Building

New York Ave.

1000K_005530

FEB-19-2004 21:01  FROM:                                    ID:2027373663        P.10

K. Street

Private Parking lot

104 Street

te Parking lot

N.

PLAN #7

Existing Foundation

1000K_005531

FEB-19-2004 21:05  FROM:



1000K_005532