**HUNT**
CONSTRUCTION GROUP

March 23, 2004                                                                 Via Fax (3 pages) at 301/877-1900

National Wrecking Corporation
8001 Bellefonte Lane
Clinton, MD 20735

Attn: Mr. Dennis P. Goss

RE:   Embassy Suites Hotel (Hunt Job No. 5003)
      1000 K Street, NW, Washington, DC
      Late Contract Completion - Reply

Hunt Construction Group, Inc. is in receipt of another National Wrecking Corporation letter regarding the above subject, this one dated March 22, 2004 and responds as follows on behalf of Hunt and the owner – 1000K, LLC. Accordingly, NWC letters of February 19 and 20, 2004 will also be addressed below.

Before addressing these NWC letters, it must be re-stated (refer to Hunt 02/05 & 19/04 letters) that this subcontractor late in completing their contract work. Specifically this scope of work is now more than five weeks behind the contractual completion date of 02/12/04; and almost a month behind the 24FEB04 completion noted in the NWC submitted schedule dated 12-22-03. Furthermore, it is worth noting that several events over the past week have exacerbated this situation, and are noted below:

- NWC stated in weekly subcontractor meetings at the end of Feb. and the beginning of March that they would be done and off site – including footing and plumbing spoils – by March 20, 2004.
- Monday 03/15/03 the "long stick" excavator left the site as it was no longer able to reach loads in the excavation for hauling. No hauling or lagging occurred.
- Tuesday 03/16/04 a 40T hydraulic crane mobilized to load haul trucks with a skip pan, with only 10 loads leaving the site. No lagging occurred.
- Wed. 03/17/04 the 2:00AM plan to demobilize the Hitachi excavator was aborted because the crane NWC hired to lift it out of the excavation was too small.
- Wed. 03/17/04 the 40T hydraulic crane demobilized, and no hauling or lagging occurred
- Thurs. 03/18/04 no hauling or lagging occurred.
- Fri. 03/19 and Sat. 03/20/04 a 70T hydraulic crane was mobilized and hauling resumed. No lagging occurred.
- Sat. 03/20 a 225T crane was mobilized for the Hitachi excavator demobilization
- Mon 03/22/04 the 225T crane setup was finished, and Hitachi excavator demobilized – no hauling or lagging occurred.
- Tues. 03/23/04 hauling resumed with the 70T crane, but no lagging occurred.

The above illustrates how, in the last week-plus, there were 3 days with no production, and the balance of the days with reduced production. This is after NWC is already late, and had stated as recently as early March that they would be done by March 20 – which has now past.

In addressing the letters noted in the first above paragraph, it appears to Hunt and 1000K, LLC that NWC is "papering" the project with weeks-and-months-past issues in an attempt to justify their late scope-of-work

Hunt Construction Group, Inc.
1000 K Street, NW, Washington, DC 20001
P.O. Box 50204, Washington, DC 20091
Phone: (202) 737-3131   Fax: (202) 737-3060 – *phone and fax inactive during non-working hours*
www.huntconstructiongroup.com

1000K_005541



completion after-the-fact. The change order requests outlined in the NWC 02/19/04 and 03/22/04 letters are rejected herewith. The Subcontract Agreement and by reference the owner agreement are clear with regards to cost impact notification requirements. The notification of this impact – coming months after the events allegedly giving rise to the claim – prejudices the construction manager from taking steps to mitigate the claim, and clearly constitutes a waver of such claim.

Furthermore, while it is moot to address these issues specifically due to the improperly delinquent contractual notification, it must be pointed out that these issues are exaggerated, taken out of context, and/or were or should have been anticipated by NWC.

Well dewatering was provided and maintained, and enhanced in timely fashion after impact notices during NWC's scope-of-work. Even with well dewatering, water should have been expected in the excavation per soil borings and contractually mandated local knowledge. Also, frequent rain/snow occurred thru Jan. '04, with little or no NWC sumping/pumping, which is their contractual requirement. Additionally, Hunt noted in writing (refer to 02/06 & 02/20/04 letters) that NWC damaged the dewatering pumps electric feed, which caused system shutdown, freezing, and re-piping at the end of Jan. '04.

Regarding issues in the 02/19 NWC October impacts letter, and the 02/20/04 NWC hauling chart letter, please note the following observations:
- The NWC schedule of 12-22-03 referenced in the above noted letter, which did or should have incorporated impacts to that date alleged in these and other items of NWC correspondence, stated a 02/25/04 completion – which has now past.
- NWC is contractually mandated to promptly notify Hunt of schedule impediments. All existing utilities still live were disconnected in a timely fashion after notification by NWC.
- Existing pile survey information was made available to NWC in a timely fashion after NWC removed the existing asphalt covering these piles.
- There was no observed ground water running in the excavation in Oct. '03. There was trapped/perched water observed, which was NWC's contractual responsibility to remove.
- The "cut back pumps" noted in the 02/19/04 letter was done only to the wells that were not pumping full volumes of water. This was a manufacturer's suggestion to keep these pumps from burning-up.
- Not mentioned in NWC's 02/19/04 letter were contractual issues between themselves and their tier-sub. – Clark Foundations, LLC. It was Hunt's understanding that they did get resolved until mid-to-late October 2003. Also not mentioned were Clark's issues with reaching a project union labor agreements, which were not executed until 10/29/03 according to Hunt's records. It is likely that this is the main reason that Clark did not mobilize and start driving piles until 21OCT03.
- Regarding the hauling chart in the 02/20/04 NWC letter:
  o This chart, only made available to Hunt at that time, conflicts with NWC daily reports – which note no items of impact (rain days were noted, but typically made-up on Saturdays). This also conflicts with monthly billing requests during these time periods – which is an inference by NWC that this scope of work was on or ahead of schedule.
  o This anticipated (labeled as "Schedule") arc graphically indicates that NWC expected around 250 loads off-site in the first week of the project. This conflicts with the "Mobilization equipment to site" duration of 5 days contained in Specific Clarification 14.c of the Subcontract.
  o This chart indicates that NWC expected around 750 to 800 more loads off-site in the next couple of weeks of the project. This conflicts with durations for site demolition, erosion control and corner & bracket pile driving – which needed to be nearing completion to allow excavation/hauling of any significance. Also note that no excavation is indicated during Oct. '03 in the 12-22-03 NWC submitted schedule, which stated a 25FEB04 completion.

1000K_005542



- o The quantities of trucks running through Nov. 2003 were regularly lower than quantities running in Dec. 2003. The explanation given to Hunt at the time was that the trucking companies they were calling regularly shorted NWC. Hunt was subsequently told that the pay per truck was increased in order to mitigate this problem.
- o This analysis also indicated that NWC should have had all mass excavated loads off-site sometime during the week following 2/4/2004. Not only is this not the case as of this date, but lagging ill are not done.

From the above, it can only be surmised that the written and graphic analysis contained in the 02/20/04 NWC letter lacks credibility. A more accurate chart would have shown no anticipated hauling for the first week, and lower anticipated hauling for the next couple of weeks of the project. The anticipated arc would then have shown a marked jump through Nov. 2003, at which point NWC should have reacted quicker to increase hauling fees to get the truck quantities needed to meet their contractual commitments. This is especially evident coming previously un-notified, at this late date, when this scope of work is already past its contractual completion date, and is still not done.

Furthermore, NWC doing more than "bumping a-little" with the concrete subcontractor. The concrete foundation operation was halted for almost two weeks between the last week in February and the first week in March, and is now proceeding at a reduced pace, due to this delinquent completion. The concrete operation is going vertical with walls and columns south to north. Hunt has analyzed their schedule and finds the overall impact of this delay to be approximately 4 weeks at this time, the magnitude of which could increase depending on when lagging actually completes and how timely NWC coordinates their substitute excavation support system bracing removal (to be addressed in more detail in separate correspondence)..

To summarize, National Wrecking Corporation is late in completing their scope-of-work, and this late completion has adversely impacted this project. As described and demonstrated above, NWC's letter writing has failed produce valid reasons for this. Be advised that Hunt reserves the right to the recover the costs associated with this delay from NWC.

Please do not hesitate to contact the undersigned with any questions and/or comments.

HUNT CONSTRUCTION GROUP, INC.

Thomas G. Page
Project Manager

c:   L. Weisman; D. Langhoff; S. Ross
     A. Shepherd - KMI
     File:   Correspondence

1000K_005543