HUNT CONSTRUCTION GROUP, INC.
Embassy Suites Hotel (Hunt Job 5003)
1000 K Street, Washington, DC

National Wrecking Cost Summary

Print Date: 5/13/2004

| HUNT NO. | Sub. No. | DESCRIPTION | REQUEST | HUNT Approved and/or Recommended to Owner | Status | COMMENTS (Updated as of 05/13/04) |
|---|---|---|---|---|---|---|
| PCO 004 | PCO #13 | "Premium Time": Hunt Authorized O.T. for Sat. 01/03, 24 & 31/04 | $4,142 | $4,142 | | 269 MH total which equates to a $15.40 premium. 22 month schedule issue (not owner related until 23 month schedule is impacted, but tracking under PCO #004) |
| PCO 003 | PCO #04 | "Backlagging": Back lagging as of 02/04/04 - Hunt COR dated 02/17/04 | $12,093 | $12,000 | | This is an owner issue. Owner stated agreement to $12,000 for overall resolution of this in the 03/24/04 billing meeting, but this was dependant on the resolution of other issues [noted in this spreadsheet]. Also, 1000 K, LLC previously offered $25,000 as their portion of an overall settlement, which is the sum total of this claim, and the "Hoe Ram Building", "Over Excavation" and "Mud Removal - Dump Fees" claims. |
| PCO 010 | PCO #19 | "Lost Time Oct." Claim: Oct. '03 Impacts 02/19/04 COR | $67,282 | $0 | Rejected per Hunt (also on behalf of 1000K, LLC) 03/23/04 letter | This is, in part, an owner issue. Notes 1, 2, 3, 4 & 8 apply. |
| PCO 003 | PCO #20 | "Shoring Repairs" Claim: Damage Repairs to Shoring System due to running sand and water - NWC 03/11/04 COR | $2,567 | $0 | Rejected per Hunt (also on behalf of 1000K, LLC) 05/13/04 letter | This is a dewatering issue. Notes 1, 2, 3, 5, 6 & 8 apply. |
| PCO 007 | PCO #21 | "Hoe Ram Building" Claim: Hoe-Ram removal of existing basement - 03/11/04 COR | $37,006 | $6,400 | | This is an owner issue. Notes 1, 2 & 3 apply. The owner previously offered $25,000 as their portion of an overall settlement, which is the sum total of this claim, and the "Backlagging", "Over Excavation" and "Mud Removal - Dump Fees" claims. |
| SPCO 1015 | PCO #22 | "Below Footing Lagging" Claim: Lagging Below Subgrade - 03/15/04 NWC COR | $8,458 | $0 | Rejected per Hunt (also on behalf of 1000K, LLC) 05/13/04 letter | Contract work for NWC (ref. Hunt 02/20/04 and 01/27/04 letter) |
| PCO 003 | PCO #23 | "Over Excavation" Claim: Add'n'l excav. outside boundaries of the soldier beams as they were presented on the Schnabel drawings - NWC 02/18 & 03/13/04 CORs | $2,141 | $0 | Rejected per Hunt (also on behalf of 1000K, LLC) 05/13/04 letter | This is an owner issue. Notes 1, 2, 3 & 8 apply. Recently submittel claim of which NWC did not show that anticipated excavation took into account the outer limits of spec. tolerances for the existing soldier beams. The owner previously offered $25,000 as their portion of an overall settlement, which is the sum total of this claim, and the "Backlagging", "Hoe Ram Building" and "Mud Removal - Dump Fees" claims. |

H006938

HU00048924

HUNT CONSTRUCTION GROUP, INC.
Embassy Suites Hotel (Hunt Job 5003)
1000 K Street, Washington, DC

National Wrecking Cost Summary

Print Date: 5/13/2004

| HUNT NO. | Sub. No. | DESCRIPTION | REQUEST | HUNT Approved and/or Recommended to Owner | Status | COMMENTS (Updated as of 05/13/04) |
|---|---|---|---|---|---|---|
| PCO 002 | PCO #24 | "Gradall Rental": T&M Excavation for added wells at the north end of the excavation - NWC 03/17/04 COR | $445 | $445 | | This extra work was authorized by Hunt, with T&M tickets signed. |
| PCO 0022 | PCO #25 | "Dewater Impact" Claim: Groundwater Impacts - NWC 03/17/04 COR | $140,464 | $0 | | This is a dewatering issue. Notes 1, 2, 3, 4, 5, 6 & 8 apply. |
| PCO 006 | --- | Mud Removal - Dump Fees - 02/19/04 NWC COR for $51,385 | incl w/$140,464 above | $6,600 | Rejected - except for $6,600 for mud removal per Hunt (also on behalf of 1000K, LLC) 05/13/04 letter | This is a dewatering issue. Notes 1, 2, 3, 4, 5, 6 & 8 apply. Proper formal notification was only for $6,600 noted for slop removal. Also, the owner previously offered $25,000 as their portion of an overall settlement, which is the sum total of this claim, and the "Backlagging", "Over Excavation" and "Hot Ram Building" claims. |
| PCO 003 | PCO #20 | Damage Repairs to Shoring System due to running sand and water - NWC 03/11/04 COR - *Already Listed Above @$2,567, but included in the $140,464 above @$1,310* | ($2,567) | see above | | |
| | PCO #26 | "Accelerate Schedule" Claim: Dec.'03 & Jan.'04 claim per NWC 03/22/04 COR | $134,337 | $0 | Rejected per Hunt (also on behalf of 1000K, LLC) 03/23/04 letter | This is a dewatering issue. Notes 1, 2, 3, 4, 5, 6 & 8 apply. Hunt provided written notification that NWC was falling behind schedule - and potentially impacting the project - back in the beginning of Feb.'04 (there was even specific direction to work 3 saturdays in Jan.'04 to help this situation). As such the term "acceleration" was never used with respect to this claim. |
| | | Back Lagging at SB 55 - Hunt 02/19/04 letter is most recent | $5,363 | TBD | | NWC had info to do this correctly the 1st time, and has not corrected this. NWC was directed in writing twice to correct this work in a timely fashion, but to-date as failed to do so. Hunt 02/19/04 reply is the most recent letter. May be a back-charge later (an RFI is currently in regarding moving in the associated foundation walls). |
| SPCO 1012 | | Repair of freeze damage dewatering piping due to NWC electric line damage - Hunt 02/20/04 reply most recent letter | --- | ($16,000) | | All costs as a result of this NWC caused damage are not yet in. The amt in the "HUNT..." column is a R.O.M. based on 4 plumbers & 1 electrician for 5 days + a Saturday - rounded-up for material - plus Hunt mark-up. |
| SPCO 1014 | | Lagging Coord. W/Waterproofing - Removing Wedges Hunt 02/20/04 Letter | --- | $0 | | Relatively minor (less than a man-week). |
| SPCO 1016 | | Install Safety Rails at North End | --- | ($989) | | 02/11/04 24 hour notice, and 02/13/04 Rapid pricing plus 10% & 10% allowable Hunt mark-up |

H006939

HU00048925

HUNT CONSTRUCTION GROUP, INC.
Embassy Suites Hotel (Hunt Job 5003)
1000 K Street, Washington, DC

National Wrecking Cost Summary

Print Date: 5/13/2004

| HUNT NO. | Sub. No. | DESCRIPTION | REQUEST | HUNT Approved and/or Recommended to Owner | Status | COMMENTS (Updated as of 05/13/04) |
|---|---|---|---|---|---|---|
| SPCO 1018 | PCO # 810012 | Redo damaged surveying points - 03/09/04 Rapid response to 03/04 NWC COR | $4,199 | $0 | Rejected per Hunt 05/13/04 letter | Notes 1, 2, 3 & 8 apply. No notice prior to 03/04/04 COR. Sent to Rapid for comment, with ensuing 03/09/04 reply citing no prior notice nor evidence of survey point damage or loss. |
| PCO 004 | | Ramp area backfill expedite w/ self compacting stone i.l.o. compacted fill | — | ($12,500) | | R.O.M. Credit from NWC (add to PCI/Rapid) based on 2 operated pieces of equipment for 2 weeks, less the cost to haul material that could have been used for backfill (barely acceptable moisture content per the owner's testing agency). |
| | | Fix damage to 10th Street caused by tier-sub's crane | — | TBD | | |
| | | | | | | |
| SPCO 1013 | | Schedule Impacts - Recovery Costs as a result of NWC finishing late | — | ($200,000) | | Hunt 03/23/04 letter details how NWC was late, then "papered" the project with excuses after-the-fact (SPCO 1013, previously set-up to track the schedule impact of the "Long Stick" breakdown at the end of Jan '04, is now being expanded to track this overall impact). PCI/Rapid has rated a 25 day impact (x about 60 men - assuming a $16 avg. OT premium equates to the premium time Rough-Order-Magnitude in the "HUNT...." column (rounded up). O.T., etc. recovery money is currently being spent against this R.O.M. (the alternative of being late would be much more w/liq. damages plus extended GC's plus extended AC consumption). |
| | | Tower Crane and labor spoils removal assistance from the concrete subcontractor on Fri. 04/02/04 | — | ($6,210) | | |
| | | Potential Schedule Impact - Removal of substitute excavation support system ahead of the below ground concrete parking deck operation | — | TBD (none as of this update) | | The substitute suppt system, permitted by NWC tier-sub, consists of whalers and crosslots in lieu of the Schnabel combo of drilled tie-backs (south half) and angle bracing (north half). This system has to be removed, via their engineered procedure, for walls to proceed on raised decks (little or no impact if cyl breaks come-up and field coord. is very good). The Schnabel system could be removed after concrete placement - i.e. without hold-ups to walls on slab-on-deck. |
| | | Failure to correct Back Lagging at SB 55 - as directed per Hunt 02/06 & 19/04 correspondence. | — | TBD | | Potential schedule impact related to "Back Lagging at SB 55" issue described above. |
| | | Schedule Recovery Sub-TOTAL | $0 | ($206,210) | | |
| | | | | | | |
| | | TOTAL | | ($206,111) | | Does not include "TBD" items in the "HUNT....." column |

Page 3 of 4

H006940

HU00048926

Print Date: 5/13/2004

HUNT CONSTRUCTION GROUP, INC.
Embassy Suites Hotel (Hunt Job 5003)
1000 K Street, Washington, DC

National Wrecking Cost Summary

| HUNT NO. | Sub. No. | DESCRIPTION | REQUEST | HUNT Approved and/or Recommended to Owner | Status | COMMENTS (Updated as of 05/13/04) |
|---|---|---|---|---|---|---|
| Note 1: | | | | | | Per the Subcontract Agreement, the notification of this impact/claim — coming well after the events allegedly giving rise to the claim — prejudices the construction manager from taking steps to mitigate the claim, and clearly constitutes a waiver of such claim. |
| Note 2: | | | | | | This claim appears to be an example of NWC "papering" the project with weeks-and-months-past issues in an attempt to make their settlement target more artificially palatable, and to make excuses for their late scope-of-work completion after-the-fact. NWC wanted/threatened Hunt that they would do this in several phone calls and conversations if their settlement target was not agreed upon. |
| Note 3: | | | | | | NWC's daily reports gave no indication of this impact/claim. |
| Note 4: | | | | | | NWC provided a schedule, as per subcontract requirement, [delinquently] on 12-22-03; which did or should have incorporated impacts to that date alleged by NWC. This schedule started a 25FEB04 completion - which actually happened at the beginning of April, 2004. |
| Note 5: | | | | | | Regarding this dewatering related claim, note that NWC is contractually responsible for sumping/pumping of rain water. 2003 was a record precipitation year, the pace of which continued throughout Jan.'04. Additionally there are leaky storm lines around this project, and a parking lot at the NW corner that is sloped towards this project; and shed water into the excavation everytime it rained. NWC provided very little pumping on this project, and none past Dec.'03 - in direct violation of their subcontractual requirements. |
| Note 6: | | | | | | Regarding this dewatering related claim, it was noted in writing (refer to Hunt 02/06 & 02/20/04 letters) that NWC damaged the dewatering pumps electric feed, which caused system shutdown, freezing, and re-piping at the end of Jan. '04. |
| Note 7: | | | | | | Regarding this dewatering related claim, it was noted in writing (refer to Hunt 02/25/04 letter) that NWC continued excavation activities for more than a month thru Feb.'04 with water running into the excavation at the NE corner before providing notification of impact. Hunt added a well as-soon-as-possible there after. NWC soon there-after rendered it ineffective by dumping excavation spoils into it. |
| Note 8: | | | | | | Regarding this claim, refer to Hunt 03/23/04 letter for a general description of NWC tactics of "papering" of this project with after-the-fact with exaggerated claims that, upon remedial examination, prove to have little or no credibility. |

Page 4 of 4

H006941

HU00048927