10/12/2005 13:54 FAX 3175775605         KITE                              ☒002

June 22, 2004

Hunt Construction Group, Inc.
214 Carnegy Center, Suite 103
Princeton, New Jersey 08540
Attention: Pete Clark

RE:   1000 K Street, N.W., Washington, D.C. (the "Project)

Dear Mr. Clark:

It would appear that the Project described above is behind schedule. It is our view that the primary reason the Project is behind schedule are the delays associated with your excavation subcontractor, National Wrecking Corporation. We reasonably estimate that the delays caused by National Wrecking Corporation are approximately six (6) weeks in duration.

Please be advised that, pursuant to paragraph 12 of the Supplemental Conditions to the Standard Form of Agreement between 1000K, L.L.C. ("Owner") and Hunt Construction Group, Inc. ("Contractor") dated October 1, 2003, the Owner is entitled to damages in the amount of $5,000 per day for the first 30 days of delay, and $7,500 per day thereafter, if Substantial Completion of the Project does not occur by August 31, 2005. Please be further advised that the Owner fully intends to assert all such damages against the Contractor for delays in achieving Substantial Completion.

Please do not hesitate to call me if you would like to discuss this matter further.

Sincerely,

Jeff Lynch
Senior Vice President


cc: Allan Goldstein
    Art Shepherd

228410_1.DOC

1000K_004450