FROM : HUNT CONSTRUCTION GROUP     FAX NO. : 202-737-3060     Aug. 26 2004 04:11PM  P1



August 26, 2004                                    Via fax (1 page) at 317/577-5605

Kite Companies
30 S. Meridian Street, Suite 1100
Indianapolis, IN 46204
Attn: Mr. Jeff Lynch

RE:   Embassy Suites Hotel (Hunt Job No. 5003)
      1000 K Street, NW, Washington, DC
      Building Control Problem Solutions

This letter is a follow-up to a 06/04/04 meeting between Kite Companies, Brennan Beer Gorman Monk Architects/Interiors P.L.L.C. and Hunt Construction Group, Inc. regarding solutions to the building control problem. This problem occurred because Hunt's surveying firm misinterpreted the architectural and structural plans with respect to the relationship between property line, southwest building corner and column grid lines between 4-line and 13-line. As described in Hunt letter 06/04/04, this problem was not discovered until mid.- May 2004.

In summary, the solution has consisted of adjusting applicable columns and shear walls to get them in their correct locations by the second floor. The exceptions to this were the already in-place shafts for elevator 5 (which creates no negative impacts to guest-suites) and elevators 6, 7, 8 & 9; and the south shear wall of the north exit stairway, which created ¾" narrower adjacent guest-suites on all the guest floors. In all, architectural impacts occur in 14 rooms at the B1 and B1 Mezzanine levels, 7 rooms at the Ground Floor and Ground Floor Mezzanine levels, 3 rooms at the 2nd Floor, 4 rooms at the 3rd Floor, 4 rooms each at floors 4 through 6, 3 rooms each at floors 7 through 14, and 1 room at the penthouse – all of which totals 65 rooms. Detailed accounts of previous meetings regarding this issue have been transcribed, and transmitted under separate cover.

Hunt has proceeded with structural modifications as discussed and defined by Cagely Associates sketches, and will resolve the costs of these directly with the applicable subcontractors. Furthermore, Hunt will be solely responsible for the architectural and structural design fees associated with this solution, which is known to be $70,000; as well as VIKA as-built and control re-establishment surveys, which are understood to be a separate and additional maximum of $7,000. Finally, should any unforeseen issues arise as a result of the situation referred to above, Hunt will be solely responsible for the associated costs of resolving them.

Hunt again sincerely apologizes for the consternation that this situation has created. Please do not hesitate to contact the undersigned with any questions and/or comments.

HUNT CONSTRUCTION GROUP, INC.

Thomas G. Page
Project Manager
Attachments:   None
Cc:   P. Clark; L. Weisman (via email)
      A. Shepherd – Kite (via site mailbox)
File: Kite Correspondence; SPCO 1019

Hunt Construction Group, Inc.
1000 K Street, NW, Washington, DC 20001
P.O. Box 50204, Washington, DC 20091
Phone: (202) 737-3131   Fax: (202) 737-3060   www.huntconstructiongroup.com

Page 1 of 1

1000K_002953