

June 9, 2004                                                                                                             Via email

Kite Companies
30 S. Meridian Street, Suite 1100
Indianapolis, IN 46204

Attn: Mr. Jeff Lynch

RE:     Embassy Suites Hotel (Hunt Job No. 5003)
         1000 K Street, NW, Washington, DC
         Building Control Problem Solutions

This letter is a follow-up to a Tuesday 06/08/04 meeting between Kite Companies, Brennan Beer Gorman Monk Architects/Interiors P.L.L.C. and Hunt Construction Group, Inc. regarding solutions to the building control problem. This problem occurred because Hunt's surveying firm misinterpreted the architectural and structural plans with respect to the relationship between property line, northwest building corner and column grid lines between 4-line and 13-line. As described in Hunt letter 06/04/04, this problem was not discovered until mid.-May 2004.

In summary, the solution will consist of adjusting applicable columns and shear walls to get them in their correct locations by the second floor. The exceptions to this are the currently in-place shafts for elevators 5, 6, 7, 8 & 9 of which create nominal and resolvable architectural impacts at the first floor. Elevator #5, which continues throughout the guest floors, creates no negative impacts to guest-suites. Also, the south shear wall of the north exit stairway, may create ¾" narrower adjacent guest-suites on all the guest floors. Detailed accounts of previous meetings regarding this issue are being transcribed, and will follow under separate cover.

Hunt is prepared to proceed immediately with structural modifications as discussed and defined by Cagely Associates sketches, and will resolve the costs of these directly with the applicable subcontractors. Furthermore, Hunt will be responsible for reimbursing Kite for the architectural and structural design fees associated with this solution, which is known to be $70,000; as well as VIKA as-built and control re-establishment surveys, which are understood to be a separate and additional $7,000. Finally, should any currently unforeseen issues arise, Hunt will be responsible for resolving them.

Hunt sincerely apologizes for the consternation that this situation has created. Please do not hesitate to contact the undersigned with any questions and/or comments.

HUNT CONSTRUCTION GROUP, INC.

*Thomas G. Page*
Thomas G. Page
Project Manager

Signed with permission, David A. Langhoff,
Project Superintendent Hunt Construction Group, Inc.

Attachments: None
cc: P. Clark; L. Weisman; D. Langhoff; S. Ross (via email)
A. Shepherd – Kite (via email)
File: Kite Correspondence; SPCO 1019

Hunt Construction Group, Inc.
1000 K Street, NW, Washington, DC 20001
P.O. Box 50204, Washington, DC 20091
Phone: (202) 737-3131  Fax: (202) 737-3060
www.huntconstructiongroup.com

Page 1 of 1

HU00007460