08/04/04 13:46 FAX 843 767 4600     ATLANTIC COAST MECH INC                    ☒001

# THE POOLE AND KENT CORPORATION
An EMCOR Company

## FAX TRANSMITTAL


RECEIVED
AUG 0 4 2004
File: w/fax copy

| | | | |
|---|---|---|---|
| DATE: | Wednesday, August 04, 2004 | TIME: | 1:42 pm |
| SENT BY: | Faith Carper for Adam Snavely | NO. PAGES: | 07 (including this page) |

| | | | |
|---|---|---|---|
| ATTENTION: | Tom Page | NO.: | (202) 737-3060 |
| FIRM NAME: | Hunt Construction Group | | |

## MESSAGE

Tom,

Please find the attached Schedule Review dated 8/3/04 as per our discussion. The contents are concerning and I am glad that we will have a chance to discuss the matter in detail in our meeting tomorrow.

Please call me if you have any questions.

Adam

● 4530 Hollins Ferry Road ● Baltimore, Maryland 21227 ●
● Phone (410) 247-2200 ● Fax (410) 536-0678 ●

HU00015836

# REVIEW OF SCHEDULE & JOB SITE PROGRESS
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

Based on my review of the project schedules along with July 28, 2004 job site observations and discussions with project management staff, it is my professional opinion that this project has lost 68 calendar days since December 1, 2003, due to lack of structural advancement on the project. More specifically, the concrete structure on level B-4 through Ground floor has not progressed in accordance with the baseline schedule, as shown in Illustration No. 1, leaving the concrete structure approximately 5 levels and 10 weeks behind schedule. Despite continued concrete acceleration during the past 2 to 3 months, the project continues to lose time. Currently, time is being lost due to insufficient duration contemplated in 2nd floor construction, specifically it appears the schedule missed the mechanical mezzanine and the pool construction prior to the 2nd floor deck, pour #1.

The original or baseline schedule, data date December 1, 2003, indicates a July 27, 2005 substantial completion of finishes. It provides no explicit critical path, but my inspection of the schedule indicates that it passes through the entire structure and then moves into the close-in activities and finally into drywall and finishes. It also appears to establish unreasonably and unnecessarily short durations for mechanical/plumbing rough-in and finishes. It requires concurrent work on three floors while maintaining short durations and indicates wall framing to be completed prior to rough-in work. To this regard, it is important that Hunt incorporate our input in the next schedule revision. Dry-in of the building is not scheduled until October 2004 through February 2005, requiring all rough-ins to be accomplished prior to close-in. This will leave equipment, materials and controls exposed to the environment and prone to damage. The duration for the penthouse mechanical room is also insufficient requiring approximately another 2 months to complete and commission. Again, Hunt needs to incorporate our input to their schedule. These characteristics of the schedule are graphically demonstrated with Illustration No. 2. In general, this baseline schedule provides insufficient detail, duration and logic for the rough-in work on each level of the structure, making it difficult to use as a planning tool during rough-in phase of work.

A comparison of this baseline schedule with the May 21, 2004 schedule update shows both delay and acceleration impacting our performance on the project. As shown with Illustration No. 3, the project experienced 14 calendar day slippage in the substantial completion of construction,

HU00015837

08/04/04  13:46 FAX 843 767 4600       ATLANTIC COAST MECH INC                    ☒003

# REVIEW OF SCHEDULE & JOB SITE PROGRESS
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

yet the structural completion lost 36 calendar days while rough-in commencement lost 98 days. Furthermore, the overall duration for rough-in work has been reduced from 266 days to 217 days or 20%. This comparison demonstrates the substantial delay to the structural completion and start of the rough-in work, thereafter mitigated by acceleration through schedule compression of rough-in and finish activities. The result of the follow-on acceleration is a theoretical recovery of 65% of the time lost through May 21, 2004, however potential increased labor costs may occur as a result of schedule compression and overtime.

It is my opinion that an additional 22 calendar days were lost from May 21, 2004 through July 28, 2004. This was determined by estimating the actual status on the project through July 28, 2004. The ground floor deck had been completed on July 23, 2004 as shown in illustration No. 1. The 2nd floor deck had an approximate duration of 8 work days, but only one day of progress was recognized. This resulted from the un-scheduled construction of the mechanical mezzanine and pool area, work necessarily precedent to the 2nd floor deck, pour #1. This meant that 114 work days remained to build the structure and when projected from July 29, 2004, I established a revised completion date of January 10, 2004. This represents a total net delay of 68 calendar days to the critical concrete structure, 22 days of those days occurring since the May 21, 2004 update. The entire impact is a result of insufficient concrete progress.

As previously set forth, we have been directly impacted by this concrete delay through the potential of prolonged job site presence along with the need to maintain an embeds and sleeve crew for an extended duration. Furthermore, the concrete subcontractor has accelerated, working 50 to 60 hour workweeks. In addition, their carpentry/decking crews are not staying sufficiently out in front of the rodmen. This has forced us to work unanticipated overtime on short notice in order to pace progress and prevent delaying concrete pours, resulting in substantial un-contemplated overtime expense. These delays, continued concrete acceleration, compounded by the theoretical acceleration attempts to rough-in work in the May 21, 2004 schedule update, could have serious financial ramifications for us if not mitigated soon.

In order to prevent some of the aforementioned impacts and complications, I strongly recommended that a detailed schedule be developed for rough-in and finish work through a cooperative effort with Hunt and the other subcontractors. Sufficient durations and sequencing is

HU00015838

# REVIEW OF SCHEDULE & JOB SITE PROGRESS
### THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

critical to establishing a schedule that we can use as an accurate planning tool to ensure a productive and timely execution of our work activities. The baseline schedule seems to have sufficient flexibility to absorb reasonable additional rough-in activity durations that we need to incorporate in the next update. I also recommend that we notify Hunt that the concrete subcontractor needs to provide sufficient notice and allow adequate time during the normal work day to allow our crews to layout and install its sleeve and embed work.

Matt, should you need a more detailed scheduled analysis of your project or assistance with the next Hunt update, please let me know.


C:c:   Adam E. Snavely
       Contract File

                        Thomas A. Mac Phee
                        August 3, 2004

08/04/04  13:47 FAX 843 767 4600   ATLANTIC COAST MECH INC   ☒005



HU00015840



08/04/04  13:48 FAX 843 767 4600    ATLANTIC COAST MECH INC    ☒006



HU00015842



# EMBASSY SUITES

## HUNT'S PROPOSED PLUMBING & MECHANICAL SEQUENCE

2004
APR
MAY
JUN
JUL
AUG
SEP
OCT
NOV
DEC
JAN
FEB
DECEMBER 1, 2003, BASELINE SCHEDULE
B-2
B-1
M-1
GRD
2ND
3RD
4TH
5TH
6TH
7TH
8TH
9TH
10TH
11TH
12TH
13TH
14TH
PH
40 WD'S
OVERALL ROUGH-IN DURATION: 266 WD'S
15 WD'S PER FLOOR
FLOORS NOT DRIED-IN
TYPICAL FLOOR
FRAMING
(5 WD)
(5 WD)
MEP R/I, ½ FLR
(10 WD)
MEP R/I, ½ FLR
(10 WD)
3 FLOORS CONCURRENTLY
INSUFFICIENT DURATION

ILLUSTRATION No. 2

HU00015844

# EMBASSY SUITES
## STRUCTURAL PROGRESS COMPARISON TO JULY 29, 2004

| 03 | | | | 2004 | | | | | | | | | | 2005 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A |

### DECEMBER 1, 2003 SCHEDULE UPDATE

**FOUNDATIONS & STRUCTURE**
- B-1 THRU GRD FLR SLAB
- GRD THRU 6TH — 20/21
- 6TH THRU ROOF

**FRAME & ROUGH-IN**

**BLDG DRY-IN**

**PH MECH.**

266 CD ROUGH-IN PERIOD

P&K R/I PERIOD

98 CD'S LATE

36 CD'S LATE

**DRYWALL & FINISHES**  3 — 27

### MAY 21, 2004 SCHEDULE UPDATE

**STRUCTURE**
- B1 - GRD
- GRD THRU 6TH — 20/24
- 6TH THRU ROOF — 9

**FRAME & ROUGH-IN**  23

217 CD ROUGH-IN PERIOD

**BLDG DRY-IN**  21

**PH MECH.**

P&K R/I PERIOD

14 CD'S LATE

**DRYWALL & FINISHES**  8 — 10

5/21/04

ILLUSTRATION No. 3

HU00015845