**Poole & Kent**
*An EMCOR Company*

The Poole and Kent Corporation
4530 Hollins Ferry Road
Baltimore, MD 21227

Phone: 410.247.2200
Fax: 410.247.2331

December 8, 2004

Hunt Construction Group
1000 K Street, NW
Washington, DC 20004

RECEIVED DEC 09 2004
FILE: w/P&K copy

Attention:  Tom Page

Reference:  **Embassy Suites Hotel
Washington DC**

Subject:  **Revised Guestroom Finishes & Interior Framing/Rough-in Schedule**

Dear Mr. Page:

As your organization approaches the completion of the concrete structure on this project, we recognize the successful acceleration of the concrete structure prior to the onset of winter weather. As such, we have taken this opportunity to re-evaluate our current schedule situation associated with the late completion of the structure. Our evaluation indicates the structure will be 36 calendar days late in its completion with the availability of the Penthouse for mechanical installations being 63 calendar days behind when compared to the original schedule included in our contract. The late structural completion and subsequent availability of each floor has and will continue to have a substantial impact on Poole and Kent's labor costs and its ability to meet the original completion date for this project. This situation was not caused by Poole and Kent, however we will work with Hunt to prevent further degradation of the project and potentially mitigate some previous impacts.

In order for you to better understand our position, let me offer you some data points that have an influence on our future progress and completion. It appears to us that the critical path for this project currently runs through the framing and MEP rough-ins on the guest room floors. The starting point for the Rough-ins was the 2nd floor. The original schedule indicated that the MEP rough-ins would start on July 23, 2004. However, as a result of late structural placement the 2nd floor was not made available until October 1, 2004, 71 calendar days later than contemplated. The original schedule also indicated that the entire structure would be complete on November 3, 2004. Now it appears that completion will occur on December 9, 2004, or 36 calendar days behind schedule. However, it appears that the Penthouse will not be substantially ready for Poole and Kent's work force to substantially start until December 23, 2004. When this date is compared to the originally scheduled start date of October 21, 2004, it appears the Penthouse availability is 63 calendar days late.

No matter how we look at the schedule and comparative actual progress, Poole and Kent's two critical rough-in starting points, the 2nd floor and the penthouse, are at least 2 months behind schedule. Moving forward to your most current schedule, (Hereinafter referred to as the "Barchart"), we would like to offer several thoughts. First, the overall duration of 6 months for


www.poole-kent.com

HU00014890

the 2nd through 14th floor rough-ins is generally sufficient, however the start dates and durations are neither reasonable nor acceptable. We provided detailed schedule input during October 2004 that does not seem to have been incorporated into your Barchart. This Barchart allows for inconsistent and disruptive sequencing of wall framing. It allows for approximately 3 months acceleration of 2nd floor drywall placement, an activity that will impact Poole and Kent s riser testing. However, the overall 6-month duration for the MEP work on guest room floors is adequate and Poole and Kent can work within this overall parameter. We believe that substantial changes to this bar chart are required.

It is also worth noting that the Barchart does not address the rough-in work on the Ground floor, an important area where substantial mechanical and plumbing rough-in work has been accomplished and will continue concurrent with the guest room floors.

The Penthouse is not currently available for rough-in work, with accessibility anticipated around December 23, 2004. From that start date, we will require 6 months to complete our work in the penthouse, resulting in a late June 2005 completion date. The Penthouse rough-in work is not addressed in the Barchart, therefore we have reaffirmed our intentions and commitments in this letter.

In order to relieve some of the impacts resulting from late structural completion, we expect to continue our re-distribution of labor to expedite the installation of risers from the 2nd through the 14th floors. We are also contemplating expediting the 14th floor overhead distributions, starting in December 2004, 2 to 3 months earlier than contemplated in your bar chart. This will allow for early testing of all risers, and potentially accelerated tie-in to roof drains. We will also strive to complete the Penthouse somewhat earlier than late June 2004, however we do not intend to accelerate our work force through the use of overtime, 2nd shifts, over-manning, concurrent operations or allowing out of sequence work by other trades.

We are requesting that your organization provide sufficient time in your Barchart for Poole and Kent to perform it rough-in work, recognizing that we are jumping onto each floor at the earliest available opportunity, well in advance of the dates shown on your Barchart. It is also requested that framing be performed in an orderly manner, completing interior walls for all guest rooms on a floor prior to moving to another floor. This will avoid inefficient jump-back work sequences for all trades including Poole and Kent. We also request that you closely coordinate and control all subcontractors so as to ensure relatively unencumbered work areas.

At this time, Please recognize this 2 months of schedule slippage impacting the rough-in work will force substantial portions of our labor past the collective bargaining anniversary date for both the plumbers and steamfitters Local, resulting in labor escalation costs that may require reimbursement.

Reasonable cooperation and good coordination by Hunt may be able to suspend the adverse working conditions encountered during the structural placement. Nothing in this letter is meant to negate or supercede our rights associated with prior notices pertaining to time extensions and/or compensation associated with both the late placement and the acceleration of the concrete structure in 2004.

This proposal does not negate our previous notices and rights regarding time and cost impacts regarding slow progress of the structural placement and interferences to Poole and Kent related work during 2004.

If you wish to discuss these issues further please feel free to contact me at 202-783-1006.

Sincerely,
THE POOLE AND KENT CORPORATION

E. Matthew Maltby
Project Manager

Cc:  Adam Snavely – Poole and Kent
Richard Stewart – Montgomery Mechanical
George Reyes – Regional Sheet Metal
William Moncrief – Siemens
Chuck Friedel – Advanced Specialty Contractors
File; 12-1 HCC Correspondence

HU00014892