



February 28, 2005

Hunt Construction Group, Inc.
1000 K Street, NW
Washington, D.C. 20001

Reference:   Embassy Suites Hotel
             Washington, D.C.

Subject:    Schedule Concerns

Dear Mr. Page:

During the past several weeks, we have been monitoring the progress of our work along with its interface with the work by other trades. This monitoring indicates that all the guest floors through the 14th level were not made available for rough-in work until late December 2004. Furthermore, the penthouse was not stripped of its shoring until January 7, 2005 with equipment pads placed on or about January 28, 2005. The framing work has proceeded on floors 2 through 9, however the framing is yet to be completed on any floor. Exterior close-in activities progress, but no area is yet closed-in. Our plumbing and HVAC work has commenced with risers as each floor has become available. Roof drain and storm drain system has be mad functional for your convenience. The FCU's have been set in the back-to-back rooms on all levels as those areas became available. Ductwork and insulation installations have placed the necessary precedent work. Despite the aforementioned progress it appears that the project continues to incur disruption resulting in the late and disruptive execution of our work tasks. As a result, I regret that I must inform you that Poole and Kent has encountered labor cost and time impacts that may jeopardize the project completion date. As such, Poole and Kent reserves its rights pursuant to quantify and collect both direct and indirect costs associated with disruption and delay.

During the spring 2004 your office provided a schedule that indicated the superstructure would be complete by November 3, 2004, the roof would be complete by December 20, 2004, and the Building would be completely closed in by January 13, 2005. It also indicated the penthouse would be made available for mechanical installations to commence on October 21, 2004 with all framing and rough-in work on the lower floors complete by November 15, 2004. We took exception to the activities, sequencing and durations set forth in your baseline schedule while providing detailed schedule input thereafter.

  Currently, we see the project status as follows:
  - Structural work: Planned completion of November 3, 2004 versus actual completion of December 23, 2004. This represents 50 calendar days of disruption to structural completion.
  - Penthouse Completion: Planned availability of October 21, 2004 apparently did not contemplate striping and pad placement. This work was not complete until January 19,



HROG00001090

2005. This represents a 90-calendar day disruption to Poole and Kent's ability to start work in the penthouse.

- Building Close-in: The building should have been totally closed in by 1/21/05. Poole and Kent crews should not have had to perform its rough-in and testing work on the guest floors during the summer and fall. Now it's been delayed into the winter months causing a level of lost productivity.
- Interior wall framing: Original scheduled to be complete on November 5, 2004. Based on the November 2004 Hunt schedule, currently scheduled to be complete through the 11th floor on January 31, 2005. Actual progress reflects only the 2nd through 4th floor as being substantially complete as of February 1, 2005. Work just started on the 9th floor. Framing appears to be approximately 1 month behind the November 2004 schedule and 3 months behind the original schedule.
- Interior framing sequence: Framing on each floor was to be performed in a contiguous manner until substantially complete then the crews would advance to the next floor. This process or sequence has not been adhered to resulting in substantial disruption to Poole and Kent's labor in the form of jump-back and piecemeal work operations. More specifically, the wall framing for the suites at the north and south ends of the building were not framed or partially framed before crews moved up to the next level. This prevented Poole and Kent from installing all its run-outs on the floor at one time, as originally contemplated and conveyed to your organization.
- Plumbing: It has progressed in advance of the schedule dates set forth in both the original and November 2004 schedules. Poole and Kent provided feedback to both schedules indicating its intent to install risers and sanitary run outs prior to framing. It has performed in this manner, allowing the storm drain system through the roof drains to become functional on or about January 21, 2005, months ahead of Hunts November 2004 schedule.
- Plumbing: Poole and Kent has installed tubs in all back to back guest rooms on the 2nd through 7th floors. This work required early drywall installation and is out of sequence when compared to the Hunt schedules, however Hunt's schedules never contemplated the level of detail necessary to install the tubs. The work was performed in a normal industry standard sequence. However, as a result of incomplete framing and drywall on the north and south ends of the building, the tub placement process has been disrupted, preventing the orderly and productive completion of all tubs on the floor. This too will require inefficient and out of sequence jump back work.
- HVAC: Risers have been installed throughout the building through the 14th floor. Fan coil units in the back to back rooms were installed on all guest room floors during December 2004 and January 2005, ahead of schedule, but in coordination with Hunt. HVAC overhead on the 14th floor has also started ahead of schedule, also in coordination with Hunt.
- HVAC: Fan coil units on at the north and south ends of the building, on all guest room levels, have not been installed waiting on necessarily precedent wall framing and drywall installation on adjacent shaft walls. This disrupted the productive installation of FCU's and remains to be complete on any level.
- 1st Floor: Currently there is no schedule or plan for the execution of this work. Poole and Kent crews stand idle waiting on masonry and interior framing in order to continue.

HROG00001091

- B1 thru B4 Levels: Rough-in work in these areas is substantially complete waiting on drywall and finishes. Work progressed relatively smoothly in these areas.

It is now clear to me that this project will most probably finish late. With the absence of any updated or contemporaneous schedule, it is difficult to impossible to determine how when it will complete. The penthouse will take 6 full months to complete, a duration that we have previously stipulated and continue to assert. Our rough-in labor will experience lost productivity as a result of the lack of orderly execution of framing and piecemeal manner in which the drywall adjacent to tubs and FCU's has been installed.

We recommend that a comprehensive plan with input from all subs be developed in order to mitigate further delay and disruption to the project. In closing Poole and Kent will continue to work with and closely coordinated with Hunt, however consider this letter or contemporaneous notice of continued delay and disruption for which we will require additional compensation.

If you would like to discuss this information in greater detail, please so advise.

Sincerely,

THE POOLE AND KENT CORPORATION

E. Matthew Maltby
Project Manager


Cc:   Adam Snavely – Poole and Kent
      Richard Stewart – Montgomery Mechanical
      Jim Elges – Regional Sheet Metal
      Bill Moncrief – Seimens
      Chuck Freidel – Advanced Speciality Contractors

HROG00001092