

**Poole & Kent**
An EMCOR Company

The Poole and Kent Corporation
4530 Hollins Ferry Road
Baltimore, MD 21227

Phone: 410.247.2200
Fax: 410.247.2331

May 25, 2005

Hunt Construction Group, Inc.
1000 K Street NW
Washington, DC 20001

Attention:   Tom Page

Reference:   Embassy Suites Hotel
             Washington DC

Subject:     April 26, 2005 Acceleration for Building Cooling

Dear Mr. Page:

Poole and Kent received a directive to accelerate nearly 4 weeks ago in order to provide the start-up of the building's cooling system and subsequently given informal information that the need may have dissipated that need. Additionally, we have commenced installation of plumbing finishes and are encountering unanticipated adverse working conditions resulting in piecemeal and unproductive installation. I believe it is now necessary to review and memorialize those events contemporaneously to ensure full and accurate communications between or parties.

The following are a summary of events we discussed several weeks ago that relate to acceleration and start-up of the cooling systems for this building, including necessarily precedent site utilities.

- On April 26 & 27, 2005 PKC and Hunt agreed to accelerate work in the penthouse in order to provide cooling by June 1, 2005. Poole and Kent immediately reassigned personnel to penthouse and accelerated the crews from a 4-10 schedule to a 7-12 schedule as agreed to.
- Hunt stated that it had utility connection permits in hand and would start work immediately taking 5 days per service (Sanitary, Storm and Water), completing this task in time to fill, flush and circulate chilled and condenser water. These commitments have not been met!
- Poole and Kent de-accelerated on or about May 14, 2005 in order to mitigate the acceleration cost to Hunt. The cause for this action was the realization that water and sanitary service would not be available until June 2005. Despite the de-acceleration, Poole and Kent was ready to fill, flush and circulate water on May 2, 2005, however the lack of site utilities will prevent this from occurring.
- PKC continues to work to complete the entire penthouse by the end of June 2005, however whether the heating and domestic hot water systems are operational is not of critical matter to completion of the project in September 2005.
- Ductwork and FCU's on the guest room floors 2 thru 10 are ready for circulating conditioned air, however the FCU's will not be activated until the last weeks of the project. Horizontal ductwork on levels 11 thru 14 can be completed as soon as your subcontractor, not regional Air Systems, cuts the drywall. As of the May 24, 2005 subcontractors meeting, the above-mentioned holes have not been cut. The return duct and fan will not be used until all drywall, ceiling and floor preparations in the guest rooms are complete in order to prevent contamination and subsequent cleaning. It will need to be capped to prevent chimney effect drafting, a cost that needs to be absorbed by Hunt.



www.poole-kent.com

Poole and Kent plumbing and HVAC piping systems have been roughed in on all levels with only several non-critical aspects of work remaining that pertain to change order requests and Requests for Information (RFI's) remaining incomplete. Two examples of remaining work are the ADA changes which as of may 24th, walls have not been removed to change the rough ins on all the guest room floors and the duct relocation on levels 7 through 14.

- The installation of plumbing fixtures started on the 2nd floor on May 16, 2005 as directed by Hunt Construction however, Poole and Kent will not be able to meet Hunt's May 20th completion date due to the fact that floor tile has not been set or grouted in the non-typical guestrooms, countertops for the bath sinks have not been set in all rooms, none of the bar sink countertops have been set. Toilet installations have begun and will pace the necessarily precedent finish work, however they too will be completed late. Clearly, Poole and Kent plumbing finishes in the guest rooms are being performed in a piecemeal and hopscotch manner, in the same order that the walls and floor finishes. These adverse working conditions area and will greatly diminish our labor productivity thus unexpectedly increasing Poole and Kent's labor costs, an expense for which Poole and Kent will request and expect compensation. In order to partially mitigate these increased costs, it is suggested that Hunt produce a realistic finish schedule that allows for a more orderly flow of work. This would allow Poole and Kent to plan its work and allocate resources more productively.

In conclusion, please be informed that we at Poole and Kent has done everything possible to achieve the accelerated goal for providing cooling and has stay ahead of precedent work activities no matter how out of sequence, piecemeal and disruptive that those precedent work was performed. Poole and Kent has mitigated the impacts costs to the extent possible throughout this period and will continue to cooperate in orderly completion of the building, however Poole and Kent expects to be compensated for the acceleration and impact costs associated with these issues.

Very truly yours,

THE POOLE AND KENT CORPORATION

E. Matthew Maltby
Project Manager


Cc:   File 12-ACG
      Adam Snavely – Poole and Kent
      Christy Heath – Poole and Kent
      Richard Stewart – Montgomery Mechanical
      Jerry Shields – Regional Air