

**The Poole and Kent Corporation**
4530 Hollins Ferry Road
Baltimore, MD 21227

Phone: 410.247.2200
Fax: 410.247.2331

April 29, 2005

Hunt Construction Group, Inc.
1000 K Street, NW
Washington, D.C. 20001

Attention:   Mr. Tom Page

Reference:   Embassy Suites Hotel
             Washington, DC

Subject:     PCO #081
             Penthouse Acceleration Impact Cost

Gentlemen:

As requested, we submit the costs associated with accelerated completion of the Penthouse. As discussed in our meeting on April 27, 2005 the attached schedule reflects the sequence and durations in which the penthouse will be completed.

In accordance with the attached recapitulation and supporting documentation, we have proceeded with the requested extra ticket work and request that a change order is written in the lump sum **ADD amount of One Hundred Eighty One Thousand Nine Hundred Twenty Nine Dollars and No Cents ($181,929.00)** be issued for this work. We exclude all items, which are not included in our contract scope of work, and premium time unless noted otherwise.

We reserve the right to request additional compensation and/or time should this change affect the contract completion date or otherwise indirectly impact our work.

This proposal is valid for 30 days.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

THE POOLE & KENT CORPORATION

E. Matthew Maltby
Project Manager

*[Handwritten note: NEED ACTUAL COST TO REVIEW]*

cc:   Read
      CO #081



www.poole-kent.com

**THE POOLE & KENT CORPORATION**

4530 Hollins Ferry Road
Baltimore, Maryland 21227
Telephone: (410) 247-2200
Fax: (410) 247-2331

# RECAPITULATION

| | |
|---|---|
| Date: | April 29, 2005 |
| Project No: | 03235 |
| Project Name: | Embassy Suites Hotel |
| Change Order #: | PCO #081 |

Description: <u>Penthouse Acceleration Cost</u>

| PAGE NO | DESCRIPTION | BASE MATERIAL COST | BASE LABOR HOURS |
|---|---|---|---|
| | | $0.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Labor Hours | | 0.0 |
| | Total Material | $0.00 | |

| SUBCONTRACTOR NAME | DESCRIPTION OF WORK | TOTAL COST |
|---|---|---|
| Montgomery Mechanical Services | HVAC | $169,236.08 |
| | | |
| | | |
| | | |
| | Total Subcontract Work | $169,236.08 |

| LABOR COMPUTATION | Total Hours | Rate of Pay | Total Cost | | |
|---|---|---|---|---|---|
| Mechanic Standard Hours | x | $48.51 = | $0 | Labor Cost | 0.00 |
| Mechanic Premium Hours | x | $67.26 = | $0 | Material cost | 0.00 |
| Foreman Standard Hours | x | $49.78 = | $0 | DC Sales Tax | 0.00 |
| Foreman Premium Hours | x | $69.16 = | $0 | Job Expense | 0.00 |
| General Foreman Standard Hours | x | $50.42 = | $0 | O.H. & Profit (15%) | 0.00 |
| General Foreman Premium Hours | x | $70.11 = | $0 | Subtotal | 0.00 |
| Laborer Standard Hours | x | $27.93 = | $0 | Subcontractor | 169,236.08 |
| Laborer Premium Hours | x | $40.02 = | $0 | O.H. & Profit-Subs (7.5%) | 12,692.71 |
| | | | | Bond (0%) | 0.00 |
| | | | | Insurance (1.5%) | 0.00 |
| | | | | **Total Selling Price** | **$181,929** |

**MONTGOMERY MECHANICAL SERVICES**
1420 Ritchie-Marlboro Road, Unit B7
Capitol Heights, Maryland 20743
Telephone: (301) 808-8000
Fax: (301) 808-8001

# RECAPITULATION

| | |
|---|---|
| Date: | April 29, 2005 |
| Project No: | 03235 |
| Project Name: | Embassy Suites Hotel |
| Change Order #: | PCO #081 |

Description: Penthouse Acceleration Cost

| PAGE NO | DESCRIPTION | BASE MATERIAL COST | BASE LABOR HOURS |
|---|---|---|---|
| | See Attached Material Sheet | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Labor Hours | | 0.0 |
| | Total Material | $0.00 | |

| SUBCONTRACTOR NAME | DESCRIPTION OF WORK | TOTAL COST |
|---|---|---|
| Regional Air Systems | Sheet Metal | $58,913.01 |
| | | |
| | | |
| | | |
| | Total Subcontract Work | $58,913.01 |

| LABOR COMPUTATION | Total Hours | Rate of Pay | Total Cost | | |
|---|---|---|---|---|---|
| Mechanic Hours | 0.00 x | $48.40 = | $0 | | |
| Foreman Hours | 0.00 x | $50.94 = | $0 | | |
| General Foreman Hours | 0.00 x | $51.57 = | $0 | | |
| | Total Labor | = | $0 | | |

| | |
|---|---|
| Acceleration Cost | 90,730.00 |
| Material cost | 0.00 |
| DC Sales Tax | 0.00 |
| Job Expense | 0.00 |
| O.H. & Profit (15%) | 13,609.50 |
| Subtotal | 104,339.50 |
| Subcontractor | 58,913.01 |
| O.H. & Profit-Subs (7.5%) | 4,418.48 |
| Bond (1%) | 0.00 |
| Insurance (1.5%) | 1,565.09 |
| **Total Selling Price** | **$169,236** |

HU00000272

# EMBASSY SUITES - ACCELERATION IMPACT COSTS

### Premium Time:

| W/E Date | Personnel | Straight Time | 1 1/2 OT | 2 OT for PH | 2 OT for Lower Flrs |
|---|---|---|---|---|---|
| 05/01/05 | 12 | 480 | 120 | 160 | 0 |
| 05/08/05 | 15 | 600 | 150 | 150 | 0 |
| 05/15/05 | 15 | 600 | 150 | 150 | 0 |
| 05/22/05 | 15 | 600 | 150 | 75 | 0 |
| 05/29/05 | 15 | 600 | 50 | 75 | 0 |
| 06/05/05 | 15 | 600 | 0 | 0 | 0 |
| | | 3,480 | 620 | 610 | 0 |
| Rate | | | $22 | $44 | $44 |
| Totals: | | | $13,640 | $26,840 | $0 |
| Total Estimated Premium Cost: | | | | | $40,480 |

### Lost Productivity

| | |
|---|---|
| Total Estimated Hours to Install and Start-up Cooling (175 MD's @ 8 Hrs/MD) | 1,400 |
| Total Hours in Penthouse to Accelerate through 5/16/05 (4/27/05 Thru 5/18/05) (75 Hrs/Wk x 10 Personnel x 3 weeks) | 2,250 |
| Additional Inefficient Hours | 850 |
| Hourly Rate: | 45 |
| Lost Productivity Cost: | $38,250 |

### Additional Non-Working Supervision - Penthouse Assignment

1 Foreman
4 Weeks
40 Hrs/Week
OT Captured Above
$50/Hr

| | |
|---|---|
| Total Hours | 160 |
| Total Additional Supervision Costs | $8,000 |

### Operations Personnel

| | |
|---|---|
| Total Additional Operations Personnel (Pursuant to Contract Pricing) | $4,000 |

### Total Acceleration Costs

| | |
|---|---|
| Overtime Premium | $40,480 |
| Lost Productivity | $38,250 |
| Additional Supervision | $8,000 |
| Operating Personnel | $4,000 |
| | $90,730 |

HU00000273



**Regional Air Systems**

15127 Marlboro Pike, Upper Marlboro, MD 20772
Phone: 301-952-9000 : Fax : 301-952-9305

April 28, 2005                                                                  03-804-039

The Poole and Kent Co.
4530 Hollins Ferry Rd.
Baltimore, MD 21227

Reference: Embassy Suites 1000 K St.
           Contract No. 03235

Subject: Costs for OT – Acceleration in the Penthouse - Regional Air Systems CE # 11

Dear Mr. Matt Maltby

Regional Air Systems has reviewed the direction to accelerate the installation of ductwork in the penthouse as requested by our client As Discussed with Adam Snavely of the Poole and Kent Co. we feel the costs are clearly compensable for the following reasons

1 The penthouse was suppose to be ready for MEP work by October 2004 yet is was not made available until early February 2005.

2. The Penthouse is the predominant Mechanical room on the job for the pumps, chillers etc – I.E. the wet side of the HVAC as well as plumbing equipment in the penthouse. The ductwork is a small portion. Another words the piping takes Precedence

3. Due to the amount of block work that would have interfered with the duct had it been installed prior to the block we had to wait for him to complete the areas around the elevators.

4. The louver's must be installed to install the ductwork. To date they **Just Being Installed**.

6. There is an issue with the boiler flues and still is today. We are ordering for shipment what the contract drawings call for but do not feel they meet the performance requirements of the boilers being used. This could cause boiler malfunction or flue failure.

7. The piping started in early February and we shipped our first load of duct out in late February and started in the Penthouse but got very little done. It was apparent that with as much work as the piping trades had to do all over the penthouse that we needed to give them room to get some area's complete so we could go in and do our work.

We understand the need for the piping trades to get into this area first but do not feel the delay for turning the penthouse over until Late Jan or Early Feb is our fault in any way. The Bottom Line is this are needed 8 month's of work and now must be done in 4. Therefore the constructive acceleration or compaction of the schedule is compensable under the contract. In this light we have estimated these costs as follows:

[X] Additional Amount of:  $ 58,913.01

[ ] Deductive Amount of :  $

[ ]   No Change in Contract Price.

This quotation is based on the following conditions:

[X] Quotation is valid for 2 Calendar days. Lack of direction concerning this work by that date will require us to re-evaluate our costs in accordance with job progress and up to date prices. We required a written direction in order to proceed with this extra work

In order to complete the penthouse by June 1, 2005 we will have to work 24 hours of Over Time a week per man for 8 men in addition to the 4 men we now have up there The costs for overtime averages around $ 17.45 Dollars per hour. The dates are:

Therefore the direct overtime costs are as follows:
   8 Men x 24 Hrs a week = 192Hours
   192 hours per week x 6 weeks = 1152 Hours of Over Time
   1152 Hours of Overtime x $ 17.45 per Hour = $ 20,102.40 Direct OT Costs

In addition to the overtime we will experience in-efficiencies that will effect our labor productivity out put by at least 20% These in-efficiencies are:
   1.Excessive overtime - Fatigue
   2.Stacking of Trades
   3.compaction of Scheduled Activities
   4.Working around obstructions – Work done out of sequence.

The labor impact for just those 6 weeks is as follows:
   40 Hours worked per man per week x 4 men = 160 Hours
   24 Hours per week x 8 men = 192 Hours
   160 Hours Reg time + 192 Hours OT = 352 Hours a week
   352 hours x 6 Weeks = 2112 Hours
   2,112Hours x 20%= 423 hours
   423 Hours x $ 55.50 per Hour of Reg and OT work = $ 23,476.50

We will also have additional Supervision costs at 10% of the increase man hours on the project The Costs for Additional Supervision is as follows:
   1152 Additional Hours OT Hours x 10% = 115 Hours
   115 Hours x $ 66.52 Per Hour at OT Rate = $ 7,649.80

Total Costs for Acceleration is as Follows:
   $ 20,102.40 OT Costs + $ 23,476.50 of Impact Costs + $ 7,649.80 Of Additional Supervision Costs = $ 51,228.70

   $ 51,228.70 of costs x 15% OH&P = $ 7,684.31
   $ 51,228.70 of Costs + $ 7,648.31 of OH&P = $ 58,913.01

Please keep in mind that the labor impact has already been experienced by the out of sequence work and the fragmentation of our activities. These costs are not included in this estimate.

If you have any questions feel free to call

Sincerely

*[signature]*

James D. Elges
Vice President
Regional Air Systems

CC:   04-802-A-2
      J. Shields
      J. Digman
      04-802-C-1.07

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | RESP | MILE |
|---|---|---|---|---|---|---|---|---|
| **TEMPORARY COOLING ACTIVITIES** | | | | | | | | |
| 1000 | START ACCELERATION | 0 | 0 | 0 | 26APR05 | | PKC | C |
| 1010 | COMPLETE CONDENSER WATER PIPING (ACCELERATED) | 3 | 3 | 0 | 26APR05 | 28APR05 | PKC | C |
| 1020 | COMPLETE CHILLED WATER PIPING (ACCELERATED) | 11 | 11 | 0 | 26APR05 | 10MAY05 | PKC | C |
| 1030 | INSTALL MAKE-UP WATER SYSTEM (ACCELERATED) | 4 | 4 | 0 | 26APR05 | 29APR05 | PKC | C |
| 1040 | INSTALL AHU CHILLED WATER PIPING (ACCELERATED) | 8 | 8 | 0 | 29APR05 | 10MAY05 | PKC | C |
| 1160 | CONNECT TO SITE STORM (ACCELERATED) | 2 | 2 | 0 | 02MAY05 | 03MAY05 | PKC | C |
| 1170 | CONNECT TO SITE SANITARY (ACCELERATED) | 2 | 2 | 0 | 06MAY05 | 09MAY05 | PKC | C |
| 1180 | CONNECT TO SITE DOMESTIC WATER (ACCELERATED) | 2 | 2 | 0 | 10MAY05 | 11MAY05 | PKC | C |
| 1050 | TRIMOUT ALL PIPING SYSTEMS (ACCELERATED) | 6 | 6 | 0 | 11MAY05 | 18MAY05 | PKC | C |
| 1060 | TEST CW/CHW SYSTEMS (ACCELERATED) | 2 | 2 | 0 | 19MAY05 | 20MAY05 | PKC | C |
| 1290 | CW/CHW PIPE INSULATION | 6 | 6 | 0 | 23MAY05 | 30MAY05 | PKC | C |
| 1380 | START-UP COOLING TOWERS | 1 | 1 | 0 | 23MAY05 | 23MAY05 | PKC | C |
| 1070 | FILL & FLUSH CW/CHW SYSTEMS (ACCELERATED) | 2 | 2 | 0 | 23MAY05 | 24MAY05 | PKC | C |
| 1390 | START-UP CW PUMPS | 1 | 1 | 0 | 24MAY05 | 24MAY05 | PKC | C |
| 1400 | START-UP CHW PUMPS | 1 | 1 | 0 | 25MAY05 | 25MAY05 | PKC | C |
| 1080 | CHEMICAL TREATMENT - CW/CHW SYSTEMS | 2 | 2 | 0 | 25MAY05 | 26MAY05 | PKC | C |
| 1410 | START-UP CHILLERS | 1 | 1 | 0 | 26MAY05 | 26MAY05 | PKC | C |
| 1420 | START-UP AHU'S-10 & 11 | 1 | 1 | 0 | 27MAY05 | 27MAY05 | PKC | C |
| 1430 | START-UP AHU'S-9A & 9B | 1 | 1 | 0 | 30MAY05 | 30MAY05 | PKC | C |
| 1090 | START-UP AND BALANCE PENTHOUSE SYSTEMS | 3 | 3 | 0 | 31MAY05 | 02JUN05 | PKC | C |
| 1100 | COOLING SYSTEMS READY FOR OPERATION | 0 | 0 | 0 | | 02JUN05 | PKC | C |
| 1200 | INSTALL AHU 11-DUCTWORK | 5 | 5 | 0 | 26APR05 | 02MAY05 | RAS | C |
| 1210 | INSTALL AHU-10 DUCTWORK | 5 | 5 | 0 | 03MAY05 | 09MAY05 | RAS | C |
| 1220 | INSTALL AHU-9A DUCTWORK | 5 | 5 | 0 | 10MAY05 | 16MAY05 | RAS | C |
| 1230 | INSTALL AHU-9B DUCTWORK | 4 | 4 | 0 | 17MAY05 | 20MAY05 | RAS | C |
| 1240 | HOOK-UP DUCTWORK @ AHU-10 & 11 | 4 | 4 | 0 | 23MAY05 | 26MAY05 | RAS | C |
| 1250 | HOOK-UP DUCTWORK @ AHU-9A & 9B | 4 | 4 | 0 | 27MAY05 | 01JUN05 | RAS | C |
| 1300 | INSTALL TEMPORARY CONTROLS | 8 | 8 | 0 | 11MAY05 | 20MAY05 | SIE | C |
| 1130 | INSTALL SITE STORM SEWERS | 4 | 4 | 0 | 26APR05 | 29APR05 | HUNT | C |
| 1140 | INSTALL SITE DOMESTIC WATER | 4 | 4 | 0 | 26APR05 | 29APR05 | HUNT | C |
| 1150 | INSTALL SITE SANITARY SEWER | 4 | 4 | 0 | 02MAY05 | 05MAY05 | HUNT | C |
| 1310 | PERMENANT POWER AVAILABLE | 0 | 0 | 0 | | 20MAY05 | HUNT | C |
| 1320 | SPRINKLER COMPLETE | 0 | 0 | 0 | | 20MAY05 | HUNT | C |
| **REMAINING WORK AFTER COOLING** | | | | | | | | |
| 1190 | COMPLETE GAS & HW PIPING | 10 | 10 | 0 | 11MAY05 | 24MAY05 | PKC | A |
| 1110 | HEATING HOT WATER SYSTEMS | 40 | 40 | 0 | 19MAY05 | 13JUL05 | PKC | A |
| 1120 | TEST & COMMISSION SYSTEMS | 15 | 15 | 0 | 14JUL05 | 03AUG05 | PKC | A |
| 1370 | PENTHOUSE COMPLETE | 1 | 1 | 0 | 04AUG05 | 04AUG05 | PKC | A |

Start Date: 26APR05
Finish Date: 04AUG05
Data Date: 26APR05
Run Date: 26APR05 22:21

POOLE AND KENT CORPORATION
EMBASSY SUITES - ACCEL. SCHEDULE
Classic Schedule Layout

Sheet 1 of 2

© Primavera Systems, Inc.

HU00000277

| Activity ID | Activity Description | Orig Dur | Rem Dur | % | Early Start | Early Finish | RESP | MILE |
|---|---|---|---|---|---|---|---|---|
| 1260 | INSTALL AHU-13 DUCTWORK | 5 | 5 | 0 | 23MAY05 | MAY05 | RAS | A |
| 1270 | COMPLETE EXHAUST AND FLUES | 20 | 20 | 0 | 30MAY05 | 24JUN05 | RAS | A |
| 1280 | HOOK-UP DUCTWORK @ AHU-13 | 3 | 3 | 0 | 02JUN05 | 06JUN05 | RAS | A |
| 1330 | COMPLETE MISCELLANEOUS DUCT INSULATION | 5 | 5 | 0 | 27JUN05 | 01JUL05 | RAS | A |
| 1340 | INSULATE DUCT (ALL AHU'S) | 25 | 25 | 0 | 03MAY05 | 06JUN05 | ASC | A |
| 1350 | INSULATE HEATING HOT WATER PIPE | 10 | 10 | 0 | 14JUL05 | 27JUL05 | ASC | A |
| 1360 | INSTALL CONTROLS FOR PENTHOUSE | 30 | 30 | 0 | 23MAY05 | 01JUL05 | SIE | A |

Start Date: 26APR05
Finish Date: 04AUG05
Data Date: 26APR05
Run Date: 28APR05 22:21

EF03
Sheet 2 of 2

POOLE AND KENT CORPORATION
EMBASSY SUITES - ACCEL. SCHEDULE
Classic Schedule Layout

© Primavera Systems, Inc.

HU00000278

# EMBASSY SUITES - ACCELERATION IMPACT COSTS

**Premium Time:**

| W/E Date | Personnel | Straight Time | 1 1/2 OT | 2 OT for PH | 2 OT for Lower Flrs |
|---|---|---|---|---|---|
| 05/01/05 | 12 | 480 | 120 | 160 | 0 |
| 05/08/05 | 15 | 600 | 150 | 300 | 50 |
| 05/15/05 | 15 | 600 | 150 | 300 | 50 |
| 05/22/05 | 15 | 600 | 150 | 300 | 50 |
| 05/29/05 | 15 | 600 | 150 | 300 | 50 |
| 06/05/05 | 15 | 600 | 150 | 50 | 30 |
| | | 3,480 | 870 | 1,410 | 230 |
| Rate | | | $22 | $44 | $44 |
| Totals: | | | $19,140 | $62,040 | $10,120 |
| Total Estimated Premium Cost: | | | | | $91,300 |

**Lost Productivity**

| | |
|---|---|
| Total Estimated Hours to Install and Start-up Cooling (10 Men @ 80 Hrs/Week for 5 Weeks, PH Only) | 4,000 |
| Productivity Impacts | |
|     Overtime @ 7-12's | 20% |
|     Stacking of Trades | 5% |
|     RE-assignment of Personnel/Overmanning | 5% |
|     Crew Size Inefficiency | 5% |
|     Congest Worksite | 5% |
| | 40% |
| Additional Inefficient Hours | 1,600 |
| Hourly Rate: | 45 |
| Lost Productivity Cost: | $72,000 |

Page 1 of 2

### Additional Non-Working Supervision - Penthouse Assignment

1 Foreman
5 Weeks
40 Hrs/Week
OT Captured Above
$50/Hr

| | |
|---|---:|
| Total Hours | 200 |
| Total Additional Supervision Costs | $10,000 |

### Operations Personnel

2 Men During June and July 2005
9 Weeks
50 Hrs/Week

Straight Time: $45/Hr
Overtime: $22/Hr

| | |
|---|---:|
| Total Hours | 900 |
| Total Overtime Hours | 180 |
| Straight Time Costs | $40,500 |
| Overtime Costs | $3,960 |
| Total Additional Supervision Costs | $44,460 |

### Total Acceleration Costs

| | |
|---|---:|
| Overtime Premium | $91,300 |
| Lost Productivity | $72,000 |
| Additional Supervision | $10,000 |
| Operating Personnel | $44,460 |
| | $217,760 |