

**Poole & Kent**
*An EMCOR Company*

The Poole and Kent Corporation
4530 Hollins Ferry Road
Baltimore, MD 21227

Phone: 410.247.2200
Fax: 410.247.2331

May 25, 2005

Hunt Construction Group, Inc.
1000 K Street NW
Washington, DC 20001

RECEIVED
MAY 26 2005
FILE: w/P&K COPIES
SPCO 10868
C: LTV; LAW; PGC

Attention: Tom Page

Reference: **Embassy Suites Hotel Washington DC**

Subject: **Hunt Construction May 10, 2005 Construction Schedule**

Dear Mr. Page:

Poole and Kent has informally receiving a copy of the latest progress schedule, I believe it is necessary to review and provide your office comments to ensure full and accurate communications between or parties.

Approximately 1 week ago Poole and Kent was handed- the first schedule update in 16 months and the data shown in the schedule concerns use. Let me briefly detail some of those concerns.

- This schedule does not reflect any of the duration or logic input Poole and Kent provided you last summer.
- It does not reflect the information or sequencing set forth in your finish schedule published in early November 2004. Nor does this update reflect any of the comments we provided in reference to that accelerated finish schedule.
- This update does not reflect the site utility information you verbally provided to us on April 26 or 27, 2005 nor does it reflect the logic showing it as a predecessor to filling and flushing the Penthouse condenser and chilled water plants. This in turn will prevent finishes once the weather turns warm and humid and will delay the project.
- The update does not reflect the sequencing or timing we agreed to on April 27, 2005 for completing the penthouse.
- The update schedule does not reflect the agreements reached on the completion of the penthouse at our April 27, 2005 meeting. The schedule indicates the penthouse as entirely complete May 16, 2005, not July 1 as agreed to. The schedule does not show that the site utilities will prevent or delay the fill, flush, test & inspection. If the schedule reflected this logic, the completion date for that fill & flush activity would be Early July 2005, not June 1, 2005.
- The update does reflect that the site utilities started over a year late from what was shown on the original contract schedule.
- The update does not reflect the plumbing and HVAC systems having to be tested twice due to the lack of permanent water, sanitary and storm services.



www.poole-kent.com

HU00049176

- The update shows new activities on each of the guest room floors including "Horiz. Duct" with a remaining duration of 1 to 3 days per floor. Poole and Kent is not sure how you arrived at this sequencing or durations. It is not clear to Poole and Kent why Hunt detailed the horizontal ductwork, but then did not detail the necessarily precedent ceiling framing or drywall cutting activities into the schedule.
- The update indicates actual dates for all completed and partially completed work. These dates appear to be generally inaccurate and are very miss leading as to the actual events surrounding the project. For example Poole and Kent started its rough-in work on levels 2 thru 5 the week of September 13, not November 18, 2004 as shown in the schedule. The metal framing on those floors started about the same time, not November and December 2004 as shown of the schedule. The schedule does not show that the floors were constructed in a piecemeal manner, not framing the entire floor at once, returning on multiple occasions to frame the atypical suites at the north and south ends. The update does not reflect that framing on floors B-2 thru the penthouse is still not complete as of May 24, 2005. This disjointed manner of work was not contemplated in any schedule and was very disruptive and costly to the installation of plumbing, HVAC and ductwork systems.
- The update shows finishes being performed in a contiguous manner on each floor with similar activities working concurrently on sequential floors but with staggered starts. This includes Poole and Kent finish work. It must be pointed out that the finish durations for at least Poole and Kent finish activities have been severely reduced in the guest rooms where 95% of the finish work exists. It must also be pointed out that wall, floor and ceiling finishes are not being performed in the durations detailed in this updated schedule much less in an orderly and sequential manner, working 4+ floors concurrently instead of finishing one floor.

Poole and Kent does not believe that this schedule is an accurate reflection of the past progress of the project nor a reasonable projection of future activities. Without substantial changes, it is Poole and Kent's believe that this schedule cannot be used as a planning tool to complete its remaining work. The daily and weekly direction by Hunt is not consistent with the projections illustrated in the aforementioned schedule. Poole and Kent has provided schedule input that was ignored or at least not incorporated and considered in the schedule and actual performance.

In conclusion, please be informed that we at Poole and Kent have done everything possible to stay ahead of precedent work activities no matter how out of sequence, piecemeal and disruptive the precedent work became. Poole and Kent accelerated its work force as directed and whenever necessary. During the structural erection due to lack of coordination and acceleration by the structural subcontractors. Poole and Kent has returned to each floor multiple to perform basic rough-ins due to lack of orderly and contiguous framing. Poole and Kent experienced over 3 months of delay to key aspects of its work.

Poole and Kent will continue to cooperate, however it expects compensation for those delays experienced, for the acceleration costs incurred during 2004 and 2005, and for its impacts to productivity as a result of out of sequence and piecemeal operations the summer of 2004.

Very truly yours,

**THE POOLE AND KENT CORPORATION**

E. Matthew Maltby
Project Manager

CC:    file-12 HCG
         Adam Snavely – Poole and Kent
         Christy Heath – Poole and Kent
         Richard Stewart – Montgomery Mechanical
         Jerry Shields – Regional Air
         William Moncrief - Siemens
         Chuck Friedel - ACS

HU00049178