

May 20, 2005                                                                                                  Via Email

Kite Reality Group LP
30 S. Meridian Street
Indianapolis, IN 46204

Attn: Mr. Jeff Lynch

RE:   Embassy Suites Hotel (Hunt Job No. 5003)
      1000 K Street, NW, Washington, DC
      Site Utilities Further Delay Notice

As Kite Reality Group LP is aware, there have been on-going delays to this project regarding site utility tie-ins. This letter is further written notice and documentation as such.

<u>Lack of WASA Permitting Impact</u>

First, there was a substantial impact caused by Kite's failure to ensure that WASA had reviewed the utility tie-ins design until February 2005, which in-turn delayed the lengthy site utility permitting process such that it completed only recently on 04/26/05. Previous Hunt Construction Group, Inc. letters of 01/19/05 and 03/12/05 plus weekly meeting minutes/notes describe and track this impact in more detail. Regarding the retort in Kite's 02/09/05 letter, it was Hunt who not only led, but did the "leg-work" for the resolution described in the 01/19/05 letter (Kite's assertion that they participated in this effort is false) — which was handed to Kite prior to this [01/19/05] letter, but not acted upon by Kite until at least a week later.

As noted in the previous Hunt letters referenced above, P/RCO 051 has been initiated to track any/all costs and/or other impacts associated with this Kite caused delay.

<u>Lack of Sewer Main Impact</u>

Second, it was discovered on 03/08/05 that the section of supposedly existing sewer main was missing from the northern to the southern sanitary connections in 10th Street (refer to RFI 00412). The lengthy lack of resolution of this issue — and its unknown impacts to both proposed sanitary tie-ins - has now delayed the domestic and fire water utility service connections. Specifically, WASA field inspectors recently informed Hunt's site utility Subcontractor — Civil Construction LLC — that approval will not be granted for the water main shut-off needed for these tie-ins until a sanitary tie-in is completed (Hunt is told this is because they do not want to allow water service until there is a corresponding sanitary service to dispose of said water).

Hunt Construction Group, Inc.
1000 K Street, NW, Washington, DC 20001
P.O. Box 50204, Washington, DC 20091
Phone: (202) 737-3131   Fax: (202) 737-3060   www.huntconstructiongroup.com

Page 1 of 2

1000K_000238

EXHIBIT NO. 8
1000 K
8-1-07
C. JARDIM



As a result of this delay in public water service the permanent building air conditioning system is also delayed, as it needs permanent building water for testing, start-up and operation. Therefore, permanent building air conditioning for June 1 or earlier is impossible – which impacts not only environmental control needed for FF&E, but also for other finish items such as VWC, millwork, wood doors, etc. now on-site and going in-place. Unless directed otherwise by written stop work order, Hunt will continue these installations while controlling the environment as best as possible with fans, but will not accept any responsibility for damages to these finish items that result from this Kite caused delay to the permanent building air conditioning.

It is acknowledged that WASA stamped revised civil contract documents depicting an apparent resolution were available as of late-in-the-day Thurs. 05/19/05 (again by Hunt doing Kite's "legwork" by picking up these drawings directly from WASA and arranging expedited copies that same day). As of this writing, no formal direction has been received regarding these revised drawings. Therefore, unless directed otherwise, Hunt will proceed with the sanitary tie-ins – including this sewer main resolution – on an expedited basis working weekend and weekly overtime to complete them as soon as possible so as to not further delay the water service and corresponding building air conditioning.

P/RCO 051A is being initiated to track any and all added scope and/or delay and/or damage costs associated with this Kite caused delay issue – which is also likely to include impacts from other subcontractors including, but not limited to, extended drywall finish mud curing time delays, piping leak testing for drywall close-up without permanent water, etc.

Please do not hesitate to contact the undersigned with any questions and/or comments.

HUNT CONSTRUCTION GROUP, INC.

Thomas G. Page
Project Manager

c:    P. Clark; L. Weisman; R. Cobbs – Hunt (via Email)
      A. Shepherd – Kite (via Email and Jobsite Distribution Box)
      File:   Kite Correspondence
             P/RCO 051 & 051A