# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

On May 18, 2005 I performed visited the site to perform an inspection and evaluation of progress with Tom Kessler, Bob Davis and Matt Maltby in order to monitor job progress. All levels from the ground floor through the Penthouse were toured. The following are the record of those observations and discussions:

General:
- Framing, rough-in and drywall work surrounding the manlift will not be available for another month or two. This impacts work in 2 guest rooms in the Northeast corner on each floor.
- Tower crane has been gone for several months and manlift has been in-place for several months.
- Trash shoot is in place on the west side within one room from the ground floor through level 10. This prevents completion of work in those suites
- PKC plumbing and HVAC rough-in is complete on all flors Ground through 14th
- Drywall in progress on most floors, not 100% complete on any floor and working in a hopscotch and piecemeal order. Can not get PCI to jum back and cut openings for horizontal duct on floors
- Painting and finishes also working in a dis-jointed manner, not working rooms and floors in an orderly manner.
- Tile and wallpaper is being installed in a haphazard order.
- Bathroom counter frames are installed in many areas however the marble tops are not set anywhere and sinks that were delivered today do not appear to fit holes in countertop frames. More to follow on this issue.
- Natural gas is complete except regulators and piping to water heaters
- There is no permanent power, water, sanitary or storm service. Still looks like 3 to 5 weeks to completion (presuming there are no permit issues)
- PKC crews are pacing the drywall and finishes
- Temporary lighting is pathetic on most of the floors. It is both a safety and productivity issue. The situation was exacerbated with the installation of drywall
- Most of the building envelope is complete – installing curtain wall on the west side, north end today.

B2 Level
- Need to install fuel oil pipe and pump system – will need to startup emergency generators
- Air compressor drops need to be completed after other work installed by others is removed
- All other rough-in work complete

B1 Level
- PKC has completed its rough-in work and is waiting on finish trades
- RFI on duct work installation on the south end, also RFI on B2 ductwork
- Currently waiting on kitchen equipment to make connections
- Need to install humidifier at MER

Ground Floor
- Framing has progressed substantially however it is not yet complete

1

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- Ceiling framing has not started
- Scaffold still remains in the atrium
- Overhead plumbing is substantially complete
- HVAC piping is substantially complete
- Duct work is substantially complete
- Atrium ductwork and AHU are installed, piped and ready to go.
- Dining area is framed but no drywall.
- Need to complete fuel oil to filler, waiting on precast wall penetration. PKC obtaining details to allow opening to be cut in precast
- RAS needs to install 1 heating coil, then connections will be made
- PKC needs to connect loading dock FCU
- PKC needs to install cabinet unit heaters in most stairwells – waiting until near end of project to prevent damage
- PKC needs to complete humidifiers and condensate piping – ??waiting on RAS??

2nd Floor:
- South end:
  - Currently framing with piecemeal drywall in pool and exercise area.
  - Ceiling framing started in exercise area
  - Plumbing and HVAC rough-ins complete
  - AHU on east side installed and piped
  - AHU on west side stored in basement, waiting on window rmoval to get it into pool area
  - 1 guest room in area – no finishes started
  - Duct R/I's complete
  - Ceiling corridor is approximately 30% framed
- Back to Back:
  - Different stages of finishes in the west side rooms
  - Ceiling framing and drywall complete
  - Most ceilings painted
  - Casework for bar sinks in all rooms, 50% installed
  - Bathroom wall and floor ties complete, counter frames installed, wallpaper hung.
  - Wall paper in sitting and bed rooms approximately 50% complete.
  - Interior doors hung
  - Toilets installed in 50% on bathrooms.
- North End:
  - Ceiling in corridor has been framed
  - No other work at north end

3rd Floor:
- South End
  - Drywall complete
  - Tape and Mud 95%
  - Wall tiling in bathrooms 60%
  - Counter frames installed 100% installed, no marble tops
  - Interior doors hung

2

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
#### JOB NO. 03225

- ➢ Back to Back Rooms:
  - o East side rooms are drywalled and mudded
    - No paint started
    - Wall tiles in bathroom completed
    - Interior doors hung
  - o West side rooms
    - Wall & Floor tiles complete
    - Wall painting 90%
    - Ceilings 100% in rooms
    - Wall Paper approx. 50%
    - Interior doors hung
    - Corridor ceiling framing 50%
- ➢ North End
  - o Drywall complete
  - o Tape and Mud 95%
  - o Wall tiling in bathrooms 60%
  - o Counter frames installed 100% installed, no marble tops
  - o Interior doors hung
  - o Corridor ceiling framed

4th Floor:
- ➢ South End
  - o Drywall patches remain incomplete
  - o Tape and Mud 90%
  - o No Paint work
  - o No tile in bathrooms
  - o Doors hung
  - o Ceiling framing in room and corridor 40% to 50%
- ➢ Back to Back Rooms:
  - o East side rooms
    - Drywall and mud 95% - sections remain incomplete
    - No paint started
    - Counter frames installed
    - Wall tiles in bathroom completed
    - Doors Hung
  - o West side rooms
    - Wall & Floor tiles complete
    - Wall painting 90%
    - Ceilings 90% in rooms
    - Wall Paper approx. 80% in bathrooms
    - Doors Hung
    - Corridor ceiling framing started
- ➢ North End
  - o Drywall complete
  - o Tape and Mud 95%

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- o  No finishes
- o  Counter frames installed 100% installed, no marble tops
- o  Room ceiling paint complete
- o  Interior doors hung
- o  Corridor ceiling framed

<u>5th Floor:</u>
- ➢ South End
  - o  Drywall 95%
  - o  Tape and Mud on-going
  - o  No Paint work
  - o  No tile in bathrooms
  - o  Doors hung
  - o  No Ceiling framing corridor
  - o  Ceiling framing in rooms started
- ➢ Back to Back Rooms:
  - o  Drywall 90% complete
  - o  Ceiling framing in rooms started – some drywall hung
  - o  Ceiling framing in corridor started
  - o  Ceiling framing in atrium 90% and drywall 60%
  - o  Tape and mud progressing
  - o  Bathroom tile and wallpaper is underway < 25%
  - o  Some doors hung
  - o  Ceiling painting underway
- ➢ North End
  - o  Drywall 95% complete
  - o  Tape and Mud 80%
  - o  No finishes
  - o  Room ceilings drywall 100%
  - o  Some interior doors hung
  - o  Corridor ceiling framing – 0%

<u>6th Floor:</u>
- ➢ South End
  - o  Drywall 90%
  - o  Tape and Mud on-going
  - o  No Paint or finish work
  - o  No Ceiling framing corridor
  - o  Ceiling framing in rooms started
  - o  Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
- ➢ Back to Back Rooms:
  - o  Drywall 90% complete, pockets of incomplete drywall
  - o  Tape and Mud progressing
  - o  Prime paint 70%
  - o  Ceiling framing in rooms 100%

MAY 18, 2005 JOB SITE REVIEW & REPORT
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

- o Ceiling framing in corridor 100%
- o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
- o Fans in ceiling of atrium are set and connected, however no electric and louvers by Hunt missing
- ➢ North End
  - o Drywall 90% complete
  - o Tape and Mud 80%
  - o No finishes
  - o Room ceiling framing started
  - o Corridor ceiling framing – 0%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work

7th Floor
- ➢ South End
  - o Drywall 70%
  - o Tape and Mud started
  - o No Paint or finish work
  - o No Ceiling framing in corridor
  - o No ceiling framing in rooms
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Duct work on west wall, south end ripper apart in bathroom, pending change to shift duct work from 7th through 14th floors
  - o Plumbing & HVAC rough-in 100%
- ➢ Back to Back Rooms:
  - o Framing missing in localized areas
  - o Drywall 85% complete
  - o Tape and Mud progressing
  - o Ceiling framing in rooms 75%
  - o Ceiling framing in corridor 100%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC Rough-in complete Plumbing & HVAC Rough-in complete
- ➢ North End
  - o Drywall 90% complete
  - o Tape and Mud 80%
  - o No finishes
  - o Room ceiling framing – 0%
  - o Corridor ceiling framing – 0%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC Rough-in complete

8th Floor:

5

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- ➤ South End
  - o Drywall 80%
  - o Tape and Mud started
  - o No Paint or finish work
  - o No Ceiling framing in corridor
  - o Ceiling framing in rooms – 10%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC rough-in 100%
- ➤ Back to Back Rooms:
  - o Framing missing in localized areas
  - o Drywall 85% complete
  - o Tape and Mud progressing
  - o Ceiling framing in rooms 75% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Ceiling framing in corridor 100%
  - o Horizontal Duct 100%
  - o Plumbing & HVAC Rough-in complete
- ➤ North End
  - o Drywall 90% complete
  - o Tape and Mud 80%
  - o No finishes
  - o Room ceiling framing – 0%
  - o Corridor ceiling framing – 0%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC Rough-in complete

9th Floor:
- ➤ South End
  - o Drywall 80%
  - o Taping and mud started
  - o No Ceiling framing in corridor
  - o Ceiling framing in rooms – 10%
  - o Horizontal Duct 100% - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC rough-in 100%
- ➤ Back to Back Rooms:
  - o Drywall 95% complete, missing around windows and misc. walls
  - o Tape and Mud progressing
  - o Ceiling framing in rooms 25%
  - o Horizontal Duct 85% - should be complete today - RAS cut holes due to lack of PCI cooperation - extra work
  - o Plumbing & HVAC Rough-in complete
- ➤ North End

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

- o Drywall 80% complete
- o Tape and Mud 10%
- o Room ceiling framing – 10%
- o Corridor ceiling framing – 0%
- o Horizontal Duct 95% - RAS cut holes due to lack of PCI cooperation - extra work
- o Plumbing & HVAC Rough-in complete

10th Floor:
- ➢ South End
  - o Drywall 85%
  - o No Taping and mud
  - o No Ceiling framing in rooms or corridors
  - o Horizontal Duct 10% – RAS needs drywall holes cut – RAS will not cut
  - o Plumbing & HVAC rough-in 100%
- ➢ Back to Back Rooms:
  - o Drywall 95% complete, missing around windows
  - o Tape and Mud progressing
  - o Ceiling framing in rooms 25%
  - o Horizontal Duct 85% - should be complete tomorrow
  - o Plumbing & HVAC Rough-in complete
- ➢ North End
  - o Drywall 70% complete
  - o No Tape and Mud
  - o No room or corridor ceiling framing
  - o No Horizontal Duct – RAS needs drywall holes cut – RAS will not cut
  - o Plumbing & HVAC Rough-in complete

11th Floor:
- ➢ South End
  - o Drywall 90%
  - o Miscellaneous framing still required
  - o No Taping and mud
  - o No Ceiling framing in rooms or corridors
  - o No horizontal duct – RAS needs drywall holes cut – RAS will not cut
  - o Miscellaneous risers require completion
  - o Plumbing & HVAC rough-in 100%
- ➢ Back to Back Rooms:
  - o Drywall 95% complete, missing around windows & miscellaneous walls
  - o No Tape and Mud
  - o No ceiling framing
  - o Horizontal Duct 85% - complete after 10th floor – RAS needs drywall holes cut
  - o Plumbing & HVAC Rough-in complete
- ➢ North End
  - o Drywall 90% complete
  - o Miscellaneous framing still required
  - o No Tape and Mud

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- o No room or corridor ceiling framing
- o No Horizontal Duct – RAS needs drywall holes cut – RAS will not cut
- o Plumbing & HVAC Rough-in complete

<u>12th Floor:</u>
- ➤ South End
  - o Drywall 95%
  - o No Taping and mud
  - o No Ceiling framing in rooms or corridors
  - o No horizontal duct – RAS needs drywall holes cut – RAS will not cut
  - o Plumbing & HVAC rough-in 100%
- ➤ Back to Back Rooms:
  - o Drywall 90% complete, missing around windows, some walls & bathrooms
  - o No Tape and Mud
  - o No ceiling framing in rooms
  - o Horizontal Duct 85% - complete after 11th floor, waiting on drywall holes cut – RAS will not cut
  - o Plumbing & HVAC Rough-in complete
- ➤ North End
  - o Drywall 90% complete
  - o No Tape and Mud
  - o No room or corridor ceiling framing
  - o No Horizontal Duct – RAS needs drywall holes cut – RAS will not cut
  - o Plumbing & HVAC Rough-in complete

<u>13th Floor:</u>
- ➤ South End
  - o Drywall 25%
  - o No Taping and mud
  - o No Ceiling framing in rooms or corridors
  - o No horizontal duct
  - o Plumbing & HVAC rough-in 100%
- ➤ Back to Back Rooms:
  - o Drywall one-sided throughout 80% of area
  - o No Tape and Mud
  - o No Ceiling framing
  - o Horizontal Duct 85% - fiber duct in 3 rooms remain
  - o Plumbing & HVAC Rough-in complete
- ➤ North End
  - o Little drywall placed – one sided
  - o No Tape and Mud
  - o No room or corridor ceiling framing
  - o No Horizontal Duct
  - o Plumbing & HVAC Rough-in complete

<u>14th Floor:</u>
- ➤ South End

8

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- o No drywall
- o Wall framing incomplete
- o Some tubs set without drywall – could not get the work done – left gaps to slide dry wall in
- o 2 Tubs remain – will be complete today
- o 1 FCU remains to be set – opening framed and drywalled too small, needs to be reframed
- o No Ceiling framing in rooms or corridors
- o No horizontal duct
- o Plumbing & HVAC rough-in 98%
- ➢ Back to Back Rooms:
  - o No Drywall
  - o Wall framing incomplete on west side
  - o Ceiling framing bulkheads started
  - o Horizontal Duct 85%
  - o Ductwork connections to PH still remain (3 to 5 WD's)
  - o Plumbing & HVAC Rough-in complete
- ➢ North End
  - o No drywall
  - o Wall framing incomplete – 98%
  - o No Tape and Mud
  - o No room or corridor ceiling framing
  - o No Horizontal Duct
  - o Plumbing & HVAC Rough-in complete
  - o Some tubs set without drywall, gap left to slide drywall in behind

Penthouse
- ➢ CW & CHW large bore piping complete except 1 weld above pumps
- ➢ CHW connected to risers
- ➢ CHW main to center and south AHU's under way, complete Friday
- ➢ Center (2) and south (2) AHU's:
  - o CHW connections complete and piped to main – copper run outs need to be tied in to steel pipe. Tie –ins by COB Monday 6/23/05, 2 complete on 5/20
  - o Ductwork complete and tied in
  - o Need minimal controls and power
- ➢ Overtime started 3 weeks ago (7-12's), however stopped last Thursday due to lack of site utilities that will prevent starting-up and operating CW & CHW systems.
- ➢ North end AHU set but no piping or connections until after south and center AHU's. Duct installed but not connected – will be complete by 5/20
- ➢ Duct connections to lower floor needs to be completed in next 6 to 8 days
- ➢ CW & CHW pumps installed and piped. 2 CHW pumps wired. CW pumps wired not wired
- ➢ Flow switches at chillers to be installed by COB Friday
- ➢ Only minimal controls required to operate temporary cooling on permanent systems

# MAY 18, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- Cooling tower piping CW complete, make-up water working and will be complete Friday 6/20/05, sensors and float equipment will be set during testing
- Boilers set and gas piped up. Little piping – concentrating on cooling equipment first
- Hot water pumps set, wired but not piped – no known rush on system completion, 3 to 4 weeks to complete after cooling equipment
- Domestic hot water piping complete and tied into the 4 domestic water heaters. Gas main installed but run-outs to all 4 heaters not installed. Plumbers work – does not need to be holding up any other work.
- Generally work is progressing in accordance with schedule provided to Hunt on or about April 26, 2005. Two of the three weeks of intense OT was performed. If OT was continued the CW, CHW and AHU would have been dead on schedule for start-up
- Based on progress and interviews, CW & CHW systems will be ready for flushing on Monday.
- Currently filling large bore CHW system with garden hose for testing
- Currently 5 fitters in Penthouse. CHW & CW piping including to 4 AHU's complete Monday, May 20, 2005
- Ductwork has 3 RFI's submitted for duct in the penthouse – need responses to complete work in penthouse

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

On June 8, 2005 I performed visited the site to perform an inspection and evaluation of progress with Tom Kessler and Matt Maltby in order to monitor job progress. All levels from the ground floor through the penthouse were toured. The following are the record of those observations and discussions:

General:

> Framing, rough-in and drywall work surrounding the manlift will not be available for another month. This impacts work in 2 guest rooms in the Northeast corner on each floor.

> Trash shoot has been removed on the west side within one room from the ground floor through level 10. The opening is covered but concrete has not been poured.

> PKC plumbing and HVAC rough-in is substantially complete on all floors Ground through 14th

> Drywall in progress on most floors, substantially complete on 2nd thru 12th floors with drywall finishing through 11th floor. Drywall is not complete on the 13th floor and only bathrooms on the 14th have drywall installed.

> Ceilings have been framed through the 10th floor. No ceilings have been framed from 11th thru 13th floor. The 14th floor room and corridor ceilings have not been framed.

> Corridor ceiling drywall on the 2nd, 6th and 7th floors has been completed. Partial drywall has been accomplished on 3rd thru 5th and 8th thru 9th.

> Painting being performed through the 10th floor but work is progressing in a disjointed manner.

> Tile, wallpaper and cabinetry not being installed on entire floors or in an orderly manner.

> Bathroom counter frames have been installed through the lower floors and frames have been modified to accept the lavatories. Marble tops have been set on the lower floors but are not competed above the 2nd floor

> Handicap toilet rooms on levels 2 thru 4 have had thick tile floor set wherein a thinset was called for. This has resulted in the closet flanges set below finished floor requiring the removal of those flanges, surrounding tile, surrounding concrete and rough-in removal in the ceiling of the floor below. This is a finish coordination issue and will require a change order to Poole and Kent.

> Natural gas is complete except regulators and piping to water heaters in the penthouse. There is no gas main (coming from 11th street) and is not reasonably expected for 60 days.

> There is still no permanent power, water, sanitary or storm service. Water, sanitary and storm were promised by Hunt no later than 5/16/05 but still remain incomplete. It prevents the fill, flush and start-up of the cooling system. It results in sewage dumping out on the meeting level floor. Permanent power is not expected until end of August 2005.

> PKC crews are pacing the drywall and finishes

> Lavatory pop-up's for entire building are to be delivered 6/9/05, installation

> Toilet seats for entire building is expected on 6/14/05

> Temporary lighting is pathetic on most of the floors. It is both a safety and productivity issue. The situation has been exacerbated with the installation of drywall

1

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
#### JOB NO. 03225

- Most of the building envelope is complete – permanent roof installation is just beginning this week.
- Need to set sanitary ejector pump, temporarily being used as sump pumps because sand filter is incomplete

B2 Level
- Need to install fuel oil pipe and pump system – will need to startup emergency generators
- Air compressor drops need to be completed after other work installed by others is removed
- An RFI is pending pertaining to natural gas supply for a drier connection on B1 housekeeping area that was not shown on the drawings. Need PCO and direction.
- All other rough-in work complete
- Plumbing, mechanical and ductwork rough-in work is substantially complete.
- Architectural finishes and equipment required in toilet rooms and employee dining area

B1 Level
- PKC has completed its rough-in work and is waiting on finish trades
- RFI on duct work installation on the south end, also RFI on B2 ductwork
- Waiting on architectural finishes for set plumbing fixtures
- Currently waiting on kitchen equipment to make connections
- Need to install humidifier at MER
- Site water and fire connection utility is not complete – need meter, connection and flush prior to connecting to building
- Water Feature details are still outstanding – need details to complete the work (PCO?)
- Sanitary connections at the NE and SE are incomplete by site contractor – required to progress on cooling and testing fixtures.

Ground Floor
- Substantial framing has been completed, however manager's reception area framing has not yet started. Substantial framing loose ends remaining.
- Kitchen framing remains incomplete, preventing plumbing completion, testing and insulation.
- Ceiling framing has not started
- Scaffold still remains in the atrium
- Overhead plumbing is substantially complete with the exception of the kitchen. Needed drywall removed to access several pipes in the kitchen. Need drywall installed in several kitchen locations in order to complete loose ends. Delaying rough-in completion.
- Stockpiled drywall materials in the NW area of the floor prevent access to complete plumbing loose ends.
- Lobby water feature is missing water and drain details – waiting on response in order to establish extent of extra work.
- Pool drain connection has not been accomplished. Need a detail and connection point for drain.
- HVAC piping is substantially complete
- Duct work is substantially complete
- Atrium ductwork and AHU are installed, piped and ready to go.
- Dining area is framed but no drywall.

2

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- PKC needs to connect loading dock FCU – will connect near end of job to prevent physical damage.
- PKC needs to install cabinet unit heaters in most stairwells – waiting until near end of project to prevent damage
- PKC needs to relocate VAV at north end - this was a coordination problem.
- No architectural finishes – needed for setting of bathroom fixtures and kitchen equipment.

2nd Floor:
- South end:
  - Currently framing with piecemeal drywall in pool and exercise area.
  - Ceiling framing in exercise area
  - Plumbing and HVAC rough-ins substantially complete.
  - Still need to install pool deck drains per the contract.
  - AHU on west side that supports poolroom installed and currently being piped.
  - Architectural finishes in pool area and public rest rooms are not started, required prior to setting plumbing fixtures.
- Back to Back:
  - Carpet, wallpaper, doors complete
  - Casework for bar sinks complete
  - Bathroom toilets and lavatories complete.
- North End:
  - Ceiling in corridor has been framed
  - No other work at north end
- Corridor:
  - Framed & drywall complete

3rd Floor:
- South End
  - Drywall complete & finished
  - Wall tiling in bathrooms 60%
  - Counter frames installed 100% installed, no marble tops
  - Interior doors hung
  - 1 toilet set, no lavatories set due to out of sequence tile work (Jump back work)
- Back to Back Rooms:
  - East side rooms:
  - Toilets and lavatories have been set, however bar sinks have not been set due to late and out of sequence installation of caseworks.
    - No paint started
    - Wall tiles in bathroom completed
    - Interior doors hung
  - West side rooms
    - Rooms substantially complete. Waiting on toilet seats and lavatory pop-ups
- North End

3

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- o Architectural finishes substantially complete ready for fixtures – worked out of sequence requiring plumbing crew to jump back at a later date from an upper floor to complete
- ➤ Corridor:
  - o Framing complete, drywall partially complete

4th Floor:
- ➤ South End
  - o Floor tile in bathroom incomplete
  - o No carpet on the entire floors
  - o Wall paper complete
  - o 1 toilet set, no lavatory or bar sinks installed – jump back work again after tile is complete – crews currently on upper floors
- ➤ Back to Back Rooms:
  - o East side rooms
    - ▪ Wall paper complete, tile complete
    - ▪ Materials stockpiled in the rooms
    - ▪ No carpet
    - ▪ Currently installing sinks and lavatories
  - o West side rooms
    - ▪ Architectural finishes complete except carpeting
    - ▪ Bar sink casework installed
    - ▪ Toilets and Lavatories set, working bar sinks
- ➤ North End
  - o Architectural finishes incomplete
  - o Materials stockpiled in rooms and toilet rooms preventing access
  - o 3 or 4 toilets set and 1 lavatory set.
  - o Casework not complete
- ➤ Corridor:
  - o Framing complete, drywall partially complete

5th Floor:
- ➤ South End
  - o Tile, carpet and casework incomplete – holding up fixtures
  - o 1 toilet set, no sinks or lavatories
- ➤ Back to Back Rooms:
  - o Tile, bar sink and wall paper complete
  - o Toilets complete, lavatories complete
  - o Bar sink casework and tops currently being set
- ➤ North End
  - o Wall paper and cabinets started but incomplete
  - o Tile work incomplete – preventing toilet installation
  - o Lavatory and toilets waiting on tile work
- ➤ Corridor:
  - o Ceiling framing complete, drywall partially complete

6th Floor:

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- South End
  - Wallpapering started in 1 room, no carpet, no doors
  - Shower wall tile started, no floor tiles installed
  - Painting just started in this area
  - No casework wet
  - No fixtures or toilets set
- Back to Back Rooms:
  - Wallpapering installed, no carpet, no doors
  - Floor tiling progressing 50-60% complete
  - Casework at bar sinks starting
  - No fixtures or toilets set
- North End
  - Working wallpaper and bathroom floor tile
  - Casework at bar sinks starting
  - No fixtures or toilets set
- Corridor:
  - Framing and drywall ceiling are complete

7th Floor
- South End
  - Plumbing, mechanical & sheet metal rough-in's complete
  - Painting in progress
  - No wall paper, carpet, doors, tile or casework
  - 1 Tub not set – insufficient room in the wall enclosure for the diverter (valve) The riser duct in shaft must be relocated to provide sufficient room – waiting on formal directive to proceed
- Back to Back Rooms:
  - Painting in progress
  - No wall paper, carpet, doors, tile or casework
  - Plumbing, mechanical & sheet metal rough-in's complete
  - Plumbing fixtures waiting on architectural finishes
- North End
  - Painting in progress
  - No wall paper, carpet, doors, tile or casework
  - Materials stockpiled in some rooms and bathrooms
  - Plumbing, mechanical & sheet metal rough-in's complete
  - Plumbing fixtures waiting on architectural finishes
- Corridor:
  - Framing and drywall ceiling are complete, drywall finishing in progress

8th Floor thru 10th Floor:
  (All floors at nearly the same status)
- South End
  - Plumbing, mechanical & sheet metal rough-in's complete
  - Painting in progress
  - No wall paper, carpet, doors, tile or casework

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

- o 1 Tub not set – insufficient room in the wall enclosure for the diverter (valve) The riser duct in shaft must be relocated to provide sufficient room – waiting on formal directive to proceed
- ➢ Back to Back Rooms:
    - o Painting in progress
    - o No wall paper, carpet, doors, tile or casework
    - o Plumbing, mechanical & sheet metal rough-in's complete
    - o Plumbing fixtures waiting on architectural finishes
- ➢ North End
    - o Painting in progress
    - o No wall paper, carpet, doors, tile or casework
    - o Materials stockpiled in some rooms and bathrooms
    - o Plumbing, mechanical & sheet metal rough-in's complete
    - o Plumbing fixtures waiting on architectural finishes
- ➢ Corridor:
    - o Ceiling framing complete, drywall in progress

11th Floor:
- ➢ South End
    - o Drywall & taping 95%
    - o Plumbing, mechanical & sheet metal rough-in's complete
    - o Fiber duct installed in all rooms (Out of sequence)
    - o Ceiling framing and drywall incomplete
    - o No architectural or plumbing finishes started
- ➢ Back to Back Rooms:
    - o Drywall & taping 95%
    - o Plumbing, mechanical & sheet metal rough-in's complete
    - o Fiber duct installed in all rooms (Out of sequence)
    - o Ceiling framing and drywall incomplete
    - o No architectural or plumbing finishes started
- ➢ North End
    - o Drywall & taping 95%
    - o Plumbing, mechanical & sheet metal rough-in's complete
    - o Fiber duct installed in all rooms (Out of sequence)
    - o Ceiling framing and drywall incomplete
    - o No architectural or plumbing finishes started
- ➢ Corridor:
    - o No ceiling framing started

12th Floor:
- ➢ South End
    - o Guest room framing and drywall incomplete
    - o Drywall in guest rooms 95%, drywall incomplete at ceiling in guest rooms – holding up fiber duct installation
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct waiting on framing & drywall of ceiling and bulkheads

6

JOB NO. 03225

- o No architectural or plumbing finishes started
- ➤ Back to Back Rooms:
    - o Drywall & taping 95%
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct installed in most rooms (Out of sequence), but can't be complete until drywall ceiling and bulkheads are complete
    - o Ceiling framing and drywall incomplete
    - o No architectural or plumbing finishes started
- ➤ North End
    - o Drywall & taping 95%
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct waiting on framing & drywall of ceiling and bulkheads
    - o Ceiling framing and drywall incomplete
    - o No architectural or plumbing finishes started
- ➤ Corridor:
    - o No ceiling framing started

13th Floor:
- ➤ South End
    - o Drywall in guest rooms incomplete
    - o Guest rooms ceiling framing and drywall not started
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct not started - waiting on framing & drywall of ceiling and bulkheads
    - o No architectural or plumbing finishes started
- ➤ Back to Back Rooms:
    - o Drywall & taping 95%
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct waiting on framing & drywall of ceiling and bulkheads in all but 8 rooms
    - o No Tape and Mud
    - o Ceiling framing & Drywall incomplete
    - o No architectural or plumbing finishes started
- ➤ North End
    - o Drywall in guest rooms incomplete
    - o Guest rooms ceiling framing and drywall not started
    - o Plumbing & mechanical rough-in's complete
    - o Fiber duct not started - waiting on framing & drywall of ceiling and bulkheads
    - o No architectural or plumbing finishes started
- ➤ Corridor:
    - o No ceiling framing started

14th Floor:
- ➤ South End
    - o Drywall not started, except bathrooms
    - o Wall framing is incomplete 95%+
    - o Plumbing & mechanical rough-in's complete

7

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- o No ceilings framed
- o Grease duct needs to be extended through roof – duct section was accidentally thrown away by Hunt
- o Fiber duct is not installed
- o All tubs set
- ➢ Back to Back Rooms:
  - o Drywall not started, except bathrooms
  - o Wall framing is incomplete 95%+
  - o Plumbing & mechanical rough-in's complete
  - o No ceilings framed
  - o 3 duct tie-in's to exhaust fans remain in the overhead
  - o Fiber duct installed
  - o All tubs set
- ➢ North End
  - o Drywall not started
  - o Wall framing is incomplete 95%+
  - o Plumbing & mechanical rough-in's complete
  - o No ceilings framed
  - o Fiber duct is not installed
- ➢ All tubs set Corridor:
  - o No ceiling framing started

Penthouse
- ➢ CW & CHW large bore piping and trim-out is complete
- ➢ Pumps are connected and wired
- ➢ CHW risers connected
- ➢ CHW mains supporting center and south AHU's are complete
- ➢ Center (2) and south (2) AHU's are piped with CHW, controls roughed in, duct connected and equipment wired
- ➢ Overtime was stopped on or about 5/12 due to lack of site utilities. Site utilities will prevent starting-up and operating CW & CHW systems as originally requested in 4/28 meeting.
- ➢ North end AHU set and CHW piping run to within 15 feet of unit. Connections complete in the next 3 to 4 days. Duct installed and connected.
- ➢ Duct work is 90% complete throughout penthouse
- ➢ Only minimal controls required to operate temporary cooling on permanent systems
- ➢ Cooling tower piping CW piping complete and make-up water piping completed 2 ½ weeks ago.
- ➢ Boilers set and gas piped up. Currently working heating steam piping will take approximately 3 weeks to complete.
- ➢ Hot water pumps set, wired and will be piped – no known rush on system completion, 3 to 4 weeks to complete.
- ➢ Domestic hot water piping complete and tied into the 4 domestic water heaters. Gas main installed but run-outs to all 4 heaters not installed. Plumber's work – does not hold up any other work. Will work after kitchen rough-in complete.

# JUNE 8, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- Generally work is progressing in accordance with schedule provided to Hunt on or about April 26, 2005. Two of the three weeks of intense OT was performed. If OT was continued the CW, CHW and AHU would have been dead on schedule for start-up
- CW & CHW systems was ready on May 26, 2005
- Insufficient water source available for fill, flush and test. Sanitary sewer is needed for flushing and still not available.
- Gas service for building by Washington gas not expected for 60 days.

Prepared By:

Thomas A. Mac Phee

9

# JULY 6, 2005 REVIEW OF
# SCHEDULE & JOB SITE PROGRESS
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

Based on my review of the project schedules along with my July 6, 2005 job site observations and discussions with project management staff, it is my professional opinion that the critical path on this project has lost 118 calendar days since December 1, 2003. As established in earlier reports, the loss of time in 2004 and January 2005 is a direct result of late completion of structural placement, the unscheduled placement of equipment pads, and defective sequencing of the penthouse mechanical work resulting in approximately 94 calendar days direct delay through January 30, 2005. Hunt attempted to mitigate a portion of this delay through the early and accelerated performance of the drywall and interior finishes, however this exercise seems only to have been successful at preventing further loss on the guest floors as of July 6, 2005. The late inclusion of the Terrace dining area is expected to force the project completion date out to November 22, 2005 resulting in an increase to the critical path delay from 94 calendar days to 118 calendar days.

This project has experienced several other events that have directly impacted Poole and Kent's labor productivity and has substantially increased its cost to perform the mechanical and plumbing work on this project. Adverse working conditions were experienced in the placement of sleeves and inserts during concrete placement, while performing plumbing and mechanical rough-in work, and during the placement of plumbing finishes. The causes of these adverse working conditions were the accelerated and uncoordinated concrete activities along with piecemeal and out of sequence wall framing, drywall installations and architectural finishes. Late acquisition of a site utility contractor and permits directly impacted the start-up of the mechanical cooling systems and dry-in of the building. The late acquisition of a permit for the terrace dining area will require the re-mobilization of mechanical and plumbing crews to perform this work during the late summer and fall of 2005.

The cumulative impact of all the aforementioned delays has resulted in increased overhead and labor cost while adverse and disruptive work patterns have resulted in increased labor costs. These increased costs were primarily a result of the manner in which this project has been managed. Furthermore, it has resulted in a negative impact on the cash flow on this project, which has been exacerbated by Hunt's inability to obtain complete and timely payment for work

1

JULY 6, 2005 REVIEW OF
SCHEDULE & JOB SITE PROGRESS
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

completed. Poole and Kent has provided timely notice of these adverse events and expects reasonable compensation for its increased costs as a result of the actions of others.

<u>As-Planned versus As-Built Analysis</u>

In order to demonstrate the impacts associated with the early onset of structural related delays, I bring your attention to Illustration No. 1, a summarized as-planned versus as-built schedule comparison. First, let me explain the basis or foundation to support this illustration. The as-planned schedule is based on Hunt's December 1, 2003 Schedule update. The Adjusted schedule is based on the as-planned schedule, with increased duration and sequencing incorporated through manual incorporation. The As-built schedule is primarily based on records that both project personnel and I have maintained throughout the project. The Projected schedule as of July 6, 2005 is based on the original durations and sequencing, adjusted for progress and remaining work effort. The validation of accuracy will ultimately be the actual performance on the remainder of the project. This graphic demonstrates several important points as listed below:

- The as-planned schedule did not have adequate duration for the mechanical and plumbing activities, however when adjusted to include the reasonable durations and sequences (December 1, 2003 Schedule Update w/ Proposed R/I Schedule, the substantial completion of July 27, 2005 remained unchanged.
- Actual structural placement/performance: As shown in Illustration No. 1, the December 2003 schedule indicates that the structure was to be complete on November 3, 2004. This event did not actually occurred 88 calendar days later, on January 30, 2005, when the penthouse pads were poured.
- The penthouse mechanical work is shown as commencing on October 24, 2004. When compared to its actual start of January 31, 2005, a 99-calendar day impact is encountered. This was purely a result of late structural completion. This forced the labor crew to work unnecessarily and fully exposed to the adverse weather conditions.
- MEP Rough-in's: The mechanical and plumbing rough-in's started substantially on-time, however the completion has been extended months later than contemplated as a result of late structural execution and out of sequence and haphazard order that the wall framing was complete. The increased duration is indicative of increased supervision costs and lost productivity.

2

## JULY 6, 2005 REVIEW OF
## SCHEDULE & JOB SITE PROGRESS
### THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- Drywall & Finishes: The as-planned schedule indicates drywall installations were to commence on February 3, 2005. The contemporaneous record indicates that this work commenced generally in accordance with the schedule. However, it does not show the building close-in was only partially started, the roof was not dried in, and rough-ins on those floors with drywall proceeding were not complete. Furthermore, drywall and finishes should have taken 6 months. This work has taken 5 months as of this site visit, and based on the rate of progress and piecemeal manner in which the drywall and finish work is being performed, finishes are approximately 3 ½ months from completing.
- Terrace Dining: Although not shown in the summarized as-planned schedule, it was to be performed at the end of the contractual performance period. As a result of late permit acquisition, this work has not substantially started as of July 6, 2005 and is expected to take 140 calendar days to complete, becoming the sole critical path on the project.

In addition to the aforementioned critical time impacts, the manner and sequence that Hunt has performed certain aspects of work has had and will continue to impact our productivity and orderly performance of work. Issues such as: Insufficient and unreasonable layout and embed/sleeve placement; slow and out of sequence interior wall framing; and piecemeal and haphazard drywall installations at tubs and Fan Coil Units (FCU). Furthermore, Hunts directives to Poole and Kent have resulted in our jumping back onto a floor multiple times to perform small segments of rough-in work and testing dramatically increases to cost of rough-in and testing while disrupting progress on those tasks that personnel were reassigned from. The issues and disruptions are explained in more detail in the following sub-sections.

Drywall and Finish installations

In order to address the most contemporaneous delays and disruptions, I turn your attention to Illustrations No. 2 and 3 that addresses the placement of drywall and finishes. In both these illustrations, the drywall and finish activities have been summarized into a single bar for each floor. The as-built for those activities have also been summarized for each floor through July 5, 2005 on the bottom half of each illustration. Subsequently, a projection of the schedule has

3

JULY 6, 2005 REVIEW OF
SCHEDULE & JOB SITE PROGRESS
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

manually been made as of July 6, 2005 based on my field observations, the pace or the work and the contemplated sequence.

Illustration No. 2 compares the as-planned schedule with actual progress. The as-planned reflects the orderly and progressive nature that the work was to be performed. Examination of this comparison shows that drywall work on the 2nd and 3rd floors commenced on schedule however it remains incomplete. Small pockets of finish work remains in those guest rooms with more substantial work remaining in the common areas. Drywall and finish work on the 4th through 12th floors commenced, on the average, 1 month late. Work on each of these floors is in a different state of completion, some with framing and drywall remaining, none approaching completion. Clearly drywall and finish work on all floors have far exceeded the 2 months contemplated in the baseline schedule. Furthermore, the piecemeal manner in which the framing, drywall and finishes have been performed only succeeded in exacerbating the extended duration experienced on each floor.

Illustration No. 2 also shows that the baseline schedule, projected as of July 6, 2005, indicates a late October 2005 completion of finishes. This presumes that Hunt can immediately gain control over the order and manner that drywall and finish work are being accomplished and that those tasks could be completed in accordance with the sequence in the original schedule, floors completing progressively at a rate of 1 per week. It is also worth noting that the lack of temporary cooling availability has most probably impacted and will continue to impact the ability to perform architectural finishes on the 7th floor and above. Finally, the graphic shows that Hunt has allowed the Terrace dining area to slide out approximately 5 months and has forced it onto the critical path of the project.

Illustration No.3 compares Hunts November 2004 accelerate schedule with the as-built schedule. The accelerated schedule shows a very similar sequence of completing as the baseline, however it does not address the "B" levels and ground floor finishes nor does it address the Terrace dining area. The as-built is identical to that described above and requires no further discussion other than to point out the accelerated schedule contemplated each floor completing in 1 ½ months duration and in an orderly manner, a process not achieved in the as-built. My

4

# JULY 6, 2005 REVIEW OF
# SCHEDULE & JOB SITE PROGRESS
### THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

schedule projections for the completion of each floor were based on the apparent sequence demonstrated in the Hunt schedule. Considering this sequence and presuming that Hunt can gain control over the sequence of work, I estimate an October 28, 2005 completion for the guest room floors. It is presumed that Hunt will work the "B" levels and ground floor concurrently. Finally, the incorporation of the Terrace Dining area into this schedule, although an independent area, shows that the 5 months required to complete this work will become the critical path.

Illustration No. 4 compares Hunt's May 6, 2005 Schedule Update with the as-built schedule and estimates the schedule completion from July 6, 2005 for the drywall and finish work. The results of this comparison are similar to the previous two comparisons. A November 22, 2005 completion is expected and 53 calendar days have been lost on the critical from May 6 thru July 5, 2005. This comparison explicitly demonstrates slippage in the execution of drywall, architectural finishes and the Terrace Dining area.

I understand that Hunt may dispute this finding; therefore lets compare its May 6, 2005 schedule update with its July 1, 2005 schedule update. The most current update indicates an October 24, 2005 completion date that represents a 24-calendar slippage in the schedule. I must be pointed out that the July schedule appears to have further accelerated the architectural finishes and the Terrace Dining areas in order to make up lost time. Furthermore, it over states the progress on nearly all levels. For example the schedule shows architectural finishes on the 12th and 15th floors as approximately 20% complete. However, my observations are that there are absolutely no finishes started in those areas one week after the schedule update. These inaccuracies in the percent completes will necessarily result in Hunts schedule projecting an unrealistic earlier completion date. Therefore, it is my belief that a November 22, 2005 completion date is more realistic.

Structural Completion:

Previous updates and reports that I have published have detailed the history and events surrounding the 3 month delay and impacts associated with the delays in placement of the structure, therefore I will not reiterate the details of these events herein. However, I will remind

5

JULY 6, 2005 REVIEW OF
SCHEDULE & JOB SITE PROGRESS
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

the reader that the impact of the late structural completion was substantial to Poole and Kent resulting in extended durations for the rough-in crews, working in an un-protected environment during winter months, and the late start of the penthouse mechanical work during an adverse weather season. Throughout the entire structural placement process, our crews were made available with little to no advance notice, during weekends, late at night, and during the wee hours of the morning, all in an effort to expedite structural placement.

Penthouse Installations:

Mechanical installations in the penthouse commenced on or about January 31, 2005, immediately following the completion of the equipment pads. This work commenced in the dead of winter with no protection from the cold and wet environment. A start as contemplated in November 2004 would have partially prevented this with the exterior partially closed in by winter. We had planned the work to complete in approximately 6 months and were working to that goal until late April 2005, when Hunt decided that temporary cooling would be required by May 31, 2005.

At the direction of Hunt, the mechanical crew was accelerated to substantially complete the chilled water (CHW), condenser water systems (CW) and air handling systems by May 21, 2005 in order to allow for filling, flushing and start-up of the systems by May 31, 2005. We published a schedule for Hunt detailing the events and sequencing required to achieve this date and also informed them of the acceleration costs associated with this directive. On or about May 10th, Hunt reported that site water and sewer connections would not be available for at least another month. Site water and sewer are critical to the filling and flushing phase of the CHW and CW start-up process. As a result of the late site work, we suspended acceleration of the mechanical crews, avoiding un-necessary costs for Hunt. The CHW and CW systems were complete and ready for testing on or about May 25, 2005. These systems have stayed in this idle state since that date waiting on availability of site utilities.

Upon completion of the CHW and CW systems, the mechanical crews immediately moved into the installation of the heating systems, as shown in the Poole and Kent accelerated schedule.

# JULY 6, 2005 REVIEW OF
## SCHEDULE & JOB SITE PROGRESS
### THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

Based on progress through July 6, 2005, it appears that the piping work will be substantially complete by July 22, 2005, generally in accordance with the accelerated schedule.

On the date of my inspection, AHU systems were circulating same volumes of air throughout the building, however the cooling systems were not operational. Hunt has commissioned the use of temporary cooling to support finishes on the levels 1 thru 6. Water service also became available on this date, however permanent power is still not available preventing the start-up of the cooling systems.

Interior Wall Framing:

The original Hunt schedule contemplated framing taking 2 weeks per floor, completing an entire floor prior to progressing sequentially to the next guest room floor above. The schedule contemplated framing activities requiring a total 6 months (May 2004 through November 2004). During November 2004, as a result of structural delays to the project, Hunt introduced an accelerated schedule that contemplated a similar orderly and sequential sequence however the duration was reduced to 6 working days per floor. In both cases, Hunt contemplated and communicated its intent to frame an entire floor prior to moving on the next floor.

The actual framing process began in September 2004 on the 2nd floor and has been performed in a piecemeal, disjointed and out of sequence manner. Framing has continued for nearly 10 months and is still a month from finishing in the 14th and 15th floors. The framing did not commence on sequential floors as contemplated, nor was framing on a floor completed prior to moving to the next. Framing on each floor commenced in the back-to-back rooms with crews jumping back weeks and months later to periodically work on the north and south end suites. This was the standard work pattern for the framers thereby forcing all follow on trades to establish a similar work pattern. Poole and Kent found this haphazard sequence of operations totally disruptive to its ability to perform in an orderly and productive manner. The piecemeal framing pattern has continued through the 15th floor.

7

JULY 6, 2005 REVIEW OF
SCHEDULE & JOB SITE PROGRESS
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

Drywall @ Tubs, FCU's and Bar Sinks:

During the last 5 months, the setting of all tubs and fan coil units (FCU) have been completed, however this has been accomplished in a piecemeal and disjointed manner. In order to set the tubs in all rooms and the FCU's in the atypical rooms, the drywall on the surrounding enclosure was necessary. The drywall was installed in a disorderly manner. The Drywall installer performed work in the areas most convenient for its crews, jumping from floor to floor without completing work on the previous floor much less in the area in which they were working. This required our plumbing and HVAC crews to follow the drywall crews, pacing their work, resulting in piecemeal and disruptive work patterns. This is a situation that Hunt could have and should have controlled but didn't. We experienced substantial loss in labor productivity and labor cost increases resulting from this interference/problem.

Plumbing and Mechanical Systems:

It appears that our crews have taken the initiative and has moved the plumbing and HVAC crews onto each floor as they became available, placing the main storm and sanitary risers followed closely by the water risers. The plumbing riser systems are complete through the 14th floor with a functional storm water/roof drain system. Overhead plumbing piping on the ground and 14th floors is 95% complete, waiting on wall framing to complete the rough-in work. Plumbing rough-in on the B1 through B4 levels has been substantially complete, waiting on issuance of RFI responses and change orders for kitchen related work.

HVAC risers for the guest rooms are integrated with the fan coil units and have been installed in all back to back guest rooms through the 14th floor. HVAC risers that support the basement and ground floors have also been installed as the decks became available. The 14th floor overhead HVAC distribution is well under way and is ahead of schedule. Unfortunately, only a few FCU's have been set at the north or south ends of the building as a result of incomplete framing and shaft drywall operations. The disorderly and haphazard wall framing and drywall placement sequence has become very disruptive and inefficient to our rough-in, tub and FCU operations.

8

JULY 6, 2005 REVIEW OF
SCHEDULE & JOB SITE PROGRESS
THE POOLE AND KENT CORPORATION
EMBASSY SUITES – WASHINGTON D.C.
JOB NO. 03225

Currently, Hunt has requested that we set, hookup and test two FCU's at a time, one on each of two sequential floors. The purpose is to complete in-wall rough-ins, test those rough-ins and allow drywall close-in. This situation appears to have occurred due to Hunt's inability to coordinate and control its framing and drywall subcontractors. This proposed work sequence is highly efficient while the testing method will result in exponential cost growth.

Summary and Conclusions:

We have experienced substantial time and productivity impacts as a result of the following adverse working conditions:

- Late structural placement
- Lack of coordinated and planned structural acceleration
- Lack of proper scheduling and task sequencing
- Out of sequence and piecemeal framing
- Out of sequence and piecemeal drywall installation
- Out of sequence and piecemeal architectural finish installation
- Inability to get timely permits for site work and terrace dining area

Generally, the lack of proper planning, sequencing and coordination continues to adversely disrupt the timely and orderly flow of work, and continues to impact the project completion, as demonstrated in the comparison of the May 6, 2005 and July 1, 2005 Hunt schedule updates. The aforementioned delays, disruptions and interferences are resulting in extended overhead expense and increased labor costs.

Cc:    Adam E. Snavely
       Contract File

                    Thomas A. Mac Phee
                    February 8, 2005



EMBASSY SUITES
AS PLANNED vs. AS-BUILT SCHEDULE COMPARISON

ILLUSTRATION No. 1







# JULY 6, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
#### JOB NO. 03225

On July 6, 2005 I performed visited the site to perform an inspection and evaluation of progress in order to monitor and measure job progress. All levels from the B-2 through the penthouse were toured. The following are the record of those observations and discussions:

General:

- Manlift has been removed, window framing is being erected, the interior framing and drywall work in the NE corner has not progressed. This impacts work in 2 guest rooms in the Northeast corner on each floor.
- Floor at the trash shoot has been placed.
- PKC plumbing and HVAC rough-in is substantially complete on all floors B-2 through 14th
- Drywall is substantially complete thru the 9th floor except ceiling in end suites. Ceiling drywall not installed on the 12th thru 14th levels. Drywall installed on one side of walls on the 14th floor in 60% of the area.
- Ceilings have been generally framed through the 12th floor. No ceilings have been framed from 12th thru 14th floor.
- Corridor ceiling drywall substantially complete thru on the 10th floor. It has not progressed to upper floors since 6/8/05
- Painting being performed through the 10th floor but work is progressing in a disjointed manner.
- Tile, wallpaper and cabinetry is still not being installed on entire floors or in an orderly manner.
- Bathroom counter frames and tops have been installed in a haphazard and piecemeal manner throughout the building. Work is complete on levels 2 and 3 with tops missing throughout the 4th thru 7th levels.
- Handicap toilet rooms have major revisions required to the floors and tile preventing finishes and fixture setting on all levels. The PCO work has not started. This has resulted in the closet flanges set below finished floor requiring the removal of those flanges, surrounding tile, surrounding concrete and rough-in removal in the ceiling of the floor below. This is a finish coordination issue and will require a change order to Poole and Kent.
- Natural gas is complete except regulators and piping to water heaters in the penthouse and 1st floors. There is no gas main (coming from 11th street) and is not reasonably expected for 60 days.
- Permanent water was provided today. Permanent power is expected on or about July 15, 2005. Sanitary connections on the east side (South connection) is complete. Water, sanitary and storm were promised by Hunt no later than 5/16/05. It prevents the fill, flush and start-up of the cooling system. It results in sewage dumping out on the meeting level floor. NE sewer connection excavated but not connected.
- Louvers on the east wall in the lobby are are 50% complete
- PKC crews are pacing the drywall and finishes
- Lavatory pop-up's have been installed in sinks that were previously set.
- Toilet seats have been set as toilets have been set.

# JULY 6, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- ➢ Need to set sanitary ejector pump, temporarily being used as sump pumps by Hunt – Hunt does not have approval for sand filter is incomplete
- ➢ Dining Terrace work has not been started on te north end.

B2 Level
- ➢ Fuel oil pipe and pump system  nearly complete
- ➢ Air compressor drops need to be completed after other work installed by others is removed
- ➢ An RFI is pending pertaining to natural gas supply for a drier connection on B1 housekeeping area that was not shown on the drawings. Need PCO and direction.
- ➢ All other rough-in work complete
- ➢ Plumbing, mechanical and ductwork rough-in work is substantially complete.
- ➢ Drywall is progressing and ceiling framing is 70% Complete.
- ➢ Architectural finishes and equipment required in toilet rooms and employee dining area

B1 Level
- ➢ PKC has completed its rough-in work and is waiting on finish trades
- ➢ RFI on duct work installation on the south end, also RFI on B2 ductwork
- ➢ Waiting on architectural finishes for set plumbing fixtures
- ➢ Currently waiting on kitchen equipment to make connections
- ➢ Need to install humidifier at MER
- ➢ Water Feature details are still outstanding – need details to complete the work (PCO?)
- ➢ Sanitary connections at the NE is incomplete by site contractor – required to progress on cooling and testing fixtures.
- ➢ Drywall is 95% complete, mudding is progressing, kitchen equipment room no drywalled.
- ➢ The managers lobby on north end walls are framed but bulkhead and drywall are not installed. A PCO is pending in this area. No ceiling framing, lighting or other work is installed in this area.

Ground Floor
South:
- ➢ Ductwork, HVAC and plumbing is substantially complete.
- ➢ Insulation is 80%
- ➢ Drywall has been started and wall framing is 95% complete. No ceiling framing has been performed.

Center Area:
- ➢ Scaffold in lobby is removed.
- ➢ Walls are 95% drywalled and 60% mudded, including the ceiling.
- ➢ Ductwork, HVAC and plumbing rough-in's are substantially complete.
- ➢ Water feature has not been started.

North Area:
- ➢ Wall framing is on-going, little drywall has been installed
- ➢ Ductwork, HVAC and plumbing rough-in's are substantially complete.
- ➢ Hood has been installed

Kitchen:
- ➢ Chipping floor for depressions

2

# JULY 6, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
## EMBASSY SUITES – WASHINGTON D.C.
## JOB NO. 03225

- Hood Installed, Cold boxes placed
- Wall framing complete, Drywall is 65%
- Floor tile placement started today
- Ductwork, HVAC and plumbing rough-in's are substantially complete.
- Floor trench has not been installed – this is a disputed issue pertaining to responsibility for installation
- No ceiling have been installed
- Lobby water feature is missing water and drain details – waiting on response in order to establish extent of extra work.
- Pool drain connection has not been accomplished. Got information last week.
- Has not been connected the loading dock FCU.
- PKC needs to install cabinet unit heaters in most stairwells – waiting until near end of project to prevent damage
- VAV at north end has been relocated.
- No architectural finishes – needed for setting of bathroom fixtures and kitchen equipment.

2nd thru 14th Floor:

- See the attached spread sheet for details of progress
- Ductwork is complete except fiber duct on levels 13 and 14.
- The south end handicap toilets in the handicap suites require floor, drain and pipe. Work has not progressed. Waiting on PCO approval.
- Redesign of presidential suite on level 14 is still outstanding.
- 3rd floor MER for Pool area – AHU is piped but ductwork not yet connected
- 2nd Flr – Mezzanine and MER: AHU placed, HVAC piped, duct 70%, insulation 25%,
- All tubs except handicap rooms wet

Prepared By:

Thomas A. Mac Phee

EMBASSY SUITES HOTEL - WASHING     J.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/Lavatory | Barsinks | R/GD Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2nd Floor** | | | | | | | | | | | | | |
| North End - Dining | Walls - 100% Clg - 50% | 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End - Pool & MER | Walls - 90% Clg - 50% | 30% | 0% | 0% | 0% | Complete | N/A | N/A | N/A | N/A | 0% | N/A | 0% |
| Corridor | Complete | Complete | Complete | Complete | Complete | Complete | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **3rd Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | 95% | 95% | 95% | 95% | Complete | 95% | Complete | Complete | 65% | Complete | 95% |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 95% |
| South End | Complete | Complete | Complete | 80% | Complete | 67% | Complete | Complete | Complete | Complete | Complete | Complete | 95% |
| Corridor | Complete | Complete | Complete | 10% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **4th Floor** | | | | | | | | | | | | | |
| North End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 50% | Complete | Complete | 50% | Complete | No FCU Covers |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 1 Remain | Complete | Complete | 1 Remain | Complete | No FCU Covers |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | 1 Remain | 4 of 7 Incomplete | 2 Remain | Complete | 4 of 7 Incomplete | 1 Remain | No FCU Covers |
| Corridor | Complete | Complete | 50% | 0% | N/A | Complete | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **5th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 0% | 5 of 6 Incomplete | Complete | 0% | 5 of 6 Incomplete | No FCU Covers |
| B/B | Complete | Complete | Complete | Complete | 1 Room Remains | 1 Remain | Complete | 1 Remain | 1 Remain | Complete | 1 Remain | 1 Remain | No FCU Covers |
| South End | Complete | Complete | Complete | 6 Rooms Remain | 1 Room Remains | 2 Rooms Remain | 1 Room Remain | 4 Rooms Remain | 5 Rooms Remain | 1 Room Remain | 4 Rooms Remain | 6 Rooms Remain | No FCU Covers |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **6th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 3 Rooms Remain | 1 Room Remains | 2 Rooms Remain | 1 Room Remains | 4 Rooms Remain | 3 Rooms Remain | Complete | 4 Rooms Remain | 3 Rooms Remain | No FCU Covers |
| B/B | Complete | Complete | Complete | 1 Room Remains | 1 Room Remains | 2 Rooms Remain | Complete | 1 Room Remains | 1 Room Remains | 2 Rooms Remain | 2 Rooms Remain | 1 Room Remains | No FCU Covers |
| South End | Complete | Complete | Complete | 3 Rooms Remain | Complete | 2 Rooms Remain | 2 Rooms Remain | 3 Rooms Remain | 5 Rooms Remain | 2 Rooms Remain | 4 Rooms Remain | 5 Rooms Remain | No FCU Covers |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **7th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 3 Rooms Remain | Complete | 4 Rooms Remain | Complete | 2 Rooms Remain | 4 Rooms Remain | 0% | 4 Rooms Remain | 4 Rooms Remain | 0%, Working RGD's |
| B/B | Complete | Complete | Complete | 80% | 20 Rooms Remain | 0%, Started | Complete | 3 Rooms Remain | 50% | Complete | 3 Rooms Remain | 0% | 0% |
| South End | Complete | Complete | Complete | Complete | Complete | 15% | 1 of 5 Remains | 60% | 40% | 1 of 5 Remains | 20% | 0% | 0% |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **8th Floor** | | | | | | | | | | | | | |
| North End | Complete | Complete | Complete | 80% | 90% | 0% | 80% | 0% | 0% | 60% | 0% | 0% | |

## EMBASSY SUITES HOTEL - WASHING    J.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | CU-RV/GD Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/B | Complete | Complete | Complete | 95% | Complete | 0% | Complete | Tops - 15% | Tops - 5% | Complete | 0% | 0% | 0% |
| South End | 95% | 95% | 95% | 60% | 95% | 0% | Complete | Tops - 25% | Tops - 0% | Complete | 0% | 0% | 0% |
| Corridor | Complete | Complete | 50% | | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **9th Floor** | | | | | | | | | | | | | |
| North End | 95% | 85% | 80% | Started - 15% | 60% | 0% | Walls - 100% Floors - 0% | 20%, No Tops | 40%, No tops | 10% | 5% | 0% | 0% |
| B/B | Complete | Complete | 90% | 30% | 15% | 0% | Walls not Grouted | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Complete | Complete | 90% | 0% | 0% | 0% | Tile - 75% Grout - 30% | 0% | N/A | N/A | N/A | N/A | 0% |
| Corridor | Complete | 98% | 90% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **10th Floor** | | | | | | | | | | | | | |
| North End | Clg Framing in 2 rooms | Walls - 75% Clg - 0% 8 toilet & 3 Vest Clgs | 0% | 0% | 0% | 0% | 0% | 0%, Started | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete | 0% | 0% | 0% | 0% | 0%, Started | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Complete | 95% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | N/A | 0% |
| Corridor | Complete | 98% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **11th Floor** | | | | | | | | | | | | | |
| North End | Walls - 95% Clg - 95% | Walls - 90% Clg - 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Drywall 100% Mudding 80% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | 98% | 4 Clgs Remain | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | N/A | 0% |
| Corridor | Complete | Mudding 25% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **12th Floor** | | | | | | | | | | | | | |
| North End | Walls - 85% Clg - 50% | Walls - 80% Clg - 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Walls - 85% Clg - 80% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | 98% | Complete | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | N/A | 0% |
| Corridor | Complete | Walls - 0% Clg - 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **13th Floor** | | | | | | | | | | | | | |
| North End | Walls - 100% Clg - 25% | Walls - 95% Clg - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Walls - 100% Clg - 90% | Walls - 100% Clg - 70% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Walls - 85% Clg - 50% | Walls - 85% Clg - 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | N/A | 0% |
| Corridor | Complete | 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **14th Floor** | | | | | | | | | | | | | |
| North End | Walls - 90% Clg - 95% | 5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Walls - 95% Clg - 95% | 15% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Walls - 90% Clg - 50% Clg - 0% | 5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | N/A | 0% |

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | CU-R/G/D Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Corridor | Clg - 0% | 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| PENTHOUSE | | | | | | | | | | | | | |
| Ductwork | | 95% Complete, waiting on RFIs, need to modify deck for flues, need to set the roof exhaust, tie-in kitchen exhaust | | | | | | | | | | | |
| CW Piping | | Complete | | | | | | | | | | | |
| CHW Piping | | Complete | | | | | | | | | | | |
| Boiler Piping | | 80%, Complete 2 80% | | | | | | | | | | | |
| HTHW Piping | | Complete 2 1 Week Remaining | | | | | | | | | | | |
| Trim-out CW/CHW | | Complete 2 1 Week Remaining 2 1/2 Weeks | | | | | | | | | | | |
| Trim-out HTHW | | Remaining 1 1/2 to 2 weeks | | | | | | | | | | | |
| Controls | | | AHU duct connected, HTHW piping not connected, CHW North AHU not connected | | | | | | | | | | |
| AHU's | | Complete | | | | | | | | | | | |
| Dom Water Piping | | Start this week - 1 week to complete | | | | | | | | | | | |
| Natural Gas | | Restarted - 1 week Remaining | | | | | | | | | | | |
| Dom HW Piping | | Complete | | | | | | | | | | | |
| Fans | | 2 to 3 weeks remain | | | | | | | | | | | |
| Insulation | | | | | | | | | | | | | |





EMBASSY SUITES
DRYWALL & FINISHES SCHEDULE COMPARISON

ILLUSTRATION No. 3



EMBASSY SUITES
DRYWALL & FINISHES SCHEDULE COMPARISON

ILLUSTRATION No. 4

<u>REVIEW NOTES ASSOCIATED WITH THE JULY 23, 2005 SCHEDULE</u>
(P3 PAPER COPY OF SCHEDULE)

<u>General Comments:</u>

➢ The Hunt July 23, 2005 schedule indicates a completion date of October 18, 2005, 6 days earlier than the target project (DD 7/15/05).

➢ The schedule does not provide any logic ties between activities nor does it provide the total float values for the activities. This lack of information prevents the subcontractors from determining where they must be working in order to prevent delay to the completion dates.

➢ The schedule does not reflect any time for completion of insulation or ATC related work.

➢ The schedule indicates that all framing, drywall and finish activities in the guest rooms on the 7th through 15 floors are all being complete in a compressed, stacked and concurrent manner, completing by August 25, 2005.

➢ The schedule indicated that architectural finishes on the 7th thru 15th floors were at varying degrees of completion. Virtually all percentage completes are over stated. For example the 14th thru 15th floors show 20% to 25% completion for tile, millwork, wallpaper and stone tops, however none of this work has started as of 8/9/05.

➢ The schedule does not reflect the piecemeal and hopscotch manner that the finish work is being performed on the project. This is the manner in which framing, drywall have been performed throughout the project.

➢ This schedule does not reflect accurate actual start and finish dates, it does not reflect accurate progressing of activities, and it does not reflect accurate durations for remaining activities.

➢ The schedule appears to allow similar work tasks on levels B-1 through the 10th floor to be planned concurrently. Progress over the past 4 months demonstrates that this sequencing is unrealistic resulting in establishing an unachievable completion date.

➢ Hunt's inability to perform the work in the sequence specified in the schedule (all work on a floor at one time) has had a dramatic impact on productivity of installation requiring the continual reassignment of personnel to jump back onto floors where tasks such as setting of toilets, lavatories and sinks.

➢ It is my opinion that the schedule, as currently presented, remains an unrealistic portrayal of the planned sequence and as such cannot be used as a planning and management tool.

➢ In my opinion, the guest room completion is underestimated by 5 to 6 weeks.

➢ It is also my opinion that based on the lack of progress, the erroneously statused activities and improperly sequenced work; the dining terrace completion date is understated by 6+ weeks. The dining terrace area also appears to be the critical path for the project.

<u>Site Utilities:</u>
➢ Activity 1120 & 1290: The sanitary lines are scheduled for completion on 8/5/05. The work is at least 1 week from completion or 8/23/05.

➢ Activity 1300: Gas service was to be available on 8/1/05, however it too is at least a week or two from completion.

<u>Main Mechanical Penthouse:</u>

1

> Activity 22670: MEP testing can begin, however it cannot fully progress until gas service is provided for the boilers and hot water heaters.

Roof:
> Activity 18290: The schedule indicates the roof was to be complete on 8/1/05. The work has not progressed over the past several weeks. The only roof area fully complete is on the south end. No work has been completed in the northeast corner while the east and west sides remain incomplete. This lack of progress has resulted in damage due to roof leaks in the temporary roofing, damaging drywall on the 15th floor and finishes and walls on the 2nd floor. The rainwater has apparently drained down the outside of pipe risers affecting the rooms 216 thru 224.

Framing and Rough-in Work:
> The horizontal ductwork is complete. The start date for the 14th floor start date is inaccurate. Approximately 60% of this work was complete by the recorded start date of 7/6/05.

Guest Room Floor Finishes:
> 2nd floor:
  o Architectural finishes in the corridor was to be complete on 8/2/05. The work is incomplete and is approximately 3-5 WD's from completion. Carpeting is still not complete and is over 1 week late, as of 8/9/05.
  o Fitness Area: The area is at least 1 week behind schedule with framing and drywall incomplete.
  o Pool & Spa Area: The pool waterproofing, framing and drywall are still pending and at least 2 weeks behind schedule.
> 3rd Floor: Corridor finishes and carpet were to be complete on 8/5/05. Work is still incomplete.
> 4th Floor: Corridor finishes were to be complete on 8/5/05 with carpet complete by 8/10/05. Work is still incomplete, running an estimated 2 weeks behind schedule.
> 5th Floor: Corridor finishes were to be complete on 8/12/05. The work is behind schedule probably running an estimated 2 weeks behind schedule.
> 6th Floor: Carpeting and other finishes will be delayed to the extent that all floors below are delayed in execution of finish work. To It to will run approximately 2 weeks behind schedule.
> 2nd thru 6th floors: No plumbing fixtures have been installed in the corridors or common areas PKC is waiting on delivery of those fixtures from Hunt and the owner.
> 7th thru 15th Floors: The owner furnished public area plumbing fixtures are also not available, however finishes are not advanced sufficient to allow installation
> 7th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 7/26/05 with corridor work accomplished by 8/2/05. These dates were not achieved, are fully concurrent with similar tasks on the floors above and below, and are preventing PKC from completing its work. The guest rooms have tile work, vanities and follow-on fixtures remaining.
> 8th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 7/28/05. As of 8/9/05, wallpaper, carpet, baseboards, casework, vanities and follow-on plumbing fixtures remain. The work is concurrent with similar tasks on other floors.

- 9th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 7/28/05. As of 8/9/05, wallpaper, carpet, baseboards, casework, vanities and follow-on plumbing fixtures remain. The work is concurrent with similar tasks on other floors.
- 10th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 8/1/05. As of 8/9/05, drywall repairs, wallpaper, carpet, tile work, baseboards, casework, vanities and follow-on plumbing fixtures remain. The work is concurrent with similar tasks on other floors.
- 11th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 8/12/05. Observations as of 8/9/05 indicate that very little progress was made on the finish activities. Insufficient durations are represented for plumbing fixtures, especially when considering the piecemeal manner of work. This work appears to be somewhat sequenced with similar tasks on other floors.
- 12th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 8/10/05. There seems to be a similar lack of progress on this level as there was on the previous level.
- 14th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 8/15/05. Observations as of 8/9/05 indicate that there has been absolutely no finish work accomplished at all. However the schedule erroneously indicates that tile work, wallpaper, millwork and vanity tops are 20% to 25% complete. This will show an unreasonably early completion, not considering the lack of progress.
- 15th Floor: The schedule indicated that all finishes in the guest rooms were to be finished by 8/23/05. Observations as of 8/9/05 indicate that there has been absolutely no finish work accomplished at all. However the schedule erroneously indicates that tile work, wallpaper, millwork and vanity tops are 20% to 25% complete. This will show an unreasonably early completion, not considering the lack of progress. This floor seems to be sequenced with the 14th floor.

Other Areas:

- B-1 Level: Meeting room and surrounding areas have made substantial progress, however it has not been able to maintain planned progress. The Lobby is only drywalled. Flooring cannot be placed until the temporary sewer line is removed, a task waiting on Hunt to complete the North East sewer connection. Toilet rooms are waiting on wallpaper completion, countertops and partitions. It is not keeping pace.
- 1st floor: Restaurant/Dining: Finishes are running late, drywall is incomplete, water feature is not progressing. The kitchen equipment has not been installed per schedule and Hunt has not coordinated its installation with the rough-ins requiring removal of the sinks installed by Hunt. The lobby stone floor has not started despite the schedule indicating a 7/18/05 actual start
- "Leave out" Areas: All wall and finish work was to be complete on 8/8/06. Work has barely started as of 8/9/06 and running weeks behind.
- Terrace Dining: Progress is overstated indicating 75% of the concrete work and the entire stone base is complete. Concrete is lucky to be 10% overall completion with no stone base installed as of 8/9/06. PKC will require 10 WD's to perform its related primary rough-in work and 5 days to address MEP finishes. Presuming the remaining durations shown are acceptable to other subs, the completion of this area, currently scheduled for

3

10/18/05, will need to be adjusted for 12 WD's lack of progress and 18 WD's for erroneously stated progress.

Conclusions:
> Based on my review of this schedule, the actual start and finish dates along with some of the % complete are not accurate and need to be corrected.
> There appears to be a lack logic ties that allow reasonable sequencing of similar tasks from floor to floor. This is resulting in concurrent work tasks.
> There also appears to be a substantial stacking of trades.
> The current schedule shows a slip in completion of the guest rooms from 8/16/05 to 8/23/05. It is still my opinion that the lack of proper scheduling and updating is understating the completion by 4 to 6 weeks with a more realistic date being late September or early October 2005. It is unlikely the public areas will be complete by October 1, including corridors, levels B1 and B2, and the ground floor. The completion date for the terrace dining area is also substantially under stated. It is my opinion that this critical path work will most likely complete during mid-November 2005.
> The schedule, as presented in the July 23, 2005 update is not a workable tool than can or should be used for planning and managing the work. Although changes could be made to correct the numerous deficiencies, the time it would take Hunt to incorporate the changes and apparent unwillingness of Hunt to control the sequence of the work would make such an effort futile.
> Based on the current progress and reasonable projections, it is my opinion that the project is likely to be substantially complete on or about November 22, 2005. PKC will continue to encounter delay, disruption and interference on its placement of fixtures as a result of the haphazard sequence and piecemeal manner in which Hunt is allowing finishes to be performed.
> PKC continues to assert its notice of delay and disruption in the performance of its work and maintains its reservation of rights associated with time extensions and financial damages resulting from delay, disruption and lost productivity damages.


Prepared by:

Thomas A. Mac Phee

mmaltby

| | |
|---|---|
| `om:` | Tom MacPhee [Tom_MacPhee@emcorgroup.com] |
| Sent: | Friday, August 12, 2005 8:52 AM |
| To: | mmaltby@earthlink.net; adam_snavely@emcorgroup.com |
| Subject: | Embassy Suites Schedule Review Comments |

Matt & Adam,

Attached are my detailed comments pertaining to the Hunt schedule update, data date 7/23/05.
As an overview, the schedule situation has not changed since my last review. The substantial completion date is 10/18/05, reflecting a slight improvement. There is apparent lack of logical flow. This lack of flow allows similar tasks on multiple floors to occur concurrently when history indicates that this has not been the case. The progress on many activities has been overstated, especially the upper floors where certain finishes show as 20 to 25% complete, but actual observations show no finishes have been started. The PKC activities for fixture installations are shown with unrealistic durations.
Site work such as the sanitary line installations and gas main remain incomplete and will most likely experience at least 2 weeks of further delay impacting equipment start-up and finishes in the meeting room areas of level b-1.
The Terrace Dining area appears to be on the critical path. Its progress, showing 75% complete on the structural work, is tremendously overstated with only 40% of the footings complete. As a result there is approximately a 30 WD error, (18 WD's for overstating progress & 12 WD's lost time since the update) that will result in a late November completion.
Disruption of productive work flow for PKC continues in most areas.
The schedule update is unrealistic and unuseable as a planning tool.

Tom M.

8/15/2005

# AUGUST 9, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

On August 9, 2005 I performed visited the site to perform an inspection and evaluation of progress in order to monitor and measure job progress. All levels from the B-2 through the penthouse were toured. The following are the record of those observations and discussions:

General:
- Manlift has been removed, window framing & glazing 95% complete, no progress on the interior framing and drywall work in the NE corner. This impacts work in 1 guest room in the Northeast corner on each floor.
- PKC plumbing and HVAC rough-in is substantially complete on all floors B-2 through 14th
- Plumbing finishes are complete through the 6th floor with the exception of the NE corner guest room. Remaining floors have finishes working in a hopscotch manner.
- Drywall is substantially complete thru the 14th floor.
- Ceilings have been framed and drywalled through the 14th floor.
- Corridor ceiling drywall substantially complete thru on the 15th floor with tape and mud lagging behind.
- Painting being performed through the 15th floor.
- Tile, wallpaper and cabinetry are still not being installed on entire floors or in an orderly manner.
- Bathroom counter frames and tops have been installed in a haphazard and piecemeal manner throughout the building. Work is complete on levels 2 thru 6. Tops are sporadically missing from the 7th thru the 11th levels. Above that point, finishes are just getting under way.
- Handicap toilet rooms have major revisions required to the floors and tile preventing finishes and fixture setting on all levels. The PCO floor, tile, ceiling and wall work has started. This is a finish coordination issue and will require a change order to Poole and Kent.
- Natural gas is complete final connections to water heaters in the penthouse. The gas main is currently being installed and probably 10 to 14 calendar days from service being provided, (coming from 11th street)
- Permanent water was provided on 7/6/05.
- Permanent power was expected on or about July 15, 2005, however it was not provided until July 28, 2005.
- Sanitary connection on the North east side is not yet complete.
- PKC crews are pacing the drywall and finishes
- Need to set sanitary ejector pump, temporarily being used as sump pumps by Hunt – Hunt does not have approval for sand filter is incomplete
- Dining Terrace work has started, only 40% of footing work has progressed.

B2 Level
- Fuel oil pipe and pump system nearly complete
- Air compressor drops need to be completed after other work installed by others is removed

1

# AUGUST 9, 2005 JOB SITE REVIEW & REPORT
## THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- An RFI is pending pertaining to natural gas supply for a drier connection on B1 housekeeping area that was not shown on the drawings. Need PCO and direction.
- All other rough-in work complete
- Plumbing, mechanical and ductwork rough-in work is substantially complete.

B1&2 Level
- PKC has completed its rough-in work and is waiting on finish trades
- Tile work in kitchen area and toilet rooms complete on meeting room level.
- Meeting room finishes approximately 80% complete, South offices are nearly complete.
- No flooring in meeting room or its lobby.
- Meeting level lobby area still in drywall finishing phase.
- Temporary sanitary is still in place, waiting on NE sewer connection.
- Toilets and urinals set on meeting room level, no sinks – waiting on countertops
- Need to install humidifier at MER
- Water Feature details are still outstanding – need details to complete the work (PCO?)
- The managers lobby on north end walls are framed but drywall still incomplete.. A PCO is pending in this area.

Ground Floor
South:
- Ductwork, HVAC and plumbing is substantially complete.
- Framing is approximately 95% and drywall is 70%.
- No finishes have been started.
- Water feature has not been started
- Ceiling is framed but without drywall

Center Area:
- Architectural finishes approximately 60% complete in lobby.
- Storefront not complete – still blowing temporary in from portable truck mounted AC units.
- Water feature has not been started.

North Area:
- Framing is complete, drywall is 75% while ceiling drywall has started.
- Ductwork, HVAC and plumbing rough-in's are substantially complete.
- Hood has been installed.
- Tile in serving area is complete

Kitchen:
- Floor tile completed
- Hood Installed. Cold boxes placed. Stainless steel sink assemblies and wash rack installed by others. Sinks may need to be removed to provide PKC access to plumbing for connection.
- Finish wall panels installed, ceiling framed but not closed.
- Ductwork, HVAC and plumbing rough-in's are substantially complete.
- Floor trench has not been installed - this is a disputed issue pertaining to responsibility for installation
- Lobby water feature is missing water and drain details – waiting on response in order to establish extent of extra work.

## AUGUST 9, 2005 JOB SITE REVIEW & REPORT
### THE POOLE AND KENT CORPORATION
### EMBASSY SUITES – WASHINGTON D.C.
### JOB NO. 03225

- Pool drain connection has not been accomplished. Pool company is not union, Hunt has asked PKC to supervise to ensure union presence – this is an all union job.
- FCU's have not been connected at the loading dock.
- PKC needs to install cabinet unit heaters in most stairwells – waiting until near end of project to prevent damage

2nd thru 14th Floor:
- See the attached spread sheet for details of progress
- Redesign of presidential suite on level 14 is still outstanding.
- 3rd floor MER for Pool area – AHU is piped but ductwork not yet connected
- 2nd Flr – Mezzanine and MER: AHU placed, HVAC piped, duct 80%, insulation 75%,

Prepared By:

Thomas A. Mac Phee

3

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF AUGUST 9, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | FCU - R/G/D T-Stats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2nd Floor** | | | | | | | | | | | | | |
| North End - Dining | Walls - 100% Clg - 95% | Walls - 70% Clg - 0% | 0% | 0% | 0% | 0% | N/A | N/A | 0% | N/A | N/A | N/A | 0% |
| B/B South End - Pool & MER | Complete | Walls - 90% Clg - 20% | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| Corridor | Complete | Complete | Complete | Complete | Complete | 0% | N/A | N/A | N/A | N/A | 0% | N/A | Complete |
| **3rd Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | NE Corner Remains |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| Corridor | Complete | Complete | Complete | Complete | N/A | Padding Only, No Carpet | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **4th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | NE Corner Remains |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| Corridor | Complete | Complete | Glass Wall Remains | 80% | N/A | Padding Only, No Carpet | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **5th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | NE Corner Remains |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| Corridor | Complete | Complete | Glass Wall Remains | 90% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **6th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | NE Corner Remains |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| Corridor | Complete | Complete | Complete | Complete | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **7th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | NE Corner Remains |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | NE Corner Remains | 50% |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | 1 of 5 Remains | 1 of 5 Remains | Complete | 1 of 5 Remains | 1 of 5 Remains | Complete | 75% |
| Corridor | Complete | Complete | Complete | Complete | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **8th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | Complete | Complete | NE Corner Remains | Complete | Complete | NE Corner Remains | 25% |

# EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF AUGUST 9, 2005

| Section | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/Lavatory | Barsinks | FCU - R/G/D T-Stats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/B | Complete | Complete | Complete | Complete | Complete | 95% | Complete | Complete | 1 Remains | Complete | 2 Remain | 2 Remain | 75% |
| South End | Complete | Complete | Complete | 98% | Complete | 80% | Complete | N/A | Complete | Complete | N/A | 1 Remains | 90% |
| Corridor | Complete | Complete | Complete | Complete | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 50% |
| **9th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | 2 Remain | Complete | Complete | NE Corner Remains | Complete | 2 Remain | 2 Remain | 25% |
| B/B | Complete | Complete | Complete | 3 Remain | Complete | 1 Remain Trim All | Complete | 2 Remain | 2 Remain | Complete | 2 Remain | 2 Remain | 50% |
| South End | Complete | Complete | Complete | Complete | Complete | 80% | Complete | 1 Remain | Complete | 1 Remains | 2 Remain | 2 Remain | 75% |
| Corridor | Complete | Complete | Complete | Complete | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **10th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | NE Corner Remains | 3 Remain | Complete | Complete | 2 Remain | Complete | Complete | 2 Remain | 25% |
| B/B | Complete | 2 Areas Remain | Complete | 4 Remain | Complete | 5 Remain | 3 Remain | 1 Remain | 3 Remain | Complete | 4 Remain | 3 Remain | 50% |
| South End | Complete | Complete | Complete | 3 Remain | Complete | 0% | 2 Remain | 2 Remain | 5 Remain | 1 Remain | 4 Remain | 5 Remain | 50% |
| Corridor | Complete | Complete | Complete | 90% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 25% |
| **11th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | 20% | 50% | 0% | NE Corner Remains | NE Corner Remains | 55% | 75% | 25% | 25% | 0% |
| B/B | Complete | 1 Remain | Complete | 1 Remain | Complete | 0% | 3 Remain | 1 Remain | 1 Remain | Complete | 1 Remain | 1 Remain | 0% |
| South End | Complete | Complete | Complete | 1 Remain | Complete | 0% | 3 Remain | 0% | 20% | Complete | 0% | 0% | 0% |
| Corridor | Complete | Complete | Complete | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **12th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | 80% | 10% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete | Complete | 60% | 60% | 0% | Tile - 80% Grout - 8% | 50% | 50% | 50% | 0% | 0% | 0% |
| South End | 1 Clg Remains | 95% | 95% | 70% | 0% | 0% | Walls - 100% Floor - 5% | 50% | 50% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Complete | Prime - 100% Clg - 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **13th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | NE Corner Remains | 10% | Painting 0% Hung | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Walls - 100% Clg - 90% | 98% | 98% | 5% | Painting 0% Hung | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Walls - 85% Clg - 50% | 98% | 98% | 15% | 0% Hung | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Complete | 60% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **14th Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | Walls - 95% Clg - 80% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | 98% | 90% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | 98% | 99% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF AUGUST 9, 2005

| | Framing | Drywall | Paint | Wallpaper | Carpet | Doors | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | FCU - R/G/D T-Stats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Corridor | 90% | 80% | 0% | 0% | 0% | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **PENTHOUSE** | | | | | | | | | | | | | |
| Ductwork | 98% Complete, Hook-up North end AHU, NW & west Outside duct needs connections, need to properly anchor west side duct supports, Bird screens needed, closure grilles/louvers on west side exhaust duct needed, need to complete roof exhaust | | | | | | | | | | | | |
| CW Piping | Complete | | | | | | | | | | | | |
| CHW Piping | Complete | | | | | | | | | | | | |
| Boiler Piping | Complete | | | | | | | | | | | | |
| HTHW Piping | Complete | | | | | | | | | | | | |
| Trim-out CW/CHW | Complete, started up | | | | | | | | | | | | |
| Trim-out HTHW | Only drains remain - complete by 8/12 | | | | | | | | | | | | |
| Controls | 1 Week remains | | | | | | | | | | | | |
| AHU's | Complete | | | | | | | | | | | | |
| Dom Water Piping | Complete | | | | | | | | | | | | |
| Natural Gas | 2 days remain, heaters not hooked up | | | | | | | | | | | | |
| Dom HW Piping | Complete | | | | | | | | | | | | |
| Fans | Complete exterior caps on fans denied | | | | | | | | | | | | |
| Insulation | 1 Week remains | | | | | | | | | | | | |
| **ROOF** | NE Corner not started, leaks in roof not allowing water<br>Only 15% on south end complete<br>Remaining roof in variety of stages of completion<br>Apparent Roof leak on west side where hole in slab cut. Damaging ceiling below, appears to be running down risers to 2nd floor<br>water damaging wall and carpet on 2nd floor Rooms 216 thru 224, leaking into kitchen area | | | | | | | | | | | | |
| **SITE** | Northeast sanitary is still not complete, temporary by-pass still in ceiling of B-2, PKC will remove temporary, Civil performing NE sanitary<br>Permanent electric provided 7/28/05, prevented start up of cooling | | | | | | | | | | | | |

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | FCU/ R/G/D Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2nd Floor** | | | | | | | | | | | | | |
| North End - Dining | Walls - 100% Clg - 50% | 50% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete |
| South End - Pool & MER | Walls - 80% Clg - 50% | 30% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Complete | Complete | Complete | Complete | Complete | N/A | N/A | N/A | N/A | N/A | N/A | Complete |
| **3rd Floor** | | | | | | | | | | | | | |
| North End | NE Corner Remains | NE Corner Remains | 95% | 95% Remain | Complete | 95% | Complete | 95% | Complete | Complete | 95% | Complete | 95% |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 95% |
| South End | Complete | Complete | Complete | 81% | Complete | 67% | Complete | Complete | Complete | Complete | Complete | Complete | 95% |
| Corridor | Complete | Complete | Complete | 10% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **4th Floor** | | | | | | | | | | | | | |
| North End | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 50% | Complete | Complete | 50% | Complete | No FCU Covers |
| B/B | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | Complete | 1 Remain | Complete | No FCU Covers |
| South End | Complete | Complete | Complete | Complete | Complete | Complete | 1 Remain | 4 of 7 incomplete | 2 Remain | Complete | 4 of 7 incomplete | 1 Remain | No FCU Covers |
| Corridor | Complete | Complete | 50% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **5th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 95% | 95% | 95% | 95% | 0% | 5 of 6 incomplete | Complete | 0% | 5 of 6 incomplete | No FCU Covers |
| B/B | Complete | Complete | Complete | Complete | 1 Remain | 1 Remain | Complete | 1 Remain | 1 Remain | Complete | 1 Remain | 1 Remain | No FCU Covers |
| South End | Complete | Complete | Complete | 5 Rooms Remain | 1 Room Remains | 2 Rooms Remain | 1 Room Remains | 4 Rooms Remain | 5 Rooms Remain | 4 Rooms Remains | 4 Rooms Remain | 6 Rooms Remain | No FCU Covers |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **6th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 3 Rooms Remain | 1 Room Remains | 2 Rooms Remain | 1 Room Remains | 4 Rooms Remain | 3 Rooms Remain | Complete | 4 Rooms Remain | 3 Rooms Remain | No FCU Covers |
| B/B | Complete | Complete | Complete | 1 Room Remains | 1 Room Remains | 1 Rooms Remains | Complete | 1 Room Remains | 1 Room Remains | Complete | 2 Rooms Remain | 1 Room Remain | No FCU Covers |
| South End | Complete | Complete | Complete | 3 Rooms Remain | Complete | 2 Rooms Remain | 2 Rooms Remain | 3 Rooms Remain | 5 Rooms Remain | 2 Rooms Remain | 4 Rooms Remain | 5 Rooms Remain | No FCU Covers |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **7th Floor** | | | | | | | | | | | | | |
| North End | 95% | 95% | 95% | 3 Rooms Remain | Complete | 4 Rooms Remain | Complete | 2 Rooms Remain | 4 Rooms Remain | 0% | 4 Rooms Remain | 4 Rooms Remain | 0% |
| B/B | Complete | Complete | Complete | 80% | 20 Rooms Remain | 0% Started | Complete | 3 Rooms Remain | 50% | 0% | 3 Rooms Remain | 0% | 0% Working RGD's |
| South End | 95% | Complete | Complete | Complete | Complete | 15% | 1 of 5 Remains | 60% | 40% | 1 of 5 Remains | 20% | 0% | 0% |
| Corridor | Complete | Complete | 80% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **8th Floor** | | | | | | | | | | | | | |
| North End | Complete | Complete | Complete | 90% | 90% | 0% | 60% | 0% | 0% | 60% | 0% | 0% | 0% |

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | FCU - R/G/D Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/B | Complete | Complete | Complete | 95% | Complete | 0% | Complete | Tops - 15% | Tops - 5% | Complete | 0% | 0% | 0% |
| South End | 95% | 95% | 95% | 60% | 95% | 0% | Complete | Tops - 25% | Tops - 0% | Complete | 0% | 0% | 0% |
| Corridor | Complete | Complete | 50% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **9th Floor** | | | | | | | | | | | | | |
| North End | 95% | 85% | 80% | Started - 15% | 60% | 0% | Walls - 100% Floors - 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete | 90% | 30% | 15% | 0% | Walls not Grouted | 20%, No Tops | 40%, No Tops | 10% | 5% | 0% | 0% |
| South End | Complete | Complete | 90% | 0% | 0% | 0% | Walls - 70% Tile - 70% Grout - 30% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Complete | 90% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **10th Floor** | | | | | | | | | | | | | |
| North End | Cig Framing all 2 rooms | walls - 75% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | 8 Toilet & 3 Vest. Cig's | 0% | 0% | 0% | 0% | 0% | 0%, Started | 0%, Started | 0% | 0% | 0% | 0% | 0% |
| South End | Complete | 95% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | 98% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **11th Floor** | | | | | | | | | | | | | |
| North End | Walls - 95% Cig - 05% | Walls - 90% Cig - 05% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Complete Drywall 100% Mudding 80% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | 98% | 98% 14 Cigs Remain | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Mudding 25% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **12th Floor** | | | | | | | | | | | | | |
| North End | Walls - 85% Cig - 50% | Walls - 80% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Walls - 85% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | 98% | Walls - 100% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | Walls - 100% Cig - 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **13th Floor** | | | | | | | | | | | | | |
| North End | Walls - 100% Cig - 25% | Walls - 95% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Complete | Walls - 100% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Walls - 85% Cig - 50% | Walls - 70% Cig - 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Corridor | Complete | 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| **14th Floor** | | | | | | | | | | | | | |
| North End | Walls - 90% Cig - 0% | 5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| B/B | Walls - 95% Cig - 0% | 15% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| South End | Walls - 90% Cig - 0% | 5% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

## EMBASSY SUITES HOTEL - WASHINGTON D.C. - STATUS AS OF JULY 6, 2005

| | Framing | Drywall | Paint | Wallpaper | Doors | Carpet | Toilet Room Tile | Bathroom Vanities | Barsink Casework | Trimout Showers | Toilet/ Lavatory | Barsinks | FCU - R/G/D Finishes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Corridor | Clg - 0% | 0% | 0% | 0% | N/A | 0% | N/A | N/A | N/A | N/A | N/A | N/A | 0% |
| PENTHOUSE | | | | | | | | | | | | | |
| Ductwork | | 95% Complete, waiting on RFI's, need to modify deck for, flues, need to set the roof exhaust, tie-in kitchen exhaust | | | | | | | | | | | |
| CW Piping | | Complete | | | | | | | | | | | |
| CHW Piping | | Complete | | | | | | | | | | | |
| Boiler Piping | | 80% | | | | | | | | | | | |
| HTHW Piping | | Complete 2 80% | | | | | | | | | | | |
| Trim-out CW/CHW | | Complete 2 1 Week Remaining | | | | | | | | | | | |
| Trim-out HTHW | | 2 1/2 Weeks Remaning | | | | | | | | | | | |
| Controls | | 1 1/2 to 2 weeks | | | | | | | | | | | |
| AHU's | | And duct connected HTHW piping not connected. CHW North AHU not connected | | | | | | | | | | | |
| Dom Water. Piping | | Complete | | | | | | | | | | | |
| Natural Gas | | Start this week  1 week to complete | | | | | | | | | | | |
| Dom HW Piping | | Restarted  1 week Remaining | | | | | | | | | | | |
| Fans | | Complete | | | | | | | | | | | |
| Insulation | | 2 to 3 weeks remain | | | | | | | | | | | |