

June 17, 2004

Kite Companies
Attn: Mr. Jeff Lynch
30 S. Meridian Street, Suite 1100
Indianapolis, IN 46241

Re: Embassy Suites

Dear Jeff,

This letter is in response to our conversation of June 15 along with Pete Clark and Larry Weisman regarding various issues on the above captioned project.

In particular, the following issues were discussed and their current status has been updated:

- Lien filed by National Wrecking (excavation, sheeting and shoring subcontractor)

    National Wrecking filed a lien on June 3, 2004 without prior notification to Hunt in the amount of approximately $480,000; this amount, as best we can tell, is for claims for additional work (some of which are valid and have been submitted to the owner, most of which have no validity and have been rejected by Hunt and the owner) and retainage not yet due. National Wrecking has been paid for work completed through March. Their April invoice is incorrect and Hunt has faxed them the corrections necessary twice with no response. There are therefore, no invoices currently due to National Wrecking.

    Hunt attempted to settle all issues with National Wrecking about 6 weeks ago. National rejected the settlement offer. Subsequent to that rejection, Hunt asserted its claim against National Wrecking for their delay in completing their work, which resulted in an anticipated project delay of 4-6 weeks. Hunt's claim basically outlined the monies we anticipate spending to overcome National's delays. They subsequently filed the lien, which we are currently in the process of "bonding around". They have also asked for a meeting with Hunt to resolve these issues, and that meeting is being scheduled for the near future. We are told that this is their normal course of business and are a "claims" oriented subcontractor.

- Columns out of alignment by 4 ¾"

    The cause of this problem is outlined in detail in previous correspondence. In summary, confirmation that a problem existed occurred mid-May 2004. Subsequent to that confirmation, various meetings were held with your representative and the design professionals to identify ways to overcome the problem and maintain the integrity of the design and schedule. A solution to this issue was agreed upon and is currently being implemented on-site. This plan will rectify the problems and have all     〉 NO

Hunt Construction Group, Inc.
214 Carnegie Center, Suite 103, Princeton, New Jersey 08540
Phone: (609) 936-7100    Fax: (609) 936-8520    www.huntconstructiongroup.com

1000K_008308



columns above and including those supporting the second floor in their proper design location. Hunt has agreed at its sole cost to resolve this issue.

- Housekeeping

Maintaining a clean and orderly site is part of any successful project. Hunt recognizes this and is committed to that goal, and we believe it is being achieved on this project. As with any project, there are times when the housekeeping is not acceptable, as occurred 2 weeks ago. At that time, immediate measures were taken to correct those conditions and return the site to an acceptable condition. We have also, through meetings with the subcontractors currently on the project, reinforced the fact that this site will continue to be clean, safe and orderly through completion.

- Schedule

The project is currently 2 weeks behind the project schedule. This is mainly due to the lateness of National Wrecking as outlined above.

Hunt's project team has been addressing this over the last few weeks, mainly with respect to the schedule durations for the above grade floors. We have confirmed with our concrete subcontractor that the durations shown for those floors can be significantly reduced, both through means and methods and selective overtime so that the completion date will be maintained. Hunt is preparing an updated schedule based on those discussions, and this schedule will be presented and discussed at our next owner's meeting.

- Performance of Concrete Subcontractor

To date, the concrete subcontractor has performed well schedule-wise but there have been quality issues – cold joints, poor slab finishes in certain locations, etc. Some were caused by events beyond his control, but others could have been avoided. Toward this end, two weeks ago we met with him and his subcontractors and suppliers to reinforce our commitment to quality, and agreed upon methods and procedures they would follow. They include: pour checklist sign-off, mock-up of stone aggregate at stairs, quality review meeting with principals on a continuing basis and close monitoring of all repair procedures. We will monitor and enforce these procedures to insure quality as the project proceeds. Based on their efforts since that meeting, their performance on the last few pours has significantly improved and we will insure that trend continues.

- Hunt Staffing

You have expressed concerns regarding Tom Page and his performance to date. We believe Tom is a highly qualified professional with numerous hotel projects on his resume and vast construction experience. We believe that the addition of a site superintendent to the job will greatly enhance our staff's ability to monitor quality and progress. Additionally, I have directed Pete Clark to take a very active role in the project to further strengthen our on-site team. If additional site staff is required, Pete

1000K_008307



has the authority to move personnel to the job as quickly as possible to insure a quality and on-time delivery of the project.

While you have asked us to consider replacing Tom Page we believe this would be detrimental to you, the owner and to ourselves. The job needs Tom's skills and the disruption of a new manager entering the job at this stage may actually exacerbate the issues you are concerned with. However, if in thirty days the situation has not improved to your satisfaction we will remove Tom from the job.

I believe that we should meet either in person or on a conference call as soon as possible to discuss these issues and their resolution.

Sincerely,

Harry J. Ferguson
Executive Vice President

1000K_008309