

January 13, 2005

Harry Ferguson
Executive Vice President
Hunt Construction Group, Inc.
214 Carnegie Center, Suite 103
Princeton, NJ 08540

*Via: Overnight Mail*

Re:   Embassy Suites Washington, DC

Dear Harry,

As you are aware I have been extremely concerned with the way the Embassy Suites Project is being managed and have expressed my concern to you in the past. You wrote to me on June 17th, 2004 and assured me that you would see to it that the past problems were corrected and the project would be staffed correctly and back on schedule mainly due to the efforts of the concrete subcontractor. I was at the job site last week and am now more concerned then ever.

On Wednesday the 5th of January I was on site and witnessed first hand the fire that occurred. This clearly could have been avoided had proper safety and fire watch procedures been followed. You assured me in your June 17th 2004 letter that the site would be "clean, safe, and orderly through completion" it is obvious that you have some serious deficiencies in this area. Needless to say the damage to the building and impact to the schedule must be addressed immediately.

I was informed by Larry Weisman on January 7, 2005 that your subcontractor Poole & Kent is in the process of filing a lien on the project related to a pay rate classification. I fail to see how this warrants a lien and once again the project staff has apparently let an issue escalate to this point rather than dealing with it up front. In



1000K_002954

addition, National Wrecking's lien is still not resolved some six months after the lien was filed. I am worried that this project will end up with a number of liens on it due to not addressing situations that arise promptly.

In your June 12, 2003 letter you addressed the poor quality of the concrete subcontractor and the methods your staff would put in place to insure quality for the balance of the work. A walk through the building to inspect the quality of work along with the amount of remediation work taking place on all floors and the amount of remedial work left to be complete demonstrates that not all of these methods were implemented.

We met with your staff numerous times in the past regarding closing up the building and how to schedule the masonry, curtain wall, and window installation to allow drywall to begin in order to maintain the original completion date. Your staff is not adhering to the agreed upon plans put in place to enclose the building. For example, Tom Page stated in our December project meeting that the masonry would be completed by February 1, 2005 and at our January project meeting last week he stated that masonry would be completed by February 15, 2005. It is our opinion that at the rate your masonry subcontractor is proceeding that this work will not be completed until April 01, 2005, which is completely unacceptable. This is substantiated by the fact that on our recent jobsite visit there were only two of seven scaffolds occupied by workers. Masonry work is not being completed as planned, curtain wall shipments are late and installation has not begun, and only approximately 30 windows were installed as of last Thursday and they were installed with no organization as to floor or elevation. All of these items have contributed to the schedule being impacted and the project in severe jeopardy of maintaining its completion date. Last week we were handed an "updated schedule" that contained so many errors that your own staff was embarrassed when we pointed the errors out to them.

I have raised significant concerns in the past with your staff regarding qualifications and experience to deliver the project on time and with the quality that we expect from Hunt Construction Group. We have been patient and allowed you to address these

1000K_002955

issues internally for six months and it is clear that management and staffing of this project has not improved, in fact it has gotten worse. We are now demanding that Hunt Construction Group, Inc. provide us with senior, full time onsite project management with the experience and authority to turn this project around and deliver it to us completed by August 31, 2005 as the contract specifies. Trips to the jobsite by senior management in the past, whereby senior management is on site a couple of hours a week is unacceptable. Severe damages to the Hotel will result if the project is not completed on time. Hilton has already booked several large groups in September and October 2005.

Another item of concern is timely presentation of a complete pay requisition. We have worked with your staff in trying to resolve this but have not made any progress. 1000K LLC has never taken more than ten days to pay Hunt Construction Group, Inc. from the time of receipt of a complete pay application.

It is imperative that we know your specific corrective action plan and additional immediate staffing adjustments to correct the deficiencies that this project has. We demand that we have the above as well as an accurate corrective schedule delivered to us no later than January 18, 2005.

I would then suggest we meet in person to review the specifics of the corrective action plan. I await your response.

Sincerely,

Jeff Lynch
Senior Vice President
KMI Realty Advisors

Cc:   R.G. Hunt
      Jose Plenknagura
      Allan Goldstein

1000K_002956