1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF COLUMBIA

3

4  - - - - - - - - - - - - - - - - - x

5  HUNT CONSTRUCTION GROUP, INC.,      :

6      Plaintiff,                      : Civil Court Action

7    vs.                                 : No.:  1:06CV1850

8  THE POOLE AND KENT CORPORATION,     :

9      Defendant.                      :

10 - - - - - - - - - - - - - - - - - x

11

12 Corporate Deposition of

13 MONTGOMERY MECHANICAL SERVICES

14 By and through its corporate designee

15 RICHARD STEWART

16 Washington, D.C.

17 Thursday, September 6, 2007

18 9:44 a.m.

19

20 Job No.:  1-110198

21 Pages:  1 - 141

22 Reported by:  Sarah M. Bickel

COPY



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF RICHARD STEWART
CONDUCTED ON THURSDAY, SEPTEMBER 6, 2007

2

1    Corporate Deposition of Montgomery
2    Mechanical Services, by and through its corporate
3    designee, RICHARD STEWART, held at the
4    offices of:
5
6         THELEN, REID, BROWN, RAYSMAN
7              & STEINER, LLP
8         701 Eighth Street, Northwest
9         8th Floor
10        Washington, D.C. 20001
11        (202) 508-4000
12
13
14
15
16
17        Pursuant to agreement, before Sarah M.
18   Bickel, Court Reporter and Notary Public in and for
19   the District of Columbia.
20
21
22

DEPOSITION OF RICHARD STEWART
CONDUCTED ON THURSDAY, SEPTEMBER 6, 2007

5

PROCEEDINGS

RICHARD STEWART

having been first duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MS. KAMAS:

Q   Good morning, Mr. Stewart.

A   Good morning.

Q   My name is Laura Kamas and I'm here on behalf of Hunt Construction. You are here today pursuant to a subpoena or notice of deposition; is that correct?

A   Both, yes.

Q   Have you ever been deposed before?

A   Yes.

Q   How many times?

A   Twice.

Q   What types of cases were these?

A   What was it? It had to do with a construction case, a lawsuit.

Q   This is the first time --

A   Both.

Q   Which projects were these?

1  submitted by Regional for extended overhead?

2        A  Not off the top of my head.

3        Q  So you're not aware that Montgomery --

4        A  I'd have to go back and look, see what

5  came through.

6        Q  Do you know how many change orders were

7  issued to Regional from Montgomery?

8        A  I want to say possibly maybe seven, eight.

9  I don't know, something like that, And some of them

10 conglomerate of multiple changes in one before the

11 paperwork came out.

12          MS. KAMAS:  Do we have those documents?

13          MR. CARNEY:  I don't know.

14          BY MS. KAMAS:

15       Q  Are you aware of any claim for delay or

16 disruption or extended overhead that was from either

17 Regional or Montgomery that was rejected by Poole and

18 Kent?

19       A  No.

20          (Stewart Exhibit No. 11 was marked for

21 identification and attached to the deposition

22 transcript.)

DEPOSITION OF RICHARD STEWART
CONDUCTED ON THURSDAY, SEPTEMBER 6, 2007

110

1       BY MS. KAMAS:
2       Q  This Exhibit 11 is a document entitled
3  "Embassy Suites Extended Cost," which was prepared by
4  Poole and Kent.  If you look at pages 2 -- page 2 of
5  3 on this document, there's a section entitled "MMS
6  Hourly Supervision Costs."
7       A  Uh-huh.
8       Q  That refers to Montgomery I'm guessing,
9  right?
10      A  Yes.
11      Q  There's also a section entitled "MMS
12 Supporting Labor and Costs."
13      A  Yes.
14      Q  The first section, "MMS Hourly Supervision
15 Costs," references Exhibit 7 and 8 and I've attached
16 those to this.
17      A  Uh-huh.
18      Q  Can you take a second to look through
19 those for me?  Just starting with Exhibit 7, can you
20 tell me what Exhibit 7 contains?
21      A  It contains the labor cost for Robert
22 Davis through the duration of the job.