IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No:    1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Counter Plaintiff/ Third Party Plaintiff | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
## OF THIRD PARTY DEFENDANTS

Third Party Plaintiff, The Poole and Kent Corporation ("Poole and Kent") by its undersigned counsel, submits this Opposition to the Motion for Summary Judgment filed by the Third Party Defendants, United States Fidelity and Guaranty Company and Federal Insurance Company (collectively the "Sureties") and for grounds states:

1. On November 19, 2007, the Sureties submitted a Motion for Summary Judgment which consisted of nothing more than simply joining in the Motion for Summary Judgment, Statement of Material Facts and Memorandum of Points and Authorities that had been filed by Hunt Construction Group ("Hunt").

2. In opposition to the Sureties' Motion for Summary Judgment, Poole and Kent adopts and incorporates by reference, as if fully set forth herein, its Opposition to Hunt's Motion for Summary Judgment and Poole and Kent's Statement of Material Facts in Dispute and Response to Hunt's Statement.

WHEREFORE, for the reasons set forth herein and in the Opposition, Statement of Material Facts, and Response to Hunt's Statement incorporated herein, Poole and Kent respectfully requests that this Honorable Court deny the Motion for Summary Judgment filed by the Sureties.

Respectfully submitted,

/s/Robert F. Carney
Robert F. Carney (Bar No. 436999)
Cynthia E. Rodgers-Waire (Bar No. 444095)
Michael A. Stover (Pro Hac Vice)
William P. Pearce (Pro Hac Vice)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700

Attorneys for The Poole and Kent Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2007, a copy of the foregoing Opposition was served electronically to the following counsel of record:

>David T. Dekker, Esquire
>Jeffrey R. Gans, Esquire
>Laura Kamas, Esquire
>Thelen Reid & Priest, LLP
>701 Eighth Street, N.W.
>Washington, D.C. 20001
>
>Donna M. Crowe
>Bradley Arant Rose & White LLP
>1133 Connecticut Avenue, N.W., 12th Floor
>Washington, D.C. 20036

>/s/ Robert F. Carney
>Robert F. Carney

*1767148*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
|     Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No:     1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
|     Defendant/Counter Plaintiff/<br>    Third Party Plaintiff | * | |

\*   \*   \*   \*   \*   \*         \*   \*   \*   \*   \*

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT
### OF THIRD PARTY DEFENDANTS

Upon consideration of the Motion for Summary Judgment filed by the Third Party Defendants, United States Fidelity and Guaranty Company and Federal Insurance Company, the Opposition of Third Party Plaintiff, The Poole and Kent Corporation and oral arguments of the parties, if any, it is this ___ day of _____ 200_, in the United States District Court for the District of Columbia, hereby ORDERED that the Motion be and it is hereby DENIED.

                                                                                     _____
                                                                                     James Robertson
                                                                                     United States District Court Judge

Copies to:
Robert F. Carney (Bar No. 436999)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202-1636

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Laura Kamas, Esquire
Thelen Reid & Priest, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036

*1767158*