IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter-Defendant | * | |
| v. | * | Civil Court Action No:    1:06CV1850<br>Judge: James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/ Third-Party Plaintiff | * | |

\*   \*   \*   \*   \*   \*        \*   \*   \*   \*   \*

**UNITED STATES FIDELITY AND GUARANTEE COMPANY AND FEDERAL INSURANCE COMPANY'S REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rules 7(d) and 7(h), Third-Party Defendants United States Fidelity and Guarantee Company and Federal Insurance Company (collectively the "Sureties"), by counsel, respectfully submit this Reply in Support of their Motion for Summary Judgment against Third-Party Plaintiff The Poole and Kent Corporation ("P&K"). This Reply joins in and incorporates by reference the Reply Memorandum of Points and Authorities in Support of its Motion for Summary Judgment ("Hunt Reply Memorandum") and the Reply to the Poole and Kent Corporation's Statement of Material Facts Not In Dispute ("Hunt Reply to Statement of Facts"), both filed by Hunt Construction Group, Inc. on or about December 18, 2007.

For the reasons stated in the Hunt Reply Memorandum, the Hunt Reply to Statement of Facts, and the Sureties' Motion for Summary Judgment, the Sureties respectfully request that this Court enter summary judgment in their favor as to all counts

5/8517.1

in P&K's Counterclaim and for such further and different relief as the Court deems appropriate.

Dated: December 18, 2007

    /s/ Donna M. Crowe
Donna M. Crowe (#481946)
Robert J. Symon (#436245)
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036
Phone: 202-719-8212
Fax: 202-719-8312
*Attorneys for Federal Insurance Company and United States Fidelity and Guaranty Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2007, a copy of the foregoing was served via first-class mail to:

>David T. Dekker, Esq.
>Jeffrey R. Gans, Esq.
>Michael S. McNamara, Esq.
>Laura A. Kamas, Esq.
>Theilen Reid Brown Raysman Steiner LLP
>701 Eighth Street, N.W.
>Washington, D.C. 20001
>*Attorneys for HUNT CONSTRUCTION GROUP*
>
>Robert F. Carney, Esq.
>Nichole M. Velasquez, Esq.
>Whiteford, Taylor & Preston L.L.P.
>Seven Saint Paul Street
>Baltimore, Maryland 21202-1626
>(410) 347-8700
>
>Michael A. Stover, Esq.
>Whiteford, Taylor & Preston L.L.P.
>Seven Saint Paul Street
>Baltimore, Maryland 21202-1626
>(410) 347-8700
>
>*Attorneys for Defendant and Third Party Plaintiff,*
>*THE POOLE AND KENT CORPORATION*

       /s/ Donna M. Crowe
       Donna M. Crowe