THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * |
| Plaintiff/Counter Defendant | * |
| v. | *  Civil Court Action No:    1:06CV1850 |
| | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * |
| Defendant/Counter Plaintiff/ Third Party Plaintiff | * |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SEVER AND STAY THIRD PARTY COMPLAINT

All parties, by their undersigned counsel, submit this Joint Motion to Sever and Stay the Third Party Complaint against Third Party Defendants United States Fidelity and Guaranty Company and Federal Insurance Company (collectively the "Third Party Defendants") and for grounds states:

1.  This litigation centers on the construction of an Embassy Suites Hotel, a fifteen story hotel building, in Washington, D.C.(the "Project").

2.  Plaintiff/Counter-Defendant Hunt Construction Group ("Hunt") entered into a contract with the owner of the Project, 1000K LLC, to be the general contractor for the Project on or about October 1, 2003.

3.  The Third Party Defendants issued a performance bond (the "Performance Bond") and a payment bond (the "Payment Bond") on behalf of Hunt for the Project.

4.  The Poole and Kent Corporation ("Poole and Kent") and Hunt entered into a subcontract dated June 16, 2004 (the "Subcontract") for construction services related to the installation of the heating, ventilating, air conditioning, and plumbing systems for the Project.

5. Hunt filed the Complaint in this action against Poole and Kent on October 30, 2006, asserting four counts.

6. Poole & Kent filed its Answer to the Complaint on November 22, 2006. On that date, it also filed a Counterclaim against Hunt.

7. On November 30, 2006, Poole and Kent filed its Third Party Complaint against the Third Party Defendants, asserting a claim on the Payment Bond.

8. Trial is scheduled to begin May 19, 2008 and is expected to last two weeks.

9. All parties request that the trial of the Third Party Complaint be severed from the trial on the Complaint and the Counterclaim, and that all proceedings on the Third Party Complaint be stayed. The stay of proceedings on the Third Party Complaint would need to be made active only in the event that Poole and Kent were to prevail on its claims and Hunt failed to pay a judgment against it and in favor of Poole and Kent for amounts due for labor and/or materials supplied by Poole and Kent to the Project.

10. Rule 14 of the Federal Rules of Civil Procedure provides that any party may move for the severance of a third party claim. Whether a claim should be severed is a matter left to the sound discretion of the trial court. *See Delgado v. Shell Oil Co.*, 231 F.3d 165, 182 (5th Cir. 2000). The factors utilized by courts in determining whether severance is appropriate include judicial economy and the effect of the severance upon the parties. *See Oklahoma ex rel. Edmondson v. Tyson Foods, Inc.*, 237 F.R.D. 679, 681 (N.D. Okla. 2006).

11. Here, it would be to the convenience of all parties and serve the interests of judicial economy to permit the Third Party Defendants to avoid the cost of counsel for the anticipated two-week trial of the Complaint and the Counter-Claim by severing the Third Party

Complaint and staying proceedings on the Third Party Complaint pending the outcome of the trial of the Complaint and the Counterclaim.

WHEREFORE, for the reasons set forth herein, all of the parties hereto respectfully request that this Honorable Court sever the Third Party Complaint against Third Party Defendants United States Fidelity and Guaranty Company and Federal Insurance Company and stay such action pending the outcome of the trial on the causes of action in the Complaint and the Counterclaim.

                          Respectfully submitted,

                          /s/Robert F. Carney
                          Robert F. Carney (Bar No. 436999)
                          Michael A. Stover (Pro Hac Vice)
                          William P. Pearce (Pro Hac Vice)
                          Whiteford, Taylor & Preston, LLP
                          Seven Saint Paul Street, Suite 1500
                          Baltimore, Maryland 21202
                          (410) 347-8700
                          Attorneys for The Poole and Kent Corporation


                          /s/ Donna M. Crowe
                          Donna M. Crowe (Bar No. 481946)
                          Robert J. Symon (Bar No. 436245)
                          Bradley Arant Rose & White, LLP
                          1133 Connecticut Avenue, N.W., 12th Floor
                          Washington, D.C.  20036
                          (202) 719-82121
                          Attorneys for Federal Insurance Company and United States Fidelity and Guaranty Company

/s/  Jeffrey R. Gans
David T. Dekker (Bar No. 358173)
Jeffrey R. Gans (Bar No. 452332)
Laura A. Kamas (Bar No. 499837)
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C.  20001
(202) 508-4000
Attorneys for Hunt Construction Group

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2008, a copy of the foregoing Motion was served electronically to the following counsel of record:

>David T. Dekker
>Jeffrey R. Gans
>Laura A. Kamas
>Thelen Reid Brown Raysman & Steiner, LLP
>701 Eighth Street, N.W.
>Washington, D.C.  20001
>
>Donna M. Crowe
>Bradley Arant Rose & White LLP
>1133 Connecticut Avenue, N.W., 12th Floor
>Washington, D.C.  20036

1771377

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
|     Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No:    1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
|     Defendant/Counter Plaintiff/<br>    Third Party Plaintiff | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**<u>ORDER GRANTING JOINT MOTION</u>**
**<u>TO SEVER AND STAY THIRD PARTY COMPLAINT</u>**

Upon consideration of the Joint Motion to Sever and Stay Third Party Complaint filed by the parties, and for good cause, it is this ___ day of _____ 2008, by the United States District Court for the District of Columbia:

ORDERED that the Motion be and it is hereby GRANTED; and it is further

ORDERED that the Third Party Complaint filed by Poole and Kent against Third Party Defendants United States Fidelity and Guaranty Company and Federal Insurance Company is hereby SEVERED from this action; and it is further

ORDERED that said severed action is hereby STAYED pending the outcome of this action and further order of the Court.

 

_____
James Robertson
United States District Court Judge

Copies to:

Robert F. Carney
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202-1636

David T. Dekker
Jeffrey R. Gans
Laura A. Kamas
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C.  20036

*1771589*