FILED

JAN 1 7 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HUNT CONSTRUCTION GROUP, INC.            *

    Plaintiff/Counter Defendant            *

v.                                                          *   Civil Court Action No:        1:06CV1850 (JR)

THE POOLE AND KENT CORPORATION         *

    Defendant/Counter Plaintiff/            *
    Third Party Plaintiff

    *    *    *    *    *    *    *    *    *    *    *

## ORDER GRANTING JOINT MOTION
## TO SEVER AND STAY THIRD PARTY COMPLAINT

Upon consideration of the Joint Motion to Sever and Stay Third Party Complaint filed by

the parties, and for good cause, it is this _15th_ day of _January_ 2008, by the United States

District Court for the District of Columbia:

ORDERED that the Motion be and it is hereby GRANTED; and it is further

ORDERED that the Third Party Complaint filed by Poole and Kent against Third Party

Defendants United States Fidelity and Guaranty Company and Federal Insurance Company is

hereby SEVERED from this action; and it is further

ORDERED that said severed action is hereby STAYED pending the outcome of this

action and further order of the Court.

James Robertson
United States District        Judge