UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:06cv1850 |
| v. ) | Judge: James Robertson |
| ) | |
| THE POOLE AND KENT CORPORATION ) | |
| ) | |
| ) | |
| Defendant. ) | |

## HUNT CONSTRUCTION GROUP INC.'S PRETRIAL STATEMENT

Pursuant to Local Civil Rule 16.5, Plaintiff Hunt Construction Group, Inc. ("Hunt"),
through counsel, hereby submits its pretrial statement.

### I.    Statement of the Case

This case arises out of a dispute under a contract for the construction of an Embassy
Suites Hotel in Washington, D.C. (the "Project"). Plaintiff Hunt was the general contractor on
the Project. Hunt entered into a contract (the "Subcontract") with Defendant The Poole & Kent
Corporation ("P&K") by which P&K agreed to perform plumbing and mechanical work on the
Project.

P&K breached its obligations under the Subcontract by performing defective work,
failing to meet work deadlines, and failing to perform as directed by Hunt and/or in accordance
with Project schedules. P&K's breaches have caused Hunt to incur damages and have exposed
Hunt to third-party claims, including delay claims by the Project owner. Hunt filed suit against
P&K to recover those damages and to enforce its rights under the Subcontract. P&K has
counterclaimed against Hunt seeking both contractual and quasi-contractual relief.

Hunt is an Indiana corporation with its principal place of business in Arizona. P&K is a Maryland corporation with its principal place of business in Maryland. The Court has subject matter jurisdiction over this matter under 28 U.S.C. §1332(a)(2) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and because the matter is between citizens of different States. This Court has personal jurisdiction in this action because P&K is a U.S. corporation doing business in the District of Columbia and because this action arises, in whole or in substantial part, out of P&K's activities in the District.

## II.    Statement of Hunt's Claims Against P&K

Hunt's Complaint contained four counts: Count I – Breach of Contract; Count II – Breach of Implied Duty of Good Faith and Fair Dealing; Count III – Contractual Indemnity; and Count IV – Declaratory Judgment. Hunt's claims against P&K arise out of P&K's defective and/or incomplete work on the Project, damage caused by P&K to the work of other subcontractors, P&K's failure to comply with Project schedules (including acceleration costs paid to other subcontractors), and additional clean up, supervision, lien-related expenses, fees, and interest incurred due to P&K's failure to meet its contractual obligations. Pursuant to Sections 30, 33 and 34 of the Subcontract, Hunt is entitled to its attorneys fees, expert fees, and litigation expenses incurred in connection with this litigation. A breakdown of the individual backcharges asserted against P&K is provided in Section VII below.

## III.    Statement of Hunt's Defenses Against P&K's Claims

As explained more fully in Hunt's motion for summary judgment, substantial amounts of P&K's claim are barred because the Subcontract obligates P&K to bear these costs. Other amounts of P&K's claims are barred because they are outside the remedies allowed in the

2

Subcontract, which defines the exclusive remedies to which P&K would be entitled if it can demonstrate some impact attributable to Hunt. P&K explicitly released a large percentage of its claims against Hunt through the execution of written waivers. P&K waived other portions of its claims when it failed to comply with claim submission procedures required by the Subcontract. P&K's quasi-contractual counts are barred by the existence of an express contract. In addition, Hunt incorporates by reference the affirmative defenses raised in its Reply to P&K's Counterclaim.

## IV.    Schedule of Witnesses

### A.    Expected to Present

1.    Lawrence M Hazen[*]
Greyhawk Construction Managers & Consultants
224 Strawbridge Drive, Suite 100
Moorestown, NJ  08057

Mr. Hazen will provide expert testimony opposing the calculations and testimony of P&K's designated expert Thomas MacPhee. Mr. Hazen will address flaws in Mr. MacPhee's methodology and various deficiencies in P&K's extended overhead and lost productivity claims. It is expected that Mr. Hazen's testimony will last two hours.

2.    Larry A. Weisman*
Hunt Construction Group, Inc.
1095 Cranbury South River Road, Suite 5
Jamesburg, NJ 08831

Mr. Weisman will testify based on his experience, knowledge, skill, and training regarding commercial construction, in general, and the mechanical and plumbing trades, in particular. Mr. Weisman will testify based on his industry experience and his personal experience on the Embassy Suites Project, his interaction with those working on the Project, and his review of Project documents and correspondence. Mr. Weisman will testify as to the validity of backcharges issued to P&K, Change Orders, PCOs, and requests for compensation submitted by P&K. Mr. Weisman's testimony will last ½ day.

3.    Robert M. Decker
Hunt Construction Group, Inc.

---

[*] Denotes expert witness.

DC #359708 v1

2450 South Tibbs Avenue
P.O. Box 128
Indianapolis, IN 46241

Mr. Decker will testify regarding the validity of backcharges issued to P&K and requests for compensation submitted by P&K. Mr. Decker will also testify regarding P&K's obligations under its Subcontract with Hunt, and P&K's compliance with these contractual obligations. Mr. Decker will testify based on his industry experience and his personal experience on the Embassy Suites Project, his interaction with those working on the Project, and his review of Project documents and correspondence. Mr. Decker's testimony will last ½ day.

4.    Thomas G. Page
      James G. Davis Construction Corporation
      12530 Parklawn Drive
      Rockville, MD 20852

Mr. Page will testify regarding the quality of P&K's work on the Embassy Suites Project, the progress of Project work, the maintenance of the Project schedule, his personal experiences as project manager for the Project, and the validity of backcharges issued to P&K and requests for compensation submitted by P&K. Mr. Page will testify based on his industry experience and his personal experience on the Embassy Suites Project, his interaction with those working on the Project, and his review of Project documents and correspondence. Much of Mr. Page's knowledge overlaps with Mr. Weisman's knowledge, but Hunt will avoid having Mr. Page simply repeat Mr. Weisman's testimony. Instead, Mr. Page will testify about specific conversations, observations, and other facts about which Mr. Weisman does not have first hand knowledge. Mr. Page's testimony will last ½ day.

**B.    Rebuttal/If Need Arises**

5.    David Langhoff
      12603 Northwest 11th Place
      Sunrise, FL 33323

Mr. Langhoff will testify about specific conversations, observations, and experiences from his time on the Project. Mr. Langhoff will testify regarding the validity of backcharges issued to P&K and requests for compensation submitted by P&K. Mr. Langhoff's testimony will last three hours.

6.    Steffannie Lozier
      5350 East, 100 South
      Lebanon, IN 46052

Ms. Lozier will testify about the validity of backcharges issued to P&K. Her testimony will last 3 hours.

4                                                    DC #359708 v1

7.    John Martin
      T. A. Beach Corporation
      12331 Carroll Ave.
      Rockville, MD 20852

    Mr. Martin will testify regarding the work of T. A. Beach that was damaged by P&K and the validity of backcharges to P&K for work performed by T. A. Beach. His testimony will last three hours.

8.    Eric Fleischer
      Seneca Balance of Maryland, Inc.
      8019 Belair Rd., Suite 5
      Parkville, MD 21236

    Mr. Fleischer will testify regarding the work of Seneca Balance and the validity of backcharges to P&K for work performed by Seneca Balance. His testimony will last three hours.

9.    Karl Brosnan
      Performance Contracting Inc.
      1508 Moran Road
      Dulles, VA 20166

    Mr. Brosnan will testify regarding the work of Performance Contracting Inc. ("PCI") and the validity of backcharges to P&K for work performed by PCI. His testimony will last three hours.

## V.    List of Exhibits

### A.    Exhibits Hunt expects to offer

| DESCRIPTION | DATE |
|---|---|
| Greyhawk's Expert Report | 09/28/07 |
| Thomas MacPhee Expert Report Vol. 1 (Greyhawk Ex. 1) | 09/07/07 |
| Subcontract Agreement between Hunt and Poole and Kent (Greyhawk Ex. 2) | 06/07/04 |
| Poole and Kent Corp. Embassy Suites Labor Productivity Damages (Greyhawk Ex. 3) | |
| Schedule and Job Site Progress (Greyhawk Ex. 4) | 09/17/04 |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Greyhawk Ex. 5) | 10/19/04 |
| Lost Productivity Cost Proposal Prepared by Poole and Kent (Greyhawk Ex. 6) | 05/01/06 |
| Extended Overhead Cost Proposal (Greyhawk Ex. 7) | 05/01/06 |
| Detailed Labor Report (Greyhawk Ex. 8) | |

| | |
|---|---|
| Layout, Sleeve & Insert Labor Actual Hours Bar Graph (Greyhawk Ex. 9) | |
| Insert and Sleeve Labor Impact Analysis (Greyhawk Ex. 10) | |
| Summary of Detailed Labor Report (Greyhawk Ex. 11) | |
| Labor Update Form (Greyhawk Ex. 12) | |
| Sleeves and Inserts Information (Greyhawk Ex. 13) | |
| MCAA Management Methods Bulletin PD2 (Greyhawk Ex. 14) | |
| Poole and Kent Report Vol. 3 (Greyhawk Ex. 15) | 09/07/07 |
| Summary/Detailed Cost Report - 02/01/04 thru 10/31/05 (Greyhawk Ex. 16) | |
| Summary of Detailed Labor Report - 02/01/04 thru 10/31/05 (Greyhawk Ex. 17) | |
| Salary Sheet as of October 31, 2005 (Greyhawk Ex. 18) | |
| Poole & Kent North 2004 - 2005 Home Office Overhead (Greyhawk Ex. 19) | |
| Labor Escalation Costs (Greyhawk Ex. 20) | |
| Montgomery Mechanical Services Extended Costs 08/30/04 - 10/31/05 (Greyhawk Ex. 21) | |
| Montgomery Mechanical Services History Detail Report (Greyhawk Ex. 22) | |
| Montgomery Mechanical Services Cost (Greyhawk Ex. 23) | |
| Poole & Kent Corp. T&M Wage Rates Local 602 Pipefitters (Greyhawk Ex. 24) | |
| Regional Air Systems Extended Costs - 4/1/04 thru 10/31/05 Greyhawk Ex. 25) | |
| Correspondence to Matt Maltby from Advanced Specialty Contractors; re: Reimbursement for Added Field Costs (Greyhawk Ex. 26) | 04/14/06 |
| Poole & Kent Payment Application # 1 [H023952 - H023624] | 06/24/04 |
| Poole & Kent Payment Application # 2 [H023490 - H023524] | 07/20/04 |
| Poole & Kent Payment Application # 3 [H023455 - H023489] | 08/30/04 |
| Poole & Kent Payment Application # 4 [H023394 - H023428] | 09/16/04 |
| Poole & Kent Payment Application # 5 [H023361 - H023393] | 10/27/04 |
| Poole & Kent Payment Application # 6 [H023299 - H023331] | 11/03/04 |
| Poole & Kent Payment Application # 7 [H023235 - H023268] | 01/11/05 |
| Poole & Kent Payment Application # 8 [H023164 - H023196] | 01/13/05 |
| Poole & Kent Payment Application # 9 [H023103 - H023137] | 02/16/05 |
| Poole & Kent Payment Application # 10 [H023062 - H023102] | 04/04/05 |
| Poole & Kent Payment Application # 11 [H022899 - H022930] | 04/25/05 |
| Poole & Kent Payment Application # 12 [H022948 - H022992] | 06/02/05 |
| Poole & Kent Payment Application # 13 [H063262 - H063292, PK005456] | 07/27/05 |
| Poole & Kent Payment Application # 14 [H063308 - H063336, H099436] | 08/09/05 |
| Poole & Kent Payment Application # 15 [H063151 - H063183] | 10/17/05 |
| Poole & Kent Payment Application # 16 [H063114, H063118, H063146] | 11/07/05 |

DC #359708 v1

| | |
|---|---|
| Rule 30(b)(6) Notice of Corporate Designee Deposition (Weisman Ex. 1) | 06/07/07 |
| Subcontractor Potential Change Orders (Weisman Ex. 2) [HU0004801 - HU0004854] | 07/18/05 |
| Cost Repairs (Weisman Ex. 3) | |
| Subcontract Agreement between Hunt and Poole and Kent (Weisman Ex. 4) [HU00024170 - HU00024246] | 06/07/04 |
| David Langhoff Subpoena (Langhoff Ex. 1) | 05/30/07 |
| Letter to Kite Companies from Tom Page; re: Potential Concrete Placement Impacts (Langhoff Ex. 2) [1000K_004452 - 1000K_004463] | 05/19/04 |
| Letter to Tom Page from Edward Williams; re: Lost Production & Time: October (Langhoff Ex. 3) [1000K_005522 - 1000K_005532] | 02/19/04 |
| Letter to Dennis Goss from Tom Page; re: Late Contract Completion-Reply (Langhoff Ex. 4) [1000K_005541 - 1000K_005543] | 03/23/04 |
| Letter to Kite Companies from Harry Ferguson; re: Issues from June 15 conversation (Langhoff Ex. 5) [1000K_008308 - 1000K_ 8309] | 06/17/04 |
| Letter to Jeff Lynch from Harry Ferguson; re: Schedule Issues Letter 01/12/2005 - Response (Langhoff Ex. 6) [1000K_008639 - 1000K_008644] | 01/19/05 |
| Letter to Art Shepherd from Tom Page; re: Control Problem History (Langhoff Ex. 7) [1000K_007512 - 1000K_007513] | 06/03/04 |
| Letter to Jeff Lynch from Tom Page; re: June 2004 Schedule Update (Langhoff Ex. 8) [1000K_003542 - 1000K_003543] | 06/30/04 |
| Letter to Jeff Lynch from Tom Page; re: Site Utilities Further Delay Notice (Langhoff Ex. 9) [1000K_000238 - 1000K_000239] | 05/20/05 |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Management of Embassy Suites Project (Langhoff Ex. 10) [1000K_002954 - 1000K_002956] | 01/13/05 |
| Hunt Laborers Clean-Up Recovery (Langhoff Ex. 11) [PK00000803 - PK00000805] | |
| Handwritten Notes Titled "Back Charge" (Langhoff Ex. 12) [PK00000806 - PK00000817] | |
| Change Order No. 105 (Langhoff Ex. 13) | 02/12/07 |
| Poole & Kent Corporation Embassy Suites Disruption Impact Change Order (Langhoff Ex. 14) | |
| Letter to Tom Page from Matthew Maltby; re: Penthouse Acceleration Impact Cost (Langhoff Ex. 15) [HU00000270 - HU00000280] | 04/29/05 |
| Letter to Tom Page from Matthew Maltby; re: April 26, 2005 Acceleration for Building Cooling (Langhoff Ex. 16) [HU00049181 - HU00049182] | 05/25/05 |

DC #359708 v1

| | |
|---|---|
| Fax to Tom Page from Adam Snavely; re: Schedule Review dated 8/3/04 (Langhoff Ex. 17) [HU00015836 - HU00015845] | 08/04/04 |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Langhoff Ex. 18) [HU00014972 - HU00014975] | 10/19/04 |
| Letter to Tom Page from Matthew Maltby; re: Revised Guestroom Finishes & Interior Framing/Rough-in Schedule (Langhoff Ex. 19) [HU00014890 - HU00014892] | 12/08/04 |
| Letter to Tom Page from Matthew Maltby; re: Hunt Constr. 05/10/05 Constr. Schedule (Langhoff Ex. 20) [HU00049176 - HU00049178] | 05/25/05 |
| Schedule Comparison (Langhoff Ex. 21) [1000K_008085] | |
| Comparison of Exterior Skin Schedules (Langhoff Ex. 22) [1000K_018885] | |
| Review of Schedule and Job Site Progress (Langhoff Ex. 23) | 02/02/05 |
| Plaintiff Hunt Constr. Group's Initial Disclosures (Langhoff Ex. 24) | 03/05/07 |
| Unpaid Funds Summary (Langhoff Ex. 25) | |
| Tom Page Subpoena (Page Ex. 1) | 05/30/07 |
| Tom Page Curriculum Vitae (Page Ex. 2) [1000K_003127, 1000K_003129] | |
| Letter to Jeff Lynch from Tom Page; re: Potential/Request Change Order Log - Letter of 01/17/05 - Response (Page Ex. 3) [1000K_008683 - 1000K_008689] | 03/12/05 |
| Letter to Jeff Lynch from Tom Page; re: June 2004 Schedule Update (Page Ex. 4) [1000K_003542 - 1000K_003543] | 06/30/04 |
| Letter to Art Shepherd from Tom Page; re: Potential Concrete Placement Impacts (Page Ex. 5) [1000K_004452 - 1000K_004463] | 05/19/04 |
| T.A. Beach Daily Log (Page Ex. 6) [TA 0886] | 04/27/04 |
| Memorandum to Bill Fortner and Edna Howerton from Tom Page; re: Lack of Concrete Material Issues - Impact (Page Ex. 7) [HU00001432] | 03/01/05 |
| Letter to Tom Page from Edward Williams; re: Lost Production & Time: October (Page Ex. 8) [1000K_005522 - 1000K_005532] | 02/19/04 |
| Letter to Dennis Goss from Tom Page; re: Late Contract Completion-Reply (Page Ex. 9) [1000K_005541 - 1000K_005543] | 03/23/04 |
| National Wrecking Cost Summary (Page Ex. 10) [H006938 - H006941] | 05/13/04 |
| Letter to Dennis Goss from Jeffrey Brown; re: PCO 810002 - Additional Information for Back Lagging Proposal (Page Ex. 11) [NWC 0419 - NWC 0421] | 12/09/03 |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Management of Embassy Suites Project (Page Ex. 12) [1000K_002954 - 1000K_002956] | 01/13/05 |
| Handwritten Notes Titled "Back Charge" (Page Ex. 13) [HU00001497 - HU00001508] | |

DC #359708 v1

| | |
|---|---|
| Fax to Tom Page from Adam Snavely; re: Schedule Review dated 8/3/04 (Page Ex. 14) [HU00015836 - HU00015845] | 08/04/04 |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Page Ex. 15) | 10/19/04 |
| Letter to Tom Page from Matthew Maltby; re: Revised Guestroom Finishes & Interior Framing/Rough-in Schedule (Page Ex. 16) [HU00014890 - HU00014892] | 12/08/04 |
| Review of Schedule and Job Site Progress (Page Ex. 17) | 02/02/05 |
| Letter to Tom Page from Matthew Maltby; re: April 26, 2005 Acceleration for Building Cooling (Page Ex. 18) [HU00049181 - HU00049182] | 05/25/05 |
| Letter to Tom Page from Matthew Maltby; re: Follow-up to Delays and Interferences Experienced in 2004 (Page Ex. 19) [HU00049179 - HU00049180] | 05/25/05 |
| Letter to Tom Page from Matthew Maltby; re: Hunt Constr. 05/10/05 Constr. Schedule (Page Ex. 20) [HU00049176 - HU00049178] | 05/25/05 |
| Job Site Review and Report (Page Ex. 21) | 05/18/05 |
| Job Site Review and Report (Page Ex. 22) | 06/08/05 |
| Unpaid Funds Summary (Kamas Ex. G) [PK030289] | |
| Subcontractor Change Orders 1-108 Binder (MacPhee Ex. 1) | |
| Unpaid Funds Summary (MacPhee Ex. 2) | |
| Job Cost Status Report (MacPhee Ex. 3) | 03/11/04 |
| Bid Estimate (MacPhee Ex. 4) | 12/05/03 |
| Notice of Corporate Designee Deposition (MacPhee Ex. 5) | 08/27/07 |
| Subcontract Agreement Between Hunt Constr. Group and The Poole & Kent Corp. (MacPhee Ex. 6) | 06/16/04 |
| Supplemental Conditions to Standard Form of Agreement (MacPhee Ex. 7) [1000K_001441 - 1000K_001447] | |
| Letter to Steffannie Lozier from Donald Campbell; re: Project Close Out Program (MacPhee Ex. 8) | 09/13/06 |
| Email to Matthew Maltby, et al. from Adam Snavely; re: Embassy Change Order Closeout (MacPhee Ex. 9) | 04/03/06 |
| Email to Donald Campbell from Tom MacPhee; re: Submission Documents (MacPhee Ex. 10) | 06/19/06 |
| Poole and Kent's Claim Binder (MacPhee Ex. 11) | |
| Poole and Kent Corp. Embassy Suites Extended Overhead Change Order (MacPhee Ex. 12) | |
| Regional Air Systems Extended Costs 4/1/04 thru 10/31/05 (MacPhee Ex. 13) | |
| Montgomery Mechanical Subcontract Requisition (MacPhee Ex. 14) | 06/16/05 |

DC #359708 v1

| | |
|---|---|
| Exhibits to Poole and Kent's Extended Overhead Claim (MacPhee Ex. 15) | |
| Letter to Larry Weisman from Thomas Lynott; re: Embassy Suites Post Bid Information (MacPhee Ex. 16) | 05/08/03 |
| Job Cost Status Reports (MacPhee Ex. 17) | |
| Poole and Kent Payment Application No. 11 (MacPhee Ex. 18) | 04/25/05 |
| Letter to Larry Weisman from Thomas Lynott; re: Embassy Suites Post Bid Information (MacPhee Ex. 19) | 01/24/03 |
| Poole and Kent Corp. Embassy Suites Disruption Impact Change Order (MacPhee Ex. 20) | |
| Attachments 1-6 (MacPhee Ex. 20A) | |
| Attachments 7-20 (MacPhee Ex. 20B) | |
| Thomas MacPhee Subpoena (MacPhee II Ex. 1) | 10/24/07 |
| Thomas MacPhee Expert Report Vol. 1 (MacPhee II Ex. 2) | 09/07/07 |
| Thomas MacPhee Expert Report Vol. 2 - Labor Productivity Damages (MacPhee II Ex. 3) | 09/07/07 |
| Thomas MacPhee Expert Report Vol. 3 - Extended Overhead Damages (MacPhee II Ex. 4) | 09/07/07 |
| Thomas MacPhee Reply Report (MacPhee II Ex. 5) | 10/18/07 |
| Handwritten Notes from Meeting Between Tom Page, Matt Maltby and Tom MacPhee (MacPhee II Ex. 6) | 09/11/04 |
| Embassy Suites Project Schedules (MacPhee II Ex. 7) | 05/21/04 |
| HVAC Labor Breakdown (MacPhee II Ex. 8) | |
| Plumbing Labor Breakdown (MacPhee II Ex. 9) | |
| Embassy Suites Schedule Comparisons (MacPhee II Ex. 10) | |
| Poole & Kent Powerpoint "Intermediate Project Management Workshop" (MacPhee II Ex. 11) | |
| Poole & Kent Powerpoint "Superintendent General Foreman Training" (MacPhee II Ex. 12) | |
| Contractors and Unions Together Field Supervision Training for 04/14/2007 & 04/21/2007 (MacPhee II Ex. 13) | |
| Schedule Critique (MacPhee II Ex. 14) | 06/09/04 |
| Handwritten Notes with 9 Itemized Topics (MacPhee II Ex. 15) | |
| Handwritten Notes on Various Floor Levels (MacPhee II Ex. 16) | |
| Handwritten Notes on Various Floor Levels (MacPhee II Ex. 17) | |
| Handwritten Notes Titled "Meeting w/ Hunt" (MacPhee II Ex. 18) | 04/27/05 |
| Handwritten Notes and Labor Breakdowns (MacPhee II Ex. 19) | |
| Memorandum to JoAnne Laverdiere from Thomas MacPhee; re: Labor Report Changes (MacPhee II Ex. 20) | 10/20/04 |
| Email to Matthew Maltby from Tom MacPhee; re: Embassy Suites - Labor Breakdown Revisions (MacPhee II Ex. 21) | 10/27/04 |

DC #359708 v1

| | |
|---|---|
| Donald Campbell Subpoena (Campbell Ex. 1) | 10/24/07 |
| Poole and Kent Corp.'s Designation of Opposition Expert Witnesses and Rule 26(a)(2) Disclosures (Campbell Ex. 2) | 09/28/07 |
| Email to Matthew Maltby, et al. from Adam Snavely; re: Embassy Change Order Closeout (Campbell Ex. 3) | 04/03/06 |
| Letter to Adam Snavely from Larry Weisman; re: Subcontract No. 09451 - Plumbing and HVAC Scope of Work (Campbell Ex. 4) [PK030278] | 09/26/06 |
| Letter to Steffannie Lozier from Donald Campbell; re: Project Close Out Program (Campbell Ex. 5) [PK030279 - PK030280] | 09/13/06 |
| Email chain to Donald Campbell from Tom MacPhee; re: Submission Documents (Campbell Ex. 6) [PK024636 - PK024637] | 06/19/06 |
| Letter to Donald Campbell from Steffannie Lozier; re: Retainage Release and Close Out Program (Campbell Ex. 7) [PK031269 - PK031277] | 08/09/06 |
| Letter to Larry Weisman from Donald Campbell; re: Outstanding Punch List Items (Campbell Ex. 8) [PK030264 - PK030277] | 10/24/06 |
| Email chain to Matthew Maltby from Donald Campbell; re: Embassy Suites Punchlists 6-14-06 Update (Campbell Ex. 9) [PK024627 - PK024628] | 06/19/06 |
| Email chain to Larry Weisman from Donald Campbell; re: MEP Reports (Campbell Ex. 10) [PK024597 - PK024598] | 06/07/06 |
| Email chain to Donald Campbell and Matthew Maltby from Larry Weisman; re: No Ductwork - 928 (Campbell Ex. 11) [PK024567] | 06/04/06 |
| Email chain to Donald Campbell and Matthew Maltby from Larry Weisman; re: Suite 928 (Campbell Ex. 12) [PK024633] | 06/22/06 |
| Compilation of Change Orders (Campbell Ex. 13) | |
| Letter to Bob Decker from Jeff Lynch; re: Revised 1000K/Hunt Contract Status (Kerr Ex. 13) [1000K_002678 - 1000K_002792] | 08/03/06 |
| Letter to Jeff Lynch from Jose Pienknagura; re: Completion of Project (Kerr Ex. 14) [1000K_002925] | 06/28/05 |
| Letter to David Delcher from Gary Samson; re: TAB Report(Kerr Ex. 15) | 06/11/07 |
| Schedule Critique (Kessler Ex. 1) | |
| Email to Matthew Maltby from Larry Weisman; re: Ductwork Room 1007 (Kessler Ex. 2) | 12/07/05 |
| Scratch Drawing (Kessler Ex. 3) | |
| Email to Matthew Maltby from Donald Campbell; re: Test and Balance Report (Kessler Ex. 4) | 05/12/06 |
| Thomas Kessler Subpoena (Kessler II Ex. 1) | 11/06/07 |
| Poole and Kent Corp.'s Designation of Opposition Expert Witnesses and Rule 26(a)(2) Disclosures (Kessler II Ex. 2) | 09/28/07 |
| Richard Stewart Subpoena (Stewart Ex. 1) | 08/09/07 |

DC #359708 v1

| | |
|---|---|
| Letter to Jim Digman from James Parker; re: Notice to Proceed (Stewart Ex. 2) [PK013438 - PK013440] | 04/08/04 |
| Letter to Richard Stewart from James Parker; re: Subcontract Agreement No. 03235-4001 (Stewart Ex. 3) [MM 000002 - MM 000036] | 10/20/04 |
| Fax to Dawn Manning from Christy Heath; re: First Source Employment Agreement (Stewart Ex. 4) | 10/25/04 |
| Subcontract Agreement Between Montgomery Mechanical Services and Regional Air Systems (Stewart Ex. 5) [MM 000990 - MM 001034] | 09/01/04 |
| Montgomery Mechanical Subcontract Requisition (Stewart Ex. 6) | 06/16/05 |
| Poole and Kent Subcontract Requisition (Stewart Ex. 7) [MM 000223] | 08/28/06 |
| Montgomery Mechanical Services Invoice (Stewart Ex. 8) [MM 000240 - MM 000241] | 04/30/06 |
| Memorandum to FP Files from Mary Ann Snapp; re: C.O. No. 01 to Subcontract No. 03235-4001 (Stewart Ex. 9) [PK005353 - PK005354, PK005262 - PK005269, PK005237 - PK005239, PK005223 - PK005224] | |
| Email to Matthew Maltby from Larry Weisman; re: Ductwork Room 1007 (Stewart Ex. 10) | 12/07/05 |
| Embassy Suites - Extended Costs 02/01/04 thru 10/31/05 (Stewart Ex. 11) | |
| General Contract Between 1000K, LLC and Hunt Constr. Group [1000K_001383 - 1000K_001502] | 10/01/03 |
| Hunt Job Cost Analysis [HSP003601 - HSP003624] | 10/11/07 |
| Letter to Matthew Maltby from James Elges; re: Bacon-Davis Enforcement - Notice of Extra Costs (P&K Opp. Memo. Ex. 29) | 09/17/04 |
| Letter to Tom Page from Matthew Maltby; re: PCO-071 (P&K Opp. Memo. Ex. 29 Pg. 1) | 04/27/05 |
| Letter to Tom Page from Matthew Maltby; re: PCO-071 (P&K Opp. Memo. Ex. 29 Pg. 2) | 04/27/05 |
| Hunt Memorandum; re: Notice for Receipt of Final Pricing Issues (Hunt Reply Memo. Ex. C) | 01/06/06 |
| Job Cost Status Report (Laura Kamas Declaration Ex. H) | 02/28/06 |
| Timothy Vaughn Subpoena (Vaughn Ex. 1) | 05/30/07 |
| Subcontract Agreement Between Hunt Constr. Group and The Poole & Kent Corp. (Vaughn Ex. 2) [HU00024170 - HU00024246] | 06/16/04 |
| Email chain to Tim Vaughn from Adam Snavely; re: Submission of Changes (Vaughn Ex. 3) | 08/03/05 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 057 (Vaughn Ex. 4) | 02/23/07 |
| Change Order No. 85 (Vaughn Ex. 5) | 08/28/06 |

DC #359708 v1

| | |
|---|---|
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 093 (Vaughn Ex. 6) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 094 with attachments (Vaughn Ex. 7) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 095 with attachments (Vaughn Ex. 8) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 096 with attachments (Vaughn Ex. 9) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 097 with attachments (Vaughn Ex. 10) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 098 with attachments (Vaughn Ex. 11) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 105 with attachments (Vaughn Ex. 12) | 02/23/07 |
| Letter to Donald Campbell from Steffannie Lozier; re: PCO No. 99 w/ attachments (Vaughn Ex. 13) | 08/15/06 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 020 with attachments (Vaughn Ex. 14) | 02/23/07 |
| Change Order No. 19 (Vaughn Ex. 15) | 06/02/06 |
| Handwritten Noted Titled "Back Charge" (Vaughn Ex. 16) [HU00001497 - HU00001508] | |
| Written Notice to Tim Vaughn from T.A. Beach; re: 10th and 11th Floor Delays (Vaughn Ex. 17) | 08/30/05 |
| Letter to Tim Vaughn from David Pate; re: Notice of Delay and Loss of Labor Productivity (Vaughn Ex. 18) [HU00023847 - HU00023848] | 09/02/05 |
| Letter to Donald Campbell from Steffannie Lozier; re: PCO Nos. 048, 054 and 081 with attachments (Vaughn Ex. 19) | 08/24/06 |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: FCU Units in Stairwells (Vaughn Ex. 20) [PK00000761] | 09/14/05 |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Raise Domestic Water Pipes in Presidential Suite (Vaughn Ex. 21) [PK00000770] | 09/22/05 |
| Letter to Matt Maltby from Tim Vaughn; re: Work Directive - Roof Drain & Duct Riser (Vaughn Ex. 22) [PK00000772] | 09/09/05 |
| Letter to Tim Vaughn from Matthew Maltby; re: Vending Room Ice Machines with attachment (Vaughn Ex. 23) [PK00000973 - PK00000974] | 09/14/05 |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Thermostat Relocation in ADA Suites (Vaughn Ex. 24) [PK00000798] | 09/14/05 |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Missing Access Doors (Vaughn Ex. 25) [PK00000975] | 09/14/05 |

DC #359708 v1

| | |
|---|---|
| Letter to Adam Snavely from Tim Vaughn; re: 15th Floor Fire Damper Motor Installation (Vaughn Ex. 26) [PK00001262] | 09/02/05 |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Insulation of 1404 Pipes (Vaughn Ex. 27) [PK00001071] | 08/24/05 |
| Memorandum to Subs from Tim Vaughn; re: Items Required for Fire Alarm Completion with attachment (Vaughn Ex. 28) [PK00000977 - PK00000980] | 09/02/05 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 005 with attachments (Vaughn Ex. 29) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 003 with attachments (Vaughn Ex. 30) | 02/23/07 |
| Change Order No. 48 with attachments (Vaughn Ex. 31) | 06/02/06 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 044 with attachments (Vaughn Ex. 32) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 043 with attachments (Vaughn Ex. 33) | 02/23/07 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 041 with attachments (Vaughn Ex. 34) | 02/23/07 |
| Change Order No. 40 with attachments (Vaughn Ex. 35) | 06/02/06 |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 039 with attachments (Vaughn Ex. 36) | 02/23/07 |
| Letter to Tom Page from Arthur. Shepherd; re: Hotel Opening Schedule (Lynch Ex. 16) [HU00027852] | 07/30/04 |
| Notice of Corporate Designee Deposition (Shepherd Ex. 1) | 05/29/07 |
| Project Schedule (Shepherd Ex. 2) [1000K_003540] | 05/13/05 |
| Letter to Pete Clark from Jeff Lynch; re: Project Appears to be Behind Schedule (Shepherd Ex. 3) [1000K_004450] | 06/22/04 |
| Owner's Meeting Minutes No. 51 (Shepherd Ex. 4) [HU00021226 - HU00021258] | 01/12/05 |
| Letter to Art Shepherd from Tom Page; re: Schedule Letter of 01/26/2005 - Response (Shepherd Ex. 5) [1000K_002935 - 1000K_002937] | 01/31/05 |
| Letter to James Shabelski from Michael Benton; re: Sanitary Sewer in 10th Street (Shepherd Ex. 6) [1000K_000222] | 04/29/05 |
| Email chain to Art Shepherd from David Delcher; re: Sewer Work (Shepherd Ex. 7_ [1000K_000229] | 05/18/05 |
| Letter to Jeff Lynch from Tom Page; re: Site Utilities Further Delay Notice (Shepherd Ex. 8) [1000K_000238 - 1000K_000239] | 05/20/05 |
| Memorandum to File from Larry Weisman; re: Phone Conversation with Jeff Lynch, Peter Clark and Larry Weisman (Shepherd Ex. 9) [HU00017074] | 06/01/05 |

DC #359708 v1

| | |
|---|---|
| Meeting Notes from Kite and Hunt Meeting (Shepherd Ex. 10) [HU00017245 - HU00017249] | 06/22/05 |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Embassy Suites Management (Shepherd Ex. 11) [1000K_002954 - 1000K_002956] | 01/13/05 |
| Letter to Harry Ferguson from Jeff Lynch; re: Response to your 01/19/2005 Letter (Shepherd Ex. 12) [1000K_002940 - 1000K_002944] | 02/09/05 |
| Job Cost Status Reports | |

DC #359708 v1

**B.**    **Exhibits Hunt may offer if needed**

- All Subcontractor Daily Reports
- All Subcontractor Meeting Minutes
- All Job Cost Status Reports
- All Project photographs
- All Project drawings
- Any exhibit listed by P&K in its Pretrial Statement

**VI.**    **Designation of Depositions**

Hunt may offer the following designations of depositions:

Deposition of Thomas Kessler (September 5, 2007):
- 23:1-6
- 37:6-15
- 42:4-43:22
- 54:1-13
- 61:13-21
- 64:20-65:4
- 66:5-67:7
- 80:4-81:9
- 87:15-18
- 89:12-93:20
- 117:16-22
- 126:4-10
- 127:3-128:5
- 145:3-5
- 152:6-22
- 153:14-155:9
- 169:2-14

Deposition of Thomas Kessler (November 19, 2007):
- 199:12-200:2
- 211:3-18
- 213:1-215:4
- 217:16-218:1
- 218:17-219:11
- 234:14-236:8
- 239:12-19
- 244:7-13
- 296:13-16

- 297:17-298:12
- 311:17-21
- 315:9-19
- 316:1-15
- 327:17-328:16
- 329:13-332:7
- 333:11-335:11
- 335:11-337:10
- 339:5-20


Deposition of Richard Stewart (September 6, 2007):
- 8:20-9:12
- 17:16-20:13
- 23:1-24:22
- 25:9-22
- 29:13-20
- 30:3-11
- 35:11-36:9
- 46:17-47:8
- 49:17-50:1
- 57:1-6
- 59:8-60:1
- 78:22-79:12
- 87:15-20
- 89:22-90:8
- 96:4-100:15
- 103:7-104:14
- 108:4-8
- 108:9-109:19
- 110:1-116:21
- 119:3-122:16
- 123:19-126:1


Deposition of Donald Campbell (November 14, 2007)
- 33:18-35:2
- 36:13-38:20
- 43:10-44:3
- 58:15-63:12
- 67:2-14
- 71:20-72:2
- 76:4-9
- 77:18-78:5

DC #359708 v1

- 104:3-106:3
- 112:4-9
- 130:1-10
- 131:19-133:5
- 138:5-139:12
- 153:13-154:12
- 170:6-12
- 171:17-12
- 173:1-9
- 189:15-191:15
- 197:9-199:14

Deposition of Thomas MacPhee (August 28, 2007)

- 40:3-16
- 56:3-22
- 59:16-21
- 65:10-17
- 67:9-68:22
- 73:21-76:11
- 83:5-14
- 89:18-91:20
- 112:1-8
- 117:3-118:18
- 122:6-13
- 124:2-7
- 130:19-21
- 132:10-133:15
- 134:6-16
- 147:2-149:2
- 155:11-157:18
- 161:8-162:9
- 168:4-18
- 169:1-10
- 171:10-172:7
- 174:1-21
- 187:15-20
- 190:20-191:8
- 197:21-198:10
- 198:16-202:2
- 218:3-219:13
- 222:4-13
- 235:12-238:13
- 245:6-12
- 245:18-247:18

DC #359708 v1

- 248:3-250:6
- 253:6-254:4
- 255:5-256:11
- 258:1-12
- 259:5-9
- 261:9-262:4
- 271:15-276:7
- 279:4-22
- 283:3-15

Deposition of Thomas MacPhee (August 29, 2007)
- 295:6-296:21
- 300:18-22
- 302:8-17
- 311:9-312:16
- 315:20-317:9
- 330:20-333:6
- 336:1-8
- 350:19-352:1
- 355:4-21
- 365:2-7
- 373:9-19
- 375:17-376:2
- 393:3-394:2
- 401:21-404:15
- 419:8-420:7
- 442:1-10
- 443:18-444:15
- 448:6-16
- 465:1-466:10
- 469:7-470:17
- 480:2-483:5
- 490:2-491:22
- 494:16-20
- 504:13-508:3
- 513:10-514:22
- 520:9-521:22


Deposition of Thomas MacPhee (November 20, 2007)
- 578:4-580:6
- 600:8-642:17
- 643:1-646:4
- 651:6-653:6

DC #359708 v1

- 658:11-20
- 659:1-22
- 660:1-21
- 661:17-670:1
- 671:13-22
- 672:1-674:6
- 676:3-684:2
- 685:19-693:20
- 697:2-22-699:5
- 699:12-700:1
- 703:3-18
- 705:21-707:9
- 709:19-713:4
- 714:5-22
- 715:1-6
- 717:15-721:12
- 722:2-726:2
- 727:3-729:19
- 740:6-756:2
- 759:3-762:12
- 764:8-767:6
- 767:9-771:10
- 773:3-22
- 774:1-20
- 775:2-799:2
- 799:7-17
- 800:9-20
- 801:1-803:10
- 804:13-22
- 805:1-809:8
- 809:14-812:10
- 813:9-22
- 814:1-19

Deposition of David Langhoff (June 26, 2007)
- 5:23-25
- 15:20-17:19
- 22:23-23:8
- 27:15-28:8
- 29:13-22
- 30:21-32:11
- 33:13-35:9
- 38:16-39:5
- 39:13-42:14

DC #359708 v1

- 45:20-46:18
- 48:2-9
- 48:12-49:25
- 50:6-52:8
- 57:22-58:15
- 59:6-60:12
- 60:21-63:5
- 68:23-69:17
- 76:6-77:18
- 78:4-79:5
- 80:1-81:18
- 84:11-86:15
- 87:6-88:4
- 88:12-89:24
- 92:2-93:16
- 94:4-96:18
- 103:11-18
- 104:19-107:7
- 109:12-25
- 116:24-119:16
- 120:4-121:25
- 123:10-125:25
- 127:8-130:25
- 132:9-133:25
- 135:9-136:17
- 136:24-138:2
- 141:3-20
- 147:12-152:12
- 153:5-154:8
- 154:18-155:25
- 158:10-161:25
- 162:22-163:25
- 166:6-167:14

## VII.    **Itemization of Damages**

Hunt's damages related to P&K's work total $407,680.30.  These damages have been calculated using the following amounts:

| | |
|---|---|
| Original Subcontract Amount: | $9,400,000.00 |
| Additions: | $   95,914.00 |
| Adjusted Subcontract Amount: | $9,495,914.00 |
| Paid to date: | $8,925,082.00 |

DC #359708 v1

| | |
|---|---|
| Subcontract balance: | $ 570,832.00 |
| Backcharges (itemized below): | $ 978,512.30 |
| **Amount owing from Poole & Kent to Hunt:** | **$ 407,680.30** |

P&K is responsible for the following individual backcharges:

| DESCRIPTION | AMOUNT |
|---|---|
| Hand excavate for foundation leak, found to be caused by pipe penetration in foundation | $1,775.00 |
| Disconnect & reconnect FB-5, rework FCU coordination issues | $468.00 |
| AHU # 1 duct rerouting | $2,212.00 |
| Removal of finished work in breakfast service area for Regional Air access | $1,142.00 |
| Repair lights in walk in freezer | $385.00 |
| Rewiring of FCU # 3 | $1,895.00 |
| Damage to conduit from chipping holes | $4,823.00 |
| Repairs due to damages from core drilling | $450.00 |
| Wiring repairs due to water leaks | $823.00 |
| 8 Atrium smoke exhaust fans | $6,798.00 |
| Provide supply fan damper interlock | $1,447.00 |
| Replaced FA devices damaged by water | $4,444.00 |
| Additional framing | $899.00 |
| Reinstall shaftwall | $2,847.00 |
| Build rated chase in bathroom | $219.00 |
| Rework due to fiberduct installation | $481.00 |
| Install access panels late | $1,530.00 |
| Repairs due to water leaks, water leak damage due to flashing of kitchen exhaust for riser not installed, rework gwb & tape finish due to water leak | $13,548.00 |
| Drywall repair | $3,711.00 |
| Remove gwb at FCU to access unit | $221.00 |
| Extend shaftwall to enclose duct work | $483.00 |
| Miscellaneous fans to dry out miscellaneous areas from water leaks | $1,689.00 |
| Water damage restoration necessary from water leaks | $3,499.00 |
| customize sprinkler piping | $1,029.00 |
| replace block & miscellaneous patching on masonry walls | $1,325.00 |
| OT mark up charged to wdg CO # 3 by P&K 1/12/06 | $346.00 |
| Repair walls due to mislocated thermostats in ADA room series 06 | $891.00 |
| Room series 06 stats not installed to ADA height, wdg CO # 12 by P&K 1/12/06 | $7,639.00 |
| connect compressor in sushi bar, in P&K scope, wdg CO # 14 by P&K 1/12/06 | $764.00 |
| Repair millwork caused by installation of Atrium diffusers in millwork panels, scratch repair | $1,699.00 |
| Presidential Suite work, set fixtures, wdg CO # 10 by P&K 1/12/06 | $1,404.00 |
| Repair & replace as necessary the back stair handrail hit by P&K tow motor | $1,419.00 |
| Repair & repaint ceiling due to toilet leak | $327.00 |
| Repair & repaint drywall around FCU in room 1431 & 904 | $1,111.00 |
| Repair & repaint ceilings in the vending room on the 4th floor | $936.00 |
| Partial responsibility | $4,581.00 |
| Miscellaneous patching & repainting & repairs due to water leaks | $38,958.00 |

DC #359708 v1

| | |
|---|---|
| Miscellaneous patching | $155.00 |
| B1 mech mezz M012 duct routing conflict SPCO 1076 | $2,447.00 |
| Damage in slab conduit repairs due to chipping/coring | $35,826.00 |
| Additional labor & material to refabricate sprinkler pipe in mezzanine area due to P&K coordination issues & changes | $3,630.00 |
| Drywall repair - CO 20 was for 50% charge, should have been 70% | $1,484.00 |
| Miscellaneous charges from Federal Painting | $4,976.00 |
| Remove & replace drywall for duct & sprinkler relocation 03 suites floors 4-14 | $1,997.00 |
| Remove & replace framework at 631, 629, 627, 625 to allow Regional Air onto catwalk with their equipment | $871.00 |
| Lower closet tops already framed, build added bulkhead in corridor B123 above phone bank to conceal ductwork installed lower than detailed ceiling height, patchwork on 14 & build shaftwall assembly at 1103 & 1105 to cover ductwork, mold remediation repair on B2 level, complete repair work on floors 12-14, mold remediation on B1 level, complete 06 suites diverter walls floors 6-14, cut out & repair openings in pool area ceiling to accommodate supply/return air ducts from the mechanical room 344. | $15,905.00 |
| Miscellaneous patchwork on various rooms rework at ducts | $4,339.00 |
| 5 carpenters 2 finishers to complete T&M work on 9/18/05 | $1,872.00 |
| 1 carpenter 1 finishers to complete T&M work on 9/26/05 | $564.00 |
| SPCO 1237 underslab insulation work as a result of damage | $3,189.00 |
| SPCO 1243 repairs at B! level due to ruptured pipe outside meeting room A, repair to damaged ceiling tile & accessories including in front of elevator 5 lobbies | $4,502.00 |
| Miscellaneous repairs due to damage | $1,014.00 |
| Remove & reframe for x-raying | $149.00 |
| Failure to provide & deliver testing & balancing of HVAC system per specifications | $72,681.00 |
| Additional ACT to replace damaged areas | $11,840.00 |
| Patchwork behind toilet, lower ceiling bulkhead, repair damaged ceilings in pool area, misc patchwork | $7,185.00 |
| Damage repairs caused by P&K & build soffit to cover plumbing - partial responsibility | $6,338.00 |
| Cooling tower cleaning | $2,904.00 |
| Deletion of PEPCO vault AC systems as per CCD # 2 | $36,542.00 |
| Miscellaneous TAB ticket work | $2,038.00 |
| Builder's Hardware 3068 SGL F Primed MDO PC Tag # T07 (15th), 3068 SGL F Primed MDO MC 45 Min Tag # T03 (15th) | $571.00 |
| Comfort Controls to test & balance | $2,727.00 |
| Miscellaneous TAB ticket work | $14,462.00 |
| Punchlist labor provided by Hunt | $21,042.00 |
| Miscellaneous labor provided by Hunt | $37,825.00 |
| Clean up material | $11,772.00 |
| Equipment rental | $13,213.00 |
| Punchlist material | $10,701.00 |
| 3-D imaging due to missed holes in slab | $1,960.00 |
| Insurance Partners, Inc. lien undertaking (see contract page 7, 20 section 5.3(a), 20.1) | $21,083.00 |
| Tri-Dem Filters & JJ Kirlin invoices paid by Owner | $5,264.00 |
| DelRen PO for fans, furnish & deliver 11 toilet exhaust fans, centrifugal roof exhausters | $7,060.00 |
| Backcharge - Clean Up | $211,750.00 |
| Additional Hunt supervision | $108,696.00 |

DC #359708 v1

| Interest on charges | $12,873.30 |
|---|---|
| Seneca Heat & Balance | $42,350.00 |
| Liquidated Damages | $5,000.00 |
| Acceleration | $109,497.00 |
| **BACKCHARGE TOTAL** | **$978,512.30** |

Pursuant to Sections 30, 33 and 34 of the Subcontract, Hunt is entitled to its attorneys

fees, expert fees, and litigation expenses incurred in connection with this litigation. Hunt

continues to incur these costs on an ongoing basis and will provide a final total of all such costs

incurred to date in accordance with Federal Rule of Civil Procedure 54.

## VIII.    Request for Other Relief

In addition to a monetary judgment, Hunt seeks a declaratory judgment stating that: (1)

P&K has materially breached the Subcontract and is liable for all damages flowing from that

breach; (2) Hunt has not materially breached the Subcontract; (3) P&K must indemnify and hold

Hunt harmless from all claims, demands and causes of action arising from its work on the

Project; and (4) Hunt is entitled to recover all costs and expenses incurred to date by reason of

P&K's breaches of the Subcontract, together with all costs and expenses, including attorneys

fees, incurred in this action.


Dated:  April 18, 2008                           Respectfully submitted,

                                                 /s/ Laura A. Kamas
                                                 David T. Dekker (#358173)
                                                 Jeffrey R. Gans (#452332)
                                                 Laura A. Kamas (#499837)
                                                 THELEN REID BROWN RAYSMAN & STEINER, LLP
                                                 701 Eighth Street, N.W.
                                                 Washington, D.C. 20001
                                                 Telephone:    (202) 508-4000
                                                 Facsimile:    (202) 508-4321


24                                              DC #359708 v1

OF COUNSEL:
José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road
Suite 300
Scottsdale, Arizona  85008
Telephone:  (480) 368-4740
Facsimile:  (480) 368-4745
*Counsel for Hunt Construction Group, Inc.*

DC #359708 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2008, a copy of the forgoing was served to electronically via the CM-ECF System and via first-class mail to:

Robert F. Carney
William P. Pearce
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

Of Counsel:
Michael A. Stover
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

*Counsel for The Poole and Kent Corporation*

/s/ Laura A. Kamas
Laura A. Kamas

DC #359708 v1