IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUNT CONSTRUCTION GROUP, INC.    *

     Plaintiff/Counter Defendant    *

v.    *    Civil Court Action No:    1:06CV1850
                      Judge James Robertson

THE POOLE AND KENT    *
CORPORATION

     Defendant/Counter Plaintiff    *


\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**THE POOLE AND KENT CORPORATION'S**
**<u>OBJECTIONS TO DEPOSITIONS AND EXHIBITS</u>**

The Poole and Kent Corporation ("Poole and Kent"), by its undersigned counsel,

submits these objections to depositions and exhibits pursuant to Local Civil Rule 16.6(e)

and Federal Rule of Civil Procedure 26(a)(3).    Poole and Kent objects to Hunt

Construction Group's, Inc. ("Hunt") designation of depositions for Thomas Kessler,

Richard Stewart, Donald Campbell, and Thomas MacPhee.    None of these individuals

meets the definition of unavailability under Federal Rule of Evidence 804.    The

designated testimony from the deposition transcripts constitutes hearsay and is

inadmissible pursuant to Federal Rule of Evidence 802.    Each of these individuals is

within the subpoena power of the Court; in fact, each of these witnesses is contained on

Poole and Kent's witness list, and it is expected that all of these individuals (with the

possible exception of Richard Stewart) will be called by Poole and Kent during its case

in chief.

Poole and Kent also objects to the designation of deposition testimony from David Langhoff.  Mr. Langhoff is a former Hunt employee, and Hunt has offered no evidence that it has been unable to procure his attendance by process or other reasonable means.  In fact, Hunt lists Mr. Langhoff on its own list of witnesses. Therefore, Mr. Langhoff does not meet the definition of unavailability under Federal Rule of Evidence 804 and his prior testimony is hearsay, which is inadmissible pursuant to Federal Rule of Evidence 802.  For these reasons, Poole and Kent respectfully requests that this Court sustain its objection and not permit Hunt to introduce the designated deposition testimony.

Poole and Kent submits herewith and incorporates herein by reference as Exhibit 1 a list of its objections to the documents that Hunt had included in its exhibit list submitted with its Pretrial Statement.  Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), objections under Federal Rules of Evidence 402 and 403 are specifically reserved as to _all_ documents on Hunt's exhibit list.  Pursuant to Local Civil Rule 16.5(b)(6), also included in Exhibit 1 are any objections as to the authenticity of documents.

In the event that this Court does allow testimony from Mr. David Langhoff to be admitted, Poole and Kent offers the following cross-designation pursuant to Federal Rule of Evidence 106 and Local Civil Rule 16.5(b)(7):

- 5:16-20;
- 13:16-25;
- 16:4-10;
- 30:21-25;

- 42:2-5;
- 42:15-18;
- 72:2-74:3;
- 76:7-13;
- 85:25-86:8;
- 107:8-12;
- 108:23-25;
- 115:8-116:5;
- 147:3-9;
- 151:25-152:12;
- 154:18-155:15;
- 157:15-25;
- 158:10-160:12;
- 161:22-162:3;
- 164:1-7;
- 165:16-166:5;
- 167:4-14;
- 168:8-17.

Respectfully submitted,


/s/ Robert F. Carney
Robert F. Carney (Bar No. 436999)
William P. Pearce (Pro Hac Vice)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
Attorneys for The Poole and Kent Corporation

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2008, copies of the Poole and

Kent Corporation's Objections to Depositions and Exhibits were served by first class

mail to the following counsel of record:

David T. Dekker, Esquire
Jeffrey R. Gans, Esquire
Laura Kamas, Esquire
Thelen Reid Brown Raysmann Steiner, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001

Donna M. Crowe
Bradley Arant Rose & White LLP
1133 Connecticut Avenue, N.W., 12th Floor
Washington, D.C. 20036

 /s/Robert F. Carney
Robert F. Carney

1790258

4

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| *Exhibits Hunt Will Likely Use at Trial:* | | |
| Greyhawk's Expert Report | 9/28/2007 | Hearsay (FRE 802); Authenticity (FRE 901); Specialized Opinion Testimony based on neither sufficient data nor reliable principles and methods (FRE 702); Facts not of a type reasonably relied upon in this field (FRE 703); Opinion on ultimate issue (FRE 704) |
| Thomas MacPhee Expert Report Vol. 1 (Greyhawk Ex. 1) | 9/7/2007 | |
| Subcontract Agreement between Hunt and Poole and Kent (Greyhawk Ex. 2) | 6/7/2004 | |
| Poole and Kent Corp. Embassy Suites Labor Productivity Damages (Greyhawk Ex. 3) | | |
| Schedule and Job Site Progress (Greyhawk Ex. 4) | 9/17/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Greyhawk Ex. 5) | 10/19/2004 | |
| Lost Productivity Cost Proposal Prepared by Poole and Kent (Greyhawk Ex. 6) | 5/1/2006 | |
| Extended Overhead Cost Proposal (Greyhawk Ex. 7) | 5/1/2006 | |
| Detailed Labor Report (Greyhawk Ex. 8) | | |
| Layout, Sleeve & Insert Labor Actual Hours Bar Graph (Greyhawk Ex. 9) | | |
| Insert and Sleeve Labor Impact Analysis (Greyhawk Ex. 10) | | |
| Summary of Detailed Labor Report (Greyhawk Ex. 11) | | |
| Labor Update Form (Greyhawk Ex. 12) | | |
| Sleeves and Inserts Information (Greyhawk Ex. 13) | | Hearsay (FRE 802); Authenticity (FRE 901) |
| MCAA Management Methods Bulletin PD2 (Greyhawk Ex. 14) | | Hearsay (FRE 802); Authenticity (FRE 901) |
| Poole and Kent Report Vol. 3 (Greyhawk Ex. 15) | 9/7/2007 | |
| Summary/Detailed Cost Report - 02/01/04 thru 10/31/05 (Greyhawk Ex. 16) | | |
| Summary of Detailed Labor Report - 02/01/04 thru 10/31/05 (Greyhawk Ex. 17) | | |
| Salary Sheet as of October 31, 2005 (Greyhawk Ex. 18) | | |
| Poole & Kent North 2004 - 2005 Home Office Overhead (Greyhawk Ex. 19) | | |
| Labor Escalation Costs (Greyhawk Ex. 20) | | |
| Montgomery Mechanical Services Extended Costs 08/30/04 - 10/31/05 (Greyhawk Ex. 21) | | |
| Montgomery Mechanical Services History Detail Report (Greyhawk Ex. 22) | | |
| Montgomery Mechanical Services Cost (Greyhawk Ex. 23) | | |
| Poole & Kent Corp. T&M Wage Rates Local 602 Pipefitters (Greyhawk Ex. 24) | | |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Regional Air Systems Extended Costs - 4/1/04 thru 10/31/05 (Greyhawk Ex. 25) | | |
| Correspondence to Matt Maltby from Advanced Specialty Contractors; re: Reimbursement for Added Field Costs (Greyhawk Ex. 26) | 4/14/2006 | |
| Poole & Kent Payment Application # 1 [H023952 - H023624] | 6/24/2004 | |
| Poole & Kent Payment Application # 2 [H023490 - H023524] | 7/20/2004 | |
| Poole & Kent Payment Application # 3 [H023455 - H023489] | 8/30/2004 | |
| Poole & Kent Payment Application # 4 [H023394 - H023428] | 9/16/2004 | |
| Poole & Kent Payment Application # 5 [H023361 - H023393] | 10/27/2004 | |
| Poole & Kent Payment Application # 6 [H023299 - H023331] | 11/3/2004 | |
| Poole & Kent Payment Application # 7 [H023235 - H023268] | 1/11/2005 | |
| Poole & Kent Payment Application # 8 [H023164 - H023196] | 1/13/2005 | |
| Poole & Kent Payment Application # 9 [H023103 - H023137] | 2/16/2005 | |
| Poole & Kent Payment Application # 10 [H023062 - H023102] | 4/4/2005 | |
| Poole & Kent Payment Application # 11 [H022899 - H022930] | 4/25/2005 | |
| Poole & Kent Payment Application # 12 [H022948 - H022992] | 6/2/2005 | |
| Poole & Kent Payment Application # 13 [H063262 - H063292, PK005456] | 7/27/2005 | |
| Poole & Kent Payment Application # 14 [H063308 - H063336, H099436] | 8/9/2005 | |
| Poole & Kent Payment Application # 15 [H063151 - H063183] | 10/17/2005 | |
| Poole & Kent Payment Application # 16 [H063114, H063118, H063146] | 11/7/2005 | |
| Rule 30(b)(6) Notice of Corporate Designee Deposition (Weisman Ex. 1) | 6/7/2007 | |
| Subcontractor Potential Change Orders (Weisman Ex. 2) [HU0004801 - HU0004854] | 7/18/2005 | |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Cost Repairs (Weisman Ex. 3) | | Hearsay (FRE 802); Authenticity (FRE 901); Specialized Opinion Testimony based on neither sufficient data nor reliable principles and menthods (FRE 702); Facts not of a type reasonably relied upon in this field (FRE 703); Opinion on ultimate issue (FRE 704) |
| Subcontract Agreement between Hunt and Poole and Kent (Weisman Ex. 4) [HU00024170 - HU00024246] | 6/7/2004 | |
| David Langhoff Subpoena (Langhoff Ex. 1) | 5/30/2007 | |
| Letter to Kite Companies from Tom Page; re: Potential Concrete Placement Impacts (Langhoff Ex. 2) [1000K_004452 - 1000K_004463] | 5/19/2004 | Hearsay (FRE 802) |
| Letter to Tom Page from Edward Williams; re: Lost Production & Time: October (Langhoff Ex. 3) [1000K_005522 - 1000K_005532] | 2/19/2004 | Hearsay (FRE 802) |
| Letter to Dennis Goss from Tom Page; re: Late Contract Completion-Reply (Langhoff Ex. 4) [1000K_005541 - 1000K_005543] | 3/23/2004 | Hearsay (FRE 802) |
| Letter to Kite Companies from Harry Ferguson; re: Issues from June 15 conversation (Langhoff Ex. 5) [1000K_008308 - 1000K_ 8309] | 6/17/2004 | Hearsay (FRE 802) |
| Letter to Jeff Lynch from Harry Ferguson; re: Schedule Issues Letter 01/12/2005 - Response (Langhoff Ex. 6) [1000K_008639 - 1000K_008644] | 1/19/2005 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Letter to Art Shepherd from Tom Page; re: Control Problem History (Langhoff Ex. 7) [1000K_007512 - 1000K_007513] | 6/3/2004 | Hearsay (FRE 802) |
| Letter to Jeff Lynch from Tom Page; re: June 2004 Schedule Update (Langhoff Ex. 8) [1000K_003542 - 1000K_003543] | 6/30/2004 | Hearsay (FRE 802) |
| Letter to Jeff Lynch from Tom Page; re: Site Utilities Further Delay Notice (Langhoff Ex. 9) [1000K_000238 - 1000K_000239] | 5/20/2005 | Hearsay (FRE 802) |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Management of Embassy Suites Project (Langhoff Ex. 10) [1000K_002954 - 1000K_002956] | 1/13/2005 | Hearsay (FRE 802) |
| Hunt Laborers Clean-Up Recovery (Langhoff Ex. 11) [PK00000803 - PK00000805] | | Hearsay (FRE 802); Authenticity (FRE 901); Opinion on ultimate issue (FRE 704) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Handwritten Notes Titled "Back Charge" (Langhoff Ex. 12) [PK00000806 - PK00000817] | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Change Order No. 105 (Langhoff Ex. 13) | 2/12/2007 | Hearsay (FRE 802); Authenticity (FRE 901); Opinion on ultimate issue (FRE 704) |
| Poole & Kent Corporation Embassy Suites Disruption Impact Change Order (Langhoff Ex. 14) | | |
| Letter to Tom Page from Matthew Maltby; re: Penthouse Acceleration Impact Cost (Langhoff Ex. 15) [HU00000270 - HU00000280] | 4/29/2005 | |
| Letter to Tom Page from Matthew Maltby; re: April 26, 2005 Acceleration for Building Cooling (Langhoff Ex. 16) [HU00049181 - HU00049182] | 5/25/2005 | |
| Fax to Tom Page from Adam Snavely; re: Schedule Review dated 8/3/04 (Langhoff Ex. 17) [HU00015836 - HU00015845] | 8/4/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Langhoff Ex. 18) [HU00014972 - HU00014975] | 10/19/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Revised Guestroom Finishes & Interior Framing/Rough-in Schedule (Langhoff Ex. 19) [HU00014890 - HU00014892] | 12/8/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Hunt Constr. 05/10/05 Constr. Schedule (Langhoff Ex. 20) [HU00049176 - HU00049178] | 5/25/2005 | |
| Schedule Comparison (Langhoff Ex. 21) [1000K_008085] | | Hearsay (FRE 802); Authenticity (FRE 901) |
| Comparison of Exterior Skin Schedules (Langhoff Ex. 22) [1000K_018885] | | Hearsay (FRE 802); Authenticity (FRE 901) |
| Review of Schedule and Job Site Progress (Langhoff Ex. 23) | 2/2/2005 | |
| Plaintiff Hunt Constr. Group's Initial Disclosures (Langhoff Ex. 24) | 3/5/2007 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Unpaid Funds Summary (Langhoff Ex. 25) | | |
| Tom Page Subpoena (Page Ex. 1) | 5/30/2007 | |
| Tom Page Curriculum Vitae (Page Ex. 2) [1000K_003127, 1000K_003129] | | Hearsay (FRE 802) |
| Letter to Jeff Lynch from Tom Page; re: Potential/Request Change Order Log - Letter of 01/17/05 - Response (Page Ex. 3) [1000K_008683 - 1000K_008689] | 3/12/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Letter to Jeff Lynch from Tom Page; re: June 2004 Schedule Update (Page Ex. 4) [1000K_003542 - 1000K_003543] | 6/30/2004 | Hearsay (FRE 802) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
| --- | --- | --- |
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Letter to Art Shepherd from Tom Page; re: Potential Concrete Placement Impacts (Page Ex. 5) [1000K_004452 - 1000K_004463] | 5/19/2004 | Hearsay (FRE 802) |
| T.A. Beach Daily Log (Page Ex. 6) [TA 0886] | 4/27/2004 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Memorandum to Bill Fortner and Edna Howerton from Tom Page; re: Lack of Concrete Material Issues - Impact (Page Ex. 7) [HU00001432] | 3/1/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Letter to Tom Page from Edward Williams; re: Lost Production & Time: October (Page Ex. 8) [1000K_005522 - 1000K_005532] | 2/19/2004 | Hearsay (FRE 802) |
| Letter to Dennis Goss from Tom Page; re: Late Contract Completion-Reply (Page Ex. 9) [1000K_005541 - 1000K_005543] | 3/23/2004 | Hearsay (FRE 802) |
| National Wrecking Cost Summary (Page Ex. 10) [H006938 - H006941] | 5/13/2004 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Letter to Dennis Goss from Jeffrey Brown; re: PCO 810002 - Additional Information for Back Lagging Proposal (Page Ex. 11) [NWC 0419 - NWC 0421] | 12/9/2003 | Hearsay (FRE 802) |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Management of Embassy Suites Project (Page Ex. 12) [1000K_002954 - 1000K_002956] | 1/13/2005 | Hearsay (FRE 802) |
| Handwritten Notes Titled "Back Charge" (Page Ex. 13) [HU00001497 - HU00001508] | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Fax to Tom Page from Adam Snavely; re: Schedule Review dated 8/3/04 (Page Ex. 14) [HU00015836 - HU00015845] | 8/4/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Layout and Sleeving Difficulties (Page Ex. 15) | 10/19/2004 | |
| Letter to Tom Page from Matthew Maltby; re: Revised Guestroom Finishes & Interior Framing/Rough-in Schedule (Page Ex. 16) [HU00014890 - HU00014892] | 12/8/2004 | |
| Review of Schedule and Job Site Progress (Page Ex. 17) | 2/2/2005 | |
| Letter to Tom Page from Matthew Maltby; re: April 26, 2005 Acceleration for Building Cooling (Page Ex. 18) [HU00049181 - HU00049182] | 5/25/2005 | |
| Letter to Tom Page from Matthew Maltby; re: Follow-up to Delays and Interferences Experienced in 2004 (Page Ex. 19) [HU00049179 - HU00049180] | 5/25/2005 | |
| Letter to Tom Page from Matthew Maltby; re: Hunt Constr. 05/10/05 Constr. Schedule (Page Ex. 20) [HU00049176 - HU00049178] | 5/25/2005 | |
| Job Site Review and Report (Page Ex. 21) | 5/18/2005 | |
| Job Site Review and Report (Page Ex. 22) | 6/8/2005 | |

| **Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits** | | |
| --- | --- | --- |
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Unpaid Funds Summary (Kamas Ex. G) [PK030289] | | |
| Subcontractor Change Orders 1-108 Binder (MacPhee Ex. 1) | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Unpaid Funds Summary (MacPhee Ex. 2) | | |
| Job Cost Status Report (MacPhee Ex. 3) | 3/11/2004 | |
| Bid Estimate (MacPhee Ex. 4) | 12/5/2003 | Hearsay (FRE 802) |
| Notice of Corporate Designee Deposition (MacPhee Ex. 5) | 8/27/2007 | Hearsay (FRE 802) |
| Subcontract Agreement Between Hunt Constr. Group and The Poole & Kent Corp. (MacPhee Ex. 6) | 6/16/2004 | |
| Supplemental Conditions to Standard Form of Agreement (MacPhee Ex. 7) [1000K_001441 - 1000K_001447] | | Hearsay (FRE 802); Authenticity (FRE 901) |
| Letter to Steffannie Lozier from Donald Campbell; re: Project Close Out Program (MacPhee Ex. 8) | 9/13/2006 | |
| Email to Matthew Maltby, et al. from Adam Snavely; re: Embassy Change Order Closeout (MacPhee Ex. 9) | 4/3/2006 | Hearsay (FRE 802) |
| Email to Donald Campbell from Tom MacPhee; re: Submission Documents (MacPhee Ex. 10) | 6/19/2006 | Hearsay (FRE 802) |
| Poole and Kent's Claim Binder (MacPhee Ex. 11) | | |
| Poole and Kent Corp. Embassy Suites Extended Overhead Change Order (MacPhee Ex. 12) | | |
| Regional Air Systems Extended Costs 4/1/04 thru 10/31/05 (MacPhee Ex. 13) | | |
| Montgomery Mechanical Subcontract Requisition (MacPhee Ex. 14) | 6/16/2005 | |
| Exhibits to Poole and Kent's Extended Overhead Claim (MacPhee Ex. 15) | | |
| Letter to Larry Weisman from Thomas Lynott; re: Embassy Suites Post Bid Information (MacPhee Ex. 16) | 5/8/2003 | |
| Job Cost Status Reports (MacPhee Ex. 17) | | Hearsay (FRE 802); Authenticity (FRE 901) |
| Poole and Kent Payment Application No. 11 (MacPhee Ex. 18) | 4/25/2005 | |
| Letter to Larry Weisman from Thomas Lynott; re: Embassy Suites Post Bid Information (MacPhee Ex. 19) | 1/24/2003 | |
| Poole and Kent Corp. Embassy Suites Disruption Impact Change Order (MacPhee Ex. 20) | | |
| Attachments 1-6 (MacPhee Ex. 20A) | | |
| Attachments 7-20 (MacPhee Ex. 20B) | | |
| Thomas MacPhee Subpoena (MacPhee II Ex. 1) | 10/24/2007 | |
| Thomas MacPhee Expert Report Vol. 1 (MacPhee II Ex. 2) | 9/7/2007 | |
| Thomas MacPhee Expert Report Vol. 2 - Labor Productivity Damages (MacPhee II Ex. 3) | 9/7/2007 | |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| Exhibit Description | Date | Objections |
| Thomas MacPhee Expert Report Vol. 3 - Extended Overhead Damages (MacPhee II Ex. 4) | 9/7/2007 | |
| Thomas MacPhee Reply Report (MacPhee II Ex. 5) | 10/18/2007 | |
| Handwritten Notes from Meeting Between Tom Page, Matt Maltby and Tom MacPhee (MacPhee II Ex. 6) | 9/11/2004 | |
| Embassy Suites Project Schedules (MacPhee II Ex. 7) | 5/21/2004 | Hearsay (FRE 802); Authenticity (FRE 901) |
| HVAC Labor Breakdown (MacPhee II Ex. 8) | | |
| Plumbing Labor Breakdown (MacPhee II Ex. 9) | | |
| Embassy Suites Schedule Comparisons (MacPhee II Ex. 10) | | |
| Poole & Kent Powerpoint "Intermediate Project Management Workshop" (MacPhee II Ex. 11) | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Poole & Kent Powerpoint "Superintendent General Foreman Training" (MacPhee II Ex. 12) | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Contractors and Unions Together Field Supervision Training for 04/14/2007 & 04/21/2007 (MacPhee II Ex. 13) | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Schedule Critique (MacPhee II Ex. 14) | 6/9/2004 | |
| Handwritten Notes with 9 Itemized Topics (MacPhee II Ex. 15) | | |
| Handwritten Notes on Various Floor Levels (MacPhee II Ex. 16) | | |
| Handwritten Notes on Various Floor Levels (MacPhee II Ex. 17) | | |
| Handwritten Notes Titled "Meeting w/ Hunt" (MacPhee II Ex. 18) | 4/27/2005 | |
| Handwritten Notes and Labor Breakdowns (MacPhee II Ex. 19) | | |
| Memorandum to JoAnne Laverdiere from Thomas MacPhee; re: Labor Report Changes (MacPhee II Ex. 20) | 10/20/2004 | |
| Email to Matthew Maltby from Tom MacPhee; re: Embassy Suites - Labor Breakdown Revisions (MacPhee II Ex. 21) | 10/27/2004 | |
| Donald Campbell Subpoena (Campbell Ex. 1) | 10/24/2007 | Hearsay (FRE 802) |
| Poole and Kent Corp.'s Designation of Opposition Expert Witnesses and Rule 26(a)(2) Disclosures (Campbell Ex. 2) | 9/28/2007 | |
| Email to Matthew Maltby, et al. from Adam Snavely; re: Embassy Change Order Closeout (Campbell Ex. 3) | 4/3/2006 | Hearsay (FRE 802) |
| Letter to Adam Snavely from Larry Weisman; re: Subcontract No. 09451 - Plumbing and HVAC Scope of Work (Campbell Ex. 4) [PK030278] | 9/26/2006 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Letter to Steffannie Lozier from Donald Campbell; re: Project Close Out Program (Campbell Ex. 5) [PK030279 - PK030280] | 9/13/2006 | |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Email chain to Donald Campbell from Tom MacPhee; re: Submission Documents (Campbell Ex. 6) [PK024636 - PK024637] | 6/19/2006 | Hearsay (FRE 802) |
| Letter to Donald Campbell from Steffannie Lozier; re: Retainage Release and Close Out Program (Campbell Ex. 7) [PK031269 - PK031277] | 8/9/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); |
| Letter to Larry Weisman from Donald Campbell; re: Outstanding Punch List Items (Campbell Ex. 8) [PK030264 - PK030277] | 10/24/2006 | |
| Email chain to Matthew Maltby from Donald Campbell; re: Embassy Suites Punchlists 6-14-06 Update (Campbell Ex. 9) [PK024627 - PK024628] | 6/19/2006 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Email chain to Larry Weisman from Donald Campbell; re: MEP Reports (Campbell Ex. 10) [PK024597 - PK024598] | 6/7/2006 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Email chain to Donald Campbell and Matthew Maltby from Larry Weisman; re: No Ductwork - 928 (Campbell Ex. 11) [PK024567] | 6/4/2006 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Email chain to Donald Campbell and Matthew Maltby from Larry Weisman; re: Suite 928 (Campbell Ex. 12) [PK024633] | 6/22/2006 | Hearsay (FRE 802); Opinion on ultimate issue (FRE 704) |
| Compilation of Change Orders (Campbell Ex. 13) | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Letter to Bob Decker from Jeff Lynch; re: Revised 1000K/Hunt Contract Status (Kerr Ex. 13) [1000K_002678 - 1000K_002792] | 8/3/2006 | Hearsay (FRE 802); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Jeff Lynch from Jose Pienknagura; re: Completion of Project (Kerr Ex. 14) [1000K_002925] | 6/28/2005 | |
| Letter to David Delcher from Gary Samson; re: TAB Report (Kerr Ex. 15) | 6/11/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Authenticity (FRE 901) |
| Schedule Critique (Kessler Ex. 1) | | |
| Email to Matthew Maltby from Larry Weisman; re: Ductwork Room 1007 (Kessler Ex. 2) | 12/7/2005 | Hearsay (FRE 802) |
| Scratch Drawing (Kessler Ex. 3) | | Best Evidence (FRE 1002) |
| Email to Matthew Maltby from Donald Campbell; re: Test and Balance Report (Kessler Ex. 4) | 5/12/2006 | Hearsay (FRE 802) |
| Thomas Kessler Subpoena (Kessler II Ex. 1) | 11/6/2007 | Hearsay (FRE 802) |
| Poole and Kent Corp.'s Designation of Opposition Expert Witnesses and Rule 26(a)(2) Disclosures (Kessler II Ex. 2) | 9/28/2007 | |
| Richard Stewart Subpoena (Stewart Ex. 1) | 8/9/2007 | Hearsay (FRE 802) |
| Letter to Jim Digman from James Parker; re: Notice to Proceed (Stewart Ex. 2) [PK013438 - PK013440] | 4/8/2004 | Best Evidence (FRE 1002) |
| Letter to Richard Stewart from James Parker; re: Subcontract Agreement No. 03235-4001 (Stewart Ex. 3) [MM 000002 - MM 000036] | 10/20/2004 | |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Fax to Dawn Manning from Christy Heath; re: First Source Employment Agreement (Stewart Ex. 4) | 10/25/2004 | Hearsay (FRE 802) |
| Subcontract Agreement Between Montgomery Mechanical Services and Regional Air Systems (Stewart Ex. 5) [MM 000990 - MM 001034] | 9/1/2004 | |
| Montgomery Mechanical Subcontract Requisition (Stewart Ex. 6) | 6/16/2005 | |
| Poole and Kent Subcontract Requisition (Stewart Ex. 7) [MM 000223] | 8/28/2006 | |
| Montgomery Mechanical Services Invoice (Stewart Ex. 8) [MM 000240 - MM 000241] | 4/30/2006 | |
| Memorandum to FP Files from Mary Ann Snapp; re: C.O. No. 01 to Subcontract No. 03235-4001 (Stewart Ex. 9) [PK005353 - PK005354, PK005262 - PK005269, PK005237 - PK005239, PK005223 - PK005224] | | |
| Email to Matthew Maltby from Larry Weisman; re: Ductwork Room 1007 (Stewart Ex. 10) | 12/7/2005 | Hearsay (FRE 802) |
| Embassy Suites - Extended Costs 02/01/04 thru 10/31/05 (Stewart Ex. 11) | | |
| General Contract Between 1000K, LLC and Hunt Constr. Group [1000K_001383 - 1000K_001502] | 10/1/2003 | |
| Hunt Job Cost Analysis [HSP003601 - HSP003624] | 10/11/2007 | Authenticity (FRE 901) |
| Letter to Matthew Maltby from James Elges; re: Bacon-Davis Enforcement - Notice of Extra Costs (P&K Opp. Memo. Ex. 29) | 9/17/2004 | Hearsay (FRE 802) |
| Letter to Tom Page from Matthew Maltby; re: PCO-071 (P&K Opp. Memo. Ex. 29 Pg. 1) | 4/27/2005 | Hearsay (FRE 802) |
| Letter to Tom Page from Matthew Maltby; re: PCO-071 (P&K Opp. Memo. Ex. 29 Pg. 2) | 4/27/2005 | Hearsay (FRE 802) |
| Hunt Memorandum; re: Notice for Receipt of Final Pricing Issues (Hunt Reply Memo. Ex. C) | 1/6/2006 | Hearsay (FRE 802) |
| Job Cost Status Report (Laura Kamas Declaration Ex. H) | 2/28/2006 | Hearsay (FRE 802) |
| Timothy Vaughn Subpoena (Vaughn Ex. 1) | 5/30/2007 | Hearsay (FRE 802) |
| Subcontract Agreement Between Hunt Constr. Group and The Poole & Kent Corp. (Vaughn Ex. 2) [HU00024170 - HU00024246] | 6/16/2004 | |
| Email chain to Tim Vaughn from Adam Snavely; re: Submission of Changes (Vaughn Ex. 3) | 8/3/2005 | Hearsay (FRE 802) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 057 (Vaughn Ex. 4) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
| --- | --- | --- |
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Change Order No. 85 (Vaughn Ex. 5) | 8/28/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 093 (Vaughn Ex. 6) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 094 with attachments (Vaughn Ex. 7) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 095 with attachments (Vaughn Ex. 8) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 096 with attachments (Vaughn Ex. 9) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 097 with attachments (Vaughn Ex. 10) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 098 with attachments (Vaughn Ex. 11) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 105 with attachments (Vaughn Ex. 12) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Donald Campbell from Steffannie Lozier; re: PCO No. 99 w/ attachments (Vaughn Ex. 13) | 8/15/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 020 with attachments (Vaughn Ex. 14) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Change Order No. 19 (Vaughn Ex. 15) | 6/2/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Handwritten Noted Titled "Back Charge" (Vaughn Ex. 16) [HU00001497 - HU00001508] | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Written Notice to Tim Vaughn from T.A. Beach; re: 10th and 11th Floor Delays (Vaughn Ex. 17) | 8/30/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Letter to Tim Vaughn from David Pate; re: Notice of Delay and Loss of Labor Productivity (Vaughn Ex. 18) [HU00023847 - HU00023848] | 9/2/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Letter to Donald Campbell from Steffannie Lozier; re: PCO Nos. 048, 054 and 081 with attachments (Vaughn Ex. 19) | 8/24/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: FCU Units in Stairwells (Vaughn Ex. 20) [PK00000761] | 9/14/2005 | Hearsay (FRE 802) |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Raise Domestic Water Pipes in Presidential Suite (Vaughn Ex. 21) [PK00000770] | 9/22/2005 | Hearsay (FRE 802) |
| Letter to Matt Maltby from Tim Vaughn; re: Work Directive - Roof Drain & Duct Riser (Vaughn Ex. 22) [PK00000772] | 9/9/2005 | Hearsay (FRE 802) |
| Letter to Tim Vaughn from Matthew Maltby; re: Vending Room Ice Machines with attachment (Vaughn Ex. 23) [PK00000973 - PK00000974] | 9/14/2005 | Hearsay (FRE 802) |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Thermostat Relocation in ADA Suites (Vaughn Ex. 24) [PK00000798] | 9/14/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Missing Access Doors (Vaughn Ex. 25) [PK00000975] | 9/14/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Letter to Adam Snavely from Tim Vaughn; re: 15th Floor Fire Damper Motor Installation (Vaughn Ex. 26) [PK00001262] | 9/2/2005 | Hearsay (FRE 802) |
| Letter to Adam Snavely and Matt Maltby from Tim Vaughn; re: Insulation of 1404 Pipes (Vaughn Ex. 27) [PK00001071] | 8/24/2005 | Hearsay (FRE 802) |
| Memorandum to Subs from Tim Vaughn; re: Items Required for Fire Alarm Completion with attachment (Vaughn Ex. 28) [PK00000977 - PK00000980] | 9/2/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Authenticity (FRE 901) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 005 with attachments (Vaughn Ex. 29) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 003 with attachments (Vaughn Ex. 30) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Change Order No. 48 with attachments (Vaughn Ex. 31) | 6/2/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 044 with attachments (Vaughn Ex. 32) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 043 with attachments (Vaughn Ex. 33) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 041 with attachments (Vaughn Ex. 34) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Change Order No. 40 with attachments (Vaughn Ex. 35) | 6/2/2006 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Steffannie Lozier from Donald Campbell; re: Change Order 039 with attachments (Vaughn Ex. 36) | 2/23/2007 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| Letter to Tom Page from Arthur. Shepherd; re: Hotel Opening Schedule (Lynch Ex. 16) [HU00027852] | 7/30/2004 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Notice of Corporate Designee Deposition (Shepherd Ex. 1) | 5/29/2007 | Hearsay (FRE 802) |
| Project Schedule (Shepherd Ex. 2) [1000K_003540] | 5/13/2005 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Letter to Pete Clark from Jeff Lynch; re: Project Appears to be Behind Schedule (Shepherd Ex. 3) [1000K_004450] | 6/22/2004 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Owner's Meeting Minutes No. 51 (Shepherd Ex. 4) [HU00021226 - HU00021258] | 1/12/2005 | Hearsay (FRE 802) |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| Letter to Art Shepherd from Tom Page; re: Schedule Letter of 01/26/2005 - Response (Shepherd Ex. 5) [1000K_002935 – 1000K_002937] | 1/31/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Letter to James Shabelski from Michael Benton; re: Sanitary Sewer in 10th Street (Shepherd Ex. 6) [1000K_000222] | 4/29/2005 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Email chain to Art Shepherd from David Delcher; re: Sewer Work (Shepherd Ex. 7_ [1000K_000229] | 5/18/2005 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Letter to Jeff Lynch from Tom Page; re: Site Utilities Further Delay Notice (Shepherd Ex. 8) [1000K_000238 - 1000K_000239] | 5/20/2005 | Hearsay (FRE 802) |
| Memorandum to File from Larry Weisman; re: Phone Conversation with Jeff Lynch, Peter Clark and Larry Weisman (Shepherd Ex. 9) [HU00017074] | 6/1/2005 | Hearsay (FRE 802) |
| Meeting Notes from Kite and Hunt Meeting (Shepherd Ex. 10) [HU00017245 - HU00017249] | 6/22/2005 | Hearsay (FRE 802); Authenticity (FRE 901) |
| Letter to Harry Ferguson from Jeff Lynch; re: Concern with Embassy Suites Management (Shepherd Ex. 11) [1000K_002954 - 1000K_002956] | 1/13/2005 | Hearsay (FRE 802) |
| Letter to Harry Ferguson from Jeff Lynch; re: Response to your 01/19/2005 Letter (Shepherd Ex. 12) [1000K_002940 - 1000K_002944] | 2/9/2005 | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704) |
| Job Cost Status Reports | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006) |
| | | |
| **Exhibits Hunt May Offer if Necessary** | | |
| All Subcontractor Daily Reports | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006).  Poole and Kent reserves the right to make further objections due to the vague description of exhibit |

| Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits | | |
|---|---|---|
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| All Subcontractor Meeting Minutes | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006). Poole and Kent reserves the right to make further objections due to the vague description of exhibit |
| All Job Cost Status Reports | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006). Poole and Kent reserves the right to make further objections due to the vague description of exhibit |
| All Project Photographs | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006). Poole and Kent reserves the right to make further objections due to the vague description of exhibit |

| **Exhibit 1 -- Poole and Kent's Objections to Hunt Exhibits** | | |
| --- | --- | --- |
| | | |
| **Exhibit Description** | **Date** | **Objections** |
| All Project Drawings | | Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006). Poole and Kent reserves the right to make further objections due to the vague description of exhibit |
| Any Exhibit Listed by Poole and Kent in its Pretrial Statement | | Poole and Kent waives no objection by virtue of listing such exhibits in its Pretrial Statement. Hearsay (FRE 802); Lay Opinion Testimony (FRE 701); Opinion on ultimate issue (FRE 704); Best Evidence (FRE 1002); Authenticity (FRE 901); Summary of originals or duplicates not made available for review (FRE 1006). Poole and Kent reserves the right to make further objections due to the vague description of exhibit. |