UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUNT CONSTRUCTION GROUP, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE POOLE AND KENT CORPORATION ) <br> ) <br> Defendant. ) | Civil Action No.: 1:06cv1850 <br> Judge: James Robertson |

## HUNT CONSTRUCTION GROUP INC.'S OBJECTIONS TO EXHIBITS

Pursuant to Local Civil Rule 16.5(e), Plaintiff Hunt Construction Group, Inc. ("Hunt"), through counsel, hereby submits its objections to exhibits listed in The Poole and Kent Corporation's ("P&K") pretrial statement. Attached as Exhibit A is a copy of P&K's proposed exhibits, with those exhibits to which Hunt objects highlighted. Hunt objects to those proposed exhibits on the basis of (a) relevance (Fed. R. Evid. 401 and 403), (b) lack of foundation, (c) hearsay (Fed. R. Evid. 501), and/or (d) lack of authentication (Fed. R. Evid. 901).

Dated: April 29, 2008

Respectfully submitted,

/s/ Laura A. Kamas
David T. Dekker (#358173)
Jeffrey R. Gans (#452332)
Laura A. Kamas (#499837)
THELEN REID BROWN RAYSMAN & STEINER, LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone:   (202) 508-4000
Facsimile:    (202) 508-4321

DC #428453 v1

OF COUNSEL:
José M. Pienknagura, Esq.
Hunt Construction Group, Inc.
6720 N. Scottsdale Road
Suite 300
Scottsdale, Arizona 85008
Telephone: (480) 368-4740
Facsimile: (480) 368-4745
*Counsel for Hunt Construction Group, Inc.*

# EXHIBIT A

Case 1:06-cv-01850-JR    Document 49-2    Filed 04/29/2008    Page 1 of 15

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| *Exhibits Poole and Kent Will Likely Use at Trial:* | | | |
| 8/14/2003 | Memo from Schnabel dated 8/14/03 | HU | 5141 |
| 12/3/2003 | Construction Schedule Run 12/3/03 | | |
| 2/3/2004 | NWC letter to Hunt | NWC | 99 |
| 2/6/2004 | 42132(Hunt) – 2-6-04 ltr from T. Page to Nat'l Wrecking | HU | 42132 |
| 2/6/2004 | 42133(Hunt) – 2-6-04 ltr from T. Page to Nat'l Wrecking re: delay resulting from repairs to NWC equipment. | HU | 42133 |
| 2/19/2004 | Letter from Hunt to NWC dated 2/19/04 re: backlagging | HU | 6464 |
| 2/19/2004 | Letter from Hunt to NWC dated 2/19/04 re: schedule | HU | 6472 |
| 2/19/2004 | 2-19-04 ltr from T. Page to Nat'l Wrecking re: backlagging; NWC's performance | HU | 42141-42142 |
| 2/19/2004 | NWC 2/19/04 letter to Hunt | 1000K | 5522-5532 |
| 2/20/2004 | NWC letter to Hunt (& attached chart) | NWC | 2849-58 |
| 2/23/2004 | Letter from Hunt to Kite dated 2/23/2004 | HU | 22624-22641 |
| 5/21/2004 | Construction Schedule Run May 21, 2004 | | |
| 6/3/2004 | Letter from Hunt to Kite dated June 3, 2004 | HU | 7468-7469 |
| 6/9/2004 | Letter from Hunt to Kite dated June 9, 2004 | HU | 7460-7461 |
| 6/16/2004 | Subcontract between Poole and Kent and Hunt for construction services related to the installation of the heating, ventilating, air conditioning, and plumbing systems for the Project. | | |
| 6/17/2004 | Hunt 6/17/04 letter to Kite | 1000K | 8307 |
| 6/22/2004 | Letter from Kite to Hunt dated June 22, 2004 | HU | 22738 |
| 6/30/2004 | 3542-3543(1000K) Hunt 6/30/04 letter to Kite | 1000K | 3542-3543 |
| 7/20/2004 | 3176(1000K) 7/20/04 Change Order No. 9 deducting $70,000 for fix | 1000K | 3176 |
| 7/26/2004 | Letter from Kite to Hunt dated July 26, 2004 | HU | 7661-7682 |
| 7/30/2004 | Letter from T. Page to A. Shepherd | 1000K | 8064; 8073- |
| 8/3/2004 | Transmittal of T. MacPhee's schedule analysis of 8/3/04 to Hunt. | HU | 15823-15828 |
| 8/4/2004 | Email from Adam Snavely to Page dated 8/4/2004 | HU | 18022-18029 |
| 8/11/2004 | Letter from Hunt to Kite dated August 11, 2004 | HU | 7727 |
| 8/26/2004 | Letter from Hunt to Kite | 1000K | 2953 |
| 8/26/2004 | Union Pipefitters Wage Rates for Washington, DC | | |
| 9/3/2004 | 9/3/04 Guattery Letter to Wage Compliance Manager | HU | 48492 |
| 10/7/2004 | 10/07/04 Regional Air letter to P&K | HU | 48478 |
| 10/12/2004 | Rapid Response letter to Hunt | B&D | 000864-68 |
| 10/15/2004 | Letter from Hunt to NWC dated 10/15/04 | HU | 6379 |
| 10/19/2004 | Letter from P&K to Hunt dated 10/19/04 re: layout and sleeving difficulties. | HU | 14972-75 |
| 10/19/2004 | Letter from P&K to Hunt dated 10/19/04 re: September payment application | HU | 14976-77 |
| 10/19/2004 | P&K 10/19/04 letter to Hunt re: impact caused by lack of coordination and acceleration | | |
| 10/26/2004 | P&K – MacPhee Structural, Plumbing and HVAC Progress inspection as of 10/26/04 | | |
| 11/15/2004 | Rough-in Schedule from Hunt | | |
| 11/22/2004 | E-mail from MacPhee to Maltby re: 11-04 schedule | | |
| 12/1/2004 | Table showing P&K PCO's relating to SPCO 1013 | HU | 48956 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 12/8/2004 | Letter from P&K to Hunt dated 12/8/04 re: schedule issues | HU | 14890-14892 |
| 12/9/2004 | Letter from Regional Air to P&K dated 12/9/04 | HU | 41024-41025 |
| 12/13/2004 | Fax to Hunt from P&K dated 12/13/04 | HU | 14862-14865 |
| 1/12/2005 | E-mail from Maltby to MacPhee | | |
| 1/13/2005 | Kite 1/13/05 letter to Hunt | 1000K | 2954-2956 |
| 1/19/2005 | 8639-8644(1000K) Hunt letter 1/19/05 to Kite | 1000K | 8639-8644 |
| 1/31/2005 | 2935(1000K) Hunt 1/31/05 letter to Kite | 1000K | 2935-2937 |
| 2/2/2005 | P&K 2/2/05 Review of Schedule & Job Site Progress from T. MacPhee | | |
| 2/9/2005 | 2940-2944(1000K) Kite 2/9/05 letter to Hunt | 1000K | 2940-2944 |
| 2/21/2005 | Letter from Hunt to PCI dated 2/21/05 | HU | 14030 |
| 2/22/2005 | Letter from PCI to Hunt | PCI | 995 |
| 2/28/2005 | 1090-1092(HROG) PK letter to Hunt 2/28/05 | HROG | 1090-1092 |
| 2/28/2005 | P&K 2/28/05 to Hunt | | |
| 3/11/2005 | Letter from P&K to Hunt dated 3/11/05 | HU | 15722-15728 |
| 4/29/2005 | 222(1000K) VIKA 4/29/05 letter to DCWASA | 1000K | 222 |
| 5/18/2005 | 229(1000K) E-mail chain between Delcher and A. Sheppard 5/18/05 | 1000K | 229 |
| 5/18/2005 | P&K 5/18/05 Job Site Review and Report from T. MacPhee | | |
| 5/20/2005 | Regional letter 5/20/05 | PK | 950 |
| 5/20/2005 | Letter from Hunt to Kite dated May 20, 2005 | HU | 7805-7806 |
| 5/25/2005 | May 25, 2005 letter from Maltby to T. Page re: May 10 Construction Schedule. | HU | 49176-49178 |
| 5/25/2005 | May 25, 2005 letter from Maltby to T. Page re: Delays and Interferences. | HU | 49179-49180 |
| 5/25/2005 | May 25, 2005 letter from Maltby to T. Page re: Acceleration for Building Cooling. | HU | 49181-49182 |
| 5/31/2005 | 5/31/05 P&K letter to Hunt | HU | 48498 |
| 6/8/2005 | P&K 6/8/05 Job site Review and Report from T. MacPhee | | |
| 7/6/2005 | 3619-3626(1000K) Hunt letter to Kite 7/6/05 | 1000K | 3619-3626 |
| 7/6/2005 | P&K 7/6/05 Job Site Review and Report | | |
| 7/6/2005 | P&K 7/6/05 Review of Schedule & Job Site Progress | | |
| 7/6/2005 | Embassy Suites Status as of July 6, 2005 | | |
| 7/8/2005 | Construction Schedule Run 7/08/05 | | |
| 7/19/2005 | July 19, 2005 letter (update of a letter dated June 8, 2005) from Jerry Shields, RAS to Maltby. | HU | 46066-46074 |
| 7/19/2005 | SPCO 1124 | | |
| 7/23/2005 | T. MacPhee Review Notes Associated with 7-23-05 Schedule | | |
| 8/9/2005 | P&K 8/9/05 Job Site Review and Report | | |
| 8/9/2005 | Embassy Suites Hotel -- Washington D.C. -- Status as of August 9, 2005 and as of July 6, 2005 | | |
| 9/14/2005 | PK letter to Hunt 9/14/05 Poole and Kent Cost Reports Poole and Kent Labor Reports MacPhee Salary Sheet Montgomery Mechanical Cost Reports | PK | 973 |
| 4/10/2006 | PK e-mail 4/10/06 | HROG | 965 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 4/14/2006 | Advanced Specialty Contractors Submission for Reimbursement of Costs | | |
| 6/7/2006 | PK e-mail 6/7/06 | HROG | 945 |
| 10/24/2006 | P&K letter to Hunt 10/24/06 responding to Hunt letter of 9/22/06 | | |
| 2/10/2008 | Construction Schedule Run February 10, 2008 | | |
| No date | P&K/Hunt e-mails discussing balancing. | PK | 328-329 |
| No date | Hunt backcharges to National Wrecking | 1000K | 5548-5549 |
| No date | P&K extra work tickets signed by Hunt for dewatering repair work to pumps and piping on t&m basis | 1000K | 8123-8132 |
| No date | Regional letter regarding Hunt's clean-up backcharge | PK | 947-948 |
| No date | Letter from Hunt to NWC's surety (United States Surety Company) re: notice of default termination of NWC. | HU | 6391 |
| No date | Letter from CHW Solutions to Peter Guattery | HU | 7794-7795 |
| | Letter from Kite to Hunt re: Hotel Opening Schedule | HU | 27852 |
| | Letter from P&K to Hunt conveying letter from Regional Air re: installation of fiberglass ductwork | HU | 26188-26189 |
| | Poole and Kent PCO 36R -- Regional Air overtime work in guest suites - delays from others | | |
| | Poole and Kent PCO 40 -- Premium cost to install sleeve and insert work | | |
| | Poole and Kent PCO 48 -- Premium cost to install sleeve and insert work | | |
| | Poole and Kent PCO 54 -Relocate VAV #3 in corridor B142 | | |
| | Poole and Kent PCO 55 -- Duct-ceiling conflict on P1 level | | |
| | Poole and Kent PCO 56 -- Sleeves and insert work, watch concrete pour | | |
| | Poole and Kent PCO 57 -- Watch concrete pour 10/4/04 to 10/28/04 | | |
| | Poole and Kent PCO 58 -- Watch concrete pour 10/18/04 to 10/28/04 | | |
| | Poole and Kent PCO 59 -- Watch concrete pour 10/18/04 to 10/28/04 | | |
| | Poole and Kent PCO 60 -- General labor cleanup and OT | | |
| | Poole and Kent PCO 61 -- X-ray slab penetration and OT | | |
| | Poole and Kent PCO 62 -- Removal and re-installation of 10" storm line | | |
| | Poole and Kent PCO 63 -- Watch concrete pour 11/1//04 to 11/4/04 | | |
| | Poole and Kent PCO 64 -- Exercise room changes (Hunt PCO#071) | | |
| | Poole and Kent PCO 65 -- Watch concrete pour 11/15//04 to 11/22/04 | | |
| | Poole and Kent PCO 66 -- Premium cost only to layout 8th floor | | |
| | Poole and Kent PCO 70 -- Laborers for Hunt Construction use- time only, no markups | | |
| | Poole and Kent PCO 71 -- Regional Air additional costs for Toilet Exhaust | | |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| | Poole and Kent PCO 72 -- Davis-Bacon Act enforcement | | |
| | Poole and Kent PCO 73 -- Storm wter piping/roof drain connections | | |
| | Poole and Kent PCO 74 -- Install storm piping & correct roof drains (OT requested by Hunt 1/8/05) | | |
| | Poole and Kent PCO 75 -- General labor cleanup from fire 1/9/05 | | |
| | Poole and Kent PCO 76 -- Layout of deck 10th floor. Premium time only | | |
| | Poole and Kent PCO 77 -- Premium cost only to layout 12th floor | | |
| | Poole and Kent PCO 78 -- Premium cost only to layout 14th floor | | |
| | Poole and Kent PCO 79 -- Layout of deck 15th floor. Premium time only | | |
| | Poole and Kent PCO 80 -- Layout of deck, sleeves & insert roof slab | | |
| | Poole and Kent PCO 81 -- Revise duct layout in the King Suites, 3rd revision | | |
| | Poole and Kent PCO 83 -- Penthouse acceleration impact cost | | |
| | Poole and Kent PCO 84 -- Layout of deck, sleeves & insert 15th floor | | |
| | Poole and Kent PCO 85 -- Layout of deck, sleeves & insert 11th floor | | |
| | Poole and Kent PCO 86 -- Layout of deck, sleeves & insert 10th floor | | |
| | Poole and Kent PCO 87 -- Layout of deck, sleeves & insert 9th floor | | |
| | Poole and Kent PCO 90 -- X-ray slab pene for kitchen changes and recoordination | | |
| | Poole and Kent PCO 91 -- Reroute 6" sanitary at ground floor to allow clearance at mezz | | |
| | Poole and Kent PCO 93: Relocate kitchen floor sink piping | | |
| | Poole and Kent PCO 94 -- Layout of deck, sleeves & insert various floors | | |
| | Poole and Kent PCO 96 -- Tie in north sanitary main to south and connect to manhole | | |
| | Poole and Kent PCO 97 -- Pool pricing | | |
| | Poole and Kent PCO 98 -- Relocation of Supply Grille in Room B141 | | |
| | Poole and Kent PCO 99-- B116 elevator machine room | | |
| | Poole and Kent PCO 100 -- Re-coordination exhaust air riser #15 | | |
| | Pay Application No. 1 from Poole and Kent to Hunt | | |
| | Pay Application No. 2 from Poole and Kent to Hunt | | |
| | Pay Application No. 3 from Poole and Kent to Hunt | | |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| | Pay Application No. 4 from Poole and Kent to Hunt | | |
| | Pay Application No. 5 from Poole and Kent to Hunt | | |
| | Pay Application No. 6 from Poole and Kent to Hunt | | |
| | Pay Application No. 7 from Poole and Kent to Hunt | | |
| | Pay Application No. 8 from Poole and Kent to Hunt | | |
| | Pay Application No. 9 from Poole and Kent to Hunt | | |
| | Pay Application No. 10 from Poole and Kent to Hunt | | |
| | Pay Application No. 11 from Poole and Kent to Hunt | | |
| | Pay Application No. 12 from Poole and Kent to Hunt | | |
| | Pay Application No. 13 from Poole and Kent to Hunt | | |
| | Pay Application No. 14 from Poole and Kent to Hunt | | |
| | Pay Application No. 15 from Poole and Kent to Hunt | | |
| | Pay Application No. 16 from Poole and Kent to Hunt | | |
| | Pay Application No. 17 from Poole and Kent to Hunt | | |
| | Pay Application No. 18 from Poole and Kent to Hunt | | |
| | Pay Application No. 19 from Poole and Kent to Hunt | | |
| | Pay Application No. 20 from Poole and Kent to Hunt | | |
| | Pay Application No. 21 from Poole and Kent to Hunt | | |
| | Checks made in payment of Amounts Due Poole and Kent from Hunt | | |
| | Embassy Suites -- Extended Overhead Damages Calculations Poole and Kent 2004-2005 Home Office Overhead Labor Escalation Costs Spreadsheet Regional Air Systems -- Embassy Suites -- Cost Reports Montgomery Mechanical Extended Costs Spreadsheet | | |
| | Embassy Suites - Labor Productivity Damages Calculations Layout, Sleeve & Insert Labor Actual Hours Graph Insert & Sleeve Impact Analysis Spreadsheet Sleeve and Insert As-built Schedule Detailed Labor Report -- Embassy Suites -- Poole and Kent Summary of Detailed Labor Report -- Embassy Suites -- Poole and Kent Detailed Labor Report -- Supervision -- Embassy Suites -- Poole and Kent Asbuilt for Schedule of Activities Derived from Detailed Labor Report Detailed Labor Report -- Embassy Suites -- Poole and Kent -- Domestic, Sanitary Water & Tub Installation Mechanical Contractors Association of America Factors Affecting Labor Productivity Summary of Detailed Labor Report -- Embassy Suites -- Poole and Kent Bid Documents Relating to Drafting and Submission of Bid by Poole and Kent to Hunt | | |
| | Mechanical As-built for Schedule from Weekly Labor Reports | | |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| *Exhibits Poole and Kent May Use at Trial:* | | | |
| 10/11/2003 | Contract between Hunt and Owner for construction of the Project | | |
| 9/29/2004 | 15404(1000K) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 9/29/04 | 1000K | 15404 |
| 11/17/2004 | 13020(1000K) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 11/17/04 | 1000K | 13020 |
| 1/31/2005 | TA Beach Lien release for Pay App No. 14 dated 1/31/05 HU00031998 | HU | 31998 |
| 3/30/2005 | TA Beach Lien release for Pay App No. 15 dated 3/30/05 HU00032598 | HU | 32598 |
| 5/5/2005 | Letter from Hunt to Poole and Kent | | |
| 5/26/2005 | Letter from Kite to Hunt dated 5/26/05 | HU | 17073 |
| 7/8/2005 | 16431(1000K) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 7/8/05 | 1000K | 16431 |
| 7/15/2005 | Letter from Hunt to Poole and Kent re: Second through Fifth Floors | | |
| 8/8/2005 | 25824(Hunt) -- P&K Form SF 330 "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" executed 8-8-05 | HU | 25824 |
| 11/9/2005 | 249(PK) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 11/9/05 | PK | 249 |
| 11/23/2005 | 253(PK) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 11/23/05 | PK | 253 |
| 5/20/2006 | 239(PK) P&K "Affidavit and Partial Waiver of Claims and Liens and Release of Rights" 5/20/06 | PK | 239 |
| 1/27/2003 | Relevant Specifications for the Project | | |
| 10/7/2003 | 3594(1000K) Page 10/7/03 e-mail | 1000K | 3594 |
| 10/12/2003 | 2964(1000K) 10/12/03 Page e-mail | 1000K | 2964 |
| 12/17/2003 | CO No. 1 sent to NWC on 12/17/03 for contaminated soil in amount of $51,167 | HU | 6516-18 |
| 12/31/2003 | TA Beach Lien release for Pay App No. 1 dated 12/31/03 | HU | 31787 |
| 1/8/2004 | Clark letter to NWC regarding extended general conditions | NWC | 2952-53 |
| 1/8/2004 | Clark letter to NWC regarding project delays | | |
| 2/1/2004 | Letter from T. Page to A. Shepherd | 1000K | 4511 |
| 2/4/2004 | NWC letter to Hunt re: overtime | NWC | 2306 |
| 2/5/2004 | NWC letter to Hunt re: dewatering system | NWC | 2847 |
| 2/13/2004 | Letter from Clark Foundations to National Wrecking dated 2/13/2004 | HU | 12688 |
| 2/19/2004 | Hunt letter to NWC | NWC | 2799 |
| 2/19/2004 | Letter from Hunt to NWC dated 2/19/04 | HU | 6467 |
| 2/19/2004 | NWC letter to Clark | NWC | 1968-70 |
| 2/20/2004 | 2-20-04 ltr from T. Page to Nat'l Wrecking | HU | 42147-42148 |
| 2/20/2004 | Letter from Hunt to NWC dated 2/20/04 | HU | 6161-63 |
| 2/25/2004 | Letter from Hunt to NWC dated 2/25/04 | HU | 6453 |
| 3/17/2004 | NWC letter (and attached spreadsheet) to Hunt | NWC | 2803-17 |
| 3/23/2004 | TA Beach Daily Report, 3-23-04. | | |
| 3/23/2004 | Hunt 3/23/04 letter to National Wrecking | 1000K | 5541-5543 |
| 4/12/2004 | TA Beach Daily Report, 4-12-04. | | |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 4/14/2004 | TA Beach Subcontractor Daily Report Form (Hunt Form), 4-14-04. | TA | 2627 |
| 4/27/2004 | TA Beach Daily Report, 4-27-04. | TA | 886 |
| 5/13/2004 | Letter from Hunt to NWC dated 5/13/04 | HU | 6440-45 |
| 5/19/2004 | 4452-4463(1000K) Hunt 5/19/04 letter to Kite | 1000K | 4452-4463 |
| 5/19/2004 | Letter from PCI to Hunt dated May 19, 2004 | HU | 9062-9073 |
| 5/28/2004 | TA Beach Daily Report, 5-28-04. | TA | 917 |
| 6/2/2004 | TA Beach notes of 6-2-04 Concrete Conference for Project. | TA | 575 |
| 6/15/2004 | 42178 (Hunt) Nat'l Wrecking 6-15-04 ltr to T. Page | HU | 42178 |
| 6/25/2004 | TA Beach Daily Report, 6-25-04. | TA | 945 |
| 6/30/2004 | TA Beach Lien release for Pay App No. 6 as of 6/30/04 HU00045652 | HU | 45652 |
| 7/1/2004 | 2950-2951(1000K) Hunt Inter-office Memo 7/1/04 | 1000K | 2950-2951 |
| 7/13/2004 | Letter to NWC from Hunt dated 7/13/04 re: default notice. | HU | 6382 |
| 7/13/2004 | Letter to NWC from Hunt dated 7/13/04 re: owner's letter that the project is six weeks behind schedule due to NWC. | HU | 6383 |
| 7/13/2004 | 46215(Hunt) – 7-13-04 ltr from Christy Heath to Hunt | HU | 46215 |
| 7/14/2004 | 287(PK) P&K internal e-mail 7/14/04 | PK | 287 |
| 7/15/2004 | Letter to RR from Hunt dated 7/15/04 | HU | 14592 |
| 7/15/2004 | PCI Lien Release for Pay App No. 9 & 10 as of 7/15/04 (concrete) HU00045654 | HU | 45654 |
| 7/22/2004 | TA Beach Daily Report, 7-22-04. | TA | 972 |
| 7/29/2004 | TA Beach Daily Report, 7-29-04. | TA | 979 |
| 7/30/2004 | Kite letter to Hunt 7/30/04 | 1000K | 7322 |
| 7/30/2004 | Lien Release for Pay App No. 11 (concrete) as of 7/30/04 | HU | 45655 |
| 7/31/2004 | TA Beach Lien Release for Pay App No. 7 dated 7/31/05. HU00044255 | HU | 44255 |
| 8/2/2004 | TA Beach Subcontractor Daily Report Form (Hunt Form), Aug. 2, 2004 | TA | 2545 |
| 8/12/2004 | TA Beach Daily Report, 8-12-04. | TA | 993 |
| 8/27/2004 | Letter from Hunt to PCI dated 8/27/04 | | |
| 8/31/2004 | Lien Release for Pay App No. 14 (Concrete) as of 8/31/04. HU00044258 | HU | 44258 |
| 8/31/2004 | TA Beach Lien release for Pay App No. 8 dated 8/31/04 HU00044684 | HU | 44684 |
| 9/4/2004 | Letter from RR to Hunt dated September 4, 2004 | HU | 9031-9032 |
| 9/16/2004 | Email from P&K to Hunt dated 9/16/04 | HU | 41038-40 |
| 9/20/2004 | Letter from Hunt to PCI | HU | 13864 |
| 9/20/2004 | 2938-2939(1000K) Kite 9/20/04 letter to Hunt | 1000K | 2938-2939 |
| 9/21/2004 | Letter from RR to Hunt | | |
| 9/23/2004 | Rapid Response letter to Hunt | B&D | 001066-68 |
| 9/24/2004 | TA Beach Daily Report, 9-24-04. | TA | 1028 |
| 9/30/2004 | TA Beach Lien release for Pay App No. 10 as of 9/30/04 HU00045128 | HU | 45128 |
| 10/1/2004 | Rapid Response letter to Hunt | B&D | 000952-53 |
| 10/2/2004 | Rapid Response letter to Hunt | B&D | 000943-45 |
| 10/5/2004 | TA Beach Notes of Sub Coordination Mtg held 10-05-04, in marginalia of minutes for 9-28-04 meeting. | TA | 0460-0463 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 10/6/2004 | Oct. 6, 2004 memo from Tom Page to Subs | HU | 1444 |
| 10/15/2004 | Lien release for Pay App No. 17 (Concrete) as of 10/15/04 HU00045124 | HU | 45124 |
| 10/18/2004 | 48482 (Hunt) 10/18/04 Hunt email to P&K | HU | 48482 |
| 10/20/2004 | Oct. 20, 2004 memo from Tom Page to Subs | HU | 1443 |
| 10/26/2004 | TA Beach Daily Report, 10-26-04. | TA | 1060 |
| 11/2/2004 | Nov. 2, 2004 memo from Tom Page to Subs | HU | 1442 |
| 11/4/2004 | TA Beach Subcontractor Daily Report Form (Hunt Form), 11-4-04. | TA | 2468 |
| 11/12/2004 | TA Beach Daily Report, 11-12-04. | TA | 1077 |
| 11/16/2004 | TA Beach Subcontractor Daily Report Form (Hunt Form), 11-16-04. | TA | 2458 |
| 11/17/2004 | P&K internal e-mail from M. Maltby to T. MacPhee 11/17/04 | | |
| 12/1/2004 | Letter from PCI to Hunt dated 12/1/04 | HU | 29310 |
| 12/6/2004 | Dec. 6, 2004 memo from Tom Page to Subs | HU | 1441 |
| 12/10/2004 | TA Beach Daily Report, 12-10-04. | TA | 1105 |
| 12/23/2004 | TA Beach Daily Report, 12-23-04. | TA | 1114 |
| 1/3/2005 | P&K internal e-mail 1/3/05 | PK | 313 |
| 1/6/2005 | TA Beach Daily Report, 1-6-05. | TA | 1130 |
| 1/10/2005 | 3264(1000K) Cagley letter to Architect 1/10/05 | 1000K | 3264 |
| 1/11/2005 | TA Beach Daily Report, 1-11-05. | TA | 1135 |
| 1/14/2005 | Poole and Kent e-mail 1/14/05 re: concrete leveling | PK | 1142 |
| 1/24/2005 | 1439(Hunt) – Jan. 24, 2005 memo from Tom Page to Subs | HU | 1439 |
| 1/25/2005 | TA Beach Notes of Sub Coordination Mtg held 1-25-05, in marginalia of minutes for 1-18-05 meeting. | TA | 0226-0232 |
| 1/26/2005 | 18887(1000K) Kite letter to Hunt 1/26/05 | 1000K | 18887 |
| 1/26/2005 | 1-26-05 memo from Allglass to Hunt | HU | 11562-11563 |
| 1/28/2005 | Jan. 28, 2005 memo from Tom Page to Subs | HU | 1438 |
| 1/31/2005 | Hunt letter 1/31/05 to Kite | 1000K | 8722-8724 |
| 2/1/2005 | Hunt Payroll February 2005 | HU | 32019-32045/32173-32197/32287-32333 |
| 2/1/2005 | Contract Compliance Form February 2005 | HU | 32464-32467 |
| 2/7/2005 | 1437(Hunt) – Feb. 7, 2005 memo from Tom Page to Subs | HU | 1437 |
| 2/9/2005 | Letter from Monarch to Hunt dated 2/9/05 | HU | 28974-28977 |
| 2/14/2005 | 1435(Hunt) – Feb. 14, 2005 memo from Tom Page to Subs | HU | 1435 |
| 2/16/2005 | 11231(1000K) 2/16/05 Change Order No. 24 add $66,485.00 for restaurant revisions per drawings of 7/7/04 | 1000K | 11231 |
| 2/16/2005 | 2-16-05 memo to Hunt from Allglass | HU | 11494-11495 |
| 2/21/2005 | Feb. 21, 2005 memo from Tom Page to Subs | HU | 1434 |
| | Letter from BMI to Hunt dated re: washdown operations. | BMI | 205 |
| 2/24/2005 | Letter from TA Beach to Hunt dated 2/24/05 | TA | 1427 |
| 2/25/2005 | Letter from Hunt to PCI dated 2/25/05 | HU | 14025 |
| 2/28/2005 | February 28, 2005 memo from Tom Page to Subs | HU | 1433 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 3/1/2005 | Hunt Payroll April 2005 | HU | 32623-32682/32857-32891/32978-33051 |
| 3/2/2005 | Mar. 2, 2005 letter from AIW to T. Page | HU | 1672 |
| 3/7/2005 | March 7, 2005 memo from Tom Page to Subs | HU | 1431 |
| 3/11/2005 | March 11, 2005 memo from Tom Page to Subs | HU | 1430 |
| 3/11/2005 | Letter from P&K to Hunt dated 3/11/05 | HU | 48594-48602 |
| 3/12/2005 | Composite Clean-Up Crew Sign-in Sheet for 3/12/05. | HU | 1511 |
| 3/17/2005 | Mar. 17, 2005 letter from T. Page to AIW | HU | 1673 |
| 3/18/2005 | March 18, 2005 memo from Tom Page to Subs | HU | 1429 |
| 3/18/2005 | Memo from TA Beach to Langhoff, Durden | TA | 1430 |
| 3/18/2005 | Letter from All Glass to Hunt dated 3/18/05 | HU | 41156 |
| 3/23/2005 | Mar. 23, 2005 letter from TA Beach to Cobbs, Langhoff | TA | 1420 |
| 3/24/2005 | Memo from TA Beach to Langhoff | TA | 1574 |
| 3/25/2005 | March 25, 2005 memo from Tom Page to Subs | HU | 1428 |
| 3/31/2005 | Lien Release dated 3/31/2005 – Pay App No. 8 (Drywall) | HU | 32594 |
| 3/31/2005 | Lien Release dated 3/31/2005 -- Pay App No. 23 (CONCRETE) | HU | 32595 |
| 4/1/2005 | Contract Compliance Form April 2005 | HU | 33209-33212 |
| 4/11/2005 | April 11, 2005 memo from Tom Page to Subs | HU | 1577 |
| 4/12/2005 | Letter from Hunt to Union Waterproofing dated 4/12/05 | HU | 30423 |
| 4/14/2005 | Hunt directs PCI on 4/14/05 to work weekend to finish drywall and ceiling framing from the 2nd floor and up. | HU | 14272 |
| 4/19/2005 | Composite Clean-Up Crew Sign-in Sheet for 4/19/05. | HU | 1513 |
| 4/19/2005 | Composite Clean-Up Crew Sign-in Sheet for 4/19/05. | HU | 1515 |
| 4/22/2005 | Hunt letter 4/22/05 to PK | HROG | 179 |
| 4/22/2005 | Home Depot receipt for various materials, 4/22/05. | HU | 1662 |
| 4/22/2005 | Hunt letter to Kite 4/22/05 | 1000K | 8748-8749 |
| 4/25/2005 | 4-25-05 letter from Allglass to Hunt | HU | 11446-11447 |
| 4/26/2005 | Composite Clean-Up Crew Sign-in Sheet for 4/26/05. | HU | 1514 |
| 4/27/2005 | Hunt letter 4/27/05 to PK | HROG | 188 |
| 4/27/2005 | Hunt directs PCI on 4/27/05 to work all possible overtime | HU | 14247 |
| 4/27/2005 | Email from Page to Warren-Ehret dated 4/27/05 | HU | 30388 |
| 4/27/2005 | 4-27-05 letter from T. Page to Nat'l Fire Protection | HU | 42111 |
| 5/2/2005 | Memo from All Glass to Hunt dated 5/2/05 | HU | 41087 |
| 5/5/2005 | TA Beach Daily Report, 5-5-05. | TA | 1222 |
| 5/5/2005 | NFP letter to Hunt dated 5/5/05 | HU | 26496 |
| 5/5/2005 | 5-5-05 letter from T. Page to Nat'l Fire Protection | HU | 42113 |
| 5/7/2005 | TA Beach Daily Report, 5-7-05. | TA | 1224 |
| 5/10/2005 | Composite Clean-Up Crew Sign-in Sheet for 5/10/05. | HU | 1512 |
| 5/10/2005 | Letter from P&K to Hunt dated 5/10/05 | HU | 26036 |
| 5/11/2005 | Kite letter 5/11/05 to Hunt | 1000K | 2933-2934 |
| 5/12/2005 | TA Beach Subcontractor Daily Report Form (Hunt Form), 5-12-05. | TA | 2323 |
| 5/12/2005 | Letter from P&K to Hunt dated 5/12/05 | HU | 26038 |
| 5/13/2005 | Project Schedule critique 5/13/05 | 1000K | 3540 |
| 5/14/2005 | 5-14-05 letter from T. Page to Nat'l Fire Protection | HU | 42115 |
| 5/16/2005 | Letter from NFP to Hunt dated 5/16/05 | HU | 28982 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 5/16/2005 | May 16, 2005 memo from Tom Page to Subs | HU | 42239-42240 |
| 5/19/2005 | Letter from P&K to Hunt dated 5/19/05 which includes letter from Regional Air re: fiberboard register sleeves | HU | 26031 |
| 5/19/2005 | 5-19-05 ltr from T. Page to Monarch | HU | 42346 |
| 5/19/2005 | Letter from P&K to Hunt dated 5/19/05 re: delay to Regional Air's work | | |
| 5/20/2005 | May 20, 2005 memo from D. Langhoff to Federal | HU | 1288 |
| 5/20/2005 | Letter from Kite to Hunt | HU | 8326 |
| 5/20/2005 | 1Schnabel letter to Kite 5/20/05 | 1000K | 11205-11207 |
| 5/23/2005 | Letter from P&K to Hunt dated 5/23/05 | HU | 26027 |
| 5/25/2005 | Poole and Kent e-mail to Hunt 5/25/05 | HROG | 1097 |
| 5/26/2005 | May 26, 2005 letter from T. Page to Federal | HU | 1303 |
| 5/26/2005 | 5-26-05 ltr from T. Page to Monarch | HU | 42350 |
| 5/28/2005 | Hunt letter 5/28/05 to PK | HROG | 198 |
| 5/28/2005 | Directive 5/28/05 to work weekend of 5/28/05 on completing guest suites, ground floor, and other work as per Hunt. | HU | 16117 |
| 5/31/2005 | Allglass CO Req No. ASI-0007A, dated 5-31-05 | HU | 10645 |
| 5/31/2005 | Letter from PCI to Hunt dated 5/31/05 | HU | 14195 |
| 5/31/2005 | Letter from PCI to Hunt | HU | 42560-42561 |
| 5/31/2005 | 5-31-05 ltr from Maltby to Ross | HU | 47081-47088 |
| 6/1/2005 | Memo to file from L. Weisman dated 6/1/05 | | |
| 6/3/2005 | June 3, 2005 e-mail from T. Page to A. Jones, PCI | HU | 1487-1494 |
| 6/7/2005 | TA Beach Daily Report, 6-7-05. | TA | 1244 |
| 6/7/2005 | June 7, 2005 memo to Subs from T. Page | HU | 1557 |
| 6/8/2005 | June 8, 2005 Memo from K. Brosnan, PCI to T. Page | HU | 1561 |
| 6/8/2005 | Regional Air letter to P&K dated 6/8/05 (updated 6/29/05) | HU | 26265-26272 |
| 6/14/2005 | Regional letter 6/14/05 | PK | 918 |
| 6/14/2005 | June 14, 2005 letter from T. Page to Federal | HU | 1302 |
| 6/16/2005 | Poole and Kent letter to Hunt 6/16/05 | HROG | 77 |
| 6/20/2005 | June 20, 2005 memo from T. Page to Federal | HU | 1289 |
| 6/21/2005 | Letter from Regional Air to Hunt dated 6/21/05 | HU | 26264 |
| 6/22/2005 | June 22, 2005 memo from T. Page to Federal | HU | 1290 |
| 6/23/2005 | Email from Maltby to Hunt dated June 23, 2005 | HU | 18067 |
| 6/28/2005 | June 28, 2005 letter from T. Page to Federal | HU | 1291 |
| 6/28/2005 | Hunt letter to Kite 6/28/05 | 1000K | 2925-2926 |
| 6/30/2005 | 6/30/05 Change Order No. 31 Model Room changes add $125,554.30 no time extension (need to see if subs identified extra time) | 1000K | 11172 |
| 7/6/2005 | N. Stock 7/6/05 e-mail to M. Blackburn – "someone turned on the water today not realizing some of the lines were not capped and rooms were flooded." | 1000K | 1155 |
| 7/7/2005 | Letter from Kite to Hunt dated July 7, 2005 | HU | 22545-22546 |
| 7/8/2005 | July 8, 2005 letter from Rich Cobbs to Federal | HU | 1254 |
| 7/11/2005 | July 11, 2005 letter from R. Cobbs to Federal | HU | 1292 |
| 7/14/2005 | TA Beach Subcontractor Daily Report Form (Hunt Form), July 14, 2005 | TA | 2276 |
| 7/18/2005 | July 18, 2005 letter from R. Cobbs to Federal | HU | 1293 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 7/19/2005 | TA Beach Notes of Sub Coordination Mtg held 7-19-05, on minutes on 7-12-05 meeting | TA | 0032-0044 |
| 7/20/2005 | 1954(Hunt) – Memo from TA Beach to Hunt, dated 7/20/05 | HU | 1954 |
| 7/26/2005 | P/RCO 051C submitted to owner on July 26, 2005 regarding missing sewer main- non-civil construction related items. | HU | 8246-8254 |
| 8/1/2005 | 8-1-05 fax from Adina to Hunt | HU | 46681 |
| 8/3/2005 | Siemens e-mail to P&K 8/3/05 | PK | 318 |
| 8/5/2005 | Hunt letter 8/5/05 to all subs | PK | 981-982 |
| 8/11/2005 | TA Beach Subcontractor Daily Report Form (Hunt Form), August 11, 2005. | TA | 2252 |
| 8/12/2005 | Aug. 12, 2005 letter from T. Page to Property Loss Consultants, Inc. | HU | 2083-2189 |
| 8/18/2005 | Letter from PCI to Hunt | PCI | 961 |
| 8/18/2005 | Letter from Warren-Ehret to Hunt dated 8/18/05 | HU | 30265 |
| 8/24/2005 | 3274-3313(1000K) 8/24/05 Change Order No. 25 add $138,819.00 for Presidential Suite changes | 1000K | 3274-3313 |
| 8/24/2005 | 3375, 3394-3406, 3408(1000K) 8/24/05 Change Order No. 21 add $71,837.00 for restaurant revisions | 1000K | 3375; 3394-3406 |
| 8/25/2005 | Letter to PCI from Vaughn | PCI | 1089 |
| 8/31/2005 | Letter to Federal Painting from Hunt | HU | 17344 |
| 9/6/2005 | Letter from P&K to Hunt dated 9/6/2005 | HU | 15966 |
| 9/8/2005 | Hunt (Decker) e-mail to PK (Snavely) 9/8/05 | PK | 326 |
| 9/14/2005 | Letter from Paddock to Hunt dated 9/14/05 | HU | 17068-70 |
| 9/14/2005 | Letter from Warren-Ehret to Hunt dated 9/14/05 | | |
| 9/26/2005 | Sept. 26, 2005 letter from Rapid Response to Warren-Ehret | HU | 1852 |
| 10/8/2005 | Memo from TA Beach to Cobbs, Vaughn | TA | 1582 |
| 10/24/2005 | Agreement between P&K and WDG dated 10/24/05. | | |
| 1/23/2006 | 2660-2693(Hunt) -- Unexecuted Change Order No. 6 to Federal Painting, with backup documentation in the form of Federal Painting Work Tickets. Dated Jan. 23, 2006. $27,523.00. | HU | 2660-2693 |
| 1/23/2006 | 2711-2722(Hunt) – Unexecuted Change Order No. 18 to Federal, dated 1-23-06, with backup documentation in the form of Federal Work Tickets. $4,340.00. | HU | 2711-2722 |
| 1/23/2006 | 2723-2725(Hunt) – Unexecuted Change Order No. 19 to Federal Painting, dated 1-23-06, with backup documentation. $173.00. | HU | 2723-2725 |
| 2/9/2006 | 1860-1887(Hunt) – Unexecuted Change Order No. 11 to TA Beach, dated 2/9/06, with backup documentation -- $29,608.00. | HU | 1860-1887 |
| 2/23/2006 | Unexecuted change order no. 45 to PCI for Mold Remediation, dated February 23, 2006. No backup documentation. | HU | 48957 |
| 3/1/2006 | 2567(Hunt) – Mar. 2006 e-mail chain among Jami Chew, Larry Weisman, Joseph Palumbo | HU | 2567 |
| 4/4/2006 | Letters to/from Hunt and BMI dated 4/20/06 | BMI | 00168-174 |
| 6/14/2006 | Hunt Co. No. 22 to PCI -- Cleanup backcharge settlement | PCI | 44 |
| 6/16/2006 | Email from BMI to Hunt | BMI | 140 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| 6/29/2006 | Email chain between Steffanie Peters from Hunt and BMI | BMI | 143 |
| 8/16/2006 | P&K letter 8/16/06 to Hunt | | |
| 9/15/2006 | Email from Weisman to BMI | BMI | 152 |
| 9/26/2006 | Executed Change Order No. 27 from Hunt to PCI. $6,134.00. Dated April 3, 2006, but not executed until September. | PCI | 002595-002597 |
| 9/26/2006 | Executed Change Order No. 29 from Hunt to PCI. $4,935.00. Dated April 3, 2006, but not executed until September. | PCI | 002602-002604 |
| 9/26/2006 | Executed Change Order No. 30 from Hunt to PCI. $1,806.00. Dated April 3, 2006, but not executed until September. | PCI | 002605-002607 |
| 9/26/2006 | Executed Change Order No. 38 from Hunt to PCI. $1,264.00. Dated April 3, 2006, but not executed until September. | PCI | 002630-002632 |
| 9/26/2006 | Executed Change Order No. 99 from Hunt to PCI. $3300.00. Dated June 12, 2006, but not executed until September. | PCI | 002929-002932 |
| 9/26/2006 | Executed Change Order No. 104 from Hunt to PCI. $720.00. Dated June 12, 2006, but not executed until September. | PCI | 002948-002951 |
| 9/26/2006 | Executed Change Order No. 132 from Hunt to PCI. $932.00. Dated June 12, 2006, but not executed until September. | PCI | 003162-003163 |
| 9/26/2006 | Executed Change Order No. 138 from Hunt to PCI. Dated June 12, 2006, but not executed until September. | PCI | 003226-003231 |
| 9/26/2006 | Executed Change Order No. 166 from Hunt to PCI. $5,938.00. Dated June 29, 2006, but not executed until September. | PCI | 003476-003485 |
| 9/26/2006 | Executed Change Order No. 169 from Hunt to PCI. $15,054.00. Dated June 29, 2006, but not executed until September. | PCI | 003493-003495 |
| | PCI Lien Release for Pay App No. 2 | HU | 45125 |
| n/a | NWC handwritten notes re: days lost to rain in October 2003 | NWC | 55 |
| n/a | NWC handwritten notes outlining weather days lost by Clark in Nov. and Dec. 03. | NWC | 56 |
| n/a | NWC October issue list – loss of progress and production October 03 – "10th Street Permit" | NWC | 65 |
| n/a | NWC handwritten notes "Completion – 2/12/03 – is slipping due to weather" – notes on weather delays | NWC | 206 |
| n/a | NWC handwritten notes regarding delays/issues experienced in October | NWC | 0062-63 |
| No date | P&K internal e-mail noting re: bldg. leaks of 11/17/05 | PK | 465 |
| No date | 8085(1000K) Schedule comparison between 10/1/03-8/1/04-8/31/04 | 1000K | 8085 |
| No date | 11098(Hunt) – Letter from Allglass to Hunt | HU | 11098 |
| No date | Owner's Meeting Minutes No. 51 | | |
| No date | PCI Lien Release for Pay App No. 1 (Drywall) | HU | 44265 |

| Poole and Kent Exhibits | | | |
|---|---|---|---|
| Date | Description | Prefix | Bates |
| No date | PCI Lien Release for Pay App No. 15 (Concrete) | HU | 44679 |
| No date | PCI Lien Release for Pay App No. 16 (Concrete) | HU | 44680 |
| No date | 48974(Hunt) – Unexecuted Change Order No. 42 to PCI for "Miscellaneous Repair and Patch." | HU | 48974 |
| No date | 48979(Hunt) – Unexecuted Change Order No. 64 to PCO for "Repair and Patch." | HU | 48979 |
| No date | 48980(Hunt) – Unexecuted Change Order No. 63 to PCO for "Repair and Patch." | HU | 48980 |
| No date | 48990(Hunt) – Unexecuted Change Order No. 59 to PCO for "Repair and Patch." | HU | 48990 |
| No date | July e-mail chain re: Allglass claims for add'l monies due to delay/poor sequencing. | HU | 10621-10622 |
| No date | P&K letter to Hunt | 1000K | 11073-11084 |
| No date | Unexecuted Change Order 38 to Federal, for the repair of water leaks. Work tickets attached as backup. | HU | 1479-1486 |
| No date | Handwritten notebook | HU | 17230-17278 |
| No date | Letter from Kite to Hunt re: window issue. | HU | 27809-27810 |
| No date | Contents of Hunt Folder entitled, "Clean-up Replies" | HU | 41697-41710 |
| No date | P/RCO 002 submitted to owner regarding Dewatering costs above the $70K allowance. | HU | 7968-8016 |
| No date | Hunt Laborers Clean-up Recovery Spreadsheet | PK | 803-805 |
| No date | Spreadsheet summarizing backcharges to PCI Concrete, Jan.-Apr. 2005, for Hunt labor | HU | 1559 |
| No date | Letter from Hunt to PCI & RR re: lack of concrete and impact theref. | HU | 41839 |
| Various dates | Certificates of Partial Substantial Completions signed by Kite | HU | 28671 - 28693 |
| | Subcontract between Montgomery Mechanical and Poole and Kent | | |
| | Subcontract between Regional Air and Montgomery Mechanical | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2008, a copy of the forgoing was served to electronically via the CM-ECF System and via first-class mail to:

Robert F. Carney
William P. Pearce
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

Of Counsel:
Michael A. Stover
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
Telephone: (410) 347-8700

*Counsel for The Poole and Kent Corporation*

                                                /s/ Laura A. Kamas
                                                Laura A. Kamas

DC #428453 v1