**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HUNT CONSTRUCTION GROUP, INC.,   :
        Plaintiff,   :
    v.   : Civil Action No. 06-1850 (JR)
THE POOLE AND KENT CORPORATION,   :
        Defendant.   :

**REFERRAL TO MEDIATION ORDER**

The parties are referred to The Honorable John M. Facciola for mediation and should contact Sara Podger for scheduling (202-354-3130). The 5/19/08 trial date remains firm. It is **SO ORDERED**.

                                          JAMES ROBERTSON
                              United States District Judge