REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE M

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO: 06cv1850 | DATE REFERRED: 5-6-08 <br><br> DISPOSITION DATE: | PURPOSE: Settlement | JUDGE: James Robertson | MAG. JUDGE John M. Facciola |

| PLAINTIFF(S): <br> HUNT CONSTRUCTION GROUP, INC. | DEFENDANT(S): <br> POOLE AND KENT CORPORATION |
|---|---|

ENTRIES: