**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HUNT CONSTRUCTION GROUP, INC.,   :
        Plaintiff,   :
    v.   : Civil Action No. 06-1850 (JR)
THE POOLE AND KENT CORPORATION,   :
        Defendant.   :

**ORDER**

This Court was advised on 5/13/08 that this case had settled, but the parties have not recorded their settlement. It is accordingly **ordered** by the Court *sua sponte* that the case is **dismissed without prejudice**.

                                  JAMES ROBERTSON
                      United States District Judge