IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUNT CONSTRUCTION GROUP, INC. | * | |
| Plaintiff/Counter Defendant | * | |
| v. | * | Civil Court Action No: 1:06CV1850 |
| | | Judge James Robertson |
| THE POOLE AND KENT CORPORATION | * | |
| Defendant/Counter Plaintiff | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties hereto voluntarily dismiss all complaints, counterclaims, and third-party complaints (including any amendments thereto) in this matter WITH PREJUDICE, each party to bear its own attorneys' costs and fees.

| _____/s/_____ | _____/s/_____ |
|---|---|
| David T. Dekker | Donna M. Crowe |
| Jeffrey R. Gans | Bradley Arant Rose & White LLP |
| Laura Kamas | 1133 Connecticut Avenue, N.W., 12th Floor |
| Thelen Reid Brown Raysmann Steiner, LLP | Washington, D.C. 20036 |
| 701 Eighth Street, N.W. | |
| Washington, D.C. 20001 | Attorneys for United States Fidelity and Guaranty Company and Federal Insurance Company |
| Attorneys for Hunt Construction Group, Inc. | |

                /s/
Robert F. Carney
Bar No. 07965
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland  21202
410-347-8700

Attorneys for The Poole and Kent Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 27th day of June, 2008, copies of the foregoing Stipulation of Dismissal With Prejudice were sent electronically and/or mailed by first class, postage prepaid, to:

    David T. Dekker, Esquire
    Jeffrey R. Gans, Esquire
    Laura Kamas, Esquire
    Thelen Reid Brown Raysmann Steiner, LLP
    701 Eighth Street, N.W.
    Washington, D.C. 20001

    Donna M. Crowe, Esquire
    Bradley Arant Rose & White LLP
    1133 Connecticut Avenue, N.W., 12th Floor
    Washington, D.C.  20036

                                                            /s/
                                                      Robert F. Carney

1793302